**Fill in this information to identify the case:**

Debtor name: TGP COMMUNICATIONS, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jane Doe - C<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 16,546.06 |
| 2 | Jez Morano<br>8750 South Ocean Drive<br>Unit 534<br>Jensen Beach, FL, 34957 | | Telephone / Internet services | | | | 11,062.06 |
| 3 | Jane Doe - F<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 10,041.70 |
| 4 | Ted Slater<br>2820 N PINAL AVE<br>STE 12 PMB 209<br>CASA GRANDE, AZ, 85122 | | Telephone / Internet services | | | | 9,000.00 |
| 5 | John Doe - C<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 6,001.66 |
| 6 | Jane Doe - D<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 5,202.16 |
| 7 | John Doe - R<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 5,178.55 |
| 8 | John Doe - AA<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 4,492.58 |

Debtor  TGP COMMUNICATIONS, LLC         Case number (*if known*)_____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | John Doe - CC<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 3,104.19 |
| 10 | John Doe - Y<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 2,755.40 |
| 11 | John Doe - O<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Suppliers or Vendors | | | | 2,540.50 |
| 12 | John Doe - BB<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 2,293.59 |
| 13 | John Doe - W<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 2,194.82 |
| 14 | John Doe - S<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 2,191.16 |
| 15 | Kellie Poen<br>344 Fallon Pkwy<br>Saint Peters, MO, 63376 | | Suppliers or Vendors | | | | 2,000.00 |
| 16 | John Doe - A<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 1,895.56 |
| 17 | John Doe - FF<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 1,820.94 |
| 18 | John Doe - M<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 1,399.83 |
| 19 | Jane Doe - I<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 1,376.21 |
| 20 | James Kirk<br>947 CENTURY OAKS DR<br>Manchester, MO, 63021 | | Telephone / Internet services | | | | 1,200.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2