**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                                          Case No.: 24-13938-MAM

TGP COMMUNICATIONS, LLC,                                                   Chapter 11

        Debtor.
_____/

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Linda M. Leali, P.A.**
**2525 Ponce De Leon Blvd., Suite 300**
**Coral Gables, FL 33134**
**Telephone: (305) 341-0671, ext. 1**
**Fax: (786) 294-6671**
**leali@lealilaw.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice. The meeting of creditors will be held **by telephone** on **May 30, 2024 at 3:30pm.** To appear by phone, use call-in number: **866-774-1822 and participant code: 4573853.**

Dated: April 25, 2024                                   Respectfully Submitted,

                                                      Mary Ida Townson
                                                    United States Trustee, Region 21

                                                    By: /s/ Heidi A. Feinman
                                                    Heidi A. Feinman, Assistant United States Trustee
                                                    Martin P. Ochs, Trial Attorney
                                                    Office of the United States Trustee
                                                    51 SW First Avenue, Ste. 1204
                                                    Miami, Florida 33130
                                                    Tel: (305) 536-7285