United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                 Case No. 24-13938-MAM
TGP Communications, LLC                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9               User: admin                               Page 1 of 1
Date Rcvd: Apr 25, 2024      Form ID: CGFD107                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + TGP Communications, LLC, 1820 NE Jensen Beach Blvd, Unit 1120, Jensen Beach, FL 34957-7212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024                          Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bart A Houston | on behalf of Debtor TGP Communications LLC bhouston@houstonroderman.com, dschena@houstonroderman.com;alewitt@houstonroderman.com |
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

CGFD107 (12/01/20)



**ORDERED in the Southern District of Florida on April 25, 2024**



**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 24−13938−MAM**

**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

TGP Communications, LLC
aka The Gateway Pundit
1820 NE Jensen Beach Blvd
Unit 1120
Jensen Beach, FL 34957

EIN: 46−4161586

## ORDER AUTHORIZING DEBTOR IN POSSESSION TO CONTINUE OPERATION OF ITS BUSINESS, CLOSE PRE−PETITION BANK ACCOUNTS, AND OPEN DEBTOR IN POSSESSION BANK ACCOUNTS

   **THIS MATTER** came before the Court upon the petition filed on **April 24, 2024**. This Court, finds that, pending further order of this Court, the Debtor−in−Possession should be authorized to operate its business and substitute debtor−in−possession bank accounts for its pre−petition bank accounts, in accordance with §§1107 and 1108, or §1184, as applicable, of Title 11, United States Code. Accordingly, it is

   **ORDERED** that:

   (a)   The Debtor, as Debtor−in−Possession, is authorized and allowed to remain in full operation of its business and to manage its property as a debtor−in−possession, consistent with all applicable provisions of Chapter 11 of Title 11 of the United States Code, until further order of this Court.

   (b)   Unless otherwise ordered by the Court, the Debtor, as Debtor−in−Possession, must close the existing bank accounts of the Debtor and open new accounts in the name of the Debtor−in−Possession. All deposits or investments of money of the estate must be made in accordance with 11 U.S.C. §345.

### # # #

The Clerk of the Court is directed to service this Order on All Parties in Interest.