United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                                    Case No. 24-13938-MAM
TGP Communications, LLC                                                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9                                    User: admin                                                        Page 1 of 3
Date Rcvd: Apr 26, 2024                          Form ID: 309F2                                              Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TGP Communications, LLC, 1820 NE Jensen Beach Blvd, Unit 1120, Jensen Beach, FL 34957-7212 |
| tr | + | Linda Marie Leali, 2525 Ponce De Leon Blvd., Suite 300, Coral Gables, FL 33134-6044 |
| 97344233 | + | Christopher Douglass, 199 Clarkson Road, Ballwin, MO 63011-2243 |
| 97344234 | + | Eric Coomer, c/o CAIN & SKARNULIS PLLC, P. O. Box 1064, Salida, CO 81201-1064 |
| 97344235 | + | Eric Coomer, c/o RECHTKORNFELD PC, 1600 Stout Street, Suite 1400, Denver, CO 80202-3110 |
| 97344237 | + | James Kirk, 947 CENTURY OAKS DR, Manchester, MO 63021-6921 |
| 97344238 | + | Jane Doe - A, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344239 | + | Jane Doe - B, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344240 | + | Jane Doe - C, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344241 | + | Jane Doe - D, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344242 | + | Jane Doe - E, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344243 | + | Jane Doe - F, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344244 | + | Jane Doe - H, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344245 | + | Jane Doe - I, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344246 | + | Jane Doe - J, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344247 | + | Jane Doe - K, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344248 | + | Jez Morano, 8750 South Ocean Drive, Unit 534, Jensen Beach, FL 34957-2125 |
| 97344249 | + | John Doe - A, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344250 | + | John Doe - AA, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344251 | + | John Doe - B, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344252 | + | John Doe - BB, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344253 | + | John Doe - C, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344254 | + | John Doe - CC, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344255 | + | John Doe - D, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344256 | + | John Doe - E, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344257 | + | John Doe - F, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344258 | + | John Doe - FF, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344259 | + | John Doe - G, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344260 | + | John Doe - GG, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344261 | + | John Doe - H, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344262 | + | John Doe - I, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344263 | + | John Doe - J, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344264 | + | John Doe - M, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344265 | + | John Doe - N, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344266 | + | John Doe - O, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344267 | + | John Doe - Q, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344268 | + | John Doe - R, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344269 | + | John Doe - S, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344270 | + | John Doe - T, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344271 | + | John Doe - U, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344272 | + | John Doe - V, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344273 | + | John Doe - W, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344274 | + | John Doe - Y, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344275 | + | John Doe - Z, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344276 | | Jonathon Burns, POB 191250, Saint Louis, MO 63119-7250 |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: 309F2 | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| 97344277 | + | Kellie Poen, 344 Fallon Pkwy, Saint Peters, MO 63376-7704 | |
| 97344286 | + | Ruby Freeman, c/o Aanchal Chugh, Esq., 1440 New York Avenue, N.W., Washington, DC 20005-2111 | |
| 97344280 | + | Ruby Freeman, c/o Von A. DuBose, Esq., 75 14th Street, NE, Suite 2110, Atlanta, GA 30309-3644 | |
| 97344282 | + | Ruby Freeman, c/o UNITED TO PROTECT DEMOCRACY, 2020 Pennsylvania Ave. NW, Suite 163, Washington, DC 20006-1811 | |
| 97344281 | + | Ruby Freeman, c/o UNITED TO PROTECT DEMOCRACY, 15 Main St., Suite 312, Watertown, MA 02472-4403 | |
| 97344279 | + | Ruby Freeman, c/o YALE LAW SCHOOL, 127 Wall Street, P.O. Box 208215, New Haven, CT 06520-8215 | |
| 97344284 | + | Ruby Freeman, c/o Charles Smith, Esq. and Michael Morr, 155 N. Wacker Drive, Chicago, IL 60606-1787 | |
| 97344283 | + | Ruby Freeman, c/o UNITED TO PROTECT DEMOCRACY, 82 Nassau Street, #601, New York, NY 10038-3703 | |
| 97344287 | + | Ruby Freeman, c/o Eliza Simons, Esq., One Manhattan West, New York, NY 10001-0193 | |
| 97344285 | + | Ruby Freeman, c/o Mary E. Grinman, Esq., 500 Boylston Street, Boston, MA 02116-3740 | |
| 97344288 | + | Tammie Gassawsy, 19274 Babler Forest Rd, Chesterfield, MO 63005-6021 | |
| 97344289 | + | Ted Slater, 2820 N PINAL AVE, STE 12 PMB 209, CASA GRANDE, AZ 85122-7927 | |
| 97344298 | + | Wandrea Moss, c/o Aanchal Chugh, Esq., 1440 New York Avenue, N.W., Washington, DC 20005-2111 | |
| 97344294 | + | Wandrea Moss, c/o Von A. DuBose, Esq., 75 14th Street, NE, Suite 2110, Atlanta, GA 30309-3644 | |
| 97344297 | + | Wandrea Moss, c/o UNITED TO PROTECT DEMOCRACY, 2020 Pennsylvania Ave. NW, Suite 163, Washington, DC 20006-1811 | |
| 97344292 | + | Wandrea Moss, c/o UNITED TO PROTECT DEMOCRACY, 15 Main St., Suite 312, Watertown, MA 02472-4403 | |
| 97344293 | + | Wandrea Moss, c/o YALE LAW SCHOOL, 127 Wall Street, P.O. Box 208215, New Haven, CT 06520-8215 | |
| 97344296 | + | Wandrea Moss, c/o Charles Smith, Esq. and Michael Morr, 155 N. Wacker Drive, Chicago, IL 60606-1787 | |
| 97344299 | + | Wandrea Moss, c/o UNITED TO PROTECT DEMOCRACY, 82 Nassau Street, #601, New York, NY 10038-3703 | |
| 97344300 | + | Wandrea Moss, c/o Eliza Simons, Esq., One Manhattan West, New York, NY 10001-0193 | |
| 97344295 | + | Wandrea Moss, c/o Mary E. Grinman, Esq., 500 Boylston Street, Boston, MA 02116-3740 | |

TOTAL: 66

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: bhouston@houstonroderman.com | Apr 26 2024 22:49:00 | Bart A Houston, 633 S. Andrews Avenue, Suite 500, Ft. Lauderdale, FL 33301 |
| aty | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Apr 26 2024 22:55:00 | Martin P Ochs, Office of the US Trustee, 75 Ted Turner Drive, Suite 362, Atlanta, GA 30303-3330 |
| smg | Email/Text: OGCBankruptcy@floridarevenue.com | Apr 26 2024 22:50:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 22:54:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 26 2024 22:55:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |

TOTAL: 5

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97344236 | * | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 97344290 | *+ | TGP COMMUNICATIONS LLC, 1820 NE Jensen Beach Blvd, Unit 1120, Jensen Beach, FL 34957-7212 |
| 97344278 | ##+ | Ruby Freeman, c/o Dowd Bennett LLP, 7733 Forsyth Blvd, Suite 1900, Saint Louis, MO 63105-1803 |
| 97344291 | ##+ | Wandrea Moss, c/o Dowd Bennett LLP, 7733 Forsyth Blvd, Suite 1900, Saint Louis, MO 63105-1803 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 26, 2024 | Form ID: 309F2 | Total Noticed: 71 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bart A Houston | on behalf of Debtor TGP Communications  LLC bhouston@houstonroderman.com, dschena@houstonroderman.com;alewitt@houstonroderman.com |
| Linda Marie Leali | trustee@lealilaw.com  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net |
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor | **TGP Communications, LLC**<br>Name | EIN: 46–4161586 |
| United States Bankruptcy Court | Southern District of Florida | Date case filed for chapter: 11    4/24/24 |
| Case number: | 24–13938–MAM | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 9 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | TGP Communications, LLC | |
| 2. | **All Other Names Used in the Last 8 Years** | aka The Gateway Pundit | |
| 3. | **Address** | 1820 NE Jensen Beach Blvd<br>Unit 1120<br>Jensen Beach, FL 34957 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Bart A Houston<br>633 S. Andrews Avenue<br>Suite 500<br>Ft. Lauderdale, FL 33301 | Contact phone 954–900–2615 |
| 5. | **Bankruptcy Trustee**<br>Name and address | Linda Marie Leali<br>2525 Ponce De Leon Blvd., Suite 300<br>Coral Gables, FL 33134 | Contact phone 954–271–0009 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (561) 514–4100 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **4/26/24** |
| 7. | ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | May 30, 2024 at 03:30 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE***<br><br>**Trustee: Office of the US Trustee**<br>Call in number: 866–774–1822<br>Participant Code: 4573853 |

Local Form 309F2 USBC SDFL (Corporations or Partnerships under Subchapter V)   (06/14/2021)   **Notice of Chapter 11 Bankruptcy Case**         page 1

Debtor **TGP Communications, LLC**                                                                                           Case number **24–13938–MAM**

| | | |
|---|---|---|
| 8. **Proof of Claim Deadline** | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: 7/3/24 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: 10/21/24 |
| **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.flsb.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed, contingent,* or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 10 below. | |
| 9. **Exception to Discharge Deadline**<br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint:**     07/29/2024 | |
| 10. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 12. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 13. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |
| 14. **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 9. | |