United States Bankruptcy Court
Southern District of Florida

In re:                                                                          Case No. 24-13938-MAM
TGP Communications, LLC                                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9                          User: admin                                      Page 1 of 1
Date Rcvd: Apr 26, 2024                       Form ID: CGFD10                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

**Recip ID          Recipient Name and Address**
db                  +  TGP Communications, LLC, 1820 NE Jensen Beach Blvd, Unit 1120, Jensen Beach, FL 34957-7212

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Apr 28, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

**Name**                    **Email Address**
Bart A Houston
                            on behalf of Debtor TGP Communications  LLC bhouston@houstonroderman.com,
                            dschena@houstonroderman.com;alewitt@houstonroderman.com

Linda Marie Leali
                            trustee@lealilaw.com  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

Martin P Ochs
                            on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov

Office of the US Trustee
                            USTPRegion21.MM.ECF@usdoj.gov


TOTAL: 4

CGFD10 (02/13/24)



**ORDERED in the Southern District of Florida on April 26, 2024**

_Mindy A Mora_
_____
**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 24–13938–MAM**

**Chapter: 11**

**In re:** _(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)_

TGP Communications, LLC
aka The Gateway Pundit
1820 NE Jensen Beach Blvd
Unit 1120
Jensen Beach, FL 34957

EIN: 46–4161586

## ORDER SETTING SUBCHAPTER V STATUS CONFERENCE, CLAIMS
## BAR DATE, AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)

The above–referenced debtor has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. To further the expeditious and economical resolution of this case, it is

**ORDERED:**

1. **Status Conference.** The Honorable Mindy A Mora will hold the status conference required by 11 U.S.C. §1188 on **June 4, 2024**, at **01:30 PM** at **Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401**. The Debtor, counsel for the Debtor, and the Subchapter V Trustee must appear at the status conference.

_Page 1 of 2_

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

**https://www.zoomgov.com/meeting/register/vJltdumqrzstGdoBW4nz6tq3lJmn8ydPxj4**

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

2. **Claims bar date.** The deadline for entities other than governmental units to file proofs of claim or interest is **July 3, 2024**.

3. **Deadline for 1111(b) election.** Any secured creditor that wishes to make an election under 11 U.S.C. §1111(b) must do so no later than **14 days** after the Debtor files a plan.

4. **Service.** The Debtor is directed to serve a copy of this Order on the Subchapter V Trustee, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 2002–1(F).

*# # #*