UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                              Chapter 11

**TGP COMMUNICATIONS, LLC**                        Case No.  24-13938-MAM

    **Debtor.**
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, TGP Communications, LLC (the "**Debtor**") files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):

   **April 24, 2024**

2. Names, case numbers and dates of filing of related debtors:

   **N/A**

3. Description of debtor's business:

   **The Debtor owns and operates a conservative news and opinion website**

4. Locations of debtor's operations and whether the business premises are leased or owned:

   **The Debtor operates from Jensen Beach Florida address**.

5. Reasons for filing chapter 11:

   **Multiple litigations that threaten the Debtor's continued viability and ability to continue operations.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

**2024: $   725,128.81**
**2023: $3,097,988.38**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   **N/A**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

   **N/A**

   c. Amount of unsecured claims:

   **Approximately $108,000 of known liquidated claims.**

9. General description and approximate value of the debtor's assets:

   **Investment Accounts**
   **Vehicle**
   **Approximately $ 180,313**
   **(Good will – unknown)**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    **Media Professional Liability policy.**
    **Atlantic Specialty Insurance Company**
    **MEP-23005-20**
    **Coverage amount: $2,000,000**
    **Premium is current; Current expiration date is unknown (most current form of policy has been requested).**

    **Captive insurance policy**
    **Information is forthcoming**

11. Number of employees and amounts of wages owed as of petition date:

    **One Employee – no wages owed on petition date**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

    **Current**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

**The Debtor anticipates filing a motion for authorization to appoint John Burns. Esq. as service agent for the contract writers. Due to some of the controversial articles published by the Debtor, the contract writers have requested to remain anonymous in public filings.**

Dated: April 29, 2024

          /s  James Hoft
          James Hoft

        **HOUSTON RODERMAN**
        Attorney for Debtor

By:   /s/ Bart A. Houston
      Bart A. Houston
      Florida Bar No. 623636
      633 S. Andrews Ave. Suite 500
      Ft. Lauderdale, Florida 33301
      Telephone: (954) 900-2615
      Facsimile: (954) 839-9068
      Primary Email: bhouston@thehoustonfirm.com