**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Chapter 11

**TGP COMMUNICATIONS, LLC**  Case No. 24-13938-MAM

    Debtor.

_____/

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TGP COMMUNICATIONS, LLC,** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporations's equity interests, or states that there are no entities to report under Fed. R. Bankr. P. 7007.1:

1. **None.**

**Dated: May 2, 2024**

                             **HOUSTON RODERMAN**
                             *Attorney for Debtor-in-Possession*

             By:    /s/ Bart A. Houston
                     Bart A. Houston
                     Florida Bar No. 623636
                     633 S. Andrews Ave. Suite 500
                     Ft. Lauderdale, Florida 33301
                     Telephone: (954) 900-2615
                     Facsimile: (954) 839-9068
                     Primary Email: bhouston@thehoustonfirm.com
                     Secondary Email: dschena@thehoustonfirm.com