**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TGP COMMUNICATIONS, LLC | Case No. 24-13938-MAM |
|     Debtor. | |
| _____/ | |

**NOTICE OF FILING DOCUMENTS**
**FOR SMALL BUSINESS AS REQUIRED BY 11 USC §1116(1)**

**TGP COMMUNICATIONS, LLC** the debtor and debtor-in-possession (the "**Debtor**"), through its Manager, James Hoft, as required by 11 U.S.C. §1116(1) files the following documents:

1. The Debtor's Balance Sheet for 1st quarter of 2024.

2. The Debtor's Profit and Loss and Statement of Cash Flows for 1st quarter 2024.

3. The Debtor's 2021 and 2022 Federal Tax Returns are filed under separate docket entry, restricted and only available to the U.S. Trustee's Office.

**Dated: May 2, 2024**

                                      **HOUSTON RODERMAN**
                                      *Attorney for Debtor-in-Possession*

                By:    /s/ Bart A. Houston
                         Bart A. Houston
                         Florida Bar No. 623636
                         633 S. Andrews Ave. Suite 500
                         Ft. Lauderdale, Florida 33301
                         Telephone: (954) 900-2615
                         Facsimile: (954) 839-9068
                         Primary Email: bhouston@thehoustonfirm.com
                         Secondary Email: dschena@thehoustonfirm.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on May 2, 2024.

          By:   */s/ Bart A. Houston*
                  Bart A. Houston, Esq.
                  Florida Bar No. 623636

1:24 PM
04/17/24
Cash Basis

# TGP Communications, LLC
## Balance Sheet
### As of March 31, 2024

|  | Mar 31, 24 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Checking - US BANK | 84,494.16 |
|       PT Checking | 2,114.01 |
|       Revolut Business | 329,647.07 |
|       TGP Store Account | 5,000.00 |
|       TGP Store Account 2 | 100.00 |
|     **Total Checking/Savings** | 421,355.24 |
|     **Other Current Assets** | |
|       Due From Shareholder-Condo | 799,860.00 |
|       Due to/From Justice League | 150,000.00 |
|       Loan to Joe Hoft | 21,000.00 |
|       Schwab Investment Account | 104,422.67 |
|     **Total Other Current Assets** | 1,075,282.67 |
|   **Total Current Assets** | 1,496,637.91 |
|   **Fixed Assets** | |
|     **Investments** | |
|       Coinbase.com | 10,000.00 |
|       Robin Hood Investments | 25,000.00 |
|       Uphold HQ Investments | 4,700.00 |
|       WeBull Finacial | 100.00 |
|     **Total Investments** | 39,800.00 |
|     **Vehicles** | |
|       2021 Porsche | 88,055.70 |
|       Vehicles - Accum Depr | -51,963.73 |
|     **Total Vehicles** | 36,091.97 |
|   **Total Fixed Assets** | 75,891.97 |
| **TOTAL ASSETS** | **1,572,529.88** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         **Payroll Liabilities** | |
|           401(k) Employee Liability | -10,000.00 |
|           Federal Taxes (941/944) | 3,395.71 |
|         **Total Payroll Liabilities** | -6,604.29 |
|       **Total Other Current Liabilities** | -6,604.29 |
|     **Total Current Liabilities** | -6,604.29 |
|   **Total Liabilities** | -6,604.29 |
|   **Equity** | |
|     **Owner's Equity** | |
|       Contributions | 8,047.00 |
|       Draws | -691,095.50 |
|       Estimated Fed Taxes | -205,922.53 |
|       Estimated MO Taxes | -33,871.50 |
|     **Total Owner's Equity** | -922,842.53 |
|     Retained Earnings | 2,253,939.56 |
|     Net Income | 248,037.14 |
|   **Total Equity** | 1,579,134.17 |
| **TOTAL LIABILITIES & EQUITY** | **1,572,529.88** |

1:23 PM
04/17/24
Cash Basis

# TGP Communications, LLC
## Profit & Loss
### January through March 2024

|  | Jan - Mar 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Gross Receipts** | |
| Christopher D Do | 146,667.47 |
| Donations | 20,101.44 |
| Economic Advisors | 342,304.70 |
| Facebook | 435.47 |
| Leven Labs Inc. | 96,224.26 |
| Liftable Media | 19,603.08 |
| Rumble | 83,363.85 |
| Twitter Income | 3,640.62 |
| Zelenko Labs | 12,787.92 |
| **Total Gross Receipts** | 725,128.81 |
| **Total Income** | 725,128.81 |
| **Gross Profit** | 725,128.81 |
| **Expense** | |
| **Auto Expenses** | |
| Fuel | 54.79 |
| **Total Auto Expenses** | 54.79 |
| **Bank & Credit Card Fees** | 1,090.33 |
| **Contractors** | |
| Advertiser, Poen | 6,000.00 |
| Conference, McCulloch | 29,664.02 |
| Lupo, Brian | 6,342.23 |
| **Writers** | |
| Fairbanks, Cassandra | 16,483.87 |
| Goglanian, Cristina (Laila) | 45,098.02 |
| Lachance, Michael | 11,285.99 |
| McMurray, Patty | 1,089.82 |
| Powe, Alicia | 4,295.46 |
| Taylor, Kristinn | 4,987.84 |
| **Total Writers** | 83,241.00 |
| **Contractors - Other** | 137,466.83 |
| **Total Contractors** | 262,714.08 |
| **Dues & Subscriptions** | 1,242.25 |
| **Information Technology** | |
| IT - Kirk | 3,600.00 |
| Software | 12,699.33 |
| Website | 5,047.69 |
| **Total Information Technology** | 21,347.02 |
| **Insurance** | |
| Insurance - Liability | 3,113.00 |
| **Total Insurance** | 3,113.00 |
| Internet/Telephone | 702.00 |
| Legal Fees | 70,000.00 |
| Meals | 96.97 |
| Memberships | 2,605.00 |
| Miscellaneous | 300.99 |
| Office Expenses | 100.00 |
| **Payroll Expenses** | |
| Wages | 45,000.00 |
| Payroll Expenses - Other | 2,627.70 |
| **Total Payroll Expenses** | 47,627.70 |

Page 1

| 1:23 PM | **TGP Communications, LLC** |
| 04/17/24 | **Profit & Loss** |
| **Cash Basis** | **January through March 2024** |

|  | **Jan - Mar 24** |
|---|---:|
| **Payroll Support** | 504.74 |
| **Professional Fees** | 4,890.00 |
| **Travel** | |
|     **Travel - Lodging** | 3,542.12 |
|     **Travel - Transportation** | 1,219.01 |
|     **Travel - Other** | 122.45 |
| **Total Travel** | 4,883.58 |
| **Total Expense** | 421,272.45 |
| **Net Ordinary Income** | 303,856.36 |
| **Other Income/Expense** | |
|   **Other Expense** | |
|     **Ask My Accountant** | 55,819.22 |
| **Total Other Expense** | 55,819.22 |
| **Net Other Income** | -55,819.22 |
| **Net Income** | **248,037.14** |

Page 2

1:25 PM
04/17/24

# TGP Communications, LLC
## Statement of Cash Flows
### January through March 2024

|  | Jan - Mar 24 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | 248,037.14 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Payroll Liabilities:Federal Taxes (941/944) | 3,395.71 |
| **Net cash provided by Operating Activities** | 251,432.85 |
| **FINANCING ACTIVITIES** |  |
| Owner's Equity:Draws | -65,984.12 |
| **Net cash provided by Financing Activities** | -65,984.12 |
| **Net cash increase for period** | 185,448.73 |
| **Cash at beginning of period** | 235,906.51 |
| **Cash at end of period** | **421,355.24** |