**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | **Chapter 11** |
| **TGP COMMUNICATIONS, LLC** | **Case No. 24-13938-MAM** |
| Debtor. | |
| _____/ | |

### NOTICE OF FILING

**TGP COMMUNICATIONS, LLC** (the "**Debtor**"), hereby files the *Retainer Agreement*, which is attached as Exhibit "A".

**Dated: May 2, 2024**

                                      **HOUSTON RODERMAN**
                                      *Attorney for Debtor-in-Possession*

By:   /s/ Bart A. Houston
         Bart A. Houston
         Florida Bar No. 623636
         633 S. Andrews Ave. Suite 500
         Ft. Lauderdale, Florida 33301
         Telephone: (954) 900-2615
         Facsimile: (954) 839-9068
         Primary Email: bhouston@thehoustonfirm.com
         Secondary Email: dschena@thehoustonfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on May 2, 2024.

By: _/s/ Bart A. Houston_
Bart A. Houston, Esq.
Florida Bar No. 623636

# EXHIBIT "A"
## Retainer Agreement

# HOUSTON RODERMAN

633 South Andrews Avenue
Suite 500
Ft. Lauderdale, Fla. 33301

BART A. HOUSTON
DIRECT: 954.900.2615
CELL: 954.609.1075
EMAIL: bhouston@houstonroderman.com

April 12, 2024

**By Facsimile and U.S. Mail**
TGP Communications, LLC
d/b/a The Gateway Pundit
c/o James Hoft
8750 S Ocean Drive
Apt 534
Jensen Beach, FL 34957

Re: **Engagement Letter for TGP Communications d/b/a The Gateway Pundit Chapter 11 Bankruptcy Case**

Dear Mr. Hoft:

We are pleased that TGP Communications, LLC d/b/a The Gateway Pundit (the "Client" or "Company") has decided to engage Houston Roderman, PLLC (the "Firm") to represent it in connection with the filing of a voluntary Chapter 11 bankruptcy petition under Sub-chapter V (small business chapter) in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Proceeding").

Prior to the filing of the bankruptcy petition, we will prepare all of the necessary pleadings to commence the Bankruptcy Case and to otherwise address the various matters related thereto. As discussed with your legal counsel and management, once the Bankruptcy Case is filed, our representation of the Company is subject to the approval of the Bankruptcy Court upon motion and a hearing. During the Bankruptcy Case, we will represent the interest of the Company as a debtor in possession under the Bankruptcy Code and such representation shall include, but shall not be limited to: (i) the preparation, filing, and (if necessary) amendment to the voluntary petition, schedules, statement, lists, applications to employ professionals, a plan of reorganization, and any other customary or appropriate pleadings, motions and notices; (ii) meetings, discussions and negotiations with creditors and if applicable the Office of the United States Trustee, (iii) appearance and representation at the meeting of creditors, any depositions scheduled pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and at hearings, trials, or other court appearances; (iv) objections to claims and related contested matters; and (v) the institution of appropriate adversary proceedings.

Consistent with the rules of professional responsibility which govern all attorneys, it is our Firm's practice to advise Clients in writing of the terms and conditions under which we undertake a representation. The Firm is also required to inform the Company of any conflicts of interest which may be presented by the representation and give the Company an opportunity to

ask questions, evaluate your options, and (if appropriate) to provide the Company with informed consent to the Firm's representation in the Bankruptcy case irrespective of the potential conflict of interest.

Based upon our discussions to date, we have a good understanding of the goals that the Company wants to achieve. We will continue to work with the Company to develop such strategies consistent with the best interests of the Company, its creditors and members. Consistent with the rules of professional responsibility which govern all attorneys, it is our firm's practice to advise clients in writing of the terms and conditions under which we undertake a representation.

To protect all of us and to comply with our professional obligations, this engagement is subject to clearance of any conflicts of interest with present or former clients of our Law Firm. We have performed a conflict check regarding those parties who we anticipate will be adverse to the Company and have determined that no conflict exists at this time. In order to help us in the future, if you or the Company becomes aware of additional potential adverse parties, then please provide us with the name of any such person or entity as soon as possible. Also, if we become aware of any potential or actual conflict, we will so advise you.

I will have primary responsibility for this engagement and will use other attorneys and legal assistants in our firm in the exercise of my professional judgment. The fees and expenses for our representation will be based on the provisions set forth herein and in our Standard Terms and Conditions, which are annexed to and made a part of this letter agreement. My hourly rate is $595.00. The other lawyers' and paralegals' hourly rates range as follows: from $125.00-$150.00 (paralegal); $425.00 (mid-level associate); and $565.00 -$595.00 (senior partners).

We want to assure you that we will endeavor to serve the Company effectively and strive to represent its interests vigorously and efficiently. To advance these goals, the Company agrees to disclose fully and accurately all pertinent facts and keep us appraised of all developments. The Company further agrees otherwise to cooperate fully with us and to be available to attend such meetings as are appropriate. During the course of our representation, we may express opinions regarding issues for which we are being engaged or various courses of action and the results that might be anticipated. Any such statement made by me or by any partner, associate or employee of our firm, is intended to be an expression of opinion only, based on information available to us at the time, and should not be construed as a promise or guarantee. Needless to say, there can be no assurances that our efforts on your behalf will be successful.

In connection with the preparation and filing of a bankruptcy petition, unless it agreed in writing by us otherwise, I have requested and you have agreed that the Company pay an initial fee retainer of **$50,000.00** (the "Fee Retainer"), receipt of which has been acknowledged by the Firm, part of which shall be allocated towards payment of fees incurred in the Bankruptcy Case and anticipated costs of **$7,500.00** (the "Cost Retainer" and along with the Fee Retainer, the "Retainer"). The Retainer quoted here is for the bankruptcy filing only and upon depletion of the Retainer, the Firm shall be authorized to request and seek additional fees from the Bankruptcy Court. If further litigation becomes necessary for the Company, the Firm will require an additional retainer.

2

Our fees will be based primarily on the amount of time spent on behalf of the Company. Each lawyer and paraprofessional has an hourly billing rate based generally on experience and special knowledge. The rate, multiplied by the time expended on your behalf will be the initial basis for determining our professional fees. Please keep in mind that, under the applicable provisions of the Bankruptcy Code, we cannot be a creditor of the Company and represent the Company as bankruptcy counsel. As a result, we anticipate that the Firm will incur fees and costs for the "pre-petition" work in connection with, among other things, pre-filing consultation, research, telephone and zoom conferences, preparation of the bankruptcy petition, bankruptcy schedules/statement of financial affairs and "first day motions." This may increase or decrease depending on the number of issues that need to be addressed pre-petition in connection with such preparation and the availability of the necessary information and documentation.

In addition, we can only be paid from (i) funds that are not subject to liens of secured creditors, (ii) funds subject to liens of secured creditors with their consent, or (iii) funds from new loans made to the Company by a DIP lender, subject to such lender's consent. As a result, there is substantial risk in the payment of professional fees after the filing of a bankruptcy. Therefore, the Firm requires the full retainer be paid prior to the filing of the bankruptcy sufficient to cover an initial portion of the fees that we anticipate that we will incur throughout the first several months of the case. Ultimately, all professional fees will need to be paid, or arrangement made for the payment thereof, at the time of confirmation of a bankruptcy plan.

Please review this agreement carefully, and if you have any questions concerning the foregoing terms and conditions, do not hesitate to contact me. If this agreement is acceptable to you, please acknowledge that the appropriate Company representatives have reviewed it, understands it, and desires to retain us on the basis of the terms of this letter and attachment by signing this letter, and initializing each page of the Standard Terms and Conditions of Engagement together with the retainer. We recommend that you keep a copy of this letter and our Standard Terms in your file. Thank you for allowing us to be of service.

Thank you for retaining us and we look forward to working with you in these matters.

Sincerely,

**HOUSTON RODERMAN, PLLC**

_____
Bart A. Houston
For the Firm

**THE ABOVE REPRESENTATION IS ACCEPTED
AND AGREED TO:**

**TGP Communications, LLC d/b/a The Gateway Pundit**

**By:** _____
**Its:** _____

3

## **STANDARD TERMS AND CONDITIONS OF ENGAGEMENT**

1. **Fees**: We take into account many factors in billing for services rendered. The principal factor is our schedule of hourly rates, and most statements for services are the product of the time worked (in units of tenths of an hour) multiplied by the hourly rates for the attorneys and legal assistants who did the work. The client will be billed for all time spent on its behalf, including without limitation conferences, telephone calls, drafting, research, and travel.

It is impossible to determine in advance how much time will be needed, since that depends on many things beyond our control. Any figures we give you for the cost of all or part of our engagement are merely estimates.

Our schedule of hourly rates for attorneys and other members of the professional staff is based on years of experience, specialization in training and practice, level of professional attainment, and overhead costs. Currently our hourly rates range from $150.00 for legal assistants to $595.00 for our most senior partners. We reconsider our schedule of hourly rates annually, and may revise them at that time. If we change our rates, the new rates will go into effect only upon notice to the client. Upon request, we will provide a client with the rates of those professional staff working on an engagement.

2. **Costs**: It is usually necessary for us to incur, as agent for our clients, expenses for items such as filing fees, travel, lodging, meals, toll telephone calls, photocopying, facsimiles and courier services. Many engagements require substantial amounts of costly ancillary services such as outside duplication services and computerized legal research. The client is responsible for all costs incurred on the client's behalf. In order to allocate these expenses fairly and to keep our hourly rates as low as possible for those matters which do not involve such expenditures, these items are separately itemized on our statements as "costs advanced" or "disbursements". Major out-of-pocket expenses, including outside fees and expenses (such as printing costs, filing fees, etc.), will not be advanced by us unless special arrangements are made in advance. They will be billed directly or forwarded to our client.

3. **Billing**: Fees and expenses will be billed monthly. Payment is due within thirty (30) days of presentation of the statement, unless we agree otherwise in writing. Bankruptcy Cases will be subject to *"information only"* invoices, but may only be paid upon approval of the bankruptcy court

4. **Late Payments**: We are confident that our clients make every effort to pay us promptly. Occasionally, however, a client has difficulty in making timely payment. To avoid burdening those clients who pay their statements promptly with higher fees reflecting the added costs we incur as a result of clients who are delinquent, we reserve the right to impose an interest/service charge of one percent per month for late payments. In no event will the service charge be greater than permitted by applicable law.

5. **Non-Payment of Fees and Costs**: Failure to pay any statement rendered when due will constitute a default. In the event of a default, you agree that in our discretion we may immediately cease all legal services on your behalf or discontinue our representation (subject to our ethical obligations and any other applicable provision of law). In the unlikely event that we are required to institute legal proceedings to collect fees and costs owed by the client, the

prevailing party will be entitled to reimbursement of its reasonable attorneys' fees and other costs of collection.

6. **Termination**: The client has the right to terminate our representation by written notice at any time. In that case, the client is not relieved of the obligation to pay for all services rendered and costs incurred on its behalf prior to receipt of such notice. We have the same right to terminate our engagement, subject to an obligation to give the client reasonable notice to arrange alternative representation.

7. **Applicable Law**: The laws of the State of Florida will govern the interpretation of this agreement, including all rules or codes of ethics which apply to the provision of services by us.

8. **Payment by Others:** Sometimes another party to a transaction agrees to pay our client's legal fees, or a court may order our client's adversary to pay all or a part of its legal fees and costs. However, in such case our client remains primarily liable for payment of all fees and costs. Any amounts received from others will be credited to the client's account.

**HOUSTON RODERMAN, PLLC**
**(Schedule of Professional Rates – Reorganization case)**

The current hourly rates for the Firm's lawyers and paralegal for the Assignment are as follows:

| | |
|---|---|
| **Bart A. Houston, Esq.** | **$595.00 per hour** |
| **Alex Lewitt, Esq.** | **$425.00 per hour** |
| **Deborah Schena, Paralegal, CLA** | **$150.00 per hour** |
| **Marika Tolz, Admin.** | **$100.00 per hour** |