**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                      Chapter 11
TGP COMMUNICATIONS, LLC                              Case No.  24-13938-MAM
    Debtor.
_____/

**CERTIFICATE OF SERVICE OF ORDER SETTING**
**SUBCHAPTER V STATUS CONFERENCE, CLAIMS BAR DATE,**
**AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b) [Doc 8]**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing *Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 11 U.S.C. §1111(b)* [Doc 8] was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on April 26, 2024, and upon all parties on the attached list by U.S. Mail postage pre-paid on May 7, 2024.

**Dated: May 7, 2024**

                        Respectfully submitted,

    By:    /s/ Bart A. Houston
            Bart A. Houston
            Florida Bar No. 623636
            **HOUSTON RODERMAN**
            *Counsel for Debtor*
            633 S. Andrews Ave. Suite 500
            Ft. Lauderdale, Florida 33301
            Telephone: (954) 900-2615
            Facsimile: (954) 839-9068
            Primary Email: bhouston@houstonroderman.com
            Secondary Email: dschena@houstonroderman.com

```
Label Matrix for local noticing      TGP Communications, LLC              Christopher Douglass
113C-9                               1820 NE Jensen Beach Blvd            199 Clarkson Road
Case 24-13938-MAM                    Unit 1120                            Ballwin, MO 63011-2243
Southern District of Florida         Jensen Beach, FL 34957-7212
West Palm Beach
Tue May  7 12:13:49 EDT 2024

Eric Coomer                          Eric Coomer                          Internal Revenue Service
c/o CAIN & SKARNULIS PLLC            c/o RECHTKORNFELD PC                 POB 7346
P. O. Box 1064                       1600 Stout Street, Suite 1400        Philadelphia, PA 19101-7346
Salida, CO 81201-1064                Denver, CO 80202-3110


James Kirk                           Jane Doe - A                         Jane Doe - B
947 CENTURY OAKS DR                  c/o Jonathan Burns                   c/o Jonathan Burns
Manchester, MO 63021-6921            POB 191250                           POB 191250
                                     Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250


Jane Doe - C                         Jane Doe - D                         Jane Doe - E
c/o Jonathan Burns                   c/o Jonathan Burns                   c/o Jonathan Burns
POB 191250                           POB 191250                           POB 191250
Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250


Jane Doe - F                         Jane Doe - H                         Jane Doe - I
c/o Jonathan Burns                   c/o Jonathan Burns                   c/o Jonathan Burns
POB 191250                           POB 191250                           POB 191250
Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250


Jane Doe - J                         Jane Doe - K                         Jez Morano
c/o Jonathan Burns                   c/o Jonathan Burns                   8750 South Ocean Drive
POB 191250                           POB 191250                           Unit 534
Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250           Jensen Beach, FL 34957-2125


John Doe - A                         John Doe - AA                        John Doe - B
c/o Jonathan Burns                   c/o Jonathan Burns                   c/o Jonathan Burns
POB 191250                           POB 191250                           POB 191250
Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250


John Doe - BB                        John Doe - C                         John Doe - CC
c/o Jonathan Burns                   c/o Jonathan Burns                   c/o Jonathan Burns
POB 191250                           POB 191250                           POB 191250
Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250


John Doe - D                         John Doe - E                         John Doe - F
c/o Jonathan Burns                   c/o Jonathan Burns                   c/o Jonathan Burns
POB 191250                           POB 191250                           POB 191250
Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250


John Doe - FF                        John Doe - G                         John Doe - GG
c/o Jonathan Burns                   c/o Jonathan Burns                   c/o Jonathan Burns
POB 191250                           POB 191250                           POB 191250
Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250           Saint Louis, MO 63119-7250
```

```
John Doe - H                          John Doe - I                          John Doe - J
c/o Jonathan Burns                    c/o Jonathan Burns                    c/o Jonathan Burns
POB 191250                            POB 191250                            POB 191250
Saint Louis, MO 63119-7250            Saint Louis, MO 63119-7250            Saint Louis, MO 63119-7250


John Doe - M                          John Doe - N                          John Doe - O
c/o Jonathan Burns                    c/o Jonathan Burns                    c/o Jonathan Burns
POB 191250                            POB 191250                            POB 191250
Saint Louis, MO 63119-7250            Saint Louis, MO 63119-7250            Saint Louis, MO 63119-7250


John Doe - Q                          John Doe - R                          John Doe - S
c/o Jonathan Burns                    c/o Jonathan Burns                    c/o Jonathan Burns
POB 191250                            POB 191250                            POB 191250
Saint Louis, MO 63119-7250            Saint Louis, MO 63119-7250            Saint Louis, MO 63119-7250


John Doe - T                          John Doe - U                          John Doe - V
c/o Jonathan Burns                    c/o Jonathan Burns                    c/o Jonathan Burns
POB 191250                            POB 191250                            POB 191250
Saint Louis, MO 63119-7250            Saint Louis, MO 63119-7250            Saint Louis, MO 63119-7250


John Doe - W                          John Doe - Y                          John Doe - Z
c/o Jonathan Burns                    c/o Jonathan Burns                    c/o Jonathan Burns
POB 191250                            POB 191250                            POB 191250
Saint Louis, MO 63119-7250            Saint Louis, MO 63119-7250            Saint Louis, MO 63119-7250


Jonathon Burns                        Kellie Poen                           Office of the US Trustee
POB 191250                            344 Fallon Pkwy                       51 S.W. 1st Ave.
Saint Louis, MO 63119-7250            Saint Peters, MO 63376-7704           Suite 1204
                                                                            Miami, FL 33130-1614


Ruby Freeman                          Ruby Freeman                          Ruby Freeman
c/o Aanchal Chugh, Esq.               c/o Charles Smith, Esq. and Michael Morr   c/o Dowd Bennett LLP
1440 New York Avenue, N.W.            155 N. Wacker Drive                   7733 Forsyth Blvd, Suite 1900
Washington, DC 20005-2111             Chicago, IL 60606-1787                Saint Louis, MO 63105-1803


Ruby Freeman                          Ruby Freeman                          Ruby Freeman
c/o Eliza Simons, Esq.                c/o Mary E. Grinman, Esq.             c/o UNITED TO PROTECT DEMOCRACY
One Manhattan West                    500 Boylston Street                   15 Main St., Suite 312
New York, NY 10001-0193               Boston, MA 02116-3740                 Watertown, MA 02472-4403


Ruby Freeman                          Ruby Freeman                          Ruby Freeman
c/o UNITED TO PROTECT DEMOCRACY       c/o UNITED TO PROTECT DEMOCRACY       c/o Von A. DuBose, Esq.
2020 Pennsylvania Ave. NW, Suite 163  82 Nassau Street, #601                75 14th Street, NE, Suite 2110
Washington, DC 20006-1811             New York, NY 10038-3703               Atlanta, GA 30309-3644


Ruby Freeman                          Tammie Gassawsy                       Ted Slater
c/o YALE LAW SCHOOL                   19274 Babler Forest Rd                2820 N PINAL AVE
127 Wall Street, P.O. Box 208215      Chesterfield, MO 63005-6021           STE 12 PMB 209
New Haven, CT 06520-8215                                                    CASA GRANDE, AZ 85122-7927
```

| | | |
|---|---|---|
| Wandrea Moss<br>c/o Aanchal Chugh, Esq.<br>1440 New York Avenue, N.W.<br>Washington, DC 20005-2111 | Wandrea Moss<br>c/o Charles Smith, Esq. and Michael Morr<br>155 N. Wacker Drive<br>Chicago, IL 60606-1787 | Wandrea Moss<br>c/o Dowd Bennett LLP<br>7733 Forsyth Blvd, Suite 1900<br>Saint Louis, MO 63105-1803 |
| Wandrea Moss<br>c/o Eliza Simons, Esq.<br>One Manhattan West<br>New York, NY 10001-0193 | Wandrea Moss<br>c/o Mary E. Grinman, Esq.<br>500 Boylston Street<br>Boston, MA 02116-3740 | Wandrea Moss<br>c/o UNITED TO PROTECT DEMOCRACY<br>15 Main St., Suite 312<br>Watertown, MA 02472-4403 |
| Wandrea Moss<br>c/o UNITED TO PROTECT DEMOCRACY<br>2020 Pennsylvania Ave. NW, Suite 163<br>Washington, DC 20006-1811 | Wandrea Moss<br>c/o UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038-3703 | Wandrea Moss<br>c/o Von A. DuBose, Esq.<br>75 14th Street, NE, Suite 2110<br>Atlanta, GA 30309-3644 |
| Wandrea Moss<br>c/o YALE LAW SCHOOL<br>127 Wall Street, P.O. Box 208215<br>New Haven, CT 06520-8215 | Bart A Houston<br>633 S. Andrews Avenue<br>Suite 500<br>Ft. Lauderdale, FL 33301-2858 | Linda Marie Leali<br>2525 Ponce De Leon Blvd., Suite 300<br>Coral Gables, FL 33134-6044 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)TGP COMMUNICATIONS LLC<br>1820 NE Jensen Beach Blvd<br>Unit 1120<br>Jensen Beach, FL 34957-7212 | End of Label Matrix<br>Mailable recipients    71<br>Bypassed recipients     2<br>Total                  73 |