UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Chapter 11
TGP COMMUNICATIONS, LLC                                   Case No. 24-13938-MAM
    Debtor.
_____/

CERTIFICATE OF SERVICE OF
DEBTOR'S APPLICATION FOR AUTHORIZATION TO
EMPLOY AND RETAIN HOUSTON RODERMAN, PLLC AS BANKRUPTCY
COUNSEL FOR DEBTOR-IN-POSSESSION; AND NOTICE OF HEARING

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Debtor's Application for Authorization to Employ and Retain Houston Roderman, PLLC as Bankruptcy Counsel for Debtor-In-Possession* [Doc No. 14]; and *Notice of Hearing* [Doc No. 15] were served by CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System, and upon all parties on the attached list by U.S. Mail postage pre-paid on May 7, 2024.

**Dated: May 7, 2024**

                              Respectfully submitted,

          By:    /s/ Bart A. Houston
                   Bart A. Houston
                   Florida Bar No. 623636
                   **HOUSTON RODERMAN**
                   *Counsel for Debtor*
                   633 S. Andrews Ave. Suite 500
                   Ft. Lauderdale, Florida 33301
                   Telephone: (954) 900-2615
                   Facsimile: (954) 839-9068
                   Primary Email: bhouston@houstonroderman.com
                   Secondary Email: dschena@houstonroderman.com

**Service List – Twenty Largest Unsecured Claims**

Jane Doe - C
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

Jez Morano
8750 South Ocean Drive
Unit 534
Jensen Beach, FL, 34957

Jane Doe - F
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

Ted Slater
2820 N PINAL AVE
STE 12 PMB 209
CASA GRANDE, AZ, 85122

John Doe - C
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

Jane Doe - D
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

John Doe - R
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

John Doe - AA
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

John Doe - CC
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

John Doe - Y
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

John Doe - O
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

John Doe - BB
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

John Doe - W
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

John Doe - S
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

Kellie Poen
344 Fallon Pkwy
Saint Peters, MO, 63376

John Doe - A
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

John Doe - FF
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

John Doe - M
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

Jane Doe - I
c/o Jonathan Burns
POB 191250
Saint Louis, MO, 63119

James Kirk
947 CENTURY OAKS DR
Manchester, MO, 63021