**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                                      Chapter 11
**TGP COMMUNICATIONS, LLC**                **Case No.  24-13938-MAM**
     Debtor.

_____/

**EX-PARTE MOTION FOR EXTENSION OF TIME TO COMPLY
WITH NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)
[DOC 4]**

     **TGP COMMUNICATIONS, LLC ("Debtor")** hereby files this Ex-Parte Motion for Extension of Time to Comply with Notice of Deadlines to Correct Filing Deficiencies [Doc 4], and in support thereof, states as follows:

     1.     On April 24, 2024, the Debtor filed their Voluntary Petition for relief under Subchapter V, Chapter 11 of the Bankruptcy Code.

     2.     Pursuant to directive from the Office of the Clerk of the United States Bankruptcy Court for the Southern District of Florida, the Debtor is required to file all remaining Schedules of Assets and Liabilities, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, and List of Equity Security Holders on or before May 8, 2024.

     3.     The Debtor requires an additional fourteen (14) days to gather the necessary information to complete the Schedules until May 22, 2024.

     **WHEREFORE**, **TGP COMMUNICATIONS, LLC** requests the entry of an Order extending the time within which to comply with this Court's Notice of Filing Requirements for an additional fourteen (14) days and for such other and further relief as this Court deems just and proper.

**Dated: May 8, 2024**

1

**HOUSTON RODERMAN**
Attorney for Debtor

/s/ Bart A. Houston
Bart A. Houston
Florida Bar No. 623636
633 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 900-2615
Facsimile: (954) 839-9068
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on May 8, 2024.

/s/ Bart A. Houston
Bart A. Houston
Florida Bar No. 623636