UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

TGP COMMUNICATIONS, LLC                    Case No: 24-13938-MAM
                                           Chapter 11(Subchapter V)

          Debtor.
_____/

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE

    Robert C. Furr, Esq. and the law firm of FURR AND COHEN, P.A. appear as counsel in this bankruptcy proceeding for Interested Party, Jim Hoft, managing member of the Debtor. As directed by Federal Rule of Bankruptcy Procedure 9010(b) the attorneys' name, office address, telephone number and facsimile are as follows:

           ROBERT C. FURR, ESQ.
           FURR AND COHEN, P.A.
           2255 Glades Rd., Ste 419A
           Boca Raton, FL 33431
           Telephone: (561) 395-0500
           Facsimile: (561) 338-7532
           E-mail: rfurr@furrcohen.com

    Request is hereby made pursuant to Fed. R. Bankr. P. 2002 and 9010(b) that all notices given or required to be given in this case and all pleadings, motions, and papers served or required to be served in this Chapter 11 proceeding be given to and served upon the undersigned at the address provided.

Dated this 8th day of May 2024

           FURR AND COHEN, P.A.
           2255 Glades Road, Suite 419A
           Boca Raton, FL 33431

          (561) 395-0500/Fax: 561-338-7532

        By: */s/ Robert C. Furr*
          Robert C. Furr
          Florida Bar No. 210854
          Email: rfurr@furrcohen.com

        *Attorneys for Interested Party, Jim Hoft*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case.

        By: */s/ Robert C. Furr*
          ROBERT C. FURR, ESQ.