**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TGP COMMUNICATIONS, LLC | Case No.  24-13938-MAM |
| Debtor. | |
| _____/ | |

**CERTIFICATE OF SERVICE OF NOTICE OF**
**CHAPTER 11 BANKRUPTCY CASE AND MEETING OF CREDITORS**

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Chapter 11 Bankruptcy Case* [Doc. 7] was served by U.S. Mail to the actual parties to the actual mailing address for the unnamed parties on the attached list on April 26, 2024.

**Dated: May 16, 2024**

                                Respectfully submitted,

        By:    /s/ Bart A. Houston
               Bart A. Houston
               Florida Bar No. 623636
               **HOUSTON RODERMAN**
               *Counsel for Debtor*
               633 S. Andrews Ave. Suite 500
               Ft. Lauderdale, Florida 33301
               Telephone: (954) 900-2615
               Facsimile: (954) 839-9068
               Primary Email: bhouston@houstonroderman.com
               Secondary Email: dschena@houstonroderman.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 24-13938-MAM<br>Southern District of Florida<br>West Palm Beach<br>Tue May  7 12:13:49 EDT 2024 | TGP Communications, LLC<br>1820 NE Jensen Beach Blvd<br>Unit 1120<br>Jensen Beach, FL 34957-7212 | Christopher Douglass<br>199 Clarkson Road<br>Ballwin, MO 63011-2243 |
| Eric Coomer<br>c/o CAIN & SKARNULIS PLLC<br>P. O. Box 1064<br>Salida, CO 81201-1064 | Eric Coomer<br>c/o RECHTKORNFELD PC<br>1600 Stout Street, Suite 1400<br>Denver, CO 80202-3110 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| James Kirk<br>947 CENTURY OAKS DR<br>Manchester, MO 63021-6921 | Jane Doe - A<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | Jane Doe - B<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| Jane Doe - C<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | Jane Doe - D<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | Jane Doe - E<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| Jane Doe - F<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | Jane Doe - H<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | Jane Doe - I<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| Jane Doe - J<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | Jane Doe - K<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | Jez Morano<br>8750 South Ocean Drive<br>Unit 534<br>Jensen Beach, FL 34957-2125 |
| John Doe - A<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - AA<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - B<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| John Doe - BB<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - C<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - CC<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| John Doe - D<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - E<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - F<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| John Doe - FF<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - G<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - GG<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |

| | | |
|---|---|---|
| John Doe - H<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - I<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - J<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| John Doe - M<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - N<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - O<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| John Doe - Q<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - R<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - S<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| John Doe - T<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - U<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - V<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| John Doe - W<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - Y<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | John Doe - Z<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 |
| Jonathon Burns<br>POB 191250<br>Saint Louis, MO 63119-7250 | Kellie Poen<br>344 Fallon Pkwy<br>Saint Peters, MO 63376-7704 | ~~Office of the US Trustee<br>51 S.W. 1st Ave<br>Suite 1204<br>Miami, FL 33130-1614~~ |
| Ruby Freeman<br>c/o Aanchal Chugh, Esq.<br>1440 New York Avenue, N.W.<br>Washington, DC 20005-2111 | Ruby Freeman<br>c/o Charles Smith, Esq. and Michael Morr<br>155 N. Wacker Drive<br>Chicago, IL 60606-1787 | Ruby Freeman<br>c/o Dowd Bennett LLP<br>7733 Forsyth Blvd, Suite 1900<br>Saint Louis, MO 63105-1803 |
| Ruby Freeman<br>c/o Eliza Simons, Esq.<br>One Manhattan West<br>New York, NY 10001-0193 | Ruby Freeman<br>c/o Mary E. Grinman, Esq.<br>500 Boylston Street<br>Boston, MA 02116-3740 | Ruby Freeman<br>c/o UNITED TO PROTECT DEMOCRACY<br>15 Main St., Suite 312<br>Watertown, MA 02472-4403 |
| Ruby Freeman<br>c/o UNITED TO PROTECT DEMOCRACY<br>2020 Pennsylvania Ave. NW, Suite 163<br>Washington, DC 20006-1811 | Ruby Freeman<br>c/o UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038-3703 | Ruby Freeman<br>c/o Von A. DuBose, Esq.<br>75 14th Street, NE, Suite 2110<br>Atlanta, GA 30309-3644 |
| Ruby Freeman<br>c/O YALE LAW SCHOOL<br>127 Wall Street, P.O. Box 208215<br>New Haven, CT 06520-8215 | Tammie Gassawsy<br>19274 Babler Forest Rd<br>Chesterfield, MO 63005-6021 | Ted Slater<br>2820 N PINAL AVE<br>STE 12 PMB 209<br>CASA GRANDE, AZ 85122-7927 |

| | | |
|---|---|---|
| Wandrea Moss<br>c/o Aanchal Chugh, Esq.<br>1440 New York Avenue, N.W.<br>Washington, DC 20005-2111 | Wandrea Moss<br>c/o Charles Smith, Esq. and Michael Morr<br>155 N. Wacker Drive<br>Chicago, IL 60606-1787 | Wandrea Moss<br>c/o Dowd Bennett LLP<br>7733 Forsyth Blvd, Suite 1900<br>Saint Louis, MO 63105-1803 |
| Wandrea Moss<br>c/o Eliza Simons, Esq.<br>One Manhattan West<br>New York, NY 10001-0193 | Wandrea Moss<br>c/o Mary E. Grinman, Esq.<br>500 Boylston Street<br>Boston, MA 02116-3740 | Wandrea Moss<br>c/o UNITED TO PROTECT DEMOCRACY<br>15 Main St., Suite 312<br>Watertown, MA 02472-4403 |
| Wandrea Moss<br>c/o UNITED TO PROTECT DEMOCRACY<br>2020 Pennsylvania Ave. NW, Suite 163<br>Washington, DC 20006-1811 | Wandrea Moss<br>c/o UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038-3703 | Wandrea Moss<br>c/o Von A. DuBose, Esq.<br>75 14th Street, NE, Suite 2110<br>Atlanta, GA 30309-3644 |
| Wandrea Moss<br>c/o YALE LAW SCHOOL<br>127 Wall Street, P.O. Box 208215<br>New Haven, CT 06520-8215 | ~~Beth A Houston<br>633 S. Andrews Avenue<br>Suite 500<br>Ft. Lauderdale, FL 33301-2858~~ | ~~Linda Marie Leali<br>2525 Ponce De Leon Blvd., Suite 300<br>Coral Gables, FL 33134-6044~~ |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)TGP COMMUNICATIONS LLC<br>1820 NE Jensen Beach Blvd<br>Unit 1120<br>Jensen Beach, FL 34957-7212 | End of Label Matrix<br>Mailable recipients    71<br>Bypassed recipients     2<br>Total                  73 |