**ORDERED in the Southern District of Florida on May 20, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TGP COMMUNICATIONS, LLC** | **Case No.  24-13938-MAM** |
|     **Debtor.** | |
| _____/ | |

**ORDER GRANTING EX-PARTE MOTION FOR EXTENSION OF TIME TO COMPLY WITH NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)**

THIS MATTER came before the Court for consideration of Debtor's Ex-Parte Motion for Extension of Time to Comply with Notice of Deadlines to Correct Filing Deficiencies [Doc 22] (the "Motion").  The Court, having reviewed and considered the Motion, and finding good cause shown, does hereby order:

    1.	The Ex-Parte Motion for Extension of Time to Comply with Notice of Deadlines to Correct Filing Deficiencies, is **GRANTED**; and

    2.	Debtor shall file all remaining Schedules and Statements with this Court on or

1

before May 22, 2024.

      3.     No further extensions will be granted absent extraordinary circumstances.

###

**Submitted by:**
Bart A. Houston, Esq.
**Houston Roderman, PLLC**
633 South Andrews Ave, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 900-2615
Facsimile: (954) 839-9068
bhouston@houstonroderman.com

**Copy furnished to:**
Bart A. Houston, Esq.

*(Attorney Houston shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).*

Debtor
Attorney for Debtor
U.S. Trustee
Chapter 11 Trustee (if applicable)
Attorney for Chapter 11 Trustee (if applicable)