UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                              Chapter 11

TGP COMMUNICATIONS, LLC                         Case No.  24-13938-MAM

   Debtor.
_____/

### MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS

The Debtor and Debtor-in-Possession ("**Debtor**"), by and through its proposed undersigned counsel, seek an Order *Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors* (the "**Motion**").

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought herein are sections 105, 107, 342 and 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1007 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida.

### BACKGROUND

4. On April 24, 2024 (the "**Petition Date**") the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

5. The Debtor is operating its business and managing its affairs as debtor-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**RELIEF REQUESTED**

6.      By this Motion, the Debtor requests entry of an Order, substantially in the form attached hereto as **Exhibit A**, authorizing, but not directing, the Debtor to suppress personal identifiable information for certain individual creditors (the "**Contract Writers**") that perform contract work for the Debtor.

**BASIS FOR RELIEF AND APPLICABLE AUTHORITY**

**Cause Exists to Authorize the Debtor to
Suppress Personal Identifiable Information for Certain Individual Creditors**

7.      Section 107(c) of the Bankruptcy Code provides that the Court "for cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue risk of identity theft or other unlawful injury to the individual [:] …. [a]ny means of identification…contained in a paper filed, or to be filed in a case under" the Bankruptcy Code. 11 U.S.C. § 107(c)(1)(A).

8.      The Debtor respectfully submits that it is appropriate to authorize the Debtor to suppress from any paper filed with the Court in this Chapter 11 Cases, the names, residential addresses and email addresses of the Contract Writers. This request has been made from the Contract Writers to the Debtor and the Debtor supports the relief requested.

9.      The Contract Writers investigate and draft articles to be published on the Debtor's website.  Given the conservative nature of the Debtor's publications and opinions, many of the Contract Writers are subject to extreme criticisms from other less conservative groups.  Further, in the past, several of the Contract Writers have received threats of bodily harm from groups and individuals.

10. Although the Debtor seeks to suppress the names and addresses of the Contract Writers from filings on the public record, including on the creditor matrix and certificates of service of court papers that will be filed by the Debtor, the Debtor and its counsel will maintain a list of the suppressed Contract Writers so that the Debtor can track and confirm service of court paper details, which will also be made available to the Court, the Sub V Trustee and the U.S. Trustee.[1]

11. The separate maintenance of a list containing the service details for court papers served upon the Contract Writers will protect their personal information, and will also facilitate an efficient manner to document service. Subject to the Court's approval of the relief requested herein, the Debtor proposes that it will certify service to the Contract Writers by referencing the Court's Order on this Motion and, separately, maintaining a list with the relevant service detail should the Court, US Trustee or other authorized party upon reasonable request require confirmation of service.

12. As an example, the Debtor may document service by including the following or substantially similar statement on a separate certificate of service, as may be appropriate:

> Pursuant to the Court's Order entered on May ____, 2024 at ECF No. ____, the Debtor served the [named] court papers upon [number] individuals and will separately maintain the service details in order to protect against the disclosure of such individuals' personal information on the public record.

13. Courts in various jurisdictions have approved relief similar orders in the nature of the relief requested herein with respect to the non-disclosure, redaction, restriction of access to, or suppression of personally identifiable information for individuals, whether they are creditors or

---

[1] The Debtor is not adverse to identifying and appointing a special service agent to act as fiduciary to ensure service upon the Contract Writers.

other parties-in interest. *See, e.g., In re Genesis Global Holdco, LLC*, 652 B.R. 618, 637 (Bankr. S.D.N.Y. 2023) (stating that "[t]he publication of names alone has been found to heighten the risk of identity theft and other harm." and noting that home addresses can easily be found on the internet through the use of an individual's name); *In re Bird Global, Inc., et al.*, Case No. 23-20514 (CLC) (Bankr. S.D. Fla. Dec. 22, 2023) (authorizing the debtors to redact email addresses and home addresses of individual creditors and equity holders); *In re Air Methods Corp., et al.*, Case No. 23-90886 (MI) (Bankr. S.D. Tex. Oct. 25, 2023) (authorizing the debtors to redact the names and e-mail addresses of the debtors' individual employees, creditors, and other individual parties in interest); *In re AeroTech Miami, Inc. d/b/a iAero Tech, et al.*, Case No. 23-17503 (RAM) (Bankr. S.D. Fla. Sept. 22, 2023) (authorizing the debtors to redact the residential and email addresses of the individual creditors); *In re Forever 21, Inc.,* Case No. 19-12122 (KB) (Bankr. D. Del. Dec. 19, 2019) (authorizing the debtors to redact the home addresses of the debtors' employees); *In re Anna Holdings, Inc.,* Case No. 19-12551 (CSS) (Bankr. D. Del. Dec. 3, 2019); (authorizing the debtors to redact personally identifiable information of all individual creditors and interest holders); *In re Loot Crate, Inc.*, No. 19-11791 (BLS) (Bankr. D. Del. Oct. 1, 2019) (authorizing the debtors to file lists of customer creditors under seal); *In re THG Holdings, LLC*, No. 19-11689 (JTD) (Bankr. D. Del. Aug. 22, 2019) (authorizing the debtors to redact personal identification information of the debtors' employees); and *In re Charming Charlie Holdings Inc.*, No. 19-11534 (CSS) (Bankr. D. Del. Jul. 12, 2019) (authorizing the debtors to redact personally identifiable information of their employees and former employees on the creditor matrix).

**WHEREFORE**, the Debtor respectfully request entry of an Order in the form attached hereto as **Exhibit A** granting this Motion and, thereby authorizing, but not directing, the Debtor to suppress personally identifiable information for the Debtor's Contract Writers and reflect service

4

upon them as indicated herein; and granting such other and further relief as the Court deems just and proper.

**Dated: May 21, 2024**

                                          **HOUSTON RODERMAN**
                                          Attorney for Debtor

By:    /s Bart A. Houston
        Bart A. Houston
        Florida Bar No. 623636
        633 S. Andrews Ave. Suite 500
        Ft. Lauderdale, Florida 33301
        Telephone: (954) 900-2615
        Facsimile: (954) 839-9068
        Primary Email: bhouston@thehoustonfirm.com

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In re:                                                                                         Chapter 11

**TGP COMMUNICATIONS, LLC**                                     Case No.  24-13938-MAM

    **Debtor.**
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN
ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY
IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS**

**THIS MATTER** came before the Court on _____, 2024, at _____ a.m./p.m., for a hearing ("Hearing"), upon the *Debtor's Motion for Entry of an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors* [ECF No. ____] (the "Motion") filed by the debtor and debtor-in-possession (the "Debtors").

The Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (iii) this Court may enter a final order consistent with Article III of the Constitution; (iv) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (v) the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties in interest; (vi) notice of the Motion and the Hearing were appropriate under the circumstances and no other notice need be provided; and (vii) upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the statements made by counsel at the Hearing, good and sufficient cause exists to grant the relief requested.

Accordingly, it is **ORDERED** that:

1.      The Motion is **GRANTED**.

2. The Debtors are authorized, but not directed, to suppress the names, residential addresses and email addresses of certain individual creditors from any paper filed with the Court in this Chapter 11 Case, including the creditor matrix and certificates of service; provided that the Debtor shall maintain a list of the suppressed individual's personal information so that the Debtor can track and confirm service of court paper details, which shall also be made available to the Court, the Sub Chapter V Trustee and the U.S. Trustee.

3. The Debtor shall document service by the Debtor upon the suppressed individual creditors by including the following or substantially similar statement on a Certificate of Service:

> Pursuant to the Court's Order entered on May ____, 2024 at ECF No. ____, the Debtor has served the [named] court papers upon [number] individuals and will separately maintain the service details in order to protect against the disclosure of such individuals' personal information on the public record.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #