**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TGP COMMUNICATIONS, LLC** | **Case No. 24-13938-MAM** |
| **Debtor.** _____/ | |

**DEBTOR'S PRE-STATUS CONFERENCE**
**REPORT PURSUANT TO 11 U.S.C. §1188(C)**

TGP COMMUNICATIONS, LLC, as Debtor and Debtor in Possession ("**Debtor**") pursuant to Section 1188(c) of Title 11 of the United States Code and the *Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 11 U.S.C. §1111(b)* (ECF No. 8) provides the following report that details the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization/liquidation.

1. On April 24, 2024, the Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the United States Code.

2. The status conference required by Section 1188(a) of the Bankruptcy Code has been scheduled for June 4, 2024 at 1:30 P.M. (EST).

3. The Debtor continues finalizing and filing all required documents and pleadings and is otherwise be in compliance with all requirements under Subchapter V of Chapter 11 of the Bankruptcy Code.

4. The meeting of creditors under Section 341 of the Bankruptcy Code is scheduled for May 30, 2024 at 3:30 pm.

5. The Debtor anticipates using its disposable income to pay its creditors over a three (3) year period.

6. Efforts have been made to discuss the confirmation of a consensual plan with the largest creditor constituents. The largest creditors are represented by no less than 8 lawyers and no substantive conversations have yet occurred with the lawyers for the two (2) groups of claimants. All other creditors have expressed an interest in a consensual plan to allow the Debtor to reorganize.

7. The Debtor anticipates timely filing its plan of reorganization on or before July 23, 2024.

**Dated: May 21, 2024**

                Respectfully submitted,

By:   */s/ Bart A. Houston*
       Bart A. Houston
       Florida Bar No. 623636
       **HOUSTON RODERMAN**
       *Proposed Counsel for Debtor*
       633 S. Andrews Ave. Suite 500
       Ft. Lauderdale, Florida 33301
       Telephone: (954) 900-2615
       Facsimile: (954) 839-9068
       Primary Email: bhouston@thehoustonfirm.com
       Secondary Email: dschena@thehoustonfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on May 21, 2024.

By:   */s/ Bart A. Houston*
       Bart A. Houston, Esq.
       Florida Bar No. 623636