**Fill in this information to identify the case:**

Debtor Name **TGP COMMUNICATIONS, LLC**

United States Bankruptcy Court for the: **Southern District of Florida**

Case number: **24-13938-MAM**

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: **4/24/2024 - 4/30/2024**

Date report filed: **04/21/2024**
MM / DD / YYYY

Line of business: **OPINION WEBSITE**

NAISC code: **5178**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    **Bart A. Houston, Esq.**

Original signature of responsible party    **/s/Bart A. Houston, Esq.**

Printed name of responsible party    **Bart A. Houston, Esq.**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  TGP COMMUNICATIONS, LLC                        Case number  24-13938-MAM

| | | ☑ | ☐ | ☐ |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 171,273.13

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
   cash received even if you have not deposited it at the bank, collections on
   receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 124,390.93

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ 17,447.50

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ 106,943.43

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

   = $ 278,216.56

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   $ 0.00

   *(Exhibit E)*

Debtor Name  TGP COMMUNICATIONS, LLC

Case number  24-13938-MAM

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____ 1

27. What is the number of employees as of the date of this monthly report?  _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ 0.00 | − | $ 124,390.93 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ 0.00 | − | $ 17,447.50 | = | $ _____ |
| 34. **Net cash flow** | $ _____ 0.00 | − | $ 106,943.43 | = | $ _____ |

35. Total projected cash receipts for the next month:  $ 283,245.73

36. Total projected cash disbursements for the next month:  − $ 220,723.44

37. Total projected net cash flow for the next month:  = $ 62,522.29

Debtor Name  TGP COMMUNICATIONS, LLC                                            Case number 24-13938-MAM

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset



**Business Statement**

Account Number:
███████ 3057

Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 1 of 7

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

8414       IMG                S             Y       ST01

106481025447113 S

||᎐||᎐|᎐|||᎐|᎐᎐᎐||᎐᎐|᎐||᎐᎐᎐|||||᎐᎐᎐|᎐||᎐᎐|᎐᎐|᎐|᎐||᎐||᎐|

███████████
DBA TGP COMMUNICATIONS LLC
5105 LINDELL BLVD
SAINT LOUIS MO  63108-1221

☎                                    ***To Contact U.S. Bank***

***24-Hour Business
Solutions:***                                    800-673-3555

***U.S. Bank accepts Relay Calls
Internet:***                                    *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective May 13, 2024, we would like to inform you of the upcoming changes to the *Business Pricing Information* and the *U.S. Bank Business Essentials® Pricing Information* documents that may impact your account. To obtain a current copy of the *Business Pricing Information* and *U.S. Bank Business Essentials® Pricing Information* disclosures, visit your local branch.

**Primary updates in your revised *Business Pricing Information* disclosure**

- Effective January 2024, the following fees are no longer being charged. The references to these fees were removed or changed to "no charge" throughout the document:
    o Mini and Full Statement Fee at a U.S. Bank ATM
    o Safe Deposit Box Paper Invoice
    o Tracer Fee
    o Foreign Draft Purchases
- Checks on Select Countries/Banks (non-collection) name is changed to Foreign Currency Check Deposit - Select Countries
- Domestic Internal Wire Transfer Fee clarification is being added for the following:
    o Internal Wire - outgoing - $11.00
- The footnote for Business Overdraft Protection was updated to refer to the *Your Deposit Account Agreement* document in the section titled "Overdraft Protection Plans," under "Business Banking Overdraft Protection" for additional information.

Beginning May 13, 2024, a copy of the *Business Pricing Information* and the *U.S. Bank Business Essentials® Pricing Information* documents will be available by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

---

Effective May 13, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning April 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under the **Overdraft Protection Plans** section, **Business Banking Overdraft Protection** sub-section, updated the language to state that when a checking account has a linked Business Reserve Line of Credit, the system will automatically draw from that account first, which may incur a fee. If a checking account has a deposit product and credit product linked as overdraft protection, the order of eligible accounts is updated to always draw from the deposit product first, which will not incur a fee, unless the checking account has a linked Business Reserve Line of Credit. If the deposit product has insufficient funds available to transfer, funds will draw from the credit product.
- Under the **Closing Your Account** section, added a paragraph for **How the account closure works** that says, for consumer checking, savings and money market accounts, when you request an account closure, your account will be placed in a 'pending closure' status for a period of 10 business days. During this 10 business day 'pending closure' period, we will allow pending deposits to be cleared and/or post to your account and we will allow pending debit card

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

**us bank**  DBA TGP COMMUNICATIONS LLC
5105 LINDELL BLVD
SAINT LOUIS MO 63108-1221

**Business Statement**

Account Number:
██████ 3057
Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 2 of 7

## INFORMATION YOU SHOULD KNOW                                          (CONTINUED)

transactions that you authorized prior to initiating closure to be cleared and/or post to your account. Your debit card will be declined and transactions will no longer be approved when the account is in 'pending closure' status. Once your account is fully closed, transactions will not be allowed to post to the account except under limited circumstances. For example, transactions may be processed after closure if necessary for fraud investigations, transaction dispute claims, merchant credits, or deposit adjustments due to errors.

If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## SILVER BUSINESS CHECKING                                              *Member FDIC*
U.S. Bank National Association                              **Account Number** ██████ **-3057**
**Account Summary**

|                              | # Items |     |            |
|------------------------------|---------|-----|------------|
| Beginning Balance on Apr 1   |         | $   | 77,494.16  |
| Other Deposits               | 47      |     | 185,929.17 |
| Card Withdrawals             | 21      |     | 16,233.14- |
| Other Withdrawals            | 15      |     | 132,791.35-|
| Checks Paid                  | 2       |     | 3,615.00-  |
| **Ending Balance on Apr 30, 2024** | | $ | 110,783.84 |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|-|------------|--------|

us bank.

DBA TGP COMMUNICATIONS LLC
5105 LINDELL BLVD
SAINT LOUIS MO 63108-1221

**Business Statement**

Account Number:
███ 3057
Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 3 of 7

## SILVER BUSINESS CHECKING     (CONTINUED)

U.S. Bank National Association      **Account Number** ███ **-3057**

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Apr 25 | Electronic Deposit<br>REF=241150174790890N00 | From MERCHANTE<br>1943346153AMEX DEP 000941000136491 | | 50.00 |
| Apr 25 | Electronic Deposit<br>REF=241150174791140N00 | From MERCHANTE<br>1943346153MERCH DEP 000941000136491 | | 100.00 |
| Apr 26 | Electronic Deposit<br>REF=241160197622850N00 | From MERCHANTE<br>1943346153AMEX DEP 000941000136491 | | 45.00 |
| Apr 26 | Electronic Deposit<br>REF=241160197623020N00 | From MERCHANTE<br>1943346153MERCH DEP 000941000136491 | | 1,542.00 |
| Apr 26 | Wire Credit REF003931<br>ORG=RUMBLE USA INC 444 | TD BANK NA OF WILM 240426B015GC<br>GULF OF MEXICO DR | | 79,166.48 |
| Apr 29 | Electronic Deposit<br>REF=241200148069750N00SD | From MERCHANTE<br>1943346153AMEX DEP 000941000136491 | | 10.00 |
| Apr 29 | Electronic Deposit<br>REF=241200148069780N00SD | From MERCHANTE<br>1943346153MERCH DEP 000941000136491 | | 25.00 |
| Apr 29 | Electronic Deposit<br>REF=241200148069770N00SD | From MERCHANTE<br>1943346153MERCH DEP 000941000136491 | | 290.00 |
| Apr 29 | Electronic Deposit<br>REF=241170128590470N00 | From MERCHANTE<br>1943346153AMEX DEP 000941000136491 | | 510.00 |
| Apr 29 | Electronic Deposit<br>REF=241170128590200N00 | From MERCHANTE<br>1943346153MERCH DEP 000941000136491 | | 1,883.00 |
| Apr 29 | Electronic Deposit<br>REF=241200061782980N00 | From TWITTER PAID FEA<br>4270465600TRANSFER ST-F4Z4J1P5Q0K7 | | 2,048.90 |
| Apr 30 | Electronic Deposit<br>REF=241200234488210N00 | From MERCHANTE<br>1943346153MERCH DEP 000941000136491 | | 15.00 |
| Apr 30 | Electronic Deposit<br>REF=241210116665630N00SD | From LIFTABLE MED8111<br>1471453282CASH C&D | | 3,636.40 |

**US bank.**

DBA TGP COMMUNICATIONS LLC
5105 LINDELL BLVD
SAINT LOUIS MO 63108-1221

**Business Statement**

Account Number:
�though ████ 3057
Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 4 of 7

## SILVER BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                                **Account Number** ████ **-3057**

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Apr 30 | Wire Credit REF025132 | BK AMER NYC     240430B07L94 | | 4,005.05 |
| | ORG=RUMBLE CANADA INC | 218 ADELAIDE ST W SUITE 4 | | |
| | | | **Total Other Deposits** $ | **185,929.17** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-8511

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|



**Business Statement**

Account Number:
███ 3057
Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 5 of 7

US bank
DBA TGP COMMUNICATIONS LLC
5105 LINDELL BLVD
SAINT LOUIS MO 63108-1221

## SILVER BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                    Account Number ███ -3057

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-8511



| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| | | | |

| | | | |
|---|---|---|---|
| | **Card 8511 Withdrawals Subtotal** | **$** | **16,233.14-** |
| | **Total Card Withdrawals** | **$** | **16,233.14-** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Apr 26 | Electronic Withdrawal    To ACCOUNTANTSWORLD | | 9,604.29- |
| | REF=241160130300070N00    1790977000PAYROLLDBT464161586 | | |
| Apr 30 | Electronic Withdrawal    To PAYROLLTAX | | 4,543.21- |
| | REF=241200136078160N00    1790977000TAX DEBIT 464161586 | | |
| | **Total Other Withdrawals** | **$** | **132,791.35-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 2480 | Apr 26 | 9212623445 | 2,800.00 | 5600* | Apr 23 | 8314094543 | 815.00 |

| | | | |
|---|---|---|---|
| * Gap in check sequence | | **Conventional Checks Paid (2)** | **$    3,615.00-** |

**us bank.**

DBA TGP COMMUNICATIONS LLC
5105 LINDELL BLVD
SAINT LOUIS MO  63108-1221

**Business Statement**

Account Number:
███████ 3057
Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 6 of 7

## SILVER BUSINESS CHECKING                                              (CONTINUED)

U.S. Bank National Association                                  Account Number ████-3057

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Apr  1 | 71,686.60 | Apr 10 | 38,435.44 | Apr 19 | 99,769.56 |
| Apr  2 | 40,249.23 | Apr 11 | 38,460.44 | Apr 22 | 37,597.51 |
| Apr  3 | 40,379.23 | Apr 12 | 38,158.49 | Apr 23 | 34,404.51 |
| Apr  4 | 43,965.76 | Apr 15 | 19,742.50 | Apr 25 | 34,554.51 |
| Apr  5 | 43,319.91 | Apr 16 | 99,742.50 | Apr 26 | 102,903.70 |
| Apr  8 | 38,416.33 | Apr 17 | 99,762.50 | Apr 29 | 107,670.60 |
| Apr  9 | 38,400.44 | Apr 18 | 99,777.50 | Apr 30 | 110,783.84 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: March 2024

| | | | |
|---|---|---|---|
| Account Number: | ████-3057 | $ | 71.95 |
| Analysis Service Charge assessed to | ████-3057 | $ | 71.95 |

[1] Financial institutions are required by the State of Iowa to charge sales taxes on certain service charges related to checking accounts. Any assessed tax has been itemized on your statement.

### Service Activity Detail for Account Number ████-3057

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|---------------|-------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 105 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| **SinglePoint** | | | |
| SPE Pday Det & Sum Mo Maint | 1 | 17.95000 | 17.95 |
| SPE Previous Day per Item Det | 95 | | No Charge |
| Subtotal: SinglePoint | | | 17.95 |
| **Wire Transfers** | | | |
| Incoming Fedwire | 1 | 14.00000 | 14.00 |
| Incoming Fedwire Ctp | 1 | 16.00000 | 16.00 |
| Wire Advice Mail | 2 | 12.00000 | 24.00 |
| Subtotal: Wire Transfers | | | 54.00 |
| **ACH Services** | | | |
| ACH Received Addenda Item | 2 | | No Charge |
| Subtotal: ACH Services | | | 0.00 |
| Fee Based Service Charges for Account Number ████-3057 | | $ | 71.95 |

# us bank.

DBA TGP COMMUNICATIONS LLC
5105 LINDELL BLVD
SAINT LOUIS MO 63108-1221

**Business Statement**

Account Number:
▮▮▮▮ 3057
Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 7 of 7

## IMAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT

*Member FDIC*

**Account Number** ▮▮▮▮ **-3057**

2480

TGP Communications LLC
5105 Lindell Blvd
St Louis, Missouri 63108                04-26-24

Pay to the order of _Maria Mancusi_                $2800.00

_Two - thousand eight hundred and 00/100_ dollars

**us bank.**

for _April Inv._                     James Hoft

⑈081000210⑈ ▮▮▮▮▮▮ 3057⑈ 2480

20240426  003700557940  07100433

| 2480 | Apr 26 | 2,800.00 |



ACCOUNT PAYMENT

PLEASE POST THIS PAYMENT FOR GENERAL ACCT ONLY

$815.00

21810

JAMES HOFT
5105 LINDELL BLVD
SAINT LOUIS, MO 63108-1221

Please Direct Any Questions To
(800) 578-0302
OUR OPERATIONS DEPARTMENT

0000005600

April 11, 2024

US BANK NA

Pay EIGHT HUNDRED FIFTEEN AND 00/100

DOLLARS

TO
THE
ORDER
OF

AP ACCOUNTING AND TAX
19234 BABLER FORE ST RD
WILDWOOD, MO 63038-0221

$ *******815.00

Void After 180 DAYS
Signature On File
This check has been authorized
by your depositor

⑈005600⑈ ⑈081000210⑈ ▮▮▮▮▮▮ 3057⑈

| 5600* | Apr 23 | 815.00 |

?Mobile Deposit? 101000019
214314191
2024-04-23
0028890856

600708213

* Gap in check sequence

# Revolut Business

# Monthly statement

Generated on the 20 May 2024

**TGP Communications LLC**

5105 Lindell Blvd
Saint Louis
63108-1221
MO
United States

| | |
|---|---|
| Account name | United States Dollar |
| Currency | USD |
| | |
| Type | Local |
| Account number | ████1220 |
| Routing number | 026013356 |
| Wire routing number | 026013356 |
| | |
| Type | International |
| Account number | ████220 |
| SWIFT / BIC | REVOUS31 |
| Intermediary BIC | CHASGB2L |

## Balance summary

| | |
|---|---|
| Opening balance | $264 843.95 |
| Money in | $140 912.27 |
| Money out | - $238 323.50 |
| Closing balance | $167 432.72 |

Your funds are held and protected by a licensed bank.

## Transactions from 01 April 2024 to 30 April 2024

| Date (UTC) | | Description | Money out | Money in | Balance |
|---|---|---|---|---|---|
| 30 Apr 2024 | MOS | To Paulo De Paiva Serran · April 2024 Invoice Advance | $500.00 | | $167 432.72 |
| 29 Apr 2024 | MOA | Money added from ECONOMIC ADVISOR | | $29 315.00 | $167 932.72 |
| 25 Apr 2024 | MOA | Money added from ECONOMIC ADVISOR | | $1 749.10 | $138 617.72 |
| 22 Apr 2024 | MOA | Money added from ECONOMIC ADVISOR | | $12 455.80 | $136 868.62 |
| ██████ | ██ | ██████████ | | ████ | ████ |
| ██████ | ██ | ██████████ | | ████ | ████ |
| ██████ | ██ | ██████████ | ████ | | ████ |
| ██████ | ██ | ██████████ | ████ | | ████ |

Report lost or stolen card
+1 844 744 3512
Get help directly in app
Scan the QR code

Revolut Technologies Inc. is a Delaware Software Company with its registered address at Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware 19801. Banking services are provided by Metropolitan Commercial Bank, Member FDIC. The Revolut USA Mastercard is issued by Metropolitan Commercial Bank pursuant to a license from Mastercard International and may be used everywhere Mastercard is accepted in the U.S. "Metropolitan Commercial Bank" and "Metropolitan" are registered trademarks of Metropolitan Commercial Bank. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

© 2024 Revolut Technologies Inc.

1/3



Report lost or stolen card
+1 844 744 3512
Get help directly in app
Scan the QR code

© 2024 Revolut Technologies Inc.

Revolut Technologies Inc. is a Delaware Software Company with its registered address at Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware 19801. Banking services are provided by Metropolitan Commercial Bank, Member FDIC. The Revolut USA Mastercard is issued by Metropolitan Commercial Bank pursuant to a license from Mastercard International and may be used everywhere Mastercard is accepted in the U.S. "Metropolitan Commercial Bank" and "Metropolitan" are registered trademarks of Metropolitan Commercial Bank. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.



## Transaction types

| | | | |
|---|---|---|---|
| Card payments (CAR)<br>$0.00 | Money sent (MOS)<br>- $238 283.51 | Money received (MOR)<br>$0.00 | Money added (MOA)<br>+ $140 912.27 |
| ATM Withdrawals (ATM)<br>$0.00 | Exchange Out (EXO)<br>$0.00 | Exchange In (EXI)<br>$0.00 | Revolut Fees (FEE)<br>- $49.99 |

Report lost or stolen card<br>+1 844 744 3512<br>Get help directly in app<br>Scan the QR code

Revolut Technologies Inc. is a Delaware Software Company with its registered address at Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware 19801. Banking services are provided by Metropolitan Commercial Bank, Member FDIC. The Revolut USA Mastercard is issued by Metropolitan Commercial Bank pursuant to a license from Mastercard International and may be used everywhere Mastercard is accepted in the U.S. "Metropolitan Commercial Bank" and "Metropolitan" are registered trademarks of Metropolitan Commercial Bank. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

© 2024 Revolut Technologies Inc.