## United States Bankruptcy Court

**IN RE:**                                             Case No. 24-13938-MAM

TGP COMMUNICATIONS, LLC
_____    Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| James Hoft<br>1820 NE JENSEN BEACH BLVD. UNIT 1120, Jensen Beach, FL 34957 | 100 | President |