**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| **TGP COMMUNICATIONS, LLC** | Case No. 24-13938-MAM |
|     **Debtor.** | |
| _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Order Granting Ex-Parte Motion for Extension of Time to Comply with Notice of Deadline(S) to Correct Filing Deficiency(IES)* [Doc 25] was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on May 21, 2024.

**Dated: May 24, 2024**

                                          Respectfully submitted,

                          By:    /s/ Bart A. Houston
                                    Bart A. Houston
                                    Florida Bar No. 623636
                                    **HOUSTON RODERMAN**
                                    *Counsel for Debtor*
                                    633 S. Andrews Ave. Suite 500
                                    Ft. Lauderdale, Florida 33301
                                    Telephone: (954) 900-2615
                                    Facsimile: (954) 839-9068
                                    Primary Email: bhouston@houstonroderman.com
                                    Secondary Email: dschena@houstonroderman.com