continueUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TGP COMMUNICATIONS, LLC , | : | CASE NO. 24-13938-MAM |
| | : | |
| DEBTOR. | : | |

**NOTICE OF CONTINUED 341 METING OF CREDIOTRS**

Comes now Martin P. Ochs and gives notice on behalf of Mary Ida Townson, United States Trustee for Region 21 that the Continued 341 Meeting of Creditors will be held by telephone in the above-styled Chapter 11 case on June 6, 2024, at 3:30 p.m.

Call in number: 866-915-4419

Passcode: 6071331

                                                            MARY IDA TOWNSON
                                                          UNITED STATES TRUSTEE
                                                          REGION 21

                                                          By:       /s/
                                                          Martin P. Ochs
                                                          Georgia Bar No. 091608
                                                          United States Department of Justice
                                                          Office of the United States Trustee
                                                          362 Richard Russell Building
                                                          75 Ted Turner Drive SW
                                                          Atlanta, Georgia 30303
                                                          (404) 331-4509
                                                          martin.p.ochs@usdoj.gov