**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

TGP COMMUNICATIONS, LLC,   Case No. 24-13938-MAM
                          Chapter 11
    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

David A. Blansky, Esq. of the law firm of Dunn Law, P.A., pursuant to Bankruptcy Rules 2002 and 9010(b), hereby files this *Notice of Appearance and Request for Service* in the above-styled case as local counsel for **Creditor, Ruby Freeman** (the Creditor"), and requests to be served with copies of all notices, pleadings, motions, orders and other documents filed in this case.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 31st day of May, 2024, upon counsel for the Debtor and all registered users in this case.

    **DUNN LAW, P.A.**
    *Local Counsel for Ruby Freeman*
    66 West Flagler Street, Suite 400
    Miami, Florida 33130
    Tel: 786-433-3866
    Fax: 786-260-0269
    dblansky@dunnlawpa.com

    By:    */s/ David A. Blansky*
            David A. Blansky, Esq.
            Florida Bar No. 1033002