**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:

TGP COMMUNICATIONS, LLC

    Debtor.

Chapter 11

Case No. 24-13938-MAM

## *EX PARTE* MOTION TO APPEAR PRO HAC VICE

I, David A. Blansky ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida, with an office in this District and qualified to practice in this court, request that this court admit *pro hac vice* Rachel C. Strickland ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the bar of the States of New York and New Jersey, the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, and qualified to practice in this court, who proposes to act as counsel for Ruby Freeman and Wandrea' ArShaye Moss (together, the "Clients") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Clients.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Clients, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients, and, for myself and the law firm of Dunn Law, P.A., I

accept those obligations.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the cases noted above on behalf of the Clients and in any adversary proceedings in those cases in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Clients in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit "A"**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests entry of an order, in the form attached hereto as **Exhibit "B"**, authorizing the Visiting Attorney to appear *pro hac vice* in these cases and in any adversary proceedings in these cases on behalf of the Clients and indicating Movant and the law firm of Dunn Law, P.A. as local counsel for the Clients, and for such other and further relief as may be just.

Dated: May 31, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ David A. Blansky*
　　　　　　　　　　　　　　　　　　　David A. Blansky
　　　　　　　　　　　　　　　　　　　Florida Bar No. 1033002
　　　　　　　　　　　　　　　　　　　Dunn Law, P.A.
　　　　　　　　　　　　　　　　　　　66 West Flagler Street, Suite 400
　　　　　　　　　　　　　　　　　　　Miami, Florida 33130
　　　　　　　　　　　　　　　　　　　Phone: 786.433.3866 || Fax: 786.260.0269
　　　　　　　　　　　　　　　　　　　Direct: 786.534.3669
　　　　　　　　　　　　　　　　　　　Email: dblansky@dunnlawpa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 31st day of May 2024, via Notice of Electronic Filing (CM/ECF) upon counsel for Debtor and registered users in this case.

By: */s/ David A. Blansky*
       David A. Blansky, Esq.

**Exhibit "A"**

**(Affidavit of Proposed Visiting Attorney)**

-5-

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

STATE OF NEW YORK       )
                        ) SS
NEW YORK COUNTY         )

PERSONALLY APPEARED before the undersigned officer duly authorized to administer oaths, Rachel C. Strickland, who first being sworn, on oath deposes and says:

My name is Rachel C. Strickland. I am over the age of majority, of sound mind, and suffer from no disease or defect that would render me incompetent to testify before this Court.

I am a member in good standing of the State Bars of New York and New Jersey and of the bar of the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the States of New York and New Jersey or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court. I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

I hereby request authority to appear pro hac vice in these cases and in any adversary proceedings in these cases on behalf of Ruby Freeman and Wandrea' ArShaye Moss (together, the "Clients"). As local counsel for Clients I designate David A. Blansky, Esq. and the law firm of Dunn Law, P.A., who is qualified to practice in this court. I acknowledge that local counsel is required to participate in the preparation and the presentation of, and accept service in, the case and any adversary proceedings in which I appear on behalf of the same client, unless and until other local counsel is designated under this local rule (except where the

-6-

motion is limited to a particular adversary proceeding). I further certify that I am familiar with and will be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of The Florida Bar.

FURTHER AFFIANT SAYETH NAUGHT.

_____

SWORN TO AND SUBSCRIBED
before me this 30 day of May 2024.

_____
Notary Public

**CAROLYN WETZ**
Notary Public, State of New York
No. 01WE6396308
Qualified in Richmond County
Commission Expires Aug. 19, 2027

**Exhibit "B"**

**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| TGP COMMUNICATIONS, LLC | Case No. 24-13938-MAM |
| Debtor. | |

**ORDER ADMITTING ATTORNEY PRO HAC VICE**

This matter came before the court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice* [Doc No. __]. The Court having reviewed the motion and good cause appearing, it is **ORDERED** that Rachel C. Strickland ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Ruby Freeman and Wandrea' ArShaye Moss (together, the "Clients") in these cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of Client, subject to the local rules of this Court.

Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered user of

CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorneys ("Local Attorney") are designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> David A. Blansky, Esq., and the
> Law Firm of Dunn Law, P.A.
> 66 West Flagler Street, Suite 400
> Miami, Florida 33130
> Phone: 786.433.3866 || Fax: 786.260.0269
> Direct: 786.534.3669
> Email: dblansky@dunnlawpa.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Clients. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Clients in all such proceedings.

###

**Submitted by**:
David A. Blansky, Esq.

Attorney David A. Blansky shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding and shall file a certificate of service thereof.