UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| TGP COMMUNICATIONS, LLC | § | Case No. 24-13938 (MAM) |
| | § | |
| Debtor. | § | |

**JOINDER TO THE UNITED STATES TRUSTEE'S OBJECTION TO THE DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS**

Dr. Eric Coomer ("Coomer"), as a creditor and party-in-interest of TGP Communications, LLC (the "Debtor" or "The Gateway Pundit"), by and through his undersigned counsel, respectfully joins and adopts the United States Trustee's Objection to the Debtor's Motion for an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors (the "UST's Objection") [Dkt. 35]. Coomer further reserves the right to raise any arguments in connection with the Debtor's Motion for Entry of an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors [Dkt. 26] at the hearing scheduled for June 4, 2024, at 1:30 p.m.

In addition to the arguments raised by the UST, Coomer, who is the former Director of Product Strategy and Security for Dominion Voting Systems, notes that many of the undisclosed Contract Writers are likely to be some of the very same writers that either created or have knowledge of the defamatory articles published by The Gateway Pundit about Coomer's alleged role in rigging the 2020 presidential election. Thus, any argument by the Debtor that publication of personally identifying information of the Contract Writers constitutes an unlawful injury under 11 U.S.C. § 107(c) is wholly

1

inconsistent with the Debtor's prior conduct in the publication of defamatory material concerning Coomer on its website.

Coomer would further note that the Debtor *currently* lists the following writers in the byline on articles published on its website[1] today, to wit: Cullen Linebarger, Jim Hoft, Anthony Scott, Cristina Laila, Margaret Flavin, Ben Kew, Jordan Conradson, Alicia Powe, Paul Serran, Antonio Graceffo, Sharika Soa, and Mike LaChance. These articles contain links to biographical information concerning the referenced writers.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Dr. Eric Coomer joins the UST's Objection and respectfully requests that the Court deny the relief requested in the Debtor's Motion for Entry of an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors [Dkt. 26] and grant any such other and further relief that the Court deems just and proper.

Dated: May 31, 2024

Respectfully submitted,

*/s/ Vincent F. Alexander*
Vincent F. Alexander
Florida Bar No. 68114
**Shutts & Bowen LLP**
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, FL 33301
(954) 524-5505-main
(954) 524-5506-facsimile
VAlexander@shutts.com

and

*/s/ Ryan E. Chapple*
Charles J. Cain - *Pro Hac Vice Forthcoming*
ccain@cstrial.com
Ryan E. Chapple - *Pro Hac Vice Forthcoming*
rchapple@cstrial.com

---

[1] https://www.thegatewaypundit.com/

> Bradley A. Kloewer - *Pro Hac Vice Forthcoming*
> bkloewer@cstrial.com
> **CAIN & SKARNULIS PLLC**
> 303 Colorado Street, Suite 2850
> Austin, Texas 78701
> 512-477-5000
> 512-477-5011—Facsimile
>
> **ATTORNEYS FOR DR. ERIC COOMER**

## CERTIFICATE OF SERVICE

**I CERTIFY** that on May 31, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or *pro se* parties who are authorized to receive electronically Notice of Electronic Filing in these bankruptcy cases.

> */s/ Vincent F. Alexander*
> Vincent F. Alexander

3

FTLDOCS 9171854 1