**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TGP Communications, LLC. | Case No. 24-13938 (MAM) |
| Debtor. | |

**JOINDER TO THE UNITED
STATES TRUSTEE'S OBJECTION TO THE DEBTOR'S MOTION FOR
AN ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY
IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS**

Ruby Freeman and Wandrea' ArShaye "Shaye" Moss (together, the "Freeman Plaintiffs"), as creditors of TGP Communications, LLC (the "Debtor" or "The Gateway Pundit"), by and through their undersigned counsel, respectfully join and adopt *The United States Trustee's Objection to the Debtor's Motion for an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors* [Dkt. 35]. The Freeman Plaintiffs further reserve the right to raise any arguments in connection with the *Debtor's Motion for Entry of an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors* [Dkt. 26] at the hearing scheduled for June 4, 2024, at 1:30 p.m.

*[remainder of page left intentionally blank]*

Dated: June 3, 2024

By: */s/ David A. Blansky*

| | |
|---|---|
| David A. Blansky | Rachel C. Strickland (*pro hac vice* pending) |
| Florida Bar No. 1033002 | Aaron E. Nathan (*pro hac vice* pending) |
| Michael P. Dunn | James H. Burbage (*pro hac vice* pending) |
| Florida Bar No. 100705 | WILLKIE FARR & GALLAGHER LLP |
| DUNN LAW, P.A. | 787 Seventh Avenue |
| 66 West Flager Street, Suite 400 | New York, NY 10019 |
| Miami, FL 33130 | Telephone: (212) 728-8000 |
| Telephone: (786) 433-3866 | Facsimile: (212) 728-8111 |
| Facsimile: (786) 260-0269 | rstrickland@willkie.com |
| dblansky@dunnlawpa.com | anathan@willkie.com |
| michael.dunn@dunnlawpa.com | jburbage@willkie.com |
| -and- | -and- |
| Rachel Goodman (*pro hac vice* forthcoming) | Michael J. Gottlieb (*pro hac vice* pending) |
| Brittany Williams (*pro hac vice* forthcoming) | Meryl C. Governski (*pro hac vice* forthcoming) |
| UNITED TO PROTECT DEMOCRACY | WILLKIE FARR & GALLAGHER LLP |
| 82 Nassau Street, #601 | 1875 K Street NW |
| New York, NY 10038 | Washington, DC 20006 |
| Telephone: (202) 579-4582 | mgottlieb@willkie.com |
| rachel.goodman@protectdemocracy.org | mgovernski@willkie.com |
| brittany.williams@protectdemocracy.org | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF), on this 3rd day of June, 2024 upon counsel for Debtors and registered users in this case.

By: */s/ David A. Blansky*
David A. Blansky, Esq.
Florida Bar No. 1033002