**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| TGP COMMUNICATIONS, LLC | § | Case No. 24-13938 (MAM) |
| | § | |
| Debtor. | § | |

**MOTION TO APPEAR PRO HAC VICE**

Motion and Affidavit of Local Counsel

I, Vincent F. Alexander ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice Charlie J. Cain* ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court(s) for Southern District of Texas, Western District of Texas, Eastern District of Texas, and Northern District of Texas, the United States District Court of Colorado, and the United States Supreme Court, and qualified to practice in this court, who proposes to act as counsel Dr. Eric Coomer ("Coomer") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for Coomer, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation

FTLDOCS 9173425 1

of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: June 3, 2024            Respectfully submitted,

/s/ *Vincent F. Alexander*
Vincent F. Alexander
Florida Bar No. 68114
**SHUTTS & BOWEN LLP**
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, FL 33301
(954) 524-5505-main
(954) 847-3835-direct
(954) 524-5506-facsimile
VAlexander@shutts.com
**ATTORNEY FOR DR. ERIC COOMER**

## CERTIFICATE OF SERVICE

**I CERTIFY** that on June 3, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or *pro se* parties who are authorized to receive electronically Notice of Electronic Filing in these bankruptcy cases.

/s/ *Vincent F. Alexander*
Vincent F. Alexander

FTLDOCS 9173425 1

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| TGP COMMUNICATIONS, LLC | § | Case No. 24-13938 (MAM) |
| | § | |
| Debtor. | § | |

**Affidavit of Proposed Visiting Attorney**

I, Charlie J. Cain, am a member in good standing of the bar of the State of Texas and the State of Colorado and admitted to practice before the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Western District of Texas, United States District Court for the Eastern District of Texas, the United States District Court of Colorado, and the United States Supreme Court. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court. I certify that I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Dr. Eric Coomer ("Coomer"). I designate Vincent F. Alexander ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

FTLDOCS 9173425 1

Dated: June 3, 2024

                                                                                  */s/ Charlie J. Cain*
                                                                                  Charlie J. Cain
Texas State Bar No. 00796292
Colorado State Bar No. 51020
**CAIN & SKARNULIS PLLC**
303 Colorado St., Suite 2850
Austin, Texas 78701
(512) 477-5000-main
(512) 477-5011-facsimile
ccain@cstrial.com

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| TGP COMMUNICATIONS, LLC | § | Case No. 24-13938 (MAM) |
| | § | |
| Debtor. | § | |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [ECF No._____]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Charlie J. Cain ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Dr. Eric Coomer ("Coomer") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

1

FTLDOCS 9173461 1

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

>Vincent F. Alexander
>Florida Bar No. 68114
>**SHUTTS & BOWEN LLP**
>201 East Las Olas Blvd., Suite 2200
>Fort Lauderdale, FL 33301
>(954) 524-5505-main
>(954) 847-3835-direct
>(954) 524-5506-facsimile
>VAlexander@shutts.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client in all such proceedings.

###

**Submitted by:**

Vincent F. Alexander
**SHUTTS & BOWEN LLP**
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, FL 33301
(954) 524-5505-main
(954) 524-5506-facsimile
VAlexander@shutts.com

**Copies to:**

Charlie J. Cain
**CAIN & SKARNULIS PLLC**
303 Colorado St., Suite 2850
Austin, Texas 78701
(512) 477-5000-main
(512) 477-5011-facsimile

2

FTLDOCS 9173461 1

ccain@cstrial.com

Vincent F. Alexander, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

3