

**ORDERED in the Southern District of Florida on June 7, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| TGP COMMUNICATIONS, LLC | Case No. 24-13938-MAM |
| Debtor. | |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Ex Parte Motion to Appear Pro Hac Vice* [Doc No. 41]. The Court having reviewed the motion and good cause appearing, it is **ORDERED** that Rachel C. Strickland ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Ruby Freeman and Wandrea' ArShaye Moss (together, the "Clients") in these cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of Client, subject to the local rules of this Court.

Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court. Visiting Attorney may apply to become a registered user of

CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorneys ("Local Attorney") are designated as the attorney qualified to practice in this Court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> David A. Blansky, Esq., and the
> Law Firm of Dunn Law, P.A.
> 66 West Flagler Street, Suite 400
> Miami, Florida 33130
> Phone: 786.433.3866 || Fax: 786.260.0269
> Direct: 786.534.3669
> Email: dblansky@dunnlawpa.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of the Clients. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this Court approving the same Local Attorney will continue to act as local attorney for the Clients in all such proceedings.

###

**Submitted by**:
David A. Blansky, Esq.

Attorney David A. Blansky shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding and shall file a certificate of service thereof.

-2-