UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| TGP COMMUNICATIONS, LLC | § | Case No. 24-13938 (MAM) |
| | § | |
| Debtor. | § | |

**JOINDER TO THE MOTION OF RUBY FREEMAN AND WANDREA' ARSHAYE MOSS FOR AN ORDER DISMISSING THE DEBTOR'S CHAPTER 11 CASE UNDER SECTIONS 1112(b) AND 305(a) OF THE BANKRUPTCY CODE, OR, IN THE ALTERNATIVE, MODIFYING THE AUTOMATIC STAY TO CONTINUE PREPETITION LITIGATION**

Dr. Eric Coomer ("Dr. Coomer"), as a creditor and party-in-interest of TGP Communications, LLC (the "Debtor" or "The Gateway Pundit"), by and through his undersigned counsel, respectfully joins and adopts the Motion of Ruby Freeman and Wandrea' Arshaye Moss for an Order Dismissing the Debtor's Chapter 11 Case Under Sections 1112(b) and 305(a) of the Bankruptcy Code or, in the alternative, Modifying the Automatic Stay to Continue Prepetition Litigation [Dkt. 39] (the "Motion"), and files this Joinder, adopting the arguments in the Motion, adding additional relevant facts, and seeking an order (a) dismissing the Debtor's chapter 11 case under sections 1112(b) and 305(a) of the Bankruptcy Code, or (b) in the alternative, modifying the automatic stay pursuant to section 362(d) to continue litigation currently pending in the District Court of Denver, Colorado (the "Colorado Litigation"). Dr. Coomer further reserves the right to raise any arguments in connection with the Motion at the hearing scheduled for June 27, 2024, at 1:00 p.m.

1

9178717.2

## ADDITIONAL FACTS RELEVANT TO DR. COOMER

1. In addition to the Background provided in the Motion, Dr. Coomer provides the following facts relevant to the Colorado Litigation. Dr. Coomer is the former Director of Product Strategy and Security for Dominion Voting Systems. He served in that role during the 2020 presidential election.

2. In the wake of 2020 presidential election, Debtor published successive articles about Dr. Coomer containing patent falsehoods. Headlines of these articles include:

> on November 13, 2020: "Dominion Voting Systems Officer of Strategy and SECURITY Eric Coomer Admitted in 2016 Vendors and Election Officials Have Access to Manipulate the Vote;"[1]
>
> on November 14, 2020: "Report: Anti-Trump Dominion Voting Systems Security Chief Was Participating in Antifa Calls, Posted Antifa Manifesto Letter to Trump Online;"[2]
>
> on November 16, 2020: "Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath – His Internet Profile Is Being Deleted and Erased (AUDIO);"[3]
>
> on December 28, 2020: "WAKE UP AMERICA! Bold Billionaire Offers $1 Million Bounty for Dominion, Eric Coomer's Comeuppance."[4]

3. Debtor's articles garnered national attention and Dr. Coomer was forced to flee his home in response to credible threats he received. Colorado Litigation 1st Am. Pet. at ¶ 74, attached hereto as **Exhibit A**. Dr. Coomer had to sever ties with friends and family members to stay in seclusion during the onslaught of threats and efforts across social media to locate him. (*Id.* at ¶¶ 72, 74-77). Dr. Coomer has suffered damage to his

---

[1] Jim Hoft, THE GATEWAY PUNDIT, Nov. 13, 2020.
[2] Jim Hoft, THE GATEWAY PUNDIT, Nov. 14, 2020.
[3] Jim Hoft, THE GATEWAY PUNDIT, Nov. 16, 2020. Eric Trump subsequently linked this article in a tweet to cast doubt on the integrity of the election.
[4] Jim Hoft, THE GATEWAY PUNDIT, Dec. 28, 2020.

9178717.2

reputation, privacy, safety, earnings, among other pecuniary loss and emotional and physical distress. (*Id.* at ¶ 81).

4. On December 22, 2020, Dr. Coomer filed Case No. 2020CV34319, styled *Coomer v. Donald J Trump for President Inc., et al,* in the District Court, Denver County, Colorado. The Colorado Litigation includes claims against Debtor and Debtor's owner, Jim Hoft ("Mr. Hoft"), among others, related to defamatory statements concerning Dr. Coomer and his alleged role in rigging the 2020 presidential election. Debtor's strategy in the Colorado Litigation has been the same as in the Missouri Litigation: delay.

5. On April 30, 2021, Debtor and Mr. Hoft filed a special motion to dismiss Dr. Coomer's claims under Colorado's anti-SLAPP statute. On May 13, 2022, the district court denied all anti-SLAPP motions, including those filed by Debtor and Mr. Hoft (the "anti-SLAPP Order").

6. On May 24, 2022, Debtor and Mr. Hoft filed a notice of appeal of the anti-SLAPP Order.

7. On April 11, 2024, the Colorado Court of Appeals affirmed the majority of the district court's findings in the anti-SLAPP Order, including those against Debtor and Mr. Hoft.

8. Two weeks later, on April 25, 2024, Debtor filed a Suggestion of Bankruptcy in the Colorado Litigation.

9. On May 10, 2024, Debtor filed a joint motion seeking an extension of time to file petitions for writ of certiorari before the Supreme Court of Colorado, despite the pendency of this bankruptcy.

10. The Colorado Litigation is currently on appeal before the Supreme Court of Colorado.

9178717.2

11. Assuming the Colorado Litigation is ultimately remanded to the district court, Dr. Coomer will begin conducting fact and expert discovery. This discovery will likely last through 2025. There is no current trial setting.

12. In the alternative, if the Court finds dismissal is not justified, Dr. Coomer seeks an order modifying the automatic stay to allow the Colorado Litigation to proceed pursuant to 11 U.S.C § 362(d)(1). The same considerations outlined in the Motion supporting a modification of the automatic stay to allow the Missouri Litigation to proceed are applicable here and Dr. Coomer joins in and adopts such arguments.

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, Dr. Eric Coomer joins the Motion and respectfully requests that the Court enter an order granting the Motion and dismissing this chapter 11 case. In the alternative, Dr. Eric Coomer requests an order granting him relief from the automatic stay to continue the Colorado Litigation to judgment.

Dated: June 8, 2024                     Respectfully submitted,

*/s/ Vincent F. Alexander*
Vincent F. Alexander
valexander@shutts.com
Florida Bar No. 68114
**SHUTTS & BOWEN LLP**
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, Florida 33301
954-524-5505
954-524-5506—Facsimile

and

*/s/ Ryan E. Chapple*
Charles J. Cain - *Pro Hac Vice Pending*
ccain@cstrial.com
Ryan E. Chapple - *Pro Hac Vice Pending*
rchapple@cstrial.com
Bradley A. Kloewer - *Pro Hac Vice Pending*
bkloewer@cstrial.com

4

9178717.2

**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

**ATTORNEYS FOR DR. ERIC COOMER**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or *pro se* parties who are authorized to receive electronically Notice of Electronic Filing in these bankruptcy cases.

　　　　　　　　　　　　　　　　　　　　*/s/ Vincent F. Alexander*
　　　　　　　　　　　　　　　　　　　　Vincent F. Alexander