**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TGP COMMUNICATIONS, LLC , | : | CASE NO. 24-13938-MAM |
| | : | |
| DEBTOR. | : | |

**NOTICE OF CONTINUED 341 METING OF CREDIOTRS**

Comes now Martin P. Ochs and gives notice on behalf of Mary Ida Townson, United States Trustee for Region 21 that the Continued 341 Meeting of Creditors will be held by telephone in the above-styled Chapter 11 case on June 18, 2024, at 9:00 a.m.

Call in number: 866-915-4419

Passcode: 6071331

                                                        MARY IDA TOWNSON
                                                        UNITED STATES TRUSTEE
                                                        REGION 21

                                                        By:_____/s/_____
                                                        Martin P. Ochs
                                                        Georgia Bar No. 091608
                                                        United States Department of Justice
                                                        Office of the United States Trustee
                                                        362 Richard Russell Building
                                                        75 Ted Turner Drive SW
                                                        Atlanta, Georgia 30303
                                                        (404) 331-4509
                                                        martin.p.ochs@usdoj.gov