**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

TGP COMMUNICATIONS, LLC,    Case No. 24-13938-MAM
                             Chapter 11
    Debtor.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Motion of Ruby Freeman and Wandrea' Arshaye Moss for an Order Dismissing the Debtor's Chapter 11 Case Under Sections 1112(b) and 305(a) of the Bankruptcy Code or, in the alternative, Modifying the Automatic Stay to Continue Prepetition Litigation* [D.E. 39] and the *Notice of Hearing* [D.E. 40], was served by U.S. mail on the day of 3rd day June, 2024, upon all parties non the attached service list.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 10th day of June, 2024, upon all registered users in this case.

[*Remainder of Page Intentionally Left Blank*]

1

David A. Blansky
Florida Bar No. 1033002
Michael P. Dunn
Florida Bar No. 100705
DUNN LAW, P.A.
66 West Flager Street, Suite 400
Miami, FL 33130
Telephone: (786) 433-3866
Facsimile: (786) 260-0269
dblansky@dunnlawpa.com
michael.dunn@dunnlawpa.com

-and-

Rachel Goodman (*pro hac vice* forthcoming)
Brittany Williams (*pro hac vice* forthcoming)
UNITED TO PROTECT DEMOCRACY
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582
rachel.goodman@protectdemocracy.org
brittany.williams@protectdemocracy.org

Rachel C. Strickland (*pro hac vice* pending)
Aaron E. Nathan (*pro hac vice* pending)
James H. Burbage (*pro hac vice* pending)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
anathan@willkie.com
jburbage@willkie.com

-and-

Michael J. Gottlieb (*pro hac vice* pending)
Meryl C. Governski (*pro hac vice* forthcoming)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
mgottlieb@willkie.com
mgovernski@willkie.com

By: */s/ David A. Blansky*
    David A. Blansky, Esq.
    Florida Bar No. 1033002

| | |
|---|---|
| TGP Communications<br>1820 NE Jensen Beach Blvd<br>Unit 1120<br>Jensen Beach, FL 34957-7212 | Christopher Douglass<br>199 Clarkson Road<br>Ballwin, MO 63011-2243 |
| Eric Coomer<br>c/o Cain & Skarnulis PLLC<br>PO Box 1064<br>Salida, CO 81201-1064 | Eric Coomer<br>c/o Rechtkornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, CO 80202-3110 |
| Florida Department of Revenue, Bankruptcy Unit<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| James Hoft<br>8750 South Ocean Drive<br>Unit 534<br>Jensen Beach, FL 34967-2125 | James Kirk<br>947 Century Oaks Drive<br>Manchester, MO 63021-6921 |

- 2 -

| | |
|---|---|
| Jane Does A-K<br>c/o Jonathan Burns<br>PO Box 191250<br>Saint Louis, MO 63119-7250 | Jez Morano<br>8750 South Ocean Drive<br>Unit 534<br>Jensen Beach, FL 34957-2125 |
| John Does A-GG<br>c/o Jonathan Burns<br>PO Box 191250<br>Saint Louis, MO 63119-7250 | Jonathan Burns<br>PO Box 191250<br>Saint Louis, MO 63119-7250 |
| Kellie Poen<br>344 Fallon Pkwy<br>Saint Peters, MO 63376-7704 | Office of the U.S. Trustee<br>51 S.W. 1st Avenue<br>Suite 1204<br>Miami, FL 33130-1614 |
| Tammie Gassawsy<br>19274 Babler Forest Road<br>Chesterfield, MO 63005-6021 | Ted Slater<br>2820 N Pinal Avenue<br>Suite 12 PMB 209<br>Casa Grande, AZ 85122-7927 |

- 2 -

- 3 -

| | |
|---|---|
| Bart A. Houston<br>633 S. Andrews Avenue<br>Suite 500<br>Ft. Lauderdale, FL 33301-2858 | Jim Hoft<br>c/o Furr and Cohen, P.A.<br>2255 Glades Road, Suite 419A<br>Boca Raton, FL 33431-7379 |

Linda Marie Leali
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134-6044

- 3 -