UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TGP COMMUNICATIONS, LLC,   Case No. 24-13938-MAM
                          Chapter 11
    Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Admitting Attorney Pro Hac Vice* [D.E. 53, D.E. 54, D.E. 55 and D.E. 56], was served on the 7th day June, 2024, via Notice of Electronic Filing (CM/ECF) upon the United States Trustee, Counsel for Debtor and the following parties:

**Vincent F Alexander,** valexander@shutts.com, SLall@shutts.com
**David Blansky,** dblansky@dunnlawpa.com, rbasnueva@dunnlawpa.com
**Robert C Furr,** ltitus@furrcohen.com, atty_furrcohen@bluestylus.com; staff1@furrcohen.com; yfernandez@furrcohen.com
**Bart A Houston**   bhouston@houstonroderman.com, dschena@houstonroderman.com;alewitt@houstonroderman.com
**Linda Marie Leali**   trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
**Martin P Ochs**   martin.p.ochs@usdoj.gov
**Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

                           */s/ David A. Blansky*
                           David A. Blansky, Esq.
                           *Local Counsel for Creditors*
                           *Ruby Freeman and Wandrea' ArShaye Moss*
                           Florida Bar No. 1033002
                           Dunn Law, P.A.
                           66 West Flagler Street, Suite 400
                           Miami, Florida 33130
                           Phone: 786.433.3866 || Fax: 786.260.0269
                           Direct: 786.534.3669
                           Email: dblansky@dunnlawpa.com

1

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 11th day of June, 2024, upon all registered users in this case.

> _/s/ David A. Blansky_
> David A. Blansky, Esq.