**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TGP COMMUNICATIONS, LLC** | **Case No. 24-13938-MAM** |
| Debtor._____/ | |

**NOTICE OF FILING REDACTED DECLARATIONS** [1]

**TGP COMMUNICATIONS, LLC** (the "**Debtor**") files the attached redacted declarations in further support of the *Debtor's Motion for Entry of an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors.* [ECF No. 26] (the "Motion").

**Dated: June 20, 2024**

Respectfully submitted,

By: /s/ Bart A. Houston
Bart A. Houston
Florida Bar No. 623636
**HOUSTON RODERMAN**
*Counsel for Debtor*
633 S. Andrews Ave. Suite 500
Ft. Lauderdale, Florida 33301
Telephone: (954) 900-2615
Facsimile: (954) 839-9068
Primary Email: bhouston@houstonroderman.com
Secondary Email: dschena@houstonroderman.com

---

[1] The unredacted declarations shall be provided only to the Court, the U.S. Trustee and the Subchapter V Trustee pending the Court's ruling on the Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on June 20, 2024.

                By:    /s/ Bart A. Houston
                          Bart A. Houston
                          Florida Bar No. 623636