**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TGP COMMUNICATIONS, LLC** | **Case No. 24-13938-MAM** |
| Debtor. | |
| _____ / | |

### DECLARATION OF

1. I, _____, and I am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2. I make this Declaration based on personal knowledge.

3. I am currently a writer and contractor for Debtor. I have been writing for Debtor since 2019. I am also an individual creditor for Debtor in the instant bankruptcy.

4. Because of my writing for Debtor and/or other similar online publications, I have received threats of physical harm and violence from members of the public, and I periodically receive or have received harassing electronic communications from members of the public who profess to **hate** me and my writing, **and who have stated they wish to inflict physical harm upon my person**.

5. Because of the harassing and threatening electronic communications I have received, I have written and currently write articles under a pseudonym as well as under my own name.

1

6. Although I am a creditor, I **do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

7. Specifically, **I am in fear for my life and safety**: I strongly believe that were my personally identifiable information made readily available to the public, I would be placed in great physical danger.

8. I have reason to believe this because:

a. I have been terminated from salaried positions because of my writing at TGP.
b. I have been warned by colleagues and social contacts not to write for TGP otherwise it will come at great personal expense.
c. I have received repeated negative comments from hostile members of the public that often lightly hint at creating personal repercussions for reporting facts about topics that they dislike.
d. I have been on the receiving end of hostile members of the public who have confronted me about truthful things they dislike in the reporting at the Gateway Pundit.
e. Colleagues have warned that significant political figures have "blackballed" or made me permanently unemployable in certain political-sensitive jobs, as a result of my reporting at the Gateway Pundit.
f. The Detroit City Clerk threatened to "sick her dogs on" one of the reporters I was directing simply for asking her a question. Later, this individual, Janice Winfrey, perjured herself about this incident claiming that she was the victim. The Michigan Legislature then passed a law, based on Winfrey's perjury, to criminalize the 'harassment' of election officials such as her. I believe that these powerful government officials and legislators are trying to find a way to punish and penalize individuals who are reporting facts that they find

unhelpful to their agenda.

g. I have repeatedly reported on the misdeeds of a family who owns a private military contractor, and who has been tied to war crimes including assault and murder.

h. I have reported on issues of international concern that involve groups engaged in war crimes and violence against vulnerable populations.

i. Powerful and prominent individuals regularly approach Publisher Jim Hoft asking for my termination from TGP, and I believe that those people are seeking to inflict harm upon me in other ways.

j. Individuals have tried in the past to use smear campaigns and coordinated defamation campaigns to inflict economic warfare on me, including threatening business, filing complaints at my place of work, in order to stop and negative affect my reporting.

k. I regularly receive some kind of veiled threat from individuals and organizations for my reporting.

9. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

3

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: June ___17___, 2024          *Signature:*

                                                                            NAME:

5