UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA
www.flsb.uscourts.gov

In re:                                                                                      Chapter 11

TGP COMMUNICATIONS, LLC                                     Case No. 24-13938-MAM

Debtor.
_____/

DECLARATION OF _____

1. I, _____ am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2. I make this Declaration based on personal knowledge.

3. I am currently a writer/contractor for Debtor. I have been writing for Debtor since 2022. I am also an individual creditor for Debtor in the instant bankruptcy.

4. Because of my writing for Debtor and/or other similar online publications, I am aware of physical harm and violence from members of the public made against my colleagues, and I periodically receive or have received harassing electronic communications from members of the public who profess to **hate** me and my writing, **and who have stated they wish to inflict physical harm upon my person.**

5. Although I am a creditor, I **do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

1

6. Specifically, **I am in fear for my life and safety**: I strongly believe that were my personally identifiable information made readily available to the public, I would be placed in great physical danger.

7. I have reason to believe this because of attacks labeling the publication as "far-right" and "conspiracy theorists" has placed a target on myself for reporting credible stories based on known facts regarding US elections and January 6th defendants and cases, among other stories. Rhetoric and criticisms from political officials and other media outlets on certain ideas and topics in the minds of some radicalized followers of these entities has created hostile sentiments for differing political and social opinions.

8. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: June 17, 2024        Signature: _____

NAME: _____