**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TGP COMMUNICATIONS, LLC | Case No. 24-13938-MAM |
| Debtor. | |

## DECLARATION OF

1. I, _____, am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2. I make this Declaration based on personal knowledge.

3. I am currently a writer/contractor for Debtor. I have been writing for Debtor since 2017. I am also an individual creditor for Debtor in the instant bankruptcy.

4. Because of my writing for Debtor and/or other similar online publications, I have received threats of physical harm and violence from members of the public, and I periodically receive or have received harassing electronic communications from members of the public who profess to **hate** me and my writing, **and who have stated they wish to inflict physical harm upon my person.**

5. Because of the harassing and threatening electronic communications I have received, I have gone to extreme lengths to keep my address from being made public.

6. Although I am a creditor, I **do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

7. Specifically, I **am in fear for my life and safety:** I strongly believe that were my personally identifiable information made readily available to the public, I would be placed in great physical danger.

8. I have reason to believe this because I moved from Washington, DC, to West Virginia after my address was published online and fireworks were shot at my home in the middle of the night while I was alone with my then-nine-year-old daughter. My main employer, Timcast, has also been the target of over a dozen swatting incidents where fake police reports were made to send a heavy police presence to his home and studio to harass him. I am currently 25 weeks into a high-risk pregnancy with twins and this would cause me extreme stress.

9. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: June 16, 2024

NAME:

3