UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA
www.flsb.uscourts.gov

In re:                                                                    Chapter 11

TGP COMMUNICATIONS, LLC                               Case No. 24-13938-MAM

Debtor.
_____/

DECLARATION OF [REDACTED]

1. I, [REDACTED], am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2. I make this Declaration based on personal knowledge.

3. I am currently a writer/contractor for Debtor. I have been writing for Debtor since 2021. I am also an individual creditor for Debtor in the instant bankruptcy.

4. Because of my writing for Debtor and/or other similar online publications, I have received threats of physical harm and violence from members of the public, and I periodically receive or have received harassing electronic communications from members of the public who profess to **hate me and my writing, and who have stated they wish to inflict physical harm upon my person.**

5. Because of the harassing and threatening electronic communications I have received, I have written and currently write articles under a pseudonym.

6. Although I am a creditor, **I do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

7. Specifically, **I am in fear for my life and safety and that of my family**; I strongly believe that were my personally identifiable information made readily available to the public, I would be placed in great physical danger.

8. I have reason to believe this because multiple threats that have already occurred over the years. One of the threats was made directly to both me and my children and required the involvement of the local police department. The harassment included threatening phone calls with explicit threats of physical harm against me and my children, as well as threatening communication via email and regular email. Those threats were a factor in me and my family moving almost 1000 miles from that town.

Additionally, I have a vulnerable sibling who will be spending time in my home who suffers from a severe mental disorder. Having my personal details exposed publicly, thus revealing my legal name and personal details and contact information which would open me back up to the continued harassment, would place that sibling in grave danger and could have serious, harmful repercussions for his mental health and safety.

9. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable

information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: June 14, 2024

Signature:

NAME:

3