**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                         Chapter 11

**TGP COMMUNICATIONS, LLC**                          Case No. 24-13938-MAM

Debtor.
_____/

## DECLARATION OF

1. I, _____ am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2. I make this Declaration based on personal knowledge.

3. I am currently a writer for Debtor. I have been writing for Debtor since 2021. I am also an individual creditor for Debtor in the instant bankruptcy.

4. Because of my writing for Debtor and/or other similar online publications, I have received threats of physical harm and violence from members of the public, and I periodically receive or have received harassing **physical and electronic** communications from members of the public who profess to **hate** me and my writing, **and who have stated they wish to inflict physical harm upon my person.**

5. Although I am a creditor, I **do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

1

6. Specifically, **I am in fear for my life and safety as well as my loved ones' lives and safety**: I strongly believe that were my personally identifiable information made readily available to the public, we would be placed in great physical danger.

7. I have reason to believe this because of harassing mail and phone calls, as well as violent social media messages and mentions that I have received. Given the fact that I have already received mail at my home and others have spoken publicly about my home address, I reasonably believe and fear that continuing to publicize my home address and making my personal information more available would further dox me, further empower individuals who seek to harm me and lead to increased risk to my life and the lives of my family members.

8. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: June 17, 2024         *Signature:*

                                             NAME:

## APPENDIX TO DECLARATION OF JORDAN CONRADSON

1: A Twitter user offers to share my home address with others online for the purposes of harassment. This post was deleted after I filed a complaint with Twitter.



**Arthur**
@ArthurZork

Replying to @jpgftw @ConradsonJordan and @AuditWarRoom

Jordan Conradson likes to stream with strangely easily identifiable architecture in the background. Looks like he's still living with daddy James from old real estate pics, who's address popped up on Google. Let me know if you need the address for legal action.



4:20 PM · 7/20/21 · Twitter for Android

2: The same Twitter user publicizes photos of my family members and their social media pages, potentially urging others to find them and harm them.

Page URL:
https://x.com/arthurzork/status/1507765959376838657?s=46&t=ZzqrZiYNNvG9nN8Khg7lJQ

Archived page URL: https://archive.ph/5KBi4





3: Another Twitter user asks other users to send my home address to them for the purpose of harassing me.

Page URLs:
(https://x.com/bystander85234/status/1677509321557684224?s=46&t=ZzqrZiYNNvG9nN8Khg7lJQ)
(https://x.com/bystander85234/status/1677515226646978563?s=46&t=ZzqrZiYNNvG9nN8Khg7lJQ)

Archived page URLs: (https://archive.ph/7octG)(https://archive.ph/4RFAj)



4: A harassing letter sent to my home dated 11/30/2023 with the envelope dated 12/1/2023:



5: I am mentioned in a social media post, threatening to "stick that gun so far up your [asshole]."

Page URL:
https://x.com/robertb31340553/status/1668671991585419288?s=46&t=ZzqrZiYNNvG9nN8Khg7IJQ

—

Archived page URL: https://archive.ph/RmBnu



**Robert Beck** @RobertB31340553 · 6/13/23

Replying to @ConradsonJordan @KariLake and 2 others

As a Republican but not a conservative because vaginas don't terrify me bring it on you old hag... We'll stick that gun so far up your axshole you'll enjoy it... You're a historic loser

♡ 1    ılıl 23