# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**In re:**                                                                **Chapter 11**

**TGP COMMUNICATIONS, LLC**                    **Case No. 24-13938-MAM**

**Debtor.**

                                                      /

## DECLARATION OF

1. I, _____, am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2. I make this Declaration based on personal knowledge.

3. I am currently a writer/contractor for Debtor. I have been writing for Debtor since 2016. I am also an individual creditor for Debtor in the instant bankruptcy.

4. Because of my writing for Debtor and/or other similar online publications, I have received threats of physical harm and violence from members of the public, and I periodically receive or have received harassing electronic communications from members of the public who profess to **hate** me and my writing, **and who have stated they wish to inflict physical harm upon my person**.

5. Because of the harassing and threatening electronic communications I have received, I have written and currently write articles under a pseudonym.

6. Although I am a creditor, I **do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

7.      Specifically, **I am in fear for my life and safety**: I strongly believe that were my personally identifiable information made readily available to the public, I would be placed in great physical danger.

8.      I have reason to believe this because I have received very serious threats against my life. I have had several male stalkers who have tried to find my address. I have had to move twice and lived at three different residences since 2016 because of the stalking and threats directly related to my conservative political beliefs and work as a blogger . One man sent me a picture of a firearm on his lap and told me he found my address. I have received various threats on the social media platform X (formerly Twitter). Twitter users have told me that I should be lit on fire. One Twitter user threatened to rape me if he ever found me. I have called the police countless times to report threats and cyberstalking. One of my stalkers is a former police officer who sent me hundreds of harassing messages. He even called into a radio show I was on to scream at me and harass me. Another man has stalked me on and off since 2016. I recently began receiving harassing emails and I believe it may be him. I also received a correspondence from the Pakistani government informing me that they had sentenced me to death and or life in prison for violating Sharia law related to one of my Twitter posts. Twitter legal delivered the death sentence from the Paksistani government to me via email. I live in fear that the Pakistani government may have operatives in the US who may try to find me. I have a weapon on me at all times because I live in fear that one of my stalkers will find me and try to harm me or kill me. I have family and elderly parents who live near me and I believe they would also be in danger since we all share the same last name.  As a woman who lives alone it would be dangerous for my  name and email address to be made public.

9. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: June __14__, 2024

Signature: _____

NAME: _____

3