**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TGP COMMUNICATIONS, LLC** | **Case No.  24-13938-MAM** |
| **Debtor.**                                                    / | |

**DECLARATION OF**

1. I, _____, am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2. I make this Declaration based on personal knowledge.

3. I am currently a writer/contractor for Debtor. I have been a contractor for Debtor since 2023 and a writer published there for several years before then. I am also an individual creditor for Debtor in the instant bankruptcy.

4. Because of my writing for Debtor and/or other similar online publications, I have received intimidating comments and posts implying threats of physical harm from members of the public, and I periodically receive or have received harassing electronic communications from members of the public who profess to **hate** me and my writing, **and who have implied they wish to inflict physical harm upon my person**.

5. I write under my own name, as I have since writing online since 1998. However, I do not publish my address, phone number or email addresses or specific locale beyond "east central Ohio" because of the harassing and threatening electronic communications I have received.

1

6. Although I am a creditor, I **do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

7. Specifically, **I am in fear for my life and safety**: I strongly believe that were my personally identifiable information made readily available to the public, I would be placed in great physical danger.

8. I am a journalist with The Gateway Pundit and contribute to multiple reputable publications – previous contributions include Fox News, New York Times, Blaze TV, Daily Wire and more. I am a federally credentialed reporter with verified ID directly from the House of Arms in the Senate Building, having been cleared by the FBI and other federal agencies in background checks. My work has been used in the $2_{nd}$ impeachment hearing of former President Donald Trump, prosecution of Kyle Rittenhouse from the Kenosha, WI shooting, and featured at CNN, MSNBC, and recent documentaries from HBO amongst other notable networks. According to my contacts at The Gateway Pundit it has come to my attention that court proceedings are requesting my personal information to be released on merit of legal inquiry. As a journalist, field reporter, and writer – my work has been and continues to remain an essential source for the general American public. However, in the majority of cases I have prided myself behind the scenes as being an undercover reporter that imbeds himself in extremist groups from the right wing to left-wing – even being involved in exposing crimes of far right groups (unnamed) in federal probes. It has come to my attention that TGP is being asked to release personal information from their contractors (myself) and many others – while I understand the foundation of this request, any further request for address and info from reporters like myself puts our lives in danger. I have received countless credible death threats, even in recent months, confirming that a future legal doxing of my personal

2

details would result in severe harm to myself, my 15 month old son, and 6 month pregnant wife who is NOT a public figure among many other family members who are not publicly involved. I have been physically assaulted (near death) due to the nature of my work in severalwell documented public occasions, one of which was at gun point and resulted in permanent damage to my face. Additionally, I have had guns drawn to my head by perps while documenting my work, had federal investigators meddle with my sources against statutory law, and had multiple people directly threaten family members with use of force.

In the name of journalistic integrity, I ask that you keep my personal information private and do not release any info of our journalists in court docs for the sake of free press. This is a security issue, both for the team, and a precedent for the nation as whole.

9. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

   Further, affiant sayeth not.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:  June 17, 2024              *Signature*

                                         NAME: