**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA**
ww.-.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TGP COMMUNICATIONS, LLC** | **Case No. 24-13938-MAM** |
| **Debtor.** | |

_____ /

### DECLARATION OF

_____

1.      I,                    , am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2.      I make this Declaration based on personal knowledge.

3.      I am currently a writer/contributor/contractor for Debtor. I have been writing for Debtor since 2023. I am also an individual creditor for Debtor in the instant bankruptcy.

4.      Because of my writing for Debtor and/or other similar online publications, I have received threats of physical harm and violence from members of the public and hostile groups, and I periodically receive or have received harassing electronic communications from members of the public and hostile groups who profess to hate me and my writing, and who have stated they wish to inflict physical harm upon my person. Because of my past work for the U.S. Government, I have in the past been informed that I am a person of interest of terrorist groups and foreign governments. I have recently been informed that different groups are attempting to access my home network and information to obtain more information about me.

5.      Because of the harassing and threatening electronic communications I have received; I am concerned about the release of any of my personally identifiable infom1ation.

6.      Although I am a creditor, I do not want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

7.      Specifically, I am in fear for the safety of my family and myself: I strongly beLieve that were my personally identifiable information made readily available to the public, my family and I would be placed in great physical danger.

8.      I have reason to believe this because I have been informed when in Federal Government Service to take precautions in and around my home due to hostile groups and I have also received specific threats on social media such as Twitter, GETTR, Gab, and Truth.

9.      Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

THE REMAINDER OF THIS PAGE IS fNTENTIONALLY BLANK

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: June 17, 2024

_Signature_

NAME: