**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TGP COMMUNICATIONS, LLC** | **Case No.  24-13938-MAM** |
| **Debtor.** | |
| _____/ | |

## DECLARATION OF

1. I, _____, am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2. I make this Declaration based on personal knowledge.

3. I am currently a writer/contractor for Debtor. I have been a contractor for Debtor since 2014 and a writer published there for several years before then. I am also an individual creditor for Debtor in the instant bankruptcy.

4. Because of my writing for Debtor and/or other similar online publications, I have received intimidating comments and posts implying threats of physical harm from members of the public, and I periodically receive or have received harassing electronic communications from members of the public who profess to **hate** me and my writing, **and who have implied they wish to inflict physical harm upon my person**.

5. I write under my own name, as I have since writing online since 1998. However, I do not publish my address, phone number or email addresses or specific locale beyond "east central Ohio" because of the harassing and threatening electronic communications I have received.

1

6. Although I am a creditor, I **do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

7. Specifically, **I am in fear for my life and safety**: I strongly believe that were my personally identifiable information made readily available to the public, I would be placed in great physical danger.

8. I have reason to believe this because I have been doxed by critics who wanted me to be aware they knew details of my private life, including real world work and home locations; a private investigator associated with the Clintons let me know he was investigating me; the current political climate is such that liberals show up at the homes of conservatives, apostate liberals and Supreme Court justices at all hours of the day and night to harass and intimidate, sometimes vandalizing their homes and property—as well as the attempt to assassinate Justice Brett Kavanaugh and the hammer attack on the husband of former Speaker Nancy Pelosi at their respective homes.

9. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:  June 15, 2024          *Signature:*  _____     _____

                                             NAME:

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: June 15, 2024        Signature: *Kristinn S. Taylor*

NAME:

Kristinn S. Taylor