**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA**
www.flsb.uscourts.gov

In re:                                                           **Chapter 11**

**TGP COMMUNICATIONS, LLC**                    **Case No.  24-13938-MAM**

**Debtor.**

_____/


### DECLARATION OF


1.      I, _____, am over the age of 18 and make this Declaration in support of

Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to

Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No.

26).

2.      I make this Declaration based on personal knowledge.

3.      I am currently a writer/contractor for Debtor.  I have been writing for Debtor since

2022.  I am also an individual creditor for Debtor in the instant bankruptcy.

4.      Because of my writing for Debtor and/or other similar online publications, I have

received concerning negative emails from members of the public.

█    ████████████████████████████████████████████████

██████████████████

1

6.      Although I am a creditor, I **do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

7.      Specifically, **I am in fear for my life and safety** and am asking that my personal identifiable information not be exposed in any way by lawyers or representatives of the DOJ. I am an independent contractor who contributes to The Gateway Pundit when I choose. There is no reason to make my home address or any other identifiable information available to the public other than for the purposes of inviting retribution for articles that I've written that may have triggered or angered individuals or groups like Antifa, who hold opposing views. My obvious concern would be the use of violence or the threat of violence against me, my husband or my young adult daughter who lives at home while working at a local university.

I've seen the unruly mobs outside of Justice Thomas' home when he was doxxed. I've watched news reports about death threats against Justice Kavanaugh, and other conservatives with whom the Left disagrees. I've received at least one violent death threat against me and my children that I reported to Facebook. I've also reported a threat to the Secret Service that was shared with me against President Trump. I've received multiple threats via email and on Facebook during the time I was a co-owner of my own popular website and Facebook pages, which is why I was careful to NEVER expose my last name to the public. Additionally, I have ALWAYS been careful to never tell anyone I don't know personally where I live. I would hope that my personal

private information, for the sake of myself, and especially for the safety of my family that lives with me, would be respected by the recipient of this email as well.

8. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

I declare under penalty of perjury that the foregoing is true and correct.

3

Executed On:  June  17, 2024                    *Signature:*

                                                NAME: