**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

In re:  Chapter 11

TGP COMMUNICATIONS, LLC  Case No. 24-13938-MAM

Debtor.
_____/

### DECLARATION OF

1. I, _____ am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2. I make this Declaration based on personal knowledge.

3. I am currently an independent contractor for Debtor. I have been writing for Debtor since February 2024. I am also an individual creditor for Debtor in the instant bankruptcy.

4. As a freelance reporter, I have written and currently write articles under the pseudonym J.M. Phelps out of concern for safety, having written hundreds of articles related to national security, terrorist threats, the highly controversial COVID-19 vaccine mandate and more. Additionally, at my request for all of the abovementioned reasons, none of the outlets I write for use a writer bio photograph or any personally identifiable information, such as my home address or my business address. In order to effectively investigate issues, I have to maintain some level of anonymity as a journalist, just as I have to protect my sources.

1

5. Although I am a creditor, I **do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

6. Specifically, **I do have concern for my safety and that of my family's safety.** I strongly believe that were my personally identifiable information made readily available to the public, I risk attacks to my personal character, my reputation as a writer, and greater risk of potential physical danger.

7. I have reason to believe this because others who have written articles similar to myself currently have fatwas against them, and others have found themselves unjustly investigated and imprisoned. As people get more radicalized with specific targets, there is legitimate concern for media personnel and media outlets to be harassed or attacked.

8. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: June 17, 2024

NAME:

3