**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TGP COMMUNICATIONS, LLC** | **Case No. 24-13938-MAM** |
| **Debtor.** | |
| _____/ | |

**DECLARATION OF**

1. I, _____, am over the age of 18 and make this Declaration in support of Debtor and Debtor in Possession TGP Communications, LLC's ("Debtor") Motion to Suppress Personally Identifiable Information for Certain Individual Creditors (ECF No. 26).

2. I make this Declaration based on personal knowledge.

3. I am currently a video contributor and writer for Debtor. I have been creating video content and writing for Debtor since 2023. I am also an individual creditor for Debtor in the instant bankruptcy.

4. Because of my video content and writing for Debtor and/or other similar online publications, I have received threats of physical harm and violence from members of the public, and I periodically receive or have received harassing electronic communications from members of the public who profess to **hate** me and my writing, **and who have stated they wish to inflict physical harm upon my person**.

5. Although I am a creditor, I **do not** want my personally identifiable information, including, but not limited to my legal name, email address, phone number, and home address released to the public in Debtor's bankruptcy.

1

6. Specifically, **I am in fear for my life and safety**: I strongly believe that were my personally identifiable information made readily available to the public, I and my family would be placed in great physical danger.

7. I have reason to believe this because I regularly receive messages on my public social media account that threaten my life and safety. This social media account is the account I post videos I have created for Debtor before uploading to Debtor's website with the link to my account. Attached as Exhibit A are messages I have received just in the last three months. Individuals have made threats towards me. Multiple threats have encouraged me to commit suicide. One even was a wish that the person could meet me and "break every bone in my face." Exhibit A. As a result of the continued hatred and threats directed toward myself, I have been forced to take action to protect myself and my family from the dangers of my personal information going public and compromising our safety.

8. Because of this, I ask the Bankruptcy Court to keep and preserve my personally identifiable information, including but not limited to my name, email address, phone number, and home address sealed and unavailable to the public. At the same time, I understand that parties in interest to these bankruptcy proceedings have a right to contact me, and I do not object to the parties in interest (or the Court) having knowledge of and access to my personally identifiable information as stated above so that they may contact me to the extent they have a right to do so as part of TGP's bankruptcy.

Further, affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:  June 16, 2024                    Signature :s//    _____

                                                         NAME:

3

8:47

  mana 



## mana

@_mana_____
0 following · 0 followers

**Follow**

May 20, 10:05 AM

 kill yourself you worthless fuck. I'd love to meet you and break every bone in your face



If you receive a message that you find inappropriate or concerning, tap *Report* so we can review it.

May 20, 8:03 PM

            

Send a message...      

8:47

 Karson

# Karson

@karson.ingram13
32 following · 35 followers

**Follow**

May 20, 11:21 AM

have you tried killing yourself

yet

May 20, 1:41 PM

Message request accepted. You can start chatting.

Send a message…

8:49

 jesserox29



## jesserox29

jesserox29

Mar 22, 12:42 AM

 Cut ur dick off and kill yourself

Mar 22, 12:59 AM

Message request accepted. You can start chatting.

Send a message…

8:49

  DanDidAThing



**DanDidAThing**

danblay

Mar 21, 7:52 AM

 I hope you live in fear at any moment someone you don't know hates you fucking sucker punches you.

Mar 22, 1:03 AM

Message request acce... You can start chatting.

❤️❤️   😂😂   👍👍   Stickers

Send a message...

8:49

  User 

Only friends can send messages to each other

@(null)
0 following · 0 followers

Mar 23, 1:21 AM

kill

your

self

Mar 23, 2:01 AM

Message request accepted. You can start chatting.

❤️❤️❤️   😂😂😂   👍👍👍   Stickers

Send a message…

8:48

girgis J

211 following · 19 followers

Follow

Mar 22, 8:33 AM

i hope you have people around you who love you and look out for you,
hold tight onto them,

Mar 22, 9:36 AM

Message request accepted. You can start chatting.

Lol thanks?

May 3, 10:01 AM

and now it's when you'll need people who love you around you, say hello to a life of suffering you little piece of shit

Send a message…