**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

TGP COMMUNICATIONS, LLC,            Case No. 24-13938-MAM
                                    Chapter 11
    Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Admitting Attorney Pro Hac Vice* [D.E. 67, D.E. 68, and D.E. 69], was served on the 14th day June, 2024, via Notice of Electronic Filing (CM/ECF) upon the United States Trustee, Counsel for Debtor and the following parties:

    **Vincent F Alexander,** valexander@shutts.com, SLall@shutts.com
    **Robert C Furr,** ltitus@furrcohen.com, atty_furrcohen@bluestylus.com; staff1@furrcohen.com; yfernandez@furrcohen.com
    **Bart A Houston**   bhouston@houstonroderman.com, dschena@houstonroderman.com;alewitt@houstonroderman.com
    **Linda Marie Leali**   trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
    **Martin P Ochs**   martin.p.ochs@usdoj.gov
    **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov


    */s/ David A. Blansky*
    David A. Blansky, Esq.
    *Local Counsel for Creditors*
    *Ruby Freeman and Wandrea' ArShaye Moss*
    Florida Bar No. 1033002
    Dunn Law, P.A.
    66 West Flagler Street, Suite 400
    Miami, Florida 33130
    Phone: 786.433.3866 || Fax: 786.260.0269
    Direct: 786.534.3669
    Email: dblansky@dunnlawpa.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 20th day of June, 2024, upon all registered users in this case.

                                                */s/ David A. Blansky*
                                                David A. Blansky, Esq.