**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

TGP COMMUNICATIONS, LLC,                     Case No. 24-13938-MAM
                                             Chapter 11
    Debtor.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Agreed Order Setting Evidentiary Hearing and Establishing Related Deadlines* [D.E. 73], was served on the 20th day June, 2024, via Notice of Electronic Filing (CM/ECF) upon the Counsel for Debtor, the United States Trustee's Office, Linda Leali, Esq., and all appearances, as detailed below:

**Vincent F Alexander**  valexander@shutts.com, SLall@shutts.com
**Robert C Furr**  ltitus@furrcohen.com, atty_furrcohen@bluestylus.com, staff1@furrcohen.com, yfernandez@furrcohen.com
**Bart A Houston,**  bhouston@houstonroderman.com, dschena@houstonroderman.com, alewitt@houstonroderman.com
**Linda Marie Leali**  trustee@lealilaw.com, F005@ecfcbis.com, lkennedy@lealilaw.com, LindaLealiPA@jubileebk.net
**Martin P Ochs**  martin.p.ochs@usdoj.gov
**Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov

                                         */s/ David A. Blansky*
                                         David A. Blansky, Esq.
                                         *Local Counsel for Creditors*
                                         *Ruby Freeman and Wandrea' ArShaye Moss*
                                         Florida Bar No. 1033002
                                         Dunn Law, P.A.
                                         66 West Flagler Street, Suite 400
                                         Miami, Florida 33130
                                         Phone: 786.433.3866 || Fax: 786.260.0269
                                         Direct: 786.534.3669
                                         Email: dblansky@dunnlawpa.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 21st day of June, 2024, upon all registered users in this case.

                                          */s/ David A. Blansky*
                                          David A. Blansky, Esq.