# Exhibit 2

M240000005025

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only


500426297535

RECEIVED
2024 APR 18 PM 4: 19
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

2024 APR 18 AM 11: 11
FILED

APR 19 2024
K. Brumbley

**FLORIDA CAPITAL COURIER SERVICES, INC**  (850) 491-9625 Brandon
2330 CLARE DR  (850) 524-5437 Teresa
TALLAHASSEE, FL 32309  (850) 524-6243 Rich

**Please use funds from account:** I20210000160: $160.00
**Authorization Signature:** _/s/ James Fuhr_

**Business Name:**    **TGP Communications, LLC**

**Document #**

\_X\_\_ **Certified Copy**

\_X\_\_ **Certificate of Status**

| **NEW FILINGS** | **&** | **AMENDMENTS** |
|---|---|---|
| \_\_\_Profit Corp | | \_\_\_Amendment |
| \_\_\_Not for Profit | | \_\_\_Resignation / Withdrawal |
| \_X\_\_Limited Liability | | \_\_\_Change of Registered Agent |
| \_\_\_Domestication | | \_\_\_Revocation of Dissolution |
| \_\_\_LLLP | | \_\_\_Merger |
| \_\_\_Corp | | \_\_\_Articles of Conversion |
| \_\_\_Inc | | \_\_\_Amended & Restated Articles of Incorporation |
| \_\_\_Other | | \_\_\_Statement of Authority |

| **APOSTILLE(s)** | **&** | **OTHER FILINGS** |
|---|---|---|
| \_\_\_Apostille(s) | | \_\_\_Foreign Filing |
| | | \_\_\_Reinstatement |
| | | \_\_\_Qualification |
| \_\_\_Country(s) | | \_\_\_Fictitious Name |
| | | \_\_\_Annual Report |

EXAMINER'S INITIALS:\_\_\_\_

## COVER LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** TGP Communications, LLC
_____
Name of Limited Liability Company

The enclosed "Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida," Certificate of Existence, and check are submitted to register the above referenced foreign limited liability company to transact business in Florida.

Please return all correspondence concerning this matter to the following:

John C. Burns
_____
Name of Person

The Burns Law Firm
_____
Firm/Company

PO Box 191250
_____
Address

Saint Louis, Missouri 63119
_____
City/State and Zip Code

john@burns-law-firm.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

John C. Burns                              at ( 314 )  329-5040
_____          _____
Name of Contact Person              Area Code    Daytime Telephone Number

**Mailing Address:**                **Street Address:**
Registration Section                Registration Section
Division of Corporations            Division of Corporations
P.O. Box 6327                       The Centre of Tallahassee
Tallahassee, FL 32314               2415 N. Monroe Street, Suite 810
                                    Tallahassee, FL 32303

Enclosed is a check for the following amount:
Please make check payable to: **FLORIDA DEPARTMENT OF STATE**
☐ $125.00 Filing Fee    ☐ $130.00 Filing Fee & ☐ $155.00 Filing Fee &    ■ $160.00 Filing Fee, Certificate
                           Certificate of Status    Certified Copy            of Status & Certified Copy

## APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 605.0902, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. **TGP Communications, LLC**
(Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "LLC.")

**The Gateway Pundit, LLC**
(If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida. The alternate name must include "Limited Liability Company," "L.L.C.," or "LLC.")

2. **Missouri**
(Jurisdiction under the law of which foreign limited liability company is organized)

3. **46-4161586**
(FEI number, if applicable)

4. **November 1, 2021**
(Date first transacted business in Florida, if prior to registration.)
(See sections 605.0904 & 605.0905, F.S. to determine penalty liability)

5. **1820 NE Jensen Beach Blvd Unit 1120**
(Street Address of Principal Office)
**Jensen Beach Florida 34957**

6. **1820 NE Jensen Beach Blvd Unit 1120**
(Mailing Address)
**Jensen Beach Florida 34957**

7. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

Name: **Northwest Registered Agent LLC**

Office Address: **7901 4th St N STE 300**

**St. Petersburg** (City), Florida **33702** (Zip code)

**Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

*(signature)*
(Registered agent's signature)

8. For initial indexing purposes, list names, title or capacity and addresses of the primary members/managers or persons authorized to manage [up to six (6) total]:

| Title or Capacity: | Name and Address: | Title or Capacity: | Name and Address: |
|---|---|---|---|
| ☐ Manager | Name: Jim Hoft | ☐ Manager | Name: _____ |
| ■ Member | Address: 1820 NE Jensen Beach Blvd | ☐ Member | Address: _____ |
| ☐ Authorized Person | Unit 1120 Jensen Beach, FL 34957 | ☐ Authorized Person | _____ |
| ☐ Other_____ | ☐ Other_____ | ☐ Other_____ | ☐ Other_____ |
| ☐ Manager | Name: John C. Burns | ☐ Manager | Name: _____ |
| ☐ Member | Address: PO Box 191250 | ☐ Member | Address: _____ |
| ■ Authorized Person | Saint Louis, MO 63119 | ☐ Authorized Person | _____ |
| ☐ Other_____ | ☐ Other_____ | ☐ Other_____ | ☐ Other_____ |
| ☐ Manager | Name: _____ | ☐ Manager | Name: _____ |
| ☐ Member | Address: _____ | ☐ Member | Address: _____ |
| ☐ Authorized Person | _____ | ☐ Authorized Person | _____ |
| ☐ Other_____ | ☐ Other_____ | ☐ Other_____ | ☐ Other_____ |

Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

9. Attached is a certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted)

10. This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_John C. Burns_
Signature of an authorized person

John C. Burns
Typed or printed name of signee

# STATE OF MISSOURI



### John R. Ashcroft
### Secretary of State

CORPORATION DIVISION
CERTIFICATE OF GOOD STANDING

I, JOHN R. ASHCROFT, Secretary of State of the STATE OF MISSOURI, do hereby certify that the records in my office and in my care and custody reveal that

*TGP Communications LLC*
*LC1358217*

was created under the laws of this State on the 21st day of November, 2013, and is active, having fully complied with all requirements of this office.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 1st day of April, 2024.



Secretary of State

Certification Number: CERT-04012024-0119