Exhibit 6



# In the Missouri Court of Appeals
## Eastern District

JAMES HOFT, JOSEPH HOFT, AND TGP COMMUNICATIONS LLC D/B/A THE GATEWAY PUNDIT, RELATORS,

vs.

THE HONORABLE MICHAEL F. STELZER CIRCUIT JUDGE CIRCUIT COURT OF ST. LOUIS COUNTY, RESPONDENT.

)
)
)
)
)
)
)
)
)
)
)

No. ED111920

Writ of Prohibition and/or Mandamus

Cause No. 2122-CC09815

### ORDER

Relators have filed a Petition for Writ of Prohibition along with Suggestions in Support and Exhibits.

Being duly advised in the premises, the Court hereby DENIES Relator's Petition for Writ of Prohibition.

SO ORDERED.

DATED: August 17, 2023

John P. Torbitzky, Presiding Judge
Writ Division IV
Missouri Court of Appeals, Eastern District

cc: Hon. Michael F. Stelzer
    Matthew Ampleman
    John Danforth
    James Bennett
    Jonathon Burns

