# Exhibit 7



# In the Missouri Court of Appeals
# Eastern District

| | |
|---|---|
| RUBY FREEMAN, and WANDREA MOSS, ) | No. ED111906 |
| ) | |
| Respondents, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES HOFT, JOSEPH HOFT, TGP COMMUNICATIONS LLC d/b/a THE GATEWAY PUNDIT, ) | |
| ) | |
| Appellants. ) | |

### ORDER

    Respondents have filed a motion to dismiss, contending that there is no final, appealable judgment under Rule 74.01(b).  Appellants have not filed a response to the motion to dismiss.

    Respondents filed a three-count petition alleging defamation and intentional infliction of emotional distress against Appellants, and Appellants filed a counterclaim alleging malicious prosecution.  On July 24, 2023, the trial court entered an order and judgment dismissing Appellants' counterclaim upon finding that a malicious prosecution counterclaim could only be brought after the termination of the current litigation.  Appellants have filed a notice of appeal from the July 24, 2023 order and judgment dismissing the counterclaim.

    An appellate court has jurisdiction only over final judgments that dispose of all parties and claims in the case and leave nothing for future determination.  O'Neill v. O'Neill, 864 S.W.2d 7, 8 (Mo. App. E.D. 1993).  If the trial court does not either resolve all the issues as to all parties or expressly designate "there is no just reason for delay," the appeal must be dismissed.  Rule 74.01(b); Fleahman v. Fleahman, 25 S.W.3d 162, 164 (Mo. App. E.D. 1999).

    Here, the trial court granted Respondents' motion to dismiss Appellants' counterclaim, but it did not certify the judgment for immediate appeal under Rule 74.01(b).  Further, the three

claims asserted in Respondents' petition remain pending before the trial court. Therefore, there is no final and appealable judgment under Rule 74.01(b). Respondents' motion to dismiss the appeal is hereby granted.

SO ORDERED.

DATED: 8-31-23

Kelly C. Broniec, Chief Judge

ecc:  Jonathon C. Burns
      James F. Bennett
      John C. Danforth
      Matthew Ampleman

2