# Exhibit 8

STATE OF MISSOURI )
) SS
CITY OF ST. LOUIS )



FILED
MAY 10 2023
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

Ruby Freeman et al,           )
                              )
        Plaintiffs,           )
                              )
                              )  No. 2122-CC09815
vs.                           )
                              )  Division No. 6
TGP Communications LLC        )
Et al                         )
        Defendants,           )
                              )
                              )

ORDER APPOINTING MASTER

COMES NOW this Court under Rule 68.01 and hereby appoints Peter Dunne 100 South 4th St, Suite 400, St. Louis, MO 63102, to be Special Master in this matter. Within seven (7) days of receipt of this order, the Master shall appear before the Honorable Michael F. Stelzer, Division 6 of the Twenty-Second Judicial Circuit to have his oath administered pursuant to Rule 68.01(d).

The Master shall have all of the powers set out in Rule 68.01(e), including but not limited to:

The power to regulate all proceedings in every hearing before the master and to do all acts and take all measures

ENTERED
MAY 10 2023
MS

necessary or proper for the efficient performance of the duties under the order.

The power to require the production of evidence upon all matters related to discovery matters herein.

The master may rule upon the admissibility of evidence and has the authority to put witnesses on oath and may examine them and may call the parties to the action and examine them upon oath.

The master may preside over depositions and all discovery disputes as provided for in Rule 68.01(h). The master shall be compensated at $ 450.00 per hour.

The parties shall proceed before the master as provided in Rule 68.01(e)and(f).

SO ORDERED:

_____
MICHAEL F. STELZER, Judge

Dated: 5/10/23, 2023

2