# Exhibit 9

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
## (St. Louis City)

Ruby Freeman et al, Plaintiffs

**vs**

TGP Communications LLC et al, Defendants

CASE NO. 2122-cc09815          DIVISION 6                    November 7, 2023

# COURT ORDER

The Special Master having filed his Third Report and Recommendation on November 3, 2023 and given the short time frames regarding the discovery the Court hereby adopts the Third Report and Recommendation of the Special Master in its entirety.

FILED

NOV 0 7 2023

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY_____ DEPUTY

**SO ORDERED:**

Michael F. Stelzer #40716

cc: All parties of record

ENTERED
NOV -7 2023
MAM