# Exhibit 11

**Fill in this information to identify the case:**

Debtor name: TGP COMMUNICATIONS, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jane Doe - C<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 16,546.06 |
| 2 | Jez Morano<br>8750 South Ocean Drive<br>Unit 534<br>Jensen Beach, FL, 34957 | | Telephone / Internet services | | | | 11,062.06 |
| 3 | Jane Doe - F<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 10,041.70 |
| 4 | Ted Slater<br>2820 N PINAL AVE<br>STE 12 PMB 209<br>CASA GRANDE, AZ, 85122 | | Telephone / Internet services | | | | 9,000.00 |
| 5 | John Doe - C<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 6,001.66 |
| 6 | Jane Doe - D<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 5,202.16 |
| 7 | John Doe - R<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 5,178.55 |
| 8 | John Doe - AA<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 4,492.58 |

| Debtor | TGP COMMUNICATIONS, LLC | Case number (if known) | | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | John Doe - CC<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 3,104.19 |
| 10 | John Doe - Y<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 2,755.40 |
| 11 | John Doe - O<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Suppliers or Vendors | | | | 2,540.50 |
| 12 | John Doe - BB<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 2,293.59 |
| 13 | John Doe - W<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 2,194.82 |
| 14 | John Doe - S<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 2,191.16 |
| 15 | Kellie Poen<br>344 Fallon Pkwy<br>Saint Peters, MO, 63376 | | Suppliers or Vendors | | | | 2,000.00 |
| 16 | John Doe - A<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 1,895.56 |
| 17 | John Doe - FF<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 1,820.94 |
| 18 | John Doe - M<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 1,399.83 |
| 19 | Jane Doe - I<br>c/o Jonathan Burns<br>POB 191250<br>Saint Louis, MO, 63119 | | Services | | | | 1,376.21 |
| 20 | James Kirk<br>947 CENTURY OAKS DR<br>Manchester, MO, 63021 | | Telephone / Internet services | | | | 1,200.00 |