# Exhibit 18

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                    Chapter 11

**TGP COMMUNICATIONS, LLC**                          Case No.  24-13938-MAM

    Debtor.
_____/

**ADDITIONAL CERTIFICATION OF INFORMATION CONTAINED**
**WITHIN SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

**TGP COMMUNICATIONS, LLC** files this Certification of Information Contained Within the Schedules and Statement of Financial Affairs.

**I.     Introduction**

On April 24, 2024, the Debtor filed its Voluntary Petition under Chapter 11, Subchapter V. (ECF No. 1).  On May 22, 2024, the Debtor filed its Schedules and Statement of Financial Affairs. (ECF No. 30).  On May 30, 3034, the Debtor filed its Amended Schedules and Statement of Financial Affairs. (ECF No. 34).

James Hoft is the President and sole shareholder of the Debtor; however, Mr. Hoft relied upon others to manage and gather information necessary to complete the Schedules and Statement of Financial Affairs.  Specifically, Jonathon Burns, General Counsel and EVP was tasked with the responsibility to gather necessary information from different sources and communicate with Bart Houston, as Debtor's counsel.  Mr. Burns was the sole communicator of information with counsel and confirmed any questions or requests for additional information needed by counsel for the bankruptcy case. Mr. Burns has also appeared at the Initial Debtor Interview and the Section 341 Meeting as he is the Debtor's representative with the most comprehensive information concerning the content of the Schedules and daily activities of the Debtor.  As such, Mr. Burns offers the following additional certification

## II.     Certification

I have examined the information in the Schedules and the Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/05/2024

        s/ Jonathan Burns
        Signature of individual signing on behalf of the debtor
        Position or relationship to debtor: General Counsel and Executive Vice President

**Dated: June 6, 2024**

        **HOUSTON RODERMAN**
        *Attorney for Debtor-in-Possession*

     By:    /s/ Bart A. Houston
              Bart A. Houston
              Florida Bar No. 623636
              633 S. Andrews Ave. Suite 500
              Ft. Lauderdale, Florida 33301
              Telephone: (954) 900-2615
              Facsimile: (954) 839-9068
              Primary Email: bhouston@thehoustonfirm.com
              Secondary Email: dschena@thehoustonfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on June 6, 2024.

     By:    */s/ Bart A. Houston*
              Bart A. Houston, Esq.
              Florida Bar No. 623636