# Exhibit 19

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF FLORIDA

3   Case No. 24-13938-MAM

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   TGP COMMUNICATIONS, LLC,

8

9           Debtor.

10  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12              Office of the United States Trustee

13              Southern District of Florida

14              51 S.W. 1st Ave.

15              Miami, FL 33130

16

17              June 6, 2024

18

19

20  341 Meeting of Creditors

21

22

23  B E F O R E :

24  MARTIN P. OCHS

25  TRUSTEE

Page 2

1 A P P E A R A N C E S :

2

3 UNITED STATES DEPARTMENT OF JUSTICE

4     Attorney for the U.S. Trustee

5     51 S.W. 1st Ave.

6     Miami, FL 33130

7

8 BY:  MARTIN P. OCHS (TELEPHONICALLY)

9

10 HOUSTON RODERMAN, LLC

11     Attorneys for Debtor

12     633 South Andrews Avenue

13     Fort Lauderdale, FL 33301

14

15 BY:  BART HOUSTON (TELEPHONICALLY)

16

17 WILLKIE FARR & GALLAGHER LLP

18     Attorneys for Ruby Freeman and Shaye Moss

19     787 Seventh Avenue

20     New York, NY 10019

21

22 BY:  JAMES BURBAGE (TELEPHONICALLY)

23

24

25

Page 3

1 CAIN & SKARNULIS PLLC

2     Attorneys for Dr. Eric Coomer

3     303 Colorado Street

4     Austin, Texas 78701

5

6 BY:  RYAN CHAPPLE (TELEPHONICALLY)

7

8 FURR COHEN

9     Attorneys for Jim Hoft

10     1155 Glades Road

11     Boca Raton, FL 33421

12

13 BY:  ROBERT FURR (TELEPHONICALLY)

14

15 ALSO APPEARING TELEPHONICALLY:

16     JIM HOFT, TGP Communications

17     JOHN BURNS, TGP Communications

18

19

20

21

22

23

24

25 Transcribed by:  Sonya Ledanski Hyde

Page 4

1         P R O C E E D I N G S

2     MR. OCHS:  From this point forward, I will be

3 recording this meeting of creditors.  Good afternoon.  My

4 name is Martin Ochs.  I'm a trial attorney with the United

5 States Trustee in Miami, Florida.  Today is Thursday, June

6 6, 2024.  We are here to conduct a continued 341 meeting in

7 the case of TGP Communications, LLC, Case Number 24-13938.

8 I ask that all parties mute their lines at this point in

9 time until they're speaking.  There's a lot of background

10 noise.  Please mute your phones.

11     This meeting is required pursuant to Section

12 341(a) of the United States Bankruptcy Code.  The purpose of

13 this meeting is to allow for an examination of the debtor

14 under oath concerning the administration of this case.

15 Questions may include but are not limited to why the case

16 was filed, the operation of the debtor's business, and the

17 prospects for reorganization.

18     As a reminder, this meeting is being digitally

19 recorded.  Remember that the recorder cannot see who you are

20 or see if you're nodding your head or waving your hands.  So

21 please be certain to give verbal responses, which you should

22 precede by saying your name and then giving your response.

23     If I'm speaking, please don't speak over me.  If

24 anyone would like to obtain a duplicate copy of today's

25 proceeding or a transcript, arrangements can be made through

Page 5

1 my office, which is the Office of the United States Trustee

2 in Miami, Florida.  First thing, debtor's counsel, I would

3 like you to note your appearance.

4     MR. HOUSTON:  Bart Houston on behalf of the

5 debtor-in-possession.

6     MR. OCHS:  Thank you.  Is a principal of the

7 debtor present today?

8     MR. HOFT:  Yes.  This is Jim Hoft with TGP

9 Communications.

10     MR. OCHS:  Okay.  Is there anybody else here on

11 behalf of the debtor?

12     MR. BURNS:  Yes, John Burns.

13     MR. OCHS:  Okay.  Thank you.  Now I'd like to take

14 attendance of the creditors.  It's hard to do this on the

15 phone, so one at a time please identify yourself and who you

16 represent.  I know you may step on each other a little bit,

17 but one person at a time please.  Thank you.

18     MR. BURBAGE:  Good afternoon.  Jim Burbage of

19 Willkie Farr and Gallagher on behalf of Ruby Freeman and

20 Shaye Moss.

21     MR. OCHS:  Thank you.  Next?

22     MR. CHAPPLE:  Good afternoon.  Ryan Chapple of

23 Cain and Skarnulis, PLLC on behalf of Dr. Eric Coomer.

24     MR. OCHS:  Okay.  Is there anybody else on the

25 line?  Is anybody else on the line?  Okay.  Let the record

2 (Pages 2 - 5)

Page 6

1 reflect that there are none.

2      MR. FURR: Yeah, so sorry, Marty. Robert Furr on

3 behalf of Jim Hoft. First time I've phoned in. Sorry.

4      MR. OCHS: Okay. Thank you. All right. Is

5 anybody else on the line? All right. Nobody should be

6 recording this meeting. This meeting may only be recorded

7 by the United States Trustee. If you are recording this

8 meeting, you are directed to stop doing so at this point in

9 time. My recording is the only recording to be made. And

10 as I indicated earlier, a copy of this recording can be

11 obtained through my office or by contacting me.

12      Okay. Mr. Hoft, would you raise your right hand

13 please? Do you swear or affirm the statements you're about

14 to give are true and correct to the best of your knowledge,

15 information, and belief?

16      MR. HOFT: Yes, I do.

17      MR. OCHS: Okay. Are you familiar with the

18 bankruptcy petition that was filed in connection with this

19 case?

20      MR. HOFT: Yes, I am.

21      MR. OCHS: Okay. How did you become familiar with

22 the bankruptcy petition?

23      MR. HOFT: I filed it with -- working with my

24 attorneys.

25      MR. OCHS: Okay. And did you sign the bankruptcy

Page 7

1 petition?

2      MR. HOFT: Yes, I did.

3      MR. OCHS: And for the -- for clarity of the

4 record, this was the bankruptcy petition that was filed on

5 April 24, 2024 at Docket Number 1 on the Bankruptcy Court

6 Docket. You read that document, correct?

7      MR. HOFT: Yes, I did.

8      MR. OCHS: And the statements given there are true

9 and correct to the best of your knowledge, information, and

10 belief?

11      MR. HOFT: Yes, they are.

12      MR. OCHS: Okay. And did you read Document Number

13 2 also filed on April 24, 2024, which is the list of the 20

14 largest creditors?

15      MR. HOFT: Yes, I did.

16      MR. OCHS: And is that document truthful and

17 accurate?

18      MR. HOFT: Yes, I believe it is.

19      MR. OCHS: Okay. And subsequently on May 22,

20 2024, at Docket Number 30, the debtor's amended schedules

21 were filed. Did you read that document?

22      MR. HOFT: I am not familiar with that document.

23 I'm sorry.

24      MR. OCHS: Mr. Houston, have you shown your client

25 a copy of Docket Number 30, which is the schedules in this

Page 8

1 -- the amended schedules in this case?

2      MR. HOUSTON: They were provided through John

3 Burns to Mr. Hoft. As I have indicated previously, Mr.

4 Burns has been my point of contact for all the information

5 that he gathered to go into the schedules.

6      MR. OCHS: Okay. So Mr. --

7      MR. HOUSTON: So -- I'm sorry.

8      MR. OCHS: Mr. Hoft, have you seen this document

9 ever?

10      MR. HOFT: Is that to Jim Hoft?

11      MR. OCHS: Yes.

12      MR. HOFT: Is that the question to me?

13      MR. OCHS: Yes. I was posing it to Mr. Hoft.

14      MR. HOFT: I'm not familiar with it at this point.

15      MR. OCHS: So you don't have an ability to testify

16 about that document?

17      MR. HOFT: I need to see a copy of it, sir.

18      MR. OCHS: Okay. Mr. Houston, do you want to send

19 a copy of it to your client?

20      MR. HOUSTON: Yeah. I can email it to him. He's

21 in a different location than Mr. Burns, and everything I've

22 communicated to him has been to Mr. Burns. So I can email

23 it to him right now.

24      MR. HOFT: Great.

25      MR. OCHS: Mr. Hoft, let me know when you have it

Page 9

1 in your possession or your sight. Just so the record is

2 clear, we're waiting for Mr. Hoft to receive a copy of

3 Docket Number 30 and to confirm his having reviewed and

4 signed that document. I'll wait while Mr. Hoft receives it.

5      MR. HOUSTON: And so I've -- yeah, now I've

6 emailed it.

7      MR. OCHS: Okay. Thank you.

8      MR. HOFT: Okay. I've received the email, Bart.

9      MR. OCHS: All righty. Mr. Hoft, does that

10 document look familiar to you?

11      MR. HOFT: Yes. Yes, it does.

12      MR. OCHS: Okay. Can you describe the document to

13 me so that we're certain you're looking at the right

14 document?

15      MR. HOFT: Yes. It's a Summary of Assets and

16 Liabilities for Non-Individuals. It's Official Form 206Sum.

17      MR. OCHS: All right. Did you ever sign this

18 document? Sir, did you hear my question?

19      MR. HOFT: I'm -- I heard your question, yes. My

20 name is -- signature is on this document.

21      MR. OCHS: Is it -- do -- is -- did you ever sign

22 it with a pen?

23      MR. HOFT: There's a printed -- a signature on

24 this document.

25      MR. OCHS: No, I'm aware of that. I'm asking a

3 (Pages 6 - 9)

Page 10

1 different question. Did you ever sign this document?

2        MR. HOFT: Did I sign this document with a pen?

3 No.

4        MR. OCHS: Did you ever sign this document at all

5 with a crayon or a marker or anything?

6        MR. HOFT: No.

7        MR. OCHS: So you have not signed the schedules in

8 this case. Is that correct?

9        MR. HOFT: It --

10        MR. OCHS: It's really a simple --

11        MR. HOFT: Unless they --

12        MR. OCHS: It's really simple --

13        MR. HOFT: -- sent a -- unless I signed

14 electronically, but I did not sign an actual signature.

15        MR. OCHS: Do you have any recollection of having

16 signed this electronically?

17        MR. HOFT: I have signed numerous documents, sir,

18 so this is --

19        MR. OCHS: That's not my --

20        MR. HOFT: -- (indiscernible) --

21        MR. OCHS: That's not my -- Mr. Hoft, that's not

22 my question.

23        MR. HOFT: Yeah. No.

24        MR. OCHS: My question is have you ever signed

25 this --

Page 11

1        MR. HOFT: Yes.

2        MR. OCHS: -- document. I'm breaking this into

3 pieces. Have you ever signed it?

4        MR. HOFT: Yeah, yeah. I -- it -- again, it does

5 not look familiar, but I may have signed it, so that's my

6 answer.

7        MR. OCHS: May have signed it is your answer?

8        MR. HOFT: That's my honest answer. I may have

9 signed it.

10        MR. OCHS: No, I only want you to answer honestly.

11 That's for sure, okay? You're under oath. So I only want

12 your honest answers.

13        MR. HOFT: Okay.

14        MR. OCHS: Did you ever sign this document?

15        MR. HOFT: I'm going to say no I did not.

16        MR. OCHS: Okay. All right. We cannot conduct

17 this 341 meeting yet again today. Mr. Houston, this

18 requires some serious --

19        MR. HOUSTON: I --

20        MR. OCHS: Let me finish. This requires some

21 serious and immediate attention. This case has significant

22 gravity to it, okay? This is a basic document. It should

23 have been signed by Mr. Hoft. He's now saying he did not

24 sign it, but his signature appears on what was filed with

25 the bankruptcy court. There are local rules that govern

Page 12

1 this sort of thing and it appears that you have not complied

2 with the local rules, and that's troubling and concerning.

3 Do you understand that?

4        MR. HOUSTON: Well, before you get troubled and

5 concerned, Mr. Ochs, I have a wet signature. Mr. Burns

6 obtained the signature. The fact that he doesn't recognize

7 the document doesn't establish that I've violated any local

8 rules.

9        MR. OCHS: Okay. He just testified --

10        MR. HOUSTON: I'm going to file the wet signature

11 if you'd like.

12        MR. OCHS: He -- I'd be happy to have it. He just

13 testified to me that he does not -- that he did not sign

14 this document. I heard it, you heard it, the recording has

15 it. So how do you have --

16        MR. HOUSTON: And --

17        MR. OCHS: Stop. How do you have a --

18        MR. HOUSTON: He --

19        MR. OCHS: Stop. How do you have a written or a

20 wet-signed document that this witness says that he did not

21 sign?

22        MR. HOUSTON: He's mistaken. He's confused. That

23 happens. There's these schedules and then there's Court

24 Paper 34 Amended Schedules. I have wet signatures on both

25 of them. I'm glad to send them to you.

Page 13

1        MR. OCHS: All right. I'll wait. Please send

2 them to me.

3        MR. HOUSTON: Okay. We're scanning it now.

4        MR. FURR: Hey, Bart. Send a copy of that to Jim

5 and to me too.

6        MR. HOUSTON: Yeah, (indiscernible).

7        MR. FURR: Robert Furr.

8        MR. HOUSTON: Yep.

9        MR. OCHS: Mr. Furr, I take it you don't have a

10 copy of it already?

11        MR. FURR: No, I don't. I wouldn't have any

12 reason to necessarily. I was going on the court file.

13        MR. HOUSTON: Just emailed.

14        MR. BURNS: You said you emailed them to me, Bart?

15        MR. HOUSTON: Yeah, I emailed to you and to Bob

16 Furr, Robert Furr, and to Mr. Hoft.

17        MR. FURR: I got it.

18        MR. OCHS: The Subchapter V Trustee says that she

19 is trying to get into the call, so I'm going to pause for a

20 moment. I'm going to leave the recording running, but I'm

21 going to pause for a moment while, A, I'm waiting for the

22 email, and B, waiting for the Subchapter V Trustee to join.

23        WOMAN: Marty, I apologize. I'm actually -- I am

24 on the line. And I know we talked about it the other day,

25 but I called on the other line, but there seems to be that

4 (Pages 10 - 13)

Page 14

1 there's people waiting on the other line as well.

2     MR. OCHS: I can't control --

3     WOMAN: (Indiscernible).

4     MR. OCHS: I -- unfortunately --

5     WOMAN: Yeah, I know.

6     MR. OCHS: -- I can't control that line because I

7 have -- you know, I have this line engaged.

8     WOMAN: Okay.

9     MR. OCHS: Could you hear the other people?

10 Because I didn't open the other --

11     WOMAN: No, but it shows how many people are on

12 the line holding.

13     MR. OCHS: Okay.

14     WOMAN: It was just a few.

15     MR. OCHS: Because I did not open that -- I did

16 not open the other line, but I'd like to get them. Give me

17 just a moment. I'm just trying to think about a solution

18 for this. All right. I'm going to pause the recording --

19     WOMAN: Well, let me (indiscernible) --

20     MR. OCHS: I'm sorry. Go ahead.

21     WOMAN: Go ahead. I'm sorry.

22     MR. OCHS: No, go ahead.

23     WOMAN: I was going to say (indiscernible) for

24 quite a bit so I could call back and just double confirm

25 that they're still holding.

Page 15

1     MR. OCHS: Okay. If you would, please. I'm going

2 to pause the recording here for a moment. The time is now

3 3:49 p.m. and I'm pausing the recording.

4     (Recording paused)

5     MR. OCHS: It is now 3:51 p.m. on June 6, 2024,

6 and we are resuming the 341 meeting in the TGP case. The

7 reason why we paused was because we were trying to get the

8 documents in front of myself and the debtors -- the debtor,

9 the principal of the debtor so that we could confirm his

10 signatures. So Mr. Hoft, tell me what documents you have in

11 front of you now please.

12     MR. HOFT: I have a document, it looks like

13 206Sum.

14     MR. HOUSTON: He's got the voluntary petition.

15     MR. OCHS: Okay. What about the schedules? Do we

16 have signed copies of the schedules?

17     MR. HOUSTON: The -- what I sent to you, the

18 voluntary petition, should've been the scanned document that

19 he signed for the petition, the schedules, and the amended

20 schedules. I have my secretary now, my paralegal looking

21 for the signed copies that are just like that where it has

22 an electronic signature and then his off in the side.

23     MR. OCHS: Okay.

24     MR. HOUSTON: So --

25     MR. OCHS: The --

Page 16

1     MR. HOUSTON: -- she should find that.

2     MR. OCHS: The only document that I have in front

3 of me with Mr. -- which is what you're telling me is Mr.

4 Hoft's signature is dated April 24, 2024. These other

5 documents were filed and presumably dated at a later date.

6 So this document, you know, is not -- it should not be

7 everything that I'm expecting to receive because there's a

8 document dated May 22, 2004. There is a document dated --

9     MR. HOUSTON: May 30th.

10     MR. OCHS: Yes. And I don't have those --

11     MR. HOUSTON: Understood.

12     MR. OCHS: -- yet signed by Mr. Hoft. So should I

13 pause the recording again, Mr. Houston? Are you sending

14 them too?

15     MR. HOUSTON: I don't have them in my hands yet.

16 I'm waiting for my secretary to come back with them.

17     MR. OCHS: Okay.

18     MR. HOUSTON: So yes, you can pause the recording.

19     MR. OCHS: Okay. Thank you. I'm going to be

20 pausing the recording. It is now 3:54 p.m. on June 6th.

21     (Recording paused)

22     MR. OCHS: Okay. It is now 4:02 p.m. on June 6,

23 2024, and we're continuing the 341 meeting of TGP

24 Communications, Case Number 24-13938. Again, this case was

25 assigned to Bankruptcy Judge Mora. So now I've been

Page 17

1 supplied with Document Number 34 on the docket, which is a

2 30-page document, and it was filed on May 30, 2024. Mr.

3 Hoft, have you seen this document?

4     MR. HOFT: Yes.

5     MR. OCHS: When did you first see this document?

6     MR. HOFT: I would say I saw the first document

7 when it was sent to me by my attorney and I was told to look

8 over it.

9     MR. OCHS: Do you remember when that was?

10     MR. HOFT: That was sometime after -- it would've

11 been sometime in May.

12     MR. OCHS: But you don't remember more precisely

13 than that?

14     MR. HOFT: I don't have the exact date on that,

15 sir.

16     MR. OCHS: Okay. And did you sign that today?

17     MR. HOFT: I just went through our pile of

18 documents, and of course I'm not familiar with these

19 numbers, sir. This is very foreign material to me. I'm not

20 an attorney as you know. And so I go through this stack of

21 documents and I found the documents that were signed and I

22 believe were sent off, but maybe they weren't. And so I

23 sent them off today to my attorneys.

24     MR. OCHS: Today being before this meeting began

25 at 3:30 p.m. or after 3:30 p.m.?

5 (Pages 14 - 17)

Page 18

1      MR. HOFT:  Since the questioning began.

2      MR. OCHS:  Okay.  So --

3      MR. HOFT:  I looked through my pile of documents

4  and sent the signed documents to my attorneys.

5      MR. OCHS:  Okay.  But they were previously signed

6  is what you're saying?

7      MR. HOFT:  Yes.  I had a couple of dates on these

8  documents.  One was -- they were both towards the end of

9  May.

10     MR. OCHS:  Okay.  Now, there was a document filed

11  this afternoon at 3:25 p.m. Eastern Time, which was just

12  five minutes before this proceeding began.  And that

13  document says that the petition -- it confirms the petition

14  was filed on April 24th, and then there were schedules filed

15  on May 22nd and May 30th, okay?  It says that James Hoft,

16  that's you, is the president and sole shareholder of the

17  debtor.  However, you replied on others to manage and gather

18  information necessary to complete the schedules and

19  Statement of Financial Affairs.

20     Who were -- and then it says specifically Jonathan

21  Burns, general counsel and EVP was asked with the -- was

22  tasked, pardon me, with the responsibility to gather the

23  necessary information from different sources and communicate

24  with Bart Houston as general -- as debtor's general counsel.

25  So are you saying -- a couple of questions I have from this.

Page 19

1  Is Mr. Burns the general counsel for the debtor?

2      MR. HOFT:  Mr. Burns is general counsel and

3  executive vice president at TGP Communications.

4      MR. OCHS:  Okay.  And when did Mr. Burns become

5  general counsel?

6      MR. HOFT:  John has worked for me for a number of

7  years.  I would have to look up when John first started

8  working for me.

9      MR. OCHS:  Did he work for you or for TGP?

10     MR. HOFT:  Well, for TGP, sir.  Excuse me.

11     MR. OCHS:  Okay.  Well, it's just precision

12  matters here and that's why I'm asking, okay?  So it says,

13  "Mr. Burns was the sole communicator of information with

14  counsel and confirmed any questions or requests for

15  additional information needed by counsel for the bankruptcy

16  case.  Mr. Burns also appeared at the initial debtor

17  interview and the Section 341 meeting as he is the debtor's

18  representative with the most comprehensive information

19  concerning the content of the schedules."  So is that to

20  suggest that you're not familiar with the finances and the

21  financial affairs of the debtor?

22     MR. HOFT:  I'm certainly familiar with the

23  situation I'm in.

24     MR. OCHS:  Okay.  When you say the situation

25  you're in, tell me what that situation is please.

Page 20

1      MR. HOFT:  Well, I run a business.  I pay my

2  bills.  I have challenges like every business.  And I'm

3  scrutinized consistently.  I have a lawyer because we have

4  lawsuits.  We currently have a lawsuit that is in front of

5  the supreme court that should be decided within the next

6  couple of weeks on free speech where we are the lead

7  plaintiff.

8      We also have other cases in front of us, including

9  the one with Mr. Coomer.  His representatives are on the

10  line I believe.  And also Ruby and Shaye, the two women from

11  Georgia, and their representatives are on the line.  So

12  we're very busy with lawsuits.

13     MR. OCHS:  Okay.  Is TGP a party or a participant

14  in the supreme court litigation that you just talked about?

15     MR. HOFT:  The supreme court litigation is under

16  Jim Hoft, and I am the owner of TGP Communications.

17     MR. OCHS:  But you're saying TGP is not a direct

18  participant in that litigation.  Is that correct?

19     MR. HOFT:  That would be correct.

20     MR. OCHS:  All right.  So what -- you know, the

21  Reader's Digest version of that litigation is what?

22     MR. HOFT:  With the supreme court?

23     MR. OCHS:  Yes.

24     MR. HOFT:  The federal government has decided that

25  they had the right to censor Americans.  We challenged that.

Page 21

1  It made its way to the supreme court.  The supreme court

2  heard the case in March.  They're going to decide this month

3  if the government has the right to censor, ban, silence

4  Americans.  And we are one of the -- again, one of the

5  plaintiffs in this very important case on free speech.

6      MR. OCHS:  Who were the other plaintiffs in that

7  case?

8      MR. HOFT:  There are three doctors.  Dr. Jay

9  Bhattacharya from Stanford, Dr. Kulldorff from Harvard, Dr.

10  Kheriaty who was with the University of California in

11  Irvine.  He was since fired for speaking out against -- I

12  believe it was the fact that they closed down society for

13  COVID.  He spoke up against that and was fired.  And then

14  Jill Hines who is also a writer who is in Louisiana.

15     MR. OCHS:  Who is funding that litigation?

16     MR. HOFT:  That is being represented by the States

17  of Missouri and Louisiana.

18     MR. OCHS:  Who -- but the question is who is

19  funding it.  Who is paying for that litigation?

20     MR. HOFT:  The State of Missouri had asked us to

21  join in on this case.  So I assume it's the State of

22  Missouri who is paying our bills for that case.

23     MR. OCHS:  Okay.  So TGP is not paying towards

24  that litigation?  Is that correct?

25     MR. HOFT:  That's correct at this time.

6 (Pages 18 - 21)

Page 22

1     MR. OCHS: Okay. Has TGP ever paid towards that
2 litigation?
3     MR. HOFT: No, just the work and the hours we put
4 on it in ourselves.
5     MR. OCHS: Okay. And you said, "at this time".
6 Do you think that the payment arrangements for that
7 litigation might change? I'm asking only because you --
8     MR. HOFT: I have no idea.
9     MR. OCHS: I'm only asking because you said it
10 "not at this time".
11     MR. HOFT: I have no idea. That's why I would say
12 that.
13     MR. OCHS: Okay. Tell me what TGP does. What's
14 its business?
15     MR. HOFT: TGP represents The Gateway Pundit,
16 which is one of the leading (indiscernible) opinion websites
17 in the country, independent media. And so TGP is the LLC
18 that we're -- we -- that includes The Gateway Pundit.
19     MR. OCHS: And why did TGP file bankruptcy?
20     MR. HOFT: We filed bankruptcy because of the
21 pressures that are on our business that are (indiscernible)
22 from these I would say leftist groups that are attacking us
23 and wanting -- and taking us to court. And it's costing us
24 a lot of money, and we only have so much money. And so it
25 doesn't look very much like we're in a very positive

Page 23

1 position at this point.
2     MR. OCHS: Did TGP ever operate at a profit?
3     MR. HOFT: Certainly.
4     MR. OCHS: And when was that?
5     MR. HOFT: TGP has -- we pay our bills. We're not
6 a very -- there's lots of different projects we would like
7 to do and perform and different things, but we don't have
8 excess money to do things like that. We don't have money to
9 send reporters all over the country. We do have reporters
10 that are based in different parts of the country and the
11 world, but -- so there's -- so we pay at the minimum. We
12 break even. We make a little money, and that's been our
13 business model.
14     MR. OCHS: When was TGP formed?
15     MR. HOFT: The website was formed in 2013.
16     MR. OCHS: Okay. And --
17     MR. HOFT: TGP was. TGP was.
18     MR. OCHS: By whom was --
19     MR. HOFT: The website was founded in 2004.
20     MR. OCHS: And by whom was it formed?
21     MR. HOFT: I signed the papers on that in 2013.
22     MR. OCHS: And were you the -- but you said it was
23 formed in 2004 and then you said 2013.
24     MR. HOFT: It was a hobby website until 2013 when
25 we filed it with the State of Missouri.

Page 24

1     MR. OCHS: Okay. Where do you live?
2     MR. HOFT: My full-time address is in Florida. My
3 -- I also have a home in Saint Louis, Missouri.
4     MR. OCHS: And where does the business operate
5 from?
6     MR. HOFT: Currently the business operates out of
7 Florida, or if I'm in Saint Louis it operates out of Saint
8 Louis. It's -- our office is wherever we operate from.
9     MR. OCHS: When did TGP start operating in
10 Florida?
11     MR. HOFT: We -- the -- we became citizens of
12 Florida with driver's license and insurance policies and
13 home, that was in 2022.
14     MR. OCHS: Who -- when you say "we", who is the
15 "we"?
16     MR. HOFT: The "we" is my partner Jezreel Morano.
17     MR. OCHS: And you moved from Missouri to Florida?
18     MR. HOFT: We bought a home in Florida.
19     MR. OCHS: Okay. And when did you buy that home?
20     MR. HOFT: That was in -- I believe it was 2021 in
21 October.
22     MR. OCHS: Okay. And when -- and where does -- if
23 I wanted to send a letter to TGP right now, send them
24 whatever, a letter about its work and business, where would
25 I send that letter?

Page 25

1     MR. HOFT: You would send a letter to TGP
2 Communications in Jensen Beach.
3     MR. OCHS: At what address?
4     MR. HOFT: That'd be 1820 NE Jensen Beach
5 Boulevard, Unit 1120.
6     MR. OCHS: And that's just a mailbox drop, isn't
7 that?
8     MR. HOFT: It's a mailbox drop in Florida just
9 like it's a mailbox drop here in Saint Louis.
10     MR. OCHS: So if I went to that address, what
11 would be there at that address? What would I see?
12     MR. HOFT: Just like in Saint Louis it would be a
13 mailbox here in West Saint Louis or it would be a mailbox in
14 Jensen Beach.
15     MR. OCHS: Does TGP keep any sort of physical
16 presence in Florida?
17     MR. HOFT: Well, certainly I have my office there
18 in my home.
19     MR. OCHS: Okay. Where is your office?
20     MR. HOFT: In Jensen Beach.
21     MR. OCHS: Is it at a specific address?
22     MR. HOFT: It's in my home.
23     MR. OCHS: And when is -- since when has that
24 been?
25     MR. HOFT: Since I bought the home in October of

7 (Pages 22 - 25)

Page 26

1 2021.

2    MR. OCHS: Okay. And why are you using a mailbox

3 what is, you know, I would refer to as a Mail Boxes Etc.

4 address in Jensen Beach? Why are you using that address?

5    MR. HOFT: I don't use my home address and I

6 haven't for years because of obviously different threats

7 that writers get at this point.

8    MR. OCHS: Are --

9    MR. HOFT: Certainly we've received threats.

10    MR. OCHS: Are you a writer?

11    MR. HOFT: Yes, I write.

12    MR. OCHS: Okay. For whom do you write?

13    MR. HOFT: The Gateway Pundit website.

14    MR. OCHS: Do you write for anybody else?

15    MR. HOFT: Maybe a guest post, but nothing -- no,

16 I only write for Gateway Pundit.

17    MR. OCHS: Okay. The -- there is a list of

18 creditors that was filed in connection with the bankruptcy

19 case. And I'm sure you know this because you and I met

20 virtually over a Zoom hearing the other day. But this list

21 of creditors was filed on April 24th as part of the initial

22 bankruptcy filing, and it lists a number of people but as

23 John or Jane Doe. Who -- how come the John or Jane Does

24 were used as opposed to their real names? I assume that not

25 all these people are named Jane Doe or John Doe.

Page 27

1    MR. HOFT: I think my attorney could answer that

2 better than I could.

3    MR. OCHS: Well, you run the business so I want to

4 know what --

5    MR. HOFT: Okay.

6    MR. OCHS: -- your testimony is. I can't ask your

7 attorney.

8    MR. HOFT: We have single women -- okay. We have

9 single women who live alone and who have been threatened in

10 the past and they don't want the whole world to know where

11 they live.

12    MR. OCHS: And why are they being threatened?

13    MR. HOFT: You'd have to ask people who are

14 threatening them.

15    MR. OCHS: Well, why do you suspect they are being

16 threatened?

17    MR. HOFT: Because they are conservative Christian

18 women who write articles that some people disagree with.

19    MR. OCHS: All right. So they're being threatened

20 because of the publication that TGP does?

21    MR. HOFT: They're being threatened for the

22 articles that they write.

23    MR. OCHS: Okay. And the care-of addresses that

24 are used on this list are Jonathan Burns. Is that correct?

25    MR. HOFT: Jonathan is our general counsel.

Page 28

1 That's --

2    MR. OCHS: All right.

3    MR. HOFT: -- Jonathan Burns.

4    MR. OCHS: Did the creditors of the debtor ask

5 Jonathan Burns to represent them?

6    MR. HOFT: John could answer that. I believe so.

7    MR. OCHS: No, he can't. You have to answer that.

8    MR. HOFT: Okay. I would say yes they are -- had

9 required John to represent them.

10    MR. OCHS: Required or is there another word

11 maybe?

12    MR. HOFT: Maybe requested.

13    MR. OCHS: All right, but Jonathan Burns

14 represents -- you said represents the debtor TGP, correct?

15    MR. HOFT: That's true.

16    MR. OCHS: Okay. Who is Jez Morano?

17    MR. HOFT: That's my husband.

18    MR. OCHS: Okay. And -- but his address appears

19 on the bankruptcy petition, correct?

20    MR. HOFT: If you tell me that's -- I -- you'd

21 have to show me where that is.

22    MR. OCHS: All right. I'm --

23    MR. HOFT: I suppose.

24    MR. OCHS: I mean, I'm looking at Document Number

25 2 on the Bankruptcy Docket, and he is Item Number 2 on that

Page 29

1 document.

2    MR. HOFT: Okay.

3    MR. OCHS: So why is his address not -- you know,

4 under the same theory, why is his address not somehow, you

5 know, redacted or concealed in the way the other creditors'

6 addresses are concealed or names and addresses are

7 concealed?

8    MR. HOUSTON: Mr. Ochs, I have no idea why this is

9 relevant at all to this bankruptcy case, but that was a

10 mistake made by my law firm because we didn't recognize that

11 that gentleman was Mr. Hoft's husband if that answers your

12 question.

13    MR. OCHS: Well, it --

14    MR. HOUSTON: It's our mistake or we would've

15 redacted his too.

16    MR. OCHS: It does in part, but you know, a

17 somewhat unique motion was made in this case, which I'm sure

18 you're aware because we were all in court about this earlier

19 this week, relative to, you know, in some way veiling the

20 names and addresses of the creditors here. And the United

21 States Trustee opposed that motion, voiced a concern about

22 it, and the judge has set a hearing, a further hearing on

23 that as you're aware. And so this is relevant to that.

24 Does that clarify it for you?

25    MR. HOUSTON: I don't -- well, number one, if

8 (Pages 26 - 29)

Page 30

1  that's what it's relevant to, I don't appreciate doing
2  discovery on a motion that's a contested matter in a 341
3  meeting.  And you and I had this discussion before that you
4  don't subscribe to the theory that objections can be made
5  during a 341.  So now you're asking questions on a contested
6  matter that you take the position I can't object and I don't
7  think that's appropriate.  Respectfully.
8         MR. OCHS:  Well, if you want to object, object,
9  but I'm looking at a document that was filed on the
10 Bankruptcy Docket.  It is normal for this to be examined
11 about -- at a 341 meeting, and that's what I'm doing.
12        MR. HOUSTON:  Got it.
13        MR. OCHS:  Okay?  So --
14        MR. HOUSTON:  Yes, sir.
15        MR. OCHS:  -- is there a written --
16        MR. HOUSTON:  So the answer to your question is
17 that was a mistake of my office that we included Mr. Hoft's
18 address.  And thank you for pointing that out so now
19 everyone knows.  But that was my mistake.
20        MR. OCHS:  I didn't know who --
21        MR. HOUSTON:  I blew that.
22        MR. OCHS:  I didn't know who Jez Morano was.  So I
23 appreciate the sarcasm, you know, but it had nothing to do
24 with the line of questions.  Moving forward, so is there a
25 written agreement between Mr. Burns and the people which I

Page 31

1  understand are authors on this list?  Are -- is there a
2  written agreement between Mr. Burns and those people?  That
3  question is for Mr. Hoft.
4         MR. HOFT:  Well, to take a step back, the reason
5  -- Jezreel just does social media work.  He doesn't -- he's
6  not a writer.  I don't know why he'd be threatened.  He has
7  been threatened in the past, but -- so there's that.  I
8  didn't realize that our address was put down on these
9  documents and that you had just mentioned that.  So there's
10 also that.
11        And then your question is does -- do these -- John
12 is very open and honest with the writers at Gateway Pundit,
13 and I'm sure he had a discussion with them.  But you'd have
14 to ask John.
15        MR. OCHS:  Are -- let me try the question a
16 different way.  Are you aware of there being a written
17 agreement between Mr. Burns, who you're referring to as
18 John, and the parties that are listed on this Document
19 Number 2?
20        MR. HOFT:  Well, I assume John has something.  I
21 assume that because John does everything by the book.  And
22 so that would -- I had just assumed that he has that
23 agreement with the writers.
24        MR. OCHS:  But you don't know one way or the
25 other?

Page 32

1         MR. HOFT:  It's not something that I -- that John
2  and I discussed.
3         MR. OCHS:  Okay.  You have -- again, TGP has
4  listed Ted Slater.  Who is Ted Slater?
5         MR. HOFT:  Ted is an IT expert who works with us.
6         MR. OCHS:  Okay.  The PO box listed for Jonathan
7  Burns is in Saint Louis, Missouri.  Why is the PO box
8  maintained in Saint Louis?
9         MR. HOFT:  For John Burns?
10        MR. OCHS:  Yes.
11        MR. HOFT:  I guess you'd have to ask John.
12        MR. OCHS:  Are you familiar with PO Box 191250?
13        MR. HOFT:  At what location?
14        MR. OCHS:  Saint Louis, Missouri 63119.
15        MR. HOFT:  I don't -- I mean, you'll have to let
16 me look up my box number.  Yeah, I'm not familiar with that
17 box.
18        MR. OCHS:  You're not -- so you don't know who or
19 what maintains that particular post office box?
20        MR. HOFT:  It sounds like you said it was John
21 Burns' box, so I assume John could answer that question.
22        MR. OCHS:  No, I'm asking you whether you know who
23 maintains that box.
24        MR. HOFT:  I don't know who maintains that box.
25 It's not our box here in Saint Louis.

Page 33

1         MR. OCHS:  Have you personally spoken to any of
2  the authors that are concerned that they're going to be
3  threatened or are being threatened?
4         MR. HOFT:  I speak to my writers all the time who
5  are being threatened.
6         MR. OCHS:  Okay.
7         MR. HOFT:  Which isn't anything new.
8         MR. OCHS:  Okay.  And what have they told you?
9         MR. HOFT:  They don't want their address out there
10 and they don't want their names.
11        MR. OCHS:  Okay.
12        MR. HOFT:  Several of them.
13        MR. OCHS:  Because they don't want to be
14 threatened?
15        MR. HOFT:  They've been threatened.
16        MR. OCHS:  By whom?
17        MR. HOFT:  Some have police reports.
18        MR. OCHS:  Okay.
19        MR. HOFT:  You'll have to ask the writers.
20        MR. OCHS:  Do you have copies of those police
21 reports?
22        MR. HOFT:  I don't offhand.  John Burns may have
23 copies, and some -- I believe some of their threats came
24 before they even were working with me.
25        MR. OCHS:  Okay.  And then you said to me -- just

9 (Pages 30 - 33)

1 a few moments ago you said I would have to ask the writers.

2 How would I go about asking the writers that question?

3        MR. HOFT: How would you do that?

4        MR. OCHS: Yes.

5        MR. HOFT: I suppose because they're John Doe

6 you'd have to go through me and I could set up an interview

7 for you.

8        MR. OCHS: So you know who these John and Jane

9 Does are yourself, correct?

10        MR. HOFT: Sure.

11        MR. OCHS: And obviously people have found out who

12 these John and Jane Does are already, correct?

13        MR. HOFT: I don't know that.

14        MR. OCHS: Well, you said they were being

15 threatened.

16        MR. HOUSTON: Mr. Ochs, I'm going to object to

17 this line of questioning. You're taking discovery on a

18 matter that's a contested matter before the court. This is

19 not a 2004. I would like you to contain your questions to

20 the schedules and the statements and not really get into a

21 matter that's going to be heard by the court on an

22 evidentiary basis.

23        MR. OCHS: I -- with all due respect, okay, I am

24 asking questions about a schedule that was filed by your

25 firm on the docket in this case. I haven't strayed from

1 that document or things relative to that document or

2 relative to my getting an understanding of how the document

3 was prepared and why it was prepared.

4        MR. HOUSTON: It's respectfully gone well beyond

5 what the schedules say. You read my motion. You heard our

6 arguments. You made arguments against me. You filed an

7 opposition and it's going to be heard by the court. So I'm

8 just -- I don't know why this is the subject of a 341 when

9 it's already queued up as a contested matter.

10        MR. OCHS: Because it's part and parcel of the 341

11 meeting for the United States Trustee to gain an

12 understanding as to who these parties are on this list.

13 It's part and parcel of that.

14        MR. HOUSTON: Got it. Okay. Obviously I'm not

15 going to win this argument without -- on the phone, so

16 please proceed.

17        MR. OCHS: Who is Kelly Poen, P-O-E-N?

18        MR. HOFT: Kelly helps with some accounting, and

19 she also helps with speaking with advertisers.

20        MR. OCHS: Is she -- she's an employee of TGP?

21        MR. HOFT: Yes.

22        MR. OCHS: Is she a W-2 employee or a 1099

23 employee?

24        MR. HOFT: She's a 1099.

25        MR. OCHS: Do you compensate or does -- withdrawn.

1 Does TGP compensation Jonathan Burns?

2        MR. HOFT: Yes. We pay him through -- Justice

3 League. We pay him -- that's how we pay him.

4        MR. OCHS: Okay. Why is Jonathan Burns paid

5 through Justice League?

6        MR. HOFT: That's the way we set it up.

7        MR. OCHS: Who's "we"?

8        MR. HOFT: Myself and John and I'm sure I spoke

9 with our accountant.

10        MR. OCHS: Okay. And when was it set up that way?

11        MR. HOFT: When John -- when we formed Justice

12 League.

13        MR. OCHS: When was Justice League formed?

14        MR. HOFT: I don't have that information in front

15 of me.

16        MR. OCHS: Do you have a rough --

17        MR. HOFT: I could look it up.

18        MR. OCHS: Do you have a rough idea of when it was

19 formed?

20        MR. HOFT: Hmm. Could've been 20 -- I don't know.

21 You can ask John.

22        MR. OCHS: Do -- John won't know whether you know.

23 I'm asking you do you know roughly when it was formed.

24        MR. HOFT: Within the past four years. Say 2020.

25        MR. OCHS: What does Justice League do?

1        MR. HOFT: Justice League represented us in

2 several court cases we had and several other legal matters.

3        MR. OCHS: When you say "us", who do you mean by

4 "us"?

5        MR. HOFT: I mean TGP Communications.

6        MR. OCHS: Okay. Is there anybody else included

7 in that umbrella of "us"?

8        MR. HOFT: Not that I can think of. You have the

9 information.

10        MR. OCHS: What do you mean I have the

11 information?

12        MR. HOFT: Well, I've sent you everything I have.

13 We did. We sent you everything we have.

14        MR. OCHS: You keep saying "we". Tell me who you

15 mean by "we".

16        MR. HOFT: Well, that would be me and John and the

17 attorneys that we hired in Florida who helped me fill out

18 paperwork and turned in the many pages of information that

19 you received.

20        MR. OCHS: All right. When you say you sent it to

21 me, you mean the United States Trustee or who do you mean

22 that it was sent to?

23        MR. HOFT: Again, you could ask John Burns that

24 question. They took care of mailing out the information.

25        MR. OCHS: Okay. Who is James Kirk?

Page 38

1    MR. HOFT:  James is a long-time friend who is an
2  employee, a 1099 employee who helps with cleaning up the
3  comments at the website Gateway Pundit.
4    MR. OCHS:  You mean comments from the public?
5    MR. HOFT:  Yes.
6    MR. OCHS:  Is he paid by the debtor, by TGP?
7    MR. HOFT:  Yes.
8    MR. OCHS:  And how much --
9    MR. HOFT:  Yes.
10    MR. OCHS:  How much is he paid?
11    MR. HOFT:  I believe we pay James $1,200 a month.
12    MR. OCHS:  Okay.  And how was the decision made
13  not to, you know, cloak or veil Mr. Kirk's information that
14  is listed on the bankruptcy documents?
15    MR. HOFT:  I think you could ask Mr. Burns that
16  question.
17    MR. OCHS:  You don't know?
18    MR. HOFT:  I'm not familiar why we would leave
19  that open.  John would have a better idea.
20    MR. OCHS:  Okay.  Do you know does -- has TGP
21  closed its pre-bankruptcy bank accounts?
22    MR. HOFT:  We've closed several and we're working
23  on the U.S. Bank account currently.
24    MR. OCHS:  When you say U.S. Bank account, does
25  this entity keep assets outside of the United States?

Page 39

1    MR. HOFT:  No.
2    MR. OCHS:  So when you say U.S. Bank, do you mean
3  U.S. Bank the bank name?
4    MR. HOFT:  Yes, sir.
5    MR. OCHS:  Okay.  What steps have been taken to
6  open up a post-bankruptcy account, what we refer to as a
7  debtor-in-possession account?
8    MR. HOFT:  We opened up an account with City
9  National Bank.
10    MR. OCHS:  Okay.  Do you know how your firm got to
11  Mr. Houston to retain -- your company, TGP, how did it get
12  to Mr. Houston to hire Mr. Houston for this bankruptcy case?
13    MR. HOFT:  We asked around.
14    MR. OCHS:  Okay.  So you were referred to him?
15    MR. HOFT:  Yes.
16    MR. OCHS:  Okay.  On the bankruptcy petition and
17  schedules, there was a document filed that's called List of
18  Equity Security Holders.  That is Document Number 31, and it
19  was filed on May 22, 2024 and it lists your name James Hoft.
20  And then again it uses the same mailbox address as the
21  debtor's, TGP's address.  Is that correct?
22    MR. HOFT:  I'll have (indiscernible) document.
23    MR. OCHS:  I'm sorry.  Say that one more time
24  please?  You broke up.
25    MR. HOFT:  I would have to look at the document.

Page 40

1    MR. OCHS:  Okay.  And do you know why that address
2  is used for you?
3    MR. HOFT:  Again, I'd like to see the document
4  you're talking about.  I'd have to dig that up through the
5  several documents I have sitting here.
6    MR. OCHS:  Okay.  It's Document --
7    MR. HOFT:  You said the number of that is what?
8    MR. OCHS:  Document Number 31, sir.  It was Page 1
9  of 1, List of Equity Security Holders.
10    MR. HOFT:  Page 1 of 1?  Okay.  I see our address
11  in Jensen Beach, Florida on this document.
12    MR. OCHS:  Why was that address used for you?  And
13  you know, beyond the corporation it was used for you
14  individually.
15    MR. HOFT:  I don't know why they -- I don't know
16  why that would be there, but that's our -- my home address
17  in Florida.
18    MR. OCHS:  Do you receive your mail there at that
19  mailbox?
20    MR. HOFT:  Yes.  That's a mailbox, yes.
21    MR. OCHS:  Okay.  So the debtor -- if I understood
22  it correctly from your testimony earlier, the debtor filed
23  bankruptcy because people were suing the Debtor TGP?
24    MR. HOFT:  We filed bankruptcy because of the
25  pressures on the business.

Page 41

1    MR. OCHS:  Can you --
2    MR. HOFT:  And the cost of this litigation and the
3  fact that we have -- don't have the assets.
4    MR. OCHS:  So you say the pressures on the
5  company.  What were those pressures specifically?
6    MR. HOFT:  Well, we have certainly business
7  pressures, advertising pressures that are constant.  We have
8  frequent -- frequently there are groups that push
9  advertisers to take their ads off our site.  Some leftist
10  groups that do that.  So we have pressures with our --
11  maintaining an income, and then we also have now the new
12  pressures with the different lawsuits that we're currently
13  dealing with.
14    MR. OCHS:  What is your understanding of why these
15  people are suing TGP?
16    MR. HOFT:  Is that something I need to answer
17  here?  Are we going to go into those cases today?
18    MR. OCHS:  Yes.
19    MR. HOFT:  Okay.  Well, we caught two women in
20  Georgia who were working in the State Farm Center on
21  election night of 2020.  And after the observers were
22  removed from the room, I -- the one woman named Shaye, the
23  five individuals went back into the counting room without
24  any supervision -- without any observers and began to count
25  ballots late at night after it was announced that they were

11 (Pages 38 - 41)

Page 42

1  going to quit counting in Georgia for the evening.

2       We were the ones who were able to report with

3  video evidence that these women were then shoving stacks of

4  ballots through machines three times, turning them over to

5  another individual who would shove them through another

6  machine another time.  And this was happening while there

7  was no observers.  So we reported this with video evidence.

8  And so now we're being sued because we reported the truth on

9  an incident that we have video evidence for.

10      MR. OCHS:  Okay.  The debtor maintained a bank

11  account or maintains a bank account at MIDFLORIDA Credit

12  Union.  Do you know anything about that bank account?

13      MR. HOFT:  Sure.  We moved all of our bank

14  accounts over to that one account.

15      MR. OCHS:  When did you do that?

16      MR. HOFT:  Well, we've done that in the past

17  several weeks.

18      MR. OCHS:  This was listed on the bankruptcy

19  petition that was filed -- or the schedules that were filed

20  with the bankruptcy court.  So when would you say that

21  account was opened?  Or those accounts.

22      MR. HOFT:  I could look it up.

23      MR. OCHS:  You don't know off the top of your

24  head?  You think it was more than a year ago?

25      MR. HOFT:  Well, I could find you the date.

Page 43

1       MR. OCHS:  Okay.

2       MR. HOFT:  I'll find you the date.

3       MR. OCHS:  Okay.  Do you want me to wait while you

4  do that, or do you want to let me know?

5       MR. HOFT:  Sure.  You can wait a sec.  Okay.  City

6  National Bank.  When did we open that?  (Indiscernible)

7  moved all the money over to City National Bank of Florida.

8  We opened the bank account on May 10th.

9       MR. OCHS:  Okay.  And how many accounts are there

10  at that bank?

11      MR. HOFT:  We have one account at City National

12  Bank.

13      MR. OCHS:  Okay.  And then you -- and how much

14  money is in that account right now?

15      MR. HOFT:  We currently have $148,785.38.

16      MR. OCHS:  Who has access to that bank account?

17      MR. HOFT:  I have access to that account and I

18  believe Kelly Poen.

19      MR. OCHS:  Okay.  And then you list mutual funds

20  or publicly traded stocks at Charles Schwab Bank.  Who has

21  access to the Charles Schwab account?

22      MR. HOFT:  That would be myself.

23      MR. OCHS:  And how much money or what's the value

24  of that account at Charles Schwab?

25      MR. HOFT:  I don't have that information in front

Page 44

1  of me.

2       MR. OCHS:  Do you have an estimate as to what

3  might be in that account?

4       MR. HOFT:  I think maybe 1.2 million.

5       MR. OCHS:  Okay.  Who has access to that account?

6  And what is that account used for?

7       MR. HOFT:  So that is not an account with TGP

8  Communications.  That's an account with Jim Hoft.  That's my

9  personal account.

10      MR. OCHS:  But --

11      MR. HOFT:  I believe.

12      MR. OCHS:  Well, it ends in -- it's account number

13  --

14      MR. HOFT:  I gave you -- I stand corrected.  I do

15  use business funds to fund that account.  I have.

16      MR. OCHS:  But do you -- you keep your personal

17  money on that Schwab account as well?  It's -- just to be

18  crystal clear before you answer that --

19      MR. HOFT:  You know, I would say that it's a

20  business account because I do use business funds.  That's

21  what I've done.

22      MR. OCHS:  It's a -- so we're clear, it's account

23  ending in 8 number -- in 8256.  So you know the account I'm

24  referring to?

25      MR. HOFT:  I believe I only have one Schwab

Page 45

1  account.  So if that's the number you're saying, I'm going

2  to agree with it.  I don't have that information in front of

3  me.

4       MR. OCHS:  Okay.  Do you access that account for

5  personal funds or personal use?

6       MR. HOFT:  I've never taken any money out of that

7  account.

8       MR. OCHS:  Okay.  And where are the records for

9  that account?  Do you have those records?

10      MR. HOFT:  I have access to those records.

11      MR. OCHS:  Okay.  So if I ask you for those

12  records, it would not be a big deal to get those records.

13  Is that correct?

14      MR. HOFT:  What was your question again?

15      MR. OCHS:  If I asked you to produce those

16  records, you could produce them to me.

17      MR. HOFT:  Absolutely.

18      MR. OCHS:  Okay.  On the bankruptcy schedules,

19  there's listed a 2021 Porsche Cayenne.  That's owned by the

20  debtor?

21      MR. HOFT:  Yes.

22      MR. OCHS:  Is the title to that vehicle in the

23  debtor TGP's name?

24      MR. HOFT:  It may be in a trust.  It may be in a

25  trust.

12 (Pages 42 - 45)

Page 46

1      MR. OCHS:  What trust would that be?

2      MR. HOFT:  I'd have to look.  I have to look.

3      MR. OCHS:  All right.  I'm calling for the

4  production of that title to that vehicle.  Mr. Houston, are

5  you going to have a problem with me requesting that sort of

6  document here at the 341 meeting?

7      MR. HOUSTON:  Zero problem.  We'll provide it to

8  you.

9      MR. OCHS:  All right.

10      MR. HOUSTON:  We already provided the proof of the

11  insurance that's on it.

12      MR. OCHS:  Yes.  Mr. Hoft, provide the copy of the

13  title to that vehicle to Mr. Houston who's going to provide

14  it to the United States Trustee, okay?

15      MR. HOFT:  Okay.

16      MR. OCHS:  The debtor also maintains bank accounts

17  at U.S. Bank.  Is that correct?

18      MR. HOFT:  We are closing that account.  We've

19  closed it.  We have to -- they told us it would take ten

20  days to close it, so it's currently open but we closed the

21  account.

22      MR. OCHS:  All right.  And where are the proceeds

23  from the U.S. Bank accounts going to go?

24      MR. HOFT:  All of the proceeds went to the City

25  National Bank account.

Page 47

1      MR. OCHS:  Okay.  And what about the Revolut Bank?

2      MR. HOFT:  We closed that account.

3      MR. OCHS:  And where did the money from that bank

4  account go?

5      MR. HOFT:  It all went to City National Bank.

6      MR. OCHS:  Does TGP keep any assets outside of the

7  United States?

8      MR. HOFT:  No.

9      MR. OCHS:  TGP had Robinhood Crypto accounts,

10  correct?

11      MR. HOFT:  Yes.

12      MR. OCHS:  And where did those accounts -- are

13  those accounts still open?

14      MR. HOFT:  Yes.

15      MR. OCHS:  They've not been closed at the time of

16  the bankruptcy?

17      MR. HOFT:  No.

18      MR. OCHS:  Okay.  Why not?

19      MR. HOFT:  We just bought the crypto and left them

20  open.

21      MR. OCHS:  Okay.  Mr. --

22      MR. HOFT:  We can close them if that's the

23  request.

24      MR. OCHS:  Mr. --

25      MR. HOFT:  We can do that.  I didn't know that was

Page 48

1  a request.

2      MR. OCHS:  Mr. Houston, you and I should have a

3  conversation about the maintenance of those bank accounts.

4  We can do that after this 341 meeting.  We don't have to do

5  it today, but --

6      MR. HOUSTON:  So it's clear, I inquired on that.

7  It's not a bank account, it's a securities account.  But if

8  there's some way to address that it's not being addressed,

9  I'm glad to have that communication with you.

10      MR. OCHS:  Okay.  I just -- I have concerns about

11  whether it's properly collateralized under 345 for a debtor-

12  in-possession to maintain.  So we should discuss that.

13      MR. HOUSTON:  Understood.

14      MR. OCHS:  I admit the hour's growing late and so

15  I don't want to bog down on that now.  So there is listed on

16  the bankruptcy petition notes receivables, and there's a

17  loan receivable from shareholder.  Is that you, Mr. Hoft?

18      MR. HOFT:  Can you repeat that?

19      MR. OCHS:  There is -- at Item 71, Notes

20  Receivable.  This is on the bankruptcy petition at Page 10

21  of 44.  It says Loan Receivable Shareholder.  You're the

22  shareholder, correct?

23      MR. HOFT:  Yes.

24      MR. OCHS:  And it says that you owe the Debtor TGP

25  $799,860.  Is that correct?

Page 49

1      MR. HOFT:  Yes.

2      MR. OCHS:  Okay.  And so you owe TGP that amount

3  of money as of today?

4      MR. HOFT:  Correct.

5      MR. OCHS:  How did you come to owe TGP $799,860?

6      MR. HOFT:  That's for the home in Florida.

7      MR. OCHS:  What does that mean exactly?

8      MR. HOFT:  I purchased a home in Florida.

9      MR. OCHS:  Is the -- was the home in Florida

10  purchased in your individual name or in the name of TGP?

11      MR. HOFT:  It was bought in -- by a business loan,

12  and it was for the condominium that we live in there in

13  Florida.  And it was, I believe, a trust, through a trust.

14      MR. OCHS:  Do you have a copy of the deed to the

15  condominium in Florida?

16      MR. HOFT:  Yes.

17      MR. OCHS:  Do you have any of the closing

18  documents to the condominium in Florida?

19      MR. HOFT:  I could find those.

20      MR. OCHS:  I'm calling for the production of those

21  as well.  Again, same process.  Give them to Mr. Houston who

22  will give them to the United States Trustee.  So it says

23  loan receivable.  That -- to me, I read that to mean that

24  you owe TGP $799,860.  Am I understanding that correctly?

25      MR. HOFT:  That looks correct.

13 (Pages 46 - 49)

Page 50

1      MR. OCHS:  All right.  Have you filed personal
2  bankruptcy?
3      MR. HOFT:  No.
4      MR. OCHS:  Do you intend to?
5      MR. HOFT:  It's certainly something I've thought
6  about.  I haven't moved forward on that.
7      MR. OCHS:  Do you have the ability to pay TGP the
8  $799,860, which the schedules say that you owe to TGP?
9      MR. HOFT:  I could make payments.
10      MR. OCHS:  Are there documents that surround that
11  loan beyond the condominium purchase?
12      MR. HOFT:  I'd have to look for any documents.  I
13  -- as far as a loan schedule you mean?
14      MR. OCHS:  Well, a note, a promissory note, any
15  documentation that exists relative to this loan receivable.
16      MR. HOFT:  I'm not sure.
17      MR. OCHS:  What would make you sure?
18      MR. HOFT:  I'll have to hunt around for documents.
19      MR. OCHS:  The United States Trustee is calling
20  for you to hunt around for those documents and to produce
21  them to Mr. Houston who will produce them to the United
22  States Trustee.  It's a very precise amount, $799,860.
23  Where did that number come from?
24      MR. HOFT:  That was the purchase price I believe.
25      MR. OCHS:  For the condominium?

Page 51

1      MR. HOFT:  Yes.
2      MR. OCHS:  Okay.  Do you recall getting a closing
3  document or closing papers, you know, a closing binder, any
4  sorts of papers for that condominium?
5      MR. HOFT:  Yes, we have closing documents.
6      MR. OCHS:  Okay.  So produce those to Mr. Houston
7  who will produce them to the United States Trustee.  Thank
8  you.  Okay.  There's another loan receivable for $21,000 for
9  Joe Hoft.  That's your brother, isn't it?
10      MR. HOFT:  Yes.
11      MR. OCHS:  Are there any documents relative to
12  that loan?
13      MR. HOFT:  I'm not certain.
14      MR. OCHS:  Are there any documents at all relative
15  to that loan?
16      MR. HOFT:  I'm not certain.
17      MR. OCHS:  Why -- what would make you certain?
18      MR. HOFT:  I'd have to look around and ask Joe if
19  he has a document.
20      MR. OCHS:  Well, but he owes the money to Joe Hoft
21  -- I mean, Joe Hoft, pardon me, owes the money to TGP,
22  correct?
23      MR. HOFT:  I need to look into that.
24      MR. OCHS:  What does that mean?
25      MR. HOFT:  I'm not certain about that.  I'll have

Page 52

1  to look into that.
2      MR. OCHS:  Okay.  When will you be able to do
3  that?
4      MR. HOFT:  I can find that in the next 24 hours
5  I'm sure.
6      MR. OCHS:  Okay.  Please produce that to Mr.
7  Houston who will produce it to me, okay?  Is that okay?
8      MR. HOFT:  (Indiscernible).
9      MR. OCHS:  Okay.  Are there any other amounts owed
10  to TGP that we have not yet discussed?
11      MR. HOFT:  No.
12      MR. OCHS:  Okay.  Mr. Houston, this next question
13  is for you, and it's probably one you've been waiting for.
14  But this meeting has gone long, but I want to give creditors
15  an opportunity to ask questions as well.  So do you want to
16  continue today, or should we reschedule?  I'm happy to do
17  either, but I'd be happy to reschedule because this has gone
18  longer than I would've expected.
19      MR. HOUSTON:  So I would only ask the other
20  gentlemen on the phone whether they expect to have
21  substantial questioning.  And you know, it's, you know, some
22  perfunctory things or they don't have it, then I'd just as
23  soon get it done with.
24      MR. OCHS:  Okay.  What do the parties --
25      MR. HOUSTON:  (Indiscernible) --

Page 53

1      MR. OCHS:  What do the parties on the line want to
2  do?  Please let me know.
3      MR. CHAPPLE:  Good afternoon.  This is Ryan
4  Chapple for Dr. Eric Coomer.  I estimate 15 minutes of
5  questions.
6      MR. OCHS:  All right.  I think with that in mind,
7  Bart, we should probably reschedule.  Let's talk about a
8  date that we could do that because that's only one creditor,
9  and I'm sure there's others that have questions as well.  So
10  I'm looking at my calendar, and I'll suggest some dates.
11  And then the parties on the line can let me know whether
12  that works.  I would -- well, that's a federal holiday.
13  Hang on one moment, please.  I could be available in the
14  morning on June 17th.  That is -- I could do it at 9 a.m.
15  Eastern Time or start earlier if parties want to.  I'd be
16  happy to start as early as 8:30 that day if the parties
17  would like.
18      MR. CHAPPLE:  I'm sorry, Mr. Ochs.  Did you say --
19      MR. HOUSTON:  From the --
20      MR. CHAPPLE:  -- that date and time again, please?
21      MR. OCHS:  June 17th I could start as early as
22  8:30 a.m.
23      MR. BURNS:  Mr. Ochs, this is John Burns.  I am
24  not available in the morning of the 17th.
25      MR. OCHS:  How about the 18th on the same --

14 (Pages 50 - 53)

Page 54

1      MR. HOUSTON:  Neither am I.

2      MR. OCHS:  How about the 18th on the same

3  timeframe?

4      MR. BURNS:  One moment.  I can be available --

5  this is John Burns.  I can be available in the morning, yes.

6      MR. OCHS:  Let's try it this way.  Is there

7  anybody on the line who cannot be available on Tuesday, June

8  18th?  Okay.  What time -- Mr. Houston and Mr. Hoft, what

9  time would you like to start on that day?  You know, I'm

10  happy to start at 8:30 or 9.  Whichever you'd prefer.

11  Please let me know.

12      MR. HOFT:  I don't care.

13      MR. HOUSTON:  Either works for me.

14      MR. OCHS:  Okay.  Mr. Hoft?

15      MR. HOUSTON:  9:00.

16      MR. OCHS:  Mr. Hoft, if you're in Missouri or

17  Florida, there's an hour time difference.  Which do you want

18  to do, Mr. Hoft?

19      MR. HOFT:  9:00 is fine.

20      MR. OCHS:  Okay.  Very well.  So we'll do this at

21  9:00 on Tuesday, June 18, 2024.  And I will post on the

22  docket again like I did for today the dial-in information.

23  Please be certain to check the docket.  I need to see

24  whether the same dial-in information is available or it may

25  change, but I have to check with my staff before I do that.

Page 55

1  So with that said, I will continue this meeting June 18th, 9

2  a.m. Eastern Time.  And it is now 5:02 p.m. on June 6, 2024.

3  We are off the record.  Thank you.

4      MR. BURNS:  Thank you.

5      (Whereupon these proceedings were concluded at

6  5:02 PM)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 56

1      C E R T I F I C A T I O N

2

3      I, Sonya Ledanski Hyde, certified that the foregoing

4  transcript is a true and accurate record of the proceedings.

5

6  *Sonya M. Ledanski Hyde*

7

8  Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20  Veritext Legal Solutions

21  330 Old Country Road

22  Suite 300

23  Mineola, NY 11501

24

25  Date:  June 13, 2024

15 (Pages 54 - 56)

| & | | | |
|---|---|---|---|
| **&**   2:17 3:1 | | | |

**1**

**1**   7:5 40:8,9,10
  40:10
**1,200**   38:11
**1.2**   44:4
**10**   48:20
**10019**   2:20
**1099**   35:22,24
  38:2
**10th**   43:8
**1120**   25:5
**11501**   56:23
**1155**   3:10
**12151**   56:6
**13**   56:25
**148,785.38.**
  43:15
**15**   53:4
**17th**   53:14,21
  53:24
**18**   54:21
**1820**   25:4
**18th**   53:25
  54:2,8 55:1
**191250**   32:12
**1st**   1:14 2:5

**2**

**2**   7:13 28:25,25
  31:19 35:22
**20**   7:13 36:20
**2004**   16:8
  23:19,23 34:19
**2013**   23:15,21
  23:23,24

**2020**   36:24
  41:21
**2021**   24:20
  26:1 45:19
**2022**   24:13
**2024**   1:17 4:6
  7:5,13,20 15:5
  16:4,23 17:2
  39:19 54:21
  55:2 56:25
**206sum**   9:16
  15:13
**21,000**   51:8
**22**   7:19 16:8
  39:19
**22nd**   18:15
**24**   7:5,13 16:4
  52:4
**24-13938**   1:3
  4:7 16:24
**24th**   18:14
  26:21

**3**

**30**   7:20,25 9:3
  17:2,2
**300**   56:22
**303**   3:3
**30th**   16:9
  18:15
**31**   39:18 40:8
**330**   56:21
**33130**   1:15 2:6
**33301**   2:13
**33421**   3:11
**34**   12:24 17:1
**341**   1:20 4:6,12
  11:17 15:6

16:23 19:17
  30:2,5,11 35:8
  35:10 46:6
  48:4
**345**   48:11
**3:25**   18:11
**3:30**   17:25,25
**3:49**   15:3
**3:51**   15:5
**3:54**   16:20

**4**

**44**   48:21
**4:02**   16:22

**5**

**51**   1:14 2:5
**5:02**   55:2,6

**6**

**6**   1:17 4:6 15:5
  16:22 55:2
**63119**   32:14
**633**   2:12
**6th**   16:20

**7**

**71**   48:19
**787**   2:19
**78701**   3:4
**799,860**   48:25
  49:5,24 50:8
  50:22

**8**

**8**   44:23
**8256**   44:23
**8:30**   53:16,22
  54:10

**9**

**9**   53:14 54:10
  55:1
**9:00**   54:15,19
  54:21

**a**

**a.m.**   53:14,22
  55:2
**ability**   8:15
  50:7
**able**   42:2 52:2
**absolutely**
  45:17
**access**   43:16,17
  43:21 44:5
  45:4,10
**account**   38:23
  38:24 39:6,7,8
  42:11,11,12,14
  42:21 43:8,11
  43:14,16,17,21
  43:24 44:3,5,6
  44:7,8,9,12,15
  44:17,20,22,23
  45:1,4,7,9
  46:18,21,25
  47:2,4 48:7,7
**accountant**
  36:9
**accounting**
  35:18
**accounts**   38:21
  42:14,21 43:9
  46:16,23 47:9
  47:12,13 48:3

**accurate** 7:17
  56:4
**actual** 10:14
**actually** 13:23
**additional**
  19:15
**address** 24:2
  25:3,10,11,21
  26:4,4,5 28:18
  29:3,4 30:18
  31:8 33:9
  39:20,21 40:1
  40:10,12,16
  48:8
**addressed** 48:8
**addresses**
  27:23 29:6,6
  29:20
**administration**
  4:14
**admit** 48:14
**ads** 41:9
**advertisers**
  35:19 41:9
**advertising**
  41:7
**affairs** 18:19
  19:21
**affirm** 6:13
**afternoon** 4:3
  5:18,22 18:11
  53:3
**ago** 34:1 42:24
**agree** 45:2
**agreement**
  30:25 31:2,17
  31:23

**ahead** 14:20,21
  14:22
**allow** 4:13
**amended** 7:20
  8:1 12:24
  15:19
**americans**
  20:25 21:4
**amount** 49:2
  50:22
**amounts** 52:9
**andrews** 2:12
**announced**
  41:25
**answer** 11:6,7
  11:8,10 27:1
  28:6,7 30:16
  32:21 41:16
  44:18
**answers** 11:12
  29:11
**anybody** 5:10
  5:24,25 6:5
  26:14 37:6
  54:7
**apologize**
  13:23
**appearance**
  5:3
**appeared**
  19:16
**appearing** 3:15
**appears** 11:24
  12:1 28:18
**appreciate**
  30:1,23

**appropriate**
  30:7
**april** 7:5,13
  16:4 18:14
  26:21
**argument**
  35:15
**arguments**
  35:6,6
**arrangements**
  4:25 22:6
**articles** 27:18
  27:22
**asked** 18:21
  21:20 39:13
  45:15
**asking** 9:25
  19:12 22:7,9
  30:5 32:22
  34:2,24 36:23
**assets** 9:15
  38:25 41:3
  47:6
**assigned** 16:25
**assume** 21:21
  26:24 31:20,21
  32:21
**assumed** 31:22
**attacking**
  22:22
**attendance**
  5:14
**attention** 11:21
**attorney** 2:4
  4:4 17:7,20
  27:1,7

**attorneys** 2:11
  2:18 3:2,9 6:24
  17:23 18:4
  37:17
**austin** 3:4
**authors** 31:1
  33:2
**available** 53:13
  53:24 54:4,5,7
  54:24
**ave** 1:14 2:5
**avenue** 2:12,19
**aware** 9:25
  29:18,23 31:16

**b**

**b** 1:23 13:22
**back** 14:24
  16:16 31:4
  41:23
**background**
  4:9
**ballots** 41:25
  42:4
**ban** 21:3
**bank** 38:21,23
  38:24 39:2,3,3
  39:9 42:10,11
  42:12,13 43:6
  43:7,8,10,12
  43:16,20 46:16
  46:17,23,25
  47:1,3,5 48:3,7
**bankruptcy**
  1:1 4:12 6:18
  6:22,25 7:4,5
  11:25 16:25
  19:15 22:19,20

26:18,22 28:19
28:25 29:9
30:10 38:14,21
39:6,12,16
40:23,24 42:18
42:20 45:18
47:16 48:16,20
50:2
**bart** 2:15 5:4
9:8 13:4,14
18:24 53:7
**based** 23:10
**basic** 11:22
**basis** 34:22
**beach** 25:2,4
25:14,20 26:4
40:11
**began** 17:24
18:1,12 41:24
**behalf** 5:4,11
5:19,23 6:3
**belief** 6:15 7:10
**believe** 7:18
17:22 20:10
21:12 24:20
28:6 33:23
38:11 43:18
44:11,25 49:13
50:24
**best** 6:14 7:9
**better** 27:2
38:19
**beyond** 35:4
40:13 50:11
**bhattacharya**
21:9

**big** 45:12
**bills** 20:2 21:22
23:5
**binder** 51:3
**bit** 5:16 14:24
**blew** 30:21
**bob** 13:15
**boca** 3:11
**bog** 48:15
**book** 31:21
**bought** 24:18
25:25 47:19
49:11
**boulevard** 25:5
**box** 32:6,7,12
32:16,17,19,21
32:23,24,25
**boxes** 26:3
**break** 23:12
**breaking** 11:2
**broke** 39:24
**brother** 51:9
**burbage** 2:22
5:18,18
**burns** 3:17
5:12,12 8:3,4
8:21,22 12:5
13:14 18:21
19:1,2,4,13,16
27:24 28:3,5
28:13 30:25
31:2,17 32:7,9
32:21 33:22
36:1,4 37:23
38:15 53:23,23
54:4,5 55:4

**business** 4:16
20:1,2 22:14
22:21 23:13
24:4,6,24 27:3
40:25 41:6
44:15,20,20
49:11
**busy** 20:12
**buy** 24:19

**c**

**c** 2:1 4:1 56:1,1
**cain** 3:1 5:23
**calendar** 53:10
**california**
21:10
**call** 13:19
14:24
**called** 13:25
39:17
**calling** 46:3
49:20 50:19
**care** 27:23
37:24 54:12
**case** 1:3 4:7,7
4:14,15 6:19
8:1 10:8 11:21
15:6 16:24,24
19:16 21:2,5,7
21:21,22 26:19
29:9,17 34:25
39:12
**cases** 20:8 37:2
41:17
**caught** 41:19
**cayenne** 45:19
**censor** 20:25
21:3

**center** 41:20
**certain** 4:21
9:13 51:13,16
51:17,25 54:23
**certainly** 19:22
23:3 25:17
26:9 41:6 50:5
**certified** 56:3
**challenged**
20:25
**challenges**
20:2
**change** 22:7
54:25
**chapple** 3:6
5:22,22 53:3,4
53:18,20
**charles** 43:20
43:21,24
**check** 54:23,25
**christian** 27:17
**citizens** 24:11
**city** 39:8 43:5,7
43:11 46:24
47:5
**clarify** 29:24
**clarity** 7:3
**cleaning** 38:2
**clear** 9:2 44:18
44:22 48:6
**client** 7:24 8:19
**cloak** 38:13
**close** 46:20
47:22
**closed** 21:12
38:21,22 46:19
46:20 47:2,15

closing 46:18 49:17 51:2,3,3 51:5
code 4:12
cohen 3:8
collateralized 48:11
colorado 3:3
come 16:16 26:23 49:5 50:23
comments 38:3 38:4
communicate 18:23
communicated 8:22
communicati... 48:9
communicati... 1:7 3:16,17 4:7 5:9 16:24 19:3 20:16 25:2 37:5 44:8
communicator 19:13
company 39:11 41:5
compensate 35:25
compensation 36:1
complete 18:18
complied 12:1
comprehensive 19:18

concealed 29:5 29:6,7
concern 29:21
concerned 12:5 33:2
concerning 4:14 12:2 19:19
concerns 48:10
concluded 55:5
condominium 49:12,15,18 50:11,25 51:4
conduct 4:6 11:16
confirm 9:3 14:24 15:9
confirmed 19:14
confirms 18:13
confused 12:22
connection 6:18 26:18
conservative 27:17
consistently 20:3
constant 41:7
contact 8:4
contacting 6:11
contain 34:19
content 19:19
contested 30:2 30:5 34:18 35:9

continue 52:16 55:1
continued 4:6
continuing 16:23
control 14:2,6
conversation 48:3
coomer 3:2 5:23 20:9 53:4
copies 15:16,21 33:20,23
copy 4:24 6:10 7:25 8:17,19 9:2 13:4,10 46:12 49:14
corporation 40:13
correct 6:14 7:6,9 10:8 20:18,19 21:24 21:25 27:24 28:14,19 34:9 34:12 39:21 45:13 46:17 47:10 48:22,25 49:4,25 51:22
corrected 44:14
correctly 40:22 49:24
cost 41:2
costing 22:23
could've 36:20
counsel 5:2 18:21,24 19:1 19:2,5,14,15

27:25
count 41:24
counting 41:23 42:1
country 22:17 23:9,10 56:21
couple 18:7,25 20:6
course 17:18
court 1:1 7:5 11:25 12:23 13:12 20:5,14 20:15,22 21:1 21:1 22:23 29:18 34:18,21 35:7 37:2 42:20
covid 21:13
crayon 10:5
credit 42:11
creditor 53:8
creditors 1:20 4:3 5:14 7:14 26:18,21 28:4 29:5,20 52:14
crypto 47:9,19
crystal 44:18
currently 20:4 24:6 38:23 41:12 43:15 46:20

**d**

d 4:1
date 16:5 17:14 42:25 43:2 53:8,20 56:25

**dated** 16:4,5,8
16:8
**dates** 18:7
53:10
**day** 13:24
26:20 53:16
54:9
**days** 46:20
**deal** 45:12
**dealing** 41:13
**debtor** 1:9 2:11
4:13 5:5,7,11
15:8,9 18:17
19:1,16,21
28:4,14 38:6
39:7 40:21,22
40:23 42:10
45:20,23 46:16
48:11,24
**debtor's** 4:16
5:2 7:20 18:24
19:17 39:21
**debtors** 15:8
**decide** 21:2
**decided** 20:5
20:24
**decision** 38:12
**deed** 49:14
**department**
2:3
**describe** 9:12
**dial** 54:22,24
**difference**
54:17
**different** 8:21
10:1 18:23
23:6,7,10 26:6

31:16 41:12
**dig** 40:4
**digest** 20:21
**digitally** 4:18
**direct** 20:17
**directed** 6:8
**disagree** 27:18
**discovery** 30:2
34:17
**discuss** 48:12
**discussed** 32:2
52:10
**discussion** 30:3
31:13
**district** 1:2,13
**docket** 7:5,6,20
7:25 9:3 17:1
28:25 30:10
34:25 54:22,23
**doctors** 21:8
**document** 7:6
7:12,16,21,22
8:8,16 9:4,10
9:12,14,18,20
9:24 10:1,2,4
11:2,14,22
12:7,14,20
15:12,18 16:2
16:6,8,8 17:1,2
17:3,5,6 18:10
18:13 28:24
29:1 30:9
31:18 35:1,1,2
39:17,18,22,25
40:3,6,8,11
46:6 51:3,19

**documentation**
50:15
**documents**
10:17 15:8,10
16:5 17:18,21
17:21 18:3,4,8
31:9 38:14
40:5 49:18
50:10,12,18,20
51:5,11,14
**doe** 26:23,25
26:25 34:5
**doing** 6:8 30:1
30:11
**double** 14:24
**dr** 3:2 5:23
21:8,9,9 53:4
**driver's** 24:12
**drop** 25:6,8,9
**due** 34:23
**duplicate** 4:24

**e**

**e** 1:23,23 2:1,1
4:1,1 35:17
56:1
**earlier** 6:10
29:18 40:22
53:15
**early** 53:16,21
**eastern** 18:11
53:15 55:2
**either** 52:17
54:13
**election** 41:21
**electronic**
15:22

**electronically**
10:14,16
**email** 8:20,22
9:8 13:22
**emailed** 9:6
13:13,14,15
**employee**
35:20,22,23
38:2,2
**ends** 44:12
**engaged** 14:7
**entity** 38:25
**equity** 39:18
40:9
**eric** 3:2 5:23
53:4
**establish** 12:7
**estimate** 44:2
53:4
**evening** 42:1
**evidence** 42:3
42:7,9
**evidentiary**
34:22
**evp** 18:21
**exact** 17:14
**exactly** 49:7
**examination**
4:13
**examined**
30:10
**excess** 23:8
**excuse** 19:10
**executive** 19:3
**exists** 50:15
**expect** 52:20

| | | | |
|---|---|---|---|
| **expected** 52:18 | **fine** 54:19 | **friend** 38:1 | **give** 4:21 6:14 |
| **expecting** 16:7 | **finish** 11:20 | **front** 15:8,11 | 14:16 49:21,22 |
| **expert** 32:5 | **fired** 21:11,13 | 16:2 20:4,8 | 52:14 |
| **f** | **firm** 29:10 | 36:14 43:25 | **given** 7:8 |
| | 34:25 39:10 | 45:2 | **giving** 4:22 |
| **f** 1:23 56:1 | **first** 5:2 6:3 | **full** 24:2 | **glad** 12:25 48:9 |
| **fact** 12:6 21:12 | 17:5,6 19:7 | **fund** 44:15 | **glades** 3:10 |
| 41:3 | **five** 18:12 | **funding** 21:15 | **go** 8:5 14:20,21 |
| **familiar** 6:17 | 41:23 | 21:19 | 14:22 17:20 |
| 6:21 7:22 8:14 | **fl** 1:15 2:6,13 | **funds** 43:19 | 34:2,6 41:17 |
| 9:10 11:5 | 3:11 | 44:15,20 45:5 | 46:23 47:4 |
| 17:18 19:20,22 | **florida** 1:2,13 | **furr** 3:8,13 6:2 | **going** 11:15 |
| 32:12,16 38:18 | 4:5 5:2 24:2,7 | 6:2 13:4,7,7,9 | 12:10 13:12,19 |
| **far** 50:13 | 24:10,12,17,18 | 13:11,16,16,17 | 13:20,21 14:18 |
| **farm** 41:20 | 25:8,16 37:17 | **further** 29:22 | 14:23 15:1 |
| **farr** 2:17 5:19 | 40:11,17 43:7 | **g** | 16:19 21:2 |
| **federal** 20:24 | 49:6,8,9,13,15 | | 33:2 34:16,21 |
| 53:12 | 49:18 54:17 | **g** 4:1 | 35:7,15 41:17 |
| **file** 12:10 13:12 | **foregoing** 56:3 | **gain** 35:11 | 42:1 45:1 46:5 |
| 22:19 | **foreign** 17:19 | **gallagher** 2:17 | 46:13,23 |
| **filed** 4:16 6:18 | **form** 9:16 | 5:19 | **good** 4:3 5:18 |
| 6:23 7:4,13,21 | **formed** 23:14 | **gateway** 22:15 | 5:22 53:3 |
| 11:24 16:5 | 23:15,20,23 | 22:18 26:13,16 | **govern** 11:25 |
| 17:2 18:10,14 | 36:11,13,19,23 | 31:12 38:3 | **government** |
| 18:14 22:20 | **fort** 2:13 | **gather** 18:17 | 20:24 21:3 |
| 23:25 26:18,21 | **forward** 4:2 | 18:22 | **gravity** 11:22 |
| 30:9 34:24 | 30:24 50:6 | **gathered** 8:5 | **great** 8:24 |
| 35:6 39:17,19 | **found** 17:21 | **general** 18:21 | **groups** 22:22 |
| 40:22,24 42:19 | 34:11 | 18:24,24 19:1 | 41:8,10 |
| 42:19 50:1 | **founded** 23:19 | 19:2,5 27:25 | **growing** 48:14 |
| **filing** 26:22 | **four** 36:24 | **gentleman** | **guess** 32:11 |
| **fill** 37:17 | **free** 20:6 21:5 | 29:11 | **guest** 26:15 |
| **finances** 19:20 | **freeman** 2:18 | **gentlemen** | **h** |
| **financial** 18:19 | 5:19 | 52:20 | |
| 19:21 | **frequent** 41:8 | **georgia** 20:11 | **hand** 6:12 |
| **find** 16:1 42:25 | **frequently** | 41:20 42:1 | **hands** 4:20 |
| 43:2 49:19 | 41:8 | **getting** 35:2 | 16:15 |
| 52:4 | | 51:2 | |

| | | | |
|---|---|---|---|
| hang 53:13 | 11:23 13:16 | 41:2,6,16,19 | hour 54:17 |
| happening | 15:10,12 16:12 | 42:13,16,22,25 | hour's 48:14 |
| 42:6 | 17:3,4,6,10,14 | 43:2,5,11,15 | hours 22:3 |
| happens 12:23 | 17:17 18:1,3,7 | 43:17,22,25 | 52:4 |
| happy 12:12 | 18:15 19:2,6 | 44:4,7,8,11,14 | houston 2:10 |
| 52:16,17 53:16 | 19:10,22 20:1 | 44:19,25 45:6 | 2:15 5:4,4 7:24 |
| 54:10 | 20:15,16,19,22 | 45:10,14,17,21 | 8:2,7,18,20 9:5 |
| hard 5:14 | 20:24 21:8,16 | 45:24 46:2,12 | 11:17,19 12:4 |
| harvard 21:9 | 21:20,25 22:3 | 46:15,18,24 | 12:10,16,18,22 |
| head 4:20 | 22:8,11,15,20 | 47:2,5,8,11,14 | 13:3,6,8,13,15 |
| 42:24 | 23:3,5,15,17 | 47:17,19,22,25 | 15:14,17,24 |
| hear 9:18 14:9 | 23:19,21,24 | 48:17,18,23 | 16:1,9,11,13 |
| heard 9:19 | 24:2,6,11,16 | 49:1,4,6,8,11 | 16:15,18 18:24 |
| 12:14,14 21:2 | 24:18,20 25:1 | 49:16,19,25 | 29:8,14,25 |
| 34:21 35:5,7 | 25:4,8,12,17 | 50:3,5,9,12,16 | 30:12,14,16,21 |
| hearing 26:20 | 25:20,22,25 | 50:18,24 51:1 | 34:16 35:4,14 |
| 29:22,22 | 26:5,9,11,13 | 51:5,9,10,13 | 39:11,12,12 |
| helped 37:17 | 26:15 27:1,5,8 | 51:16,18,20,21 | 46:4,7,10,13 |
| helps 35:18,19 | 27:13,17,21,25 | 51:23,25 52:4 | 48:2,6,13 |
| 38:2 | 28:3,6,8,12,15 | 52:8,11 54:8 | 49:21 50:21 |
| hey 13:4 | 28:17,20,23 | 54:12,14,16,18 | 51:6 52:7,12 |
| hines 21:14 | 29:2 31:3,4,20 | 54:19 | 52:19,25 53:19 |
| hire 39:12 | 32:1,5,9,11,13 | hoft's 16:4 | 54:1,8,13,15 |
| hired 37:17 | 32:15,20,24 | 29:11 30:17 | hunt 50:18,20 |
| hmm 36:20 | 33:4,7,9,12,15 | holders 39:18 | husband 28:17 |
| hobby 23:24 | 33:17,19,22 | 40:9 | 29:11 |
| hoft 3:9,16 5:8 | 34:3,5,10,13 | holding 14:12 | hyde 3:25 56:3 |
| 5:8 6:3,12,16 | 35:18,21,24 | 14:25 | 56:8 |
| 6:20,23 7:2,7 | 36:2,6,8,11,14 | holiday 53:12 | |
| 7:11,15,18,22 | 36:17,20,24 | home 24:3,13 | **i** |
| 8:3,8,10,10,12 | 37:1,5,8,12,16 | 24:18,19 25:18 | idea 22:8,11 |
| 8:13,14,17,24 | 37:23 38:1,5,7 | 25:22,25 26:5 | 29:8 36:18 |
| 8:25 9:2,4,8,9 | 38:9,11,15,18 | 40:16 49:6,8,9 | 38:19 |
| 9:11,15,19,23 | 38:22 39:1,4,8 | honest 11:8,12 | identify 5:15 |
| 10:2,6,9,11,13 | 39:13,15,19,22 | 31:12 | immediate |
| 10:17,20,21,23 | 39:25 40:3,7 | honestly 11:10 | 11:21 |
| 11:1,4,8,13,15 | 40:10,15,20,24 | | important 21:5 |

incident 42:9
include 4:15
included 30:17
  37:6
includes 22:18
including 20:8
income 41:11
independent
  22:17
indicated 6:10
  8:3
indiscernible
  10:20 13:6
  14:3,19,23
  22:16,21 39:22
  43:6 52:8,25
individual 42:5
  49:10
individually
  40:14
individuals
  9:16 41:23
information
  6:15 7:9 8:4
  18:18,23 19:13
  19:15,18 36:14
  37:9,11,18,24
  38:13 43:25
  45:2 54:22,24
initial 19:16
  26:21
inquired 48:6
insurance
  24:12 46:11
intend 50:4
interview
  19:17 34:6

irvine 21:11
item 28:25
  48:19

**j**

james 2:22
  18:15 37:25
  38:1,11 39:19
jane 26:23,23
  26:25 34:8,12
jay 21:8
jensen 25:2,4
  25:14,20 26:4
  40:11
jez 28:16 30:22
jezreel 24:16
  31:5
jill 21:14
jim 3:9,16 5:8
  5:18 6:3 8:10
  13:4 20:16
  44:8
joe 51:9,18,20
  51:21
john 3:17 5:12
  8:2 19:6,7
  26:23,23,25
  28:6,9 31:11
  31:14,18,20,21
  32:1,9,11,20
  32:21 33:22
  34:5,8,12 36:8
  36:11,21,22
  37:16,23 38:19
  53:23 54:5
join 13:22
  21:21

jonathan 18:20
  27:24,25 28:3
  28:5,13 32:6
  36:1,4
judge 16:25
  29:22
june 1:17 4:5
  15:5 16:20,22
  53:14,21 54:7
  54:21 55:1,2
  56:25
justice 2:3 36:2
  36:5,11,13,25
  37:1

**k**

keep 25:15
  37:14 38:25
  44:16 47:6
kelly 35:17,18
  43:18
kheriaty 21:10
kirk 37:25
kirk's 38:13
know 5:16 8:25
  13:24 14:5,7
  16:6 17:20
  20:20 26:3,19
  27:4,10 29:3,5
  29:16,19 30:20
  30:22,23 31:6
  31:24 32:18,22
  32:24 34:8,13
  35:8 36:20,22
  36:22,23 38:13
  38:17,20 39:10
  40:1,13,15,15
  42:12,23 43:4

44:19,23 47:25
  51:3 52:21,21
  53:2,11 54:9
  54:11
knowledge
  6:14 7:9
knows 30:19
kulldorff 21:9

**l**

largest 7:14
late 41:25
  48:14
lauderdale
  2:13
law 29:10
lawsuit 20:4
lawsuits 20:4
  20:12 41:12
lawyer 20:3
lead 20:6
leading 22:16
league 36:3,5
  36:12,13,25
  37:1
leave 13:20
  38:18
ledanski 3:25
  56:3,8
left 47:19
leftist 22:22
  41:9
legal 37:2
  56:20
letter 24:23,24
  24:25 25:1
liabilities 9:16

license 24:12
limited 4:15
line 5:25,25 6:5
  13:24,25 14:1
  14:6,7,12,16
  20:10,11 30:24
  34:17 53:1,11
  54:7
lines 4:8
list 7:13 26:17
  26:20 27:24
  31:1 35:12
  39:17 40:9
  43:19
listed 31:18
  32:4,6 38:14
  42:18 45:19
  48:15
lists 26:22
  39:19
litigation 20:14
  20:15,18,21
  21:15,19,24
  22:2,7 41:2
little 5:16
  23:12
live 24:1 27:9
  27:11 49:12
llc 1:7 2:10 4:7
  22:17
llp 2:17
loan 48:17,21
  49:11,23 50:11
  50:13,15 51:8
  51:12,15
local 11:25
  12:2,7

location 8:21
  32:13
long 38:1 52:14
longer 52:18
look 9:10 11:5
  17:7 19:7
  22:25 32:16
  36:17 39:25
  42:22 46:2,2
  50:12 51:18,23
  52:1
looked 18:3
looking 9:13
  15:20 28:24
  30:9 53:10
looks 15:12
  49:25
lot 4:9 22:24
lots 23:6
louis 24:3,7,8
  25:9,12,13
  32:7,8,14,25
louisiana 21:14
  21:17

**m**

machine 42:6
machines 42:4
made 4:25 6:9
  21:1 29:10,17
  30:4 35:6
  38:12
mail 26:3
  40:18
mailbox 25:6,8
  25:9,13,13
  26:2 39:20
  40:19,20

mailing 37:24
maintain 48:12
maintained
  32:8 42:10
maintaining
  41:11
maintains
  32:19,23,24
  42:11 46:16
maintenance
  48:3
make 23:12
  50:9,17 51:17
mam 1:3
manage 18:17
march 21:2
marker 10:5
martin 1:24
  2:8 4:4
marty 6:2
  13:23
material 17:19
matter 1:5
  30:2,6 34:18
  34:18,21 35:9
matters 19:12
  37:2
mean 28:24
  32:15 37:3,5
  37:10,15,21,21
  38:4 39:2 49:7
  49:23 50:13
  51:21,24
media 22:17
  31:5
meeting 1:20
  4:3,6,11,13,18

6:6,6,6,8 11:17
  15:6 16:23
  17:24 19:17
  30:3,11 35:11
  46:6 48:4
  52:14 55:1
mentioned
  31:9
met 26:19
miami 1:15 2:6
  4:5 5:2
midflorida
  42:11
million 44:4
mind 53:6
mineola 56:23
minimum
  23:11
minutes 18:12
  53:4
missouri 21:17
  21:20,22 23:25
  24:3,17 32:7
  32:14 54:16
mistake 29:10
  29:14 30:17,19
mistaken 12:22
model 23:13
moment 13:20
  13:21 14:17
  15:2 53:13
  54:4
moments 34:1
money 22:24
  22:24 23:8,8
  23:12 43:7,14
  43:23 44:17

45:6 47:3 49:3
51:20,21
**month** 21:2
38:11
**mora** 16:25
**morano** 24:16
28:16 30:22
**morning** 53:14
53:24 54:5
**moss** 2:18 5:20
**motion** 29:17
29:21 30:2
35:5
**moved** 24:17
42:13 43:7
50:6
**moving** 30:24
**mute** 4:8,10
**mutual** 43:19

**n**

**n** 2:1 4:1 35:17
56:1
**name** 4:4,22
9:20 39:3,19
45:23 49:10,10
**named** 26:25
41:22
**names** 26:24
29:6,20 33:10
**national** 39:9
43:6,7,11
46:25 47:5
**ne** 25:4
**necessarily**
13:12
**necessary**
18:18,23

**need** 8:17
41:16 51:23
54:23
**needed** 19:15
**neither** 54:1
**never** 45:6
**new** 2:20 33:7
41:11
**night** 41:21,25
**nodding** 4:20
**noise** 4:10
**non** 9:16
**normal** 30:10
**note** 5:3 50:14
50:14
**notes** 48:16,19
**number** 4:7
7:5,12,20,25
9:3 16:24 17:1
19:6 26:22
28:24,25 29:25
31:19 32:16
39:18 40:7,8
44:12,23 45:1
50:23
**numbers** 17:19
**numerous**
10:17
**ny** 2:20 56:23

**o**

**o** 1:23 4:1
35:17 56:1
**oath** 4:14
11:11
**object** 30:6,8,8
34:16

**objections** 30:4
**observers**
41:21,24 42:7
**obtain** 4:24
**obtained** 6:11
12:6
**obviously** 26:6
34:11 35:14
**ochs** 1:24 2:8
4:2,4 5:6,10,13
5:21,24 6:4,17
6:21,25 7:3,8
7:12,16,19,24
8:6,8,11,13,15
8:18,25 9:7,9
9:12,17,21,25
10:4,7,10,12
10:15,19,21,24
11:2,7,10,14
11:16,20 12:5
12:9,12,17,19
13:1,9,18 14:2
14:4,6,9,13,15
14:20,22 15:1
15:5,15,23,25
16:2,10,12,17
16:19,22 17:5
17:9,12,16,24
18:2,5,10 19:4
19:9,11,24
20:13,17,20,23
21:6,15,18,23
22:1,5,9,13,19
23:2,4,14,16
23:18,20,22
24:1,4,9,14,17
24:19,22 25:3

25:6,10,15,19
25:21,23 26:2
26:8,10,12,14
26:17 27:3,6
27:12,15,19,23
28:2,4,7,10,13
28:16,18,22,24
29:3,8,13,16
30:8,13,15,20
30:22 31:15,24
32:3,6,10,12
32:14,18,22
33:1,6,8,11,13
33:16,18,20,25
34:4,8,11,14
34:16,23 35:10
35:17,20,22,25
36:4,7,10,13
36:16,18,22,25
37:3,6,10,14
37:20,25 38:4
38:6,8,10,12
38:17,20,24
39:2,5,10,14
39:16,23 40:1
40:6,8,12,18
40:21 41:1,4
41:14,18 42:10
42:15,18,23
43:1,3,9,13,16
43:19,23 44:2
44:5,10,12,16
44:22 45:4,8
45:11,15,18,22
46:1,3,9,12,16
46:22 47:1,3,6
47:9,12,15,18

47:21,24 48:2
48:10,14,19,24
49:2,5,7,9,14
49:17,20 50:1
50:4,7,10,14
50:17,19,25
51:2,6,11,14
51:17,20,24
52:2,6,9,12,24
53:1,6,18,21
53:23,25 54:2
54:6,14,16,20
**october**  24:21
25:25
**offhand**  33:22
**office**  1:12 5:1
5:1 6:11 24:8
25:17,19 30:17
32:19
**official**  9:16
**okay**  5:10,13
5:24,25 6:4,12
6:17,21,25
7:12,19 8:6,18
9:7,8,12 11:11
11:13,16,22
12:9 13:3 14:8
14:13 15:1,15
15:23 16:17,19
16:22 17:16
18:2,5,10,15
19:4,11,12,24
20:13 21:23
22:1,5,13
23:16 24:1,19
24:22 25:19
26:2,12,17

27:5,8,23 28:8
28:16,18 29:2
30:13 32:3,6
33:6,8,11,18
33:25 34:23
35:14 36:4,10
37:6,25 38:12
38:20 39:5,10
39:14,16 40:1
40:6,10,21
41:19 42:10
43:1,3,5,9,13
43:19 44:5
45:4,8,11,18
46:14,15 47:1
47:18,21 48:10
49:2 51:2,6,8
52:2,6,7,7,9,12
52:24 54:8,14
54:20
**old**  56:21
**ones**  42:2
**open**  14:10,15
14:16 31:12
38:19 39:6
43:6 46:20
47:13,20
**opened**  39:8
42:21 43:8
**operate**  23:2
24:4,8
**operates**  24:6,7
**operating**  24:9
**operation**  4:16
**opinion**  22:16
**opportunity**
52:15

**opposed**  26:24
29:21
**opposition**
35:7
**outside**  38:25
47:6
**owe**  48:24 49:2
49:5,24 50:8
**owed**  52:9
**owes**  51:20,21
**owned**  45:19
**owner**  20:16

## p

**p**  1:24 2:1,1,8
4:1 35:17
**p.m.**  15:3,5
16:20,22 17:25
17:25 18:11
55:2
**page**  17:2 40:8
40:10 48:20
**pages**  37:18
**paid**  22:1 36:4
38:6,10
**paper**  12:24
**papers**  23:21
51:3,4
**paperwork**
37:18
**paralegal**
15:20
**parcel**  35:10
35:13
**pardon**  18:22
51:21
**part**  26:21
29:16 35:10,13

**participant**
20:13,18
**particular**
32:19
**parties**  4:8
31:18 35:12
52:24 53:1,11
53:15,16
**partner**  24:16
**parts**  23:10
**party**  20:13
**past**  27:10 31:7
36:24 42:16
**pause**  13:19,21
14:18 15:2
16:13,18
**paused**  15:4,7
16:21
**pausing**  15:3
16:20
**pay**  20:1 23:5
23:11 36:2,3,3
38:11 50:7
**paying**  21:19
21:22,23
**payment**  22:6
**payments**  50:9
**pen**  9:22 10:2
**people**  14:1,9
14:11 26:22,25
27:13,18 30:25
31:2 34:11
40:23 41:15
**perform**  23:7
**perfunctory**
52:22

| | | | |
|---|---|---|---|
| **person** 5:17 | **pointing** 30:18 | **printed** 9:23 | **purchased** |
| **personal** 44:9 | **police** 33:17,20 | **probably** | 49:8,10 |
| 44:16 45:5,5 | **policies** 24:12 | 52:13 53:7 | **purpose** 4:12 |
| 50:1 | **porsche** 45:19 | **problem** 46:5,7 | **pursuant** 4:11 |
| **personally** | **posing** 8:13 | **proceed** 35:16 | **push** 41:8 |
| 33:1 | **position** 23:1 | **proceeding** | **put** 22:3 31:8 |
| **petition** 6:18 | 30:6 | 4:25 18:12 | |
| 6:22 7:1,4 | **positive** 22:25 | **proceedings** | **q** |
| 15:14,18,19 | **possession** 5:5 | 55:5 56:4 | **question** 8:12 |
| 18:13,13 28:19 | 9:1 39:7 48:12 | **proceeds** 46:22 | 9:18,19 10:1 |
| 39:16 42:19 | **post** 26:15 | 46:24 | 10:22,24 21:18 |
| 48:16,20 | 32:19 39:6 | **process** 49:21 | 29:12 30:16 |
| **phone** 5:15 | 54:21 | **produce** 45:15 | 31:3,11,15 |
| 35:15 52:20 | **pre** 38:21 | 45:16 50:20,21 | 32:21 34:2 |
| **phoned** 6:3 | **precede** 4:22 | 51:6,7 52:6,7 | 37:24 38:16 |
| **phones** 4:10 | **precise** 50:22 | **production** | 45:14 52:12 |
| **physical** 25:15 | **precisely** 17:12 | 46:4 49:20 | **questioning** |
| **pieces** 11:3 | **precision** | **profit** 23:2 | 18:1 34:17 |
| **pile** 17:17 18:3 | 19:11 | **projects** 23:6 | 52:21 |
| **plaintiff** 20:7 | **prefer** 54:10 | **promissory** | **questions** 4:15 |
| **plaintiffs** 21:5 | **prepared** 35:3 | 50:14 | 18:25 19:14 |
| 21:6 | 35:3 | **proof** 46:10 | 30:5,24 34:19 |
| **please** 4:10,21 | **presence** 25:16 | **properly** 48:11 | 34:24 52:15 |
| 4:23 5:15,17 | **present** 5:7 | **prospects** 4:17 | 53:5,9 |
| 6:13 13:1 15:1 | **president** | **provide** 46:7 | **queued** 35:9 |
| 15:11 19:25 | 18:16 19:3 | 46:12,13 | **quit** 42:1 |
| 35:16 39:24 | **pressures** | **provided** 8:2 | **quite** 14:24 |
| 52:6 53:2,13 | 22:21 40:25 | 46:10 | **r** |
| 53:20 54:11,23 | 41:4,5,7,7,10 | **public** 38:4 | **r** 1:23 2:1 4:1 |
| **pllc** 3:1 5:23 | 41:12 | **publication** | 56:1 |
| **pm** 55:6 | **presumably** | 27:20 | **raise** 6:12 |
| **po** 32:6,7,12 | 16:5 | **publicly** 43:20 | **raton** 3:11 |
| **poen** 35:17 | **previously** 8:3 | **pundit** 22:15 | **read** 7:6,12,21 |
| 43:18 | 18:5 | 22:18 26:13,16 | 35:5 49:23 |
| **point** 4:2,8 6:8 | **price** 50:24 | 31:12 38:3 | **reader's** 20:21 |
| 8:4,14 23:1 | **principal** 5:6 | **purchase** | **real** 26:24 |
| 26:7 | 15:9 | 50:11,24 | |

realize 31:8
really 10:10,12
  34:20
reason 13:12
  15:7 31:4
recall 51:2
receivable
  48:17,20,21
  49:23 50:15
  51:8
receivables
  48:16
receive 9:2
  16:7 40:18
received 9:8
  26:9 37:19
receives 9:4
recognize 12:6
  29:10
recollection
  10:15
record 5:25 7:4
  9:1 55:3 56:4
recorded 4:19
  6:6
recorder 4:19
recording 4:3
  6:6,7,9,9,10
  12:14 13:20
  14:18 15:2,3,4
  16:13,18,20,21
records 45:8,9
  45:10,12,12,16
redacted 29:5
  29:15
refer 26:3 39:6

referred 39:14
referring 31:17
  44:24
reflect 6:1
relative 29:19
  35:1,2 50:15
  51:11,14
relevant 29:9
  29:23 30:1
remember 4:19
  17:9,12
reminder 4:18
removed 41:22
reorganization
  4:17
repeat 48:18
replied 18:17
report 42:2
reported 42:7
  42:8
reporters 23:9
  23:9
reports 33:17
  33:21
represent 5:16
  28:5,9
representative
  19:18
representatives
  20:9,11
represented
  21:16 37:1
represents
  22:15 28:14,14
request 47:23
  48:1

requested
  28:12
requesting
  46:5
requests 19:14
required 4:11
  28:9,10
requires 11:18
  11:20
reschedule
  52:16,17 53:7
respect 34:23
respectfully
  30:7 35:4
response 4:22
responses 4:21
responsibility
  18:22
resuming 15:6
retain 39:11
reviewed 9:3
revolut 47:1
right 6:4,5,12
  8:23 9:13,17
  11:16 13:1
  14:18 20:20,25
  21:3 24:23
  27:19 28:2,13
  28:22 37:20
  43:14 46:3,9
  46:22 50:1
  53:6
righty 9:9
road 3:10
  56:21
robert 3:13 6:2
  13:7,16

robinhood
  47:9
roderman 2:10
room 41:22,23
rough 36:16,18
roughly 36:23
ruby 2:18 5:19
  20:10
rules 11:25
  12:2,8
run 20:1 27:3
running 13:20
ryan 3:6 5:22
  53:3

s

s 2:1 4:1
s.w. 1:14 2:5
saint 24:3,7,7
  25:9,12,13
  32:7,8,14,25
sarcasm 30:23
saw 17:6
saying 4:22
  11:23 18:6,25
  20:17 37:14
  45:1
says 12:20
  13:18 18:13,15
  18:20 19:12
  48:21,24 49:22
scanned 15:18
scanning 13:3
schedule 34:24
  50:13
schedules 7:20
  7:25 8:1,5 10:7
  12:23,24 15:15

15:16,19,20
18:14,18 19:19
34:20 35:5
39:17 42:19
45:18 50:8
**schwab** 43:20
43:21,24 44:17
44:25
**scrutinized**
20:3
**sec** 43:5
**secretary**
15:20 16:16
**section** 4:11
19:17
**securities** 48:7
**security** 39:18
40:9
**see** 4:19,20
8:17 17:5
25:11 40:3,10
54:23
**seems** 13:25
**seen** 8:8 17:3
**send** 8:18
12:25 13:1,4
23:9 24:23,23
24:25 25:1
**sending** 16:13
**sent** 10:13
15:17 17:7,22
17:23 18:4
37:12,13,20,22
**serious** 11:18
11:21
**set** 29:22 34:6
36:6,10

**seventh** 2:19
**several** 33:12
37:2,2 38:22
40:5 42:17
**shareholder**
18:16 48:17,21
48:22
**shaye** 2:18
5:20 20:10
41:22
**should've**
15:18
**shove** 42:5
**shoving** 42:3
**show** 28:21
**shown** 7:24
**shows** 14:11
**side** 15:22
**sight** 9:1
**sign** 6:25 9:17
9:21 10:1,2,4
10:14 11:14,24
12:13,21 17:16
**signature** 9:20
9:23 10:14
11:24 12:5,6
12:10 15:22
16:4 56:6
**signatures**
12:24 15:10
**signed** 9:4 10:7
10:13,16,17,24
11:3,5,7,9,23
12:20 15:16,19
15:21 16:12
17:21 18:4,5
23:21

**significant**
11:21
**silence** 21:3
**simple** 10:10
10:12
**single** 27:8,9
**sir** 8:17 9:18
10:17 17:15,19
19:10 30:14
39:4 40:8
**site** 41:9
**sitting** 40:5
**situation** 19:23
19:24,25
**skarnulis** 3:1
5:23
**slater** 32:4,4
**social** 31:5
**society** 21:12
**sole** 18:16
19:13
**solution** 14:17
**solutions** 56:20
**somewhat**
29:17
**sonya** 3:25
56:3,8
**soon** 52:23
**sorry** 6:2,3
7:23 8:7 14:20
14:21 39:23
53:18
**sort** 12:1 25:15
46:5
**sorts** 51:4
**sounds** 32:20

**sources** 18:23
**south** 2:12
**southern** 1:2
1:13
**speak** 4:23
33:4
**speaking** 4:9
4:23 21:11
35:19
**specific** 25:21
**specifically**
18:20 41:5
**speech** 20:6
21:5
**spoke** 21:13
36:8
**spoken** 33:1
**stack** 17:20
**stacks** 42:3
**staff** 54:25
**stand** 44:14
**stanford** 21:9
**start** 24:9
53:15,16,21
54:9,10
**started** 19:7
**state** 21:20,21
23:25 41:20
**statement**
18:19
**statements**
6:13 7:8 34:20
**states** 1:1,12
2:3 4:5,12 5:1
6:7 21:16
29:21 35:11
37:21 38:25

46:14 47:7
49:22 50:19,22
51:7
**step** 5:16 31:4
**steps** 39:5
**stocks** 43:20
**stop** 6:8 12:17
12:19
**strayed** 34:25
**street** 3:3
**subchapter**
13:18,22
**subject** 35:8
**subscribe** 30:4
**subsequently**
7:19
**substantial**
52:21
**sued** 42:8
**suggest** 19:20
53:10
**suing** 40:23
41:15
**suite** 56:22
**summary** 9:15
**supervision**
41:24
**supplied** 17:1
**suppose** 28:23
34:5
**supreme** 20:5
20:14,15,22
21:1,1
**sure** 11:11
26:19 29:17
31:13 34:10
36:8 42:13

43:5 50:16,17
52:5 53:9
**surround**
50:10
**suspect** 27:15
**swear** 6:13

**t**

**t** 56:1,1
**take** 5:13 13:9
30:6 31:4 41:9
46:19
**taken** 39:5
45:6
**talk** 53:7
**talked** 13:24
20:14
**talking** 40:4
**tasked** 18:22
**ted** 32:4,4,5
**telephonically**
2:8,15,22 3:6
3:13,15
**tell** 15:10 19:25
22:13 28:20
37:14
**telling** 16:3
**ten** 46:19
**testified** 12:9
12:13
**testify** 8:15
**testimony** 27:6
40:22
**texas** 3:4
**tgp** 1:7 3:16,17
4:7 5:8 15:6
16:23 19:3,9
19:10 20:13,16

20:17 21:23
22:1,13,15,17
22:19 23:2,5
23:14,17,17
24:9,23 25:1
25:15 27:20
28:14 32:3
35:20 36:1
37:5 38:6,20
39:11 40:23
41:15 44:7
47:6,9 48:24
49:2,5,10,24
50:7,8 51:21
52:10
**tgp's** 39:21
45:23
**thank** 5:6,13
5:17,21 6:4 9:7
16:19 30:18
51:7 55:3,4
**that'd** 25:4
**theory** 29:4
30:4
**thing** 5:2 12:1
**things** 23:7,8
35:1 52:22
**think** 14:17
22:6 27:1 30:7
37:8 38:15
42:24 44:4
53:6
**thought** 50:5
**threatened**
27:9,12,16,19
27:21 31:6,7
33:3,3,5,14,15

34:15
**threatening**
27:14
**threats** 26:6,9
33:23
**three** 21:8 42:4
**thursday** 4:5
**time** 4:9 5:15
5:17 6:3,9 15:2
18:11 21:25
22:5,10 24:2
33:4 38:1
39:23 42:6
47:15 53:15,20
54:8,9,17 55:2
**timeframe**
54:3
**times** 42:4
**title** 45:22 46:4
46:13
**today** 4:5 5:7
11:17 17:16,23
17:24 41:17
48:5 49:3
52:16 54:22
**today's** 4:24
**told** 17:7 33:8
46:19
**took** 37:24
**top** 42:23
**towards** 18:8
21:23 22:1
**traded** 43:20
**transcribed**
3:25
**transcript** 4:25
56:4

trial  4:4
troubled  12:4
troubling  12:2
true  6:14 7:8
  28:15 56:4
trust  45:24,25
  46:1 49:13,13
trustee  1:12,25
  2:4 4:5 5:1 6:7
  13:18,22 29:21
  35:11 37:21
  46:14 49:22
  50:19,22 51:7
truth  42:8
truthful  7:16
try  31:15 54:6
trying  13:19
  14:17 15:7
tuesday  54:7
  54:21
turned  37:18
turning  42:4
two  20:10
  41:19

**u**

u.s.  2:4 38:23
  38:24 39:2,3
  46:17,23
umbrella  37:7
under  4:14
  11:11 20:15
  29:4 48:11
understand
  12:3 31:1
understanding
  35:2,12 41:14
  49:24

understood
  16:11 40:21
  48:13
unfortunately
  14:4
union  42:12
unique  29:17
unit  25:5
united  1:1,12
  2:3 4:4,12 5:1
  6:7 29:20
  35:11 37:21
  38:25 46:14
  47:7 49:22
  50:19,21 51:7
university
  21:10
use  26:5 44:15
  44:20 45:5
used  26:24
  27:24 40:2,12
  40:13 44:6
uses  39:20
using  26:2,4

**v**

v  13:18,22
value  43:23
vehicle  45:22
  46:4,13
veil  38:13
veiling  29:19
verbal  4:21
veritext  56:20
version  20:21
vice  19:3
video  42:3,7,9

violated  12:7
virtually  26:20
voiced  29:21
voluntary
  15:14,18

**w**

w  35:22
wait  9:4 13:1
  43:3,5
waiting  9:2
  13:21,22 14:1
  16:16 52:13
want  8:18
  11:10,11 27:3
  27:10 30:8
  33:9,10,13
  43:3,4 48:15
  52:14,15 53:1
  53:15 54:17
wanted  24:23
wanting  22:23
waving  4:20
way  21:1 29:5
  29:19 31:16,24
  36:6,10 48:8
  54:6
we've  26:9
  38:22 42:16
  46:18
website  23:15
  23:19,24 26:13
  38:3
websites  22:16
week  29:19
weeks  20:6
  42:17

went  17:17
  25:10 41:23
  46:24 47:5
west  25:13
wet  12:5,10,20
  12:24
whichever
  54:10
willkie  2:17
  5:19
win  35:15
withdrawn
  35:25
witness  12:20
woman  13:23
  14:3,5,8,11,14
  14:19,21,23
  41:22
women  20:10
  27:8,9,18
  41:19 42:3
word  28:10
work  19:9 22:3
  24:24 31:5
worked  19:6
working  6:23
  19:8 33:24
  38:22 41:20
works  32:5
  53:12 54:13
world  23:11
  27:10
would've  17:10
  29:14 52:18
write  26:11,12
  26:14,16 27:18
  27:22

**writer**  21:14
  26:10 31:6
**writers**  26:7
  31:12,23 33:4
  33:19 34:1,2
**written**  12:19
  30:15,25 31:2
  31:16

**x**

**x**  1:4,10

**y**

**yeah**  6:2 8:20
  9:5 10:23 11:4
  11:4 13:6,15
  14:5 32:16
**year**  42:24
**years**  19:7 26:6
  36:24
**yep**  13:8
**york**  2:20

**z**

**zero**  46:7
**zoom**  26:20