# Exhibit 20

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF FLORIDA, WEST PALM BEACH

3   Case No. 24-13938-MAM

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   TGP COMMUNICATIONS, LLC,

8

9        Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12               United States Bankruptcy Court

13               Flagler Waterview Building

14               1515 North Flagler Drive, Suite 801

15               West Palm Beach, FL 33401

16

17               June 18, 2024

18               9:02 AM

19

20   341 Meeting of Creditors

21

22

23   B E F O R E :

24   MARTIN P. OCHS

25   TRUSTEE

Page 2

```
 1   A P P E A R A N C E S :

 2

 3   OFFICE OF THE U.S. TRUSTEE

 4        75 Ted Turner Drive, Suite 362

 5        Atlanta, GA 30303

 6

 7   BY:  MARTIN P. OCHS

 8

 9   HOUSTON RODERMAN, PLLC

10        633 S. Andrews Avenue, Suite 500

11        Ft. Lauderdale, FL 33301

12

13   BY:  BART A. HOUSTON

14

15   LINDA LEALI, P.A.

16        Trustee

17        2525 Ponce De Leon Blvd., Suite 300

18        Coral Gables, FL 33134

19

20   BY:  LINDA MARIE LEALI

21

22

23

24

25
```

Page 3

```
 1   FURR COHEN

 2         Attorneys for Jim Hoft

 3         2255 Glades Road, #419A

 4         Boca Raton, FL 33431

 5

 6   BY:  ROBERT C. FURR

 7

 8   SHUTTS & BOWEN LLP

 9         Attorneys for Dr. Eric Coomers

10         201 East Las Olas Blvd., Suite 2200

11         Fort Lauderdale, FL 33301

12

13   BY:  RYAN E. CHAPPLE

14

15   CAIN & SKARNULIS PLLC

16         Attorneys for Dr. Eric Coomers

17         P.O. Box 1064

18         Salida, CO 81201

19

20   BY:  BRADLEY A. KLOEWER

21

22

23

24

25
```

Page 4

1   DUNN LAW, P.A.

2       Attorneys for Ruby Freeman & Wandrea' ArShaye Moss

3       66 West Flagler Street, Suite 400

4       Miami, FL 33130

5

6   BY:  DAVID A. BLANSKY

7

8   WILLKIE FARR & GALLAGHER LLP

9       Attorneys for Ruby Freeman & Wandrea' ArShaye Moss

10      787 Seventh Avenue

11      New York, NY 10019

12

13  BY:  JAMES H. BURBAGE

14

15  ALSO PRESENT:

16

17  JIM HOFT

18  JONATHAN BURNS

19

20

21

22

23

24

25

```
1                    P R O C E E D I N G S

2              MR. OCHS:  From this point forward, we will be

3       recording.  Good morning.  My name is Martin Ochs.  I'm a

4       trial attorney with the United States Trustee's Office in

5       Miami, Florida.  Today is Tuesday, June 18th, 2024.  It is

6       now 9:02 a.m.  If you're not currently speaking, please mute

7       your microphone because the background noise interferes with

8       the recording.  Thank you.

9              This is a continued 341 meeting in the case of TGP

10      Communications, LLC, Case No. 24-13938.  This bankruptcy

11      case has been assigned to bankruptcy Judge Mora.  Whoever

12      has her microphone open and is shuffling papers around,

13      please mute your microphone.  Thank you.

14             This case was filed by the Debtor on May -- I'm

15      sorry, April 24th, 2024.  Is the Debtor's counsel present

16      today?

17             MR. HOUSTON:  Bart Houston on behalf of the

18      Debtor.

19             MR. OCHS:  Okay.  Is Mr. James Hoft, the

20      representative of the Debtor present today?

21             MR. HOFT:  Yes, this is James Hoft.

22             MR. OCHS:  Mr. Hoft, raise your right hand,

23      please.  Do you swear firm the statements you're about to

24      give are true and correct to the best of your knowledge,

25      information, and belief?
```

Page 6

1          MR. HOFT:  Yes, I do.

2          MR. OCHS:  And you understand your obligations

3     when you're under oath; is that correct?

4          MR. HOFT:  Yes, I do.

5          MR. OCHS:  All right.  And Mr. Houston, I

6     understand there's another representative of the Debtor on

7     the line?  Who is that person?

8          MR. HOUSTON:  Jonathan Burns.

9          MR. OCHS:  Okay.  Mr. Burns, please note your

10    appearance.

11         MR. BURNS:  Jon Burns as a representative of the

12    Debtor in Possession.

13         MR. OCHS:  All right.  Would the Sub V Trustee

14    please note her appearance.

15         MS. LEALI:  Hi, this is Linda Leali.  I'm

16    Subchapter V Trustee.

17         MR. OCHS:  Okay.  And now, one at a time, would

18    the other parties that are on the phone please note their

19    names and their appearances.

20         MR. CHAPPLE:  Good morning.  Ryan Chapple.  I

21    represent Dr. Eric Coomer.

22         MR. OCHS:  Thank you.

23         MR. BURBAGE:  Good morning --

24         MR. KLOEWER:  Good morning.  This is Brad Kloewer

25    --

1          MR. OCHS:  All right, one at a time, please.

2          MR. BURBAGE:  Okay, I'll go.  Jim Burbage of

3      Willkie Farr & Gallagher on behalf of Ruby Freeman and Shaye

4      Moss.

5          MR. OCHS:  Thank you.  And you're joined by David

6      Blansky; is that correct?

7          MR. BURBAGE:  That's correct.

8          MR. OCHS:  Mr. Blansky, please note your

9      appearance.

10          MR. BLANSKY:  Good morning, Mr. Ochs.  David

11      Blansky, also appearing for Ms. Freeman and Ms. Moss.

12          MR. OCHS:  All right, and there was another party

13      that was trying to note their appearance but got stepped on,

14      so go ahead, sir, and note your appearance.

15          MR. KLOEWER:  This is Brad Kloewer, also counsel

16      for Dr. Eric Coomer.

17          MR. OCHS:  Okay, thank you.  Is there anybody else

18      who is on the call who has not yet noted their appearance?

19          MR. FURR:  Yes, Robert Furr for Jim Hoft

20      individually.

21          MR. OCHS:  Okay.  Anybody else on the line who has

22      not noted their appearance?  All right.  Please note that

23      this record -- this meeting is being recorded

24      electronically.  The recording cannot see who you are, so

25      when you speak, please note your name and then proceed with

Page 8

```
 1   your -- with the statements that you're making.  It's

 2   important that you speak clearly and into the microphone,

 3   keeping in mind head nods and hand waves do not get picked

 4   up by the recording.

 5           This meeting will -- this recording will be kept

 6   for a period of two years after the closure of the case.  If

 7   somebody would like to obtain a copy of the recording or a

 8   transcript of the recording, arrangements can be made

 9   through my office in Miami, Florida, or you can email me and

10   I will send you to the proper party to get the recording.

11           When we were at the last 341 meeting, Mr. Houston,

12   the United States Trustee had requested a number of

13   documents and those have not yet been produced.  What is the

14   status on the production of those documents?

15           MR. HOUSTON:  I know that my paralegal made a

16   list.  She is compiling them.  I can report to you after the

17   341 what the status of that is.

18           MR. OCHS:  Okay.  Do you know how much longer it

19   will take?  Many of the things that were requested Mr. Hoft

20   said would be available within 24 hours and that was, you

21   know, that was essentially almost two weeks ago at this

22   point.

23           MR. HOUSTON:  I understand.  I would expect them

24   to be ready for you by tomorrow.

25           MR. OCHS:  Okay.  Because it's impeding my ability
```

Page 9

1    to administer this case on a quick basis.  This is a

2    Subchapter V case, which is typically administered in a

3    quicker fashion, and so delays in getting documents is

4    impeding that process.  So, I would ask that I have those

5    documents -- today is Tuesday, January -- I'm sorry,

6    Tuesday, June 18th, 2024.  And I would ask that I have the

7    documents by no later than noon on Thursday, June 20th.

8             MR. HOUSTON:  Understood.

9             MR. OCHS:  Thank you.  All right.  Mr. Hoft, I

10   want to make reference to a document that was filed on the

11   docket at Docket No. 51.  This is a Monthly Operating Report

12   for Small Business under Chapter 11.  Are you familiar with

13   that document?

14            MR. HOFT:  I don't have that in front of me.  I'll

15   have to look it up.

16            MR. OCHS:  Are you being provided the documents as

17   they're being filed in the bankruptcy case or no?

18            MR. HOFT:  I've been provided with documents.

19            MR. OCHS:  Okay.  Do you think that there -- do

20   you think you're not getting all the documents that are

21   being -- that are being filed?

22            MR. HOFT:  No, I don't know that, sir.  I believe

23   I'm getting all the documents that are being filed.

24            MR. OCHS:  You said you would have to look it up.

25   Can you look up the monthly operating report?  It's Docket

```
 1    No. 51 on the docket.  I'd like you to have that in front of

 2    you.

 3              MR. HOFT:  Okay.  Document 51.

 4              MR. OCHS:  Let me know when you have it, okay?

 5              MR. HOFT:  Okay.

 6              MR. OCHS:  Are you able to find that, Mr. Hoft?

 7              MR. HOFT:  I'm looking through some documents

 8    right now.

 9              MR. OCHS:  Mr. Houston, do you want to send it to

10    your client?

11              MR. HOUSTON:  I'm pretty sure that we sent it to

12    Mr. Burns.  He's been our appointed (indiscernible).  I'll

13    email to Mr. Hoft right now.

14              Okay, he got it.

15              MR. OCHS:  Okay.  Are you familiar with that

16    document, sir?

17              MR. HOFT:  It looks familiar.

18              MR. OCHS:  All right.  What makes you familiar

19    with the document?

20              MR. HOFT:  It looks like something I've seen

21    before.

22              MR. OCHS:  Did you assist in its preparation?

23              MR. HOFT:  Sure.

24              MR. OCHS:  What's --

25              MR. HOFT:  I've been asked a lot of questions,
```

```
 1   sir.

 2           MR. OCHS:  What level of participation did you

 3   provide to the -- in connection with the preparation of this

 4   document?

 5           MR. HOFT:  Can you rephrase that question, please?

 6           MR. OCHS:  How did you participate in the

 7   preparation of this document?  What was your role?

 8           MR. HOFT:  Well, I -- they asked me some questions

 9   and I helped fill it out.

10           MR. OCHS:  Who is "they"?

11           MR. HOFT:  That would have been Jon.

12           MR. OCHS:  Jon who?

13           MR. HOFT:  Jon Burns who is another attorney.

14           MR. OCHS:  And is there another "they"?  Is there

15   another person in the "they"?

16           MR. HOFT:  Well, I do have a documents I -- for my

17   U.S. Bank account, and so I certainly was providing that.

18           MR. OCHS:  All right.  This document was filed

19   with the Bankruptcy Court and it is unsigned and unfinished.

20   Do you know why it was unsigned and unfinished?

21           MR. HOFT:  I don't know that reason.  I just --

22           MR. OCHS:  Mr. Houston, do you know why the

23   document was unsigned and unfinished when it was filed?

24           MR. HOUSTON:  Tell me what you mean -- first of

25   all, I told you this before and I'll say it again, Mr. Burns
```

Page 12

```
 1    is our point of contact for these matters.  He's the one

 2    that gathers the information, not Mr. Hoft, and that's why

 3    I've had him on the phone.  I don't know -- where are you

 4    suggesting it's not signed?

 5            MR. OCHS:  All right, Mr. Burns, do you -- will

 6    you testify today, Mr. Burns --

 7            MR. BURNS:  Yes.

 8            MR. OCHS:  Okay.  Please raise your right hand.

 9    Do you swear or affirm the statement you're about to give

10    are true and correct to the best of your knowledge,

11    information, and belief?

12            MR. BURNS:  I do.

13            MR. OCHS:  And are you familiar with Document No.

14    54 that I've been referencing during this meeting?  Fifty-

15    one.

16            MR. HOUSTON:  Fifty-one is what he's talking

17    about.

18            MR. OCHS:  Fifty-one, pardon me, 51.  Pardon me.

19            MR. BURNS:  Yes.

20            MR. OCHS:  Did you --

21            MR. BURNS:  -- familiar with it, yes.

22            MR. OCHS:  Did you assist in the preparation of

23    this document?

24            MR. BURNS:  Yes.

25            MR. OCHS:  Did you sign it?
```

Page 13

```
 1              MR. BURNS:  No.

 2              MR. OCHS:  All right.  Do you know if anybody on

 3    behalf of the Debtor signed it?

 4              MR. BURNS:  I believe our counsel signed it.

 5              MR. OCHS:  Okay.  Mr. Houston, they're pointing to

 6    you to have signed it.  Can you show me where it was signed?

 7              MR. HOUSTON:  Are you asking me that?  It's on the

 8    first page.

 9              MR. OCHS:  I'm looking at what's filed on the

10    docket.  It was signed on the first page?  You're saying

11    Page 1 of 19.

12              MR. HOUSTON:  The original signature of

13    responsible party.  That's the one that -- went through it

14    with Mr. Burns on the boom, got information, reviewed it,

15    and so I was the one that compiled the report.

16              MR. OCHS:  Can you show me where on the document a

17    signature, any signature appears?

18              MR. HOUSTON:  It's on Page 1, Mr. Ochs.

19              MR. OCHS:  I'm looking at Page 1 right now and

20    it's not on -- and there's no signature on the document on

21    what's on the docket.  I'd urge you to pull it up on the

22    docket and look at it, so you'll look at what --

23              MR. HOUSTON:  I have it in front of me.  Where it

24    says, original signature of responsible party.  And it has

25    my name there and electronic signature.
```

1            MR. BURNS:  Mr. Ochs, or I just want to make sure

2    that we're talking about the same document.  We are talking

3    about Document 51; is that correct?

4            MR. OCHS:  We are, and I don't see a signature on

5    it.  I'm looking at it now.  I mean, I'm not saying that I'm

6    not missing it, but I'm looking at the document scrolling

7    back and forth through the entirety of Page 1 and I see no

8    document.  I see no signature on that document.  And --

9            MR. BURNS:  So, are you looking under the -- where

10   it says, responsible party then it has my name, and then it

11   says, original signature of responsible party?

12           MR. OCHS:  I don't see that at all on the

13   document.

14           MR. BURNS:  Are you -- I'm looking right at it,

15   Page 1 of 19, Doc 51.

16           MR. OCHS:  Let me reload the --

17           MR. BURNS:  Filed on 6/5/24.

18           MR. OCHS:  Let me reload the document.  I -- the

19   docket, rather.  I don't see it.  Give me a moment.  I'm

20   going to -- the docket -- so we're clear, Mr. Houston, the

21   document that I'm looking at is an incomplete document

22   because it still remains open and PDF fillable, what I'm

23   looking at.

24           MR. HOUSTON:  You're looking at a different

25   document than me.

Page 15

```
 1              MR. OCHS:  All right.  I'm --
 2              MR. HOUSTON:  Presumably (audio glitch) everybody
 3    else.  Mine has a stamp on it for the case number and the
 4    doc number --
 5              MR. OCHS:  Mine --
 6              MR. HOUSTON:  -- the docket.
 7              MR. OCHS:  Mine is (indiscernible) as well, but
 8    when I'm looking at it, I can change the data on that
 9    document on my end, which obviously shouldn't be, and
10    there's no bar coding --
11              MR. HOUSTON:  (indiscernible).
12              MR. OCHS:  And there's no bar coding at the end of
13    the document.  Are you familiar with the bar coding that I'm
14    referring to?
15              MR. HOUSTON:  I am.  I'm looking.
16              MS. LEALI:  Marty, I'm looking at it as well.  I
17    see where there's an electronic signature but it is
18    editable.  That's strange.
19              MR. OCHS:  Yeah, I mean that --
20              MR. HOUSTON:  (indiscernible).
21              MR. OCHS:  Bear with me.  I'm on the CourtLink
22    website which is -- it's an alternate to Pacer and it's
23    showing up as un -- with no signature at all and it's
24    showing up as, you know, so it's unsigned and it remains to
25    be PDF fillable, which means that the document was not
```

```
 1    closed out.  I'm now going to ECF Docket and I'm going to
 2    pull the document up from there.  Bear with --
 3              MR. FURR:  This is Robert Furr.  I'm --
 4              MR. OCHS:  All right, we can't --
 5              MR. FURR:  This is Robert Furr.  I'm on the ECF
 6    document.  It is there and it can be changed.  I didn't even
 7    know that you can even do that.  I've never seen this
 8    before.
 9              MR. OCHS:  Yeah -- because it -- because the
10    document wasn't properly completed, it -- and the one I'm
11    looking at on the docket is likewise not signed and it's
12    still -- it's still alterable and there's no, -- now, just
13    so we're clear, I've looked at now two versions of this
14    document, one on the ECF website maintained by the
15    Bankruptcy Court and one on CourtLink maintained by Lexis.
16    I use CourtLink link very frequently because it's a lesser
17    charge to the government and I try to be a good steward of
18    the government's funds.
19              With that said the, the document itself even on
20    the Bankruptcy Court docket, so at ecf.flsb.uscourts.gov,
21    that document has not been sealed.  It does not have bar
22    coding at the end and it's not signed on what I'm looking
23    at.  I mean, I'm not trying to be crazy here, but it is not
24    signed on what's on the docket.  I'm on Docket No. 51 right
25    now.
```

```
 1              MR. HOUSTON:  Well, I mean, I -- Mr. Ochs, I --
 2   first of all, the last time we were here, you completed your
 3   hour-and-a-half of questioning and we were turning it over
 4   to the creditors and it seems like we're getting ready to go
 5   on another marathon questioning over -- arguing over
 6   signatures.  I don't -- so, Ms. Leali, do you see my
 7   signature or Mr. Furr, do you see my signature on the first
 8   page?
 9              MR. FURR:  Yes, I do.
10              MS. LEALI:  Yea --
11              MR. HOUSTON:  -- do.
12              MS. LEALI:  I think, Marty, maybe it has to do
13   with, for some reason, this document is still editable.  I
14   don't know, but --
15              MR. HOUSTON:  And that's way over my pay grade.  I
16   don't understand what that even means.
17              MR. OCHS:  It shouldn't --
18              MR. HOUSTON:  -- certainly find out.
19              MR. OCHS:  I under --
20              MR. HOUSTON:  -- not anything done purposely.  It
21   would have been done by a paralegal in my office.
22              MR. OCHS:  But it was done wrong because -- it was
23   done wrong because it was -- in the piece, in the MOR
24   software, you have to complete the form, then it flattens or
25   seals the document and then the data can't be altered.  And
```

1    also there is a barcode that appears the end.

2              None of that is on the document that I'm looking

3    at and I'm on the official docket right now.  I'll admit

4    that I was not on the official docket at the beginning, but

5    now I'm on the official docket and it's the same document

6    that is not -- it's not signed, it's not sealed, it's not

7    barcoded.  And that's a problem.

8              And I understand, Mr. Houston, that you're in a

9    rush to get through this 341 meeting.  If I was in your

10    seat, I'd be uncomfortable as well, but this was your

11    choosing to be in that seat.

12              MR. HOUSTON:  That was uncalled for.  That was

13    really uncalled for.

14              MR. OCHS:  All right.

15              MR. HOUSTON:  You turned it over to the creditors

16    at the last one after an hour-and-a-half and now it looks

17    like you're arguing over signatures that everyone else sees.

18              MR. OCHS:  Well, I'd like somebody to send -- you

19    can PDF it and send it to me.  How's that?

20              MR. HOUSTON:  I will.  I'm (indiscernible) right

21    now.

22              MR. OCHS:  I'll move on.  In addition to that, on

23    this monthly operating report -- and the monthly operating

24    report was not available at the last 341 meeting, so you

25    think I don't have an opportunity to examine the Debtor on

1    the operating report?  I think you're mistaken.  Let's move

2    on with the operating report.

3                There is a tremendous amount of redaction on the

4    operating report.  Why is the operating report almost

5    completely redacted -- the bank statements on the operating

6    report almost completely redacted?

7                MR. BURNS:  I think those were prepetition

8    transactions and this is a post-petition report.

9                MR. OCHS:  You think, but we don't know because

10   it's entirely you --

11               MR. BURNS:  -- through 4/30.

12               MR. OCHS:  You think but you don't know because

13   it's entirely redacted.  And why --

14               MR. BURNS:  I'm looking at the dates, so I think

15   (indiscernible).

16               MR. OCHS:  Why is -- why would you redact the

17   prepetition entries?  Why does that matter?  And why is that

18   subject to redaction?

19               MR. BURNS:  It's a post-petition -- the date of

20   this report is 4/24 through 4/30.  So, the transaction that

21   occurred on 4/24 is -- I mean, 4/22 is not relevant to this

22   report.

23               MR. OCHS:  Let's try it this way.  Will you

24   produce the unredacted bank statements to the United States

25   Trustee?

Page 20

1          MR. BURNS:  I would be glad to send it to you.

2          MR. OCHS:  Okay.

3          MR. BURNS:  Yes.  I have it.

4          MR. OCHS:  I have a question for -- I have a

5     question for, again, who should I ask about the U.S. Bank

6     statements?  I believe Mr. Hoft testified that he was

7     familiar with those bank statements.  At the top of the --

8     at the top of that bank statement, it says it's redacted and

9     then it says DBA TGP Communications, LLC.  Okay?  What is

10    redacted from the -- from that, from the -- what is the --

11    who is the blank there that is the DBA for TGP

12    Communications?

13         MR. HOFT:  I assume that's my name.

14         MR. OCHS:  So, is TGP Communications, LLC a DBA

15    for yourself?

16         MAN:  Jesus Christ.

17         MR. HOFT:  I didn't hear your question.

18         MR. OCHS:  No, I know.  Somebody was saying Jesus

19    Christ across the record.  Said, the bank statement. Do you

20    have that bank statement, the April 1st --

21         MR. BURNS:  -- Mr. Ochs, I do.  I'll send it to

22    you.

23         MR. OCHS:  Okay.  On that bank statement, is your

24    -- is it your name that appears under the redaction line and

25    then DBA TGP Communications?

```
 1              MR. HOFT:  I see -- is it my name under that
 2    barcode on the top?  Is that what you're saying --
 3              MR. OCHS:  Under the --
 4              MR. HOFT:  -- bank statement?
 5              MR. OCHS:  Under the redaction bar.  It is under
 6    the barcode as well, but it's then redacted and then says
 7    DBA TGP Communications, LLC.
 8              MR. HOFT:  Okay, let me see.  It says -- yes, it's
 9    my name.
10              MR. OCHS:  So, are you operating TGP
11    Communications as an LLC for -- TGP Communications, LLC as a
12    DBA for you personally?
13              MR. HOFT:  Jon, do you want to answer that?
14              MR. OCHS:  No, I want you to answer it, Mr. Hoft.
15              MR. HOFT:  Okay.  I'm not sure.  I'm not
16    (indiscernible) LLC.  I'm not exactly sure what you're
17    asking.
18              MR. OCHS:  Are you operating TGP Communications
19    LLC as a DBA for yourself?
20              MR. BURNS:  Mr. Ochs, it's an LLC.
21              MR. OCHS:  Why does his name appear on the bank
22    statement --
23              MR. BURNS:  -- Communications is an LLC.
24              MR. OCHS:  Why does it -- why does his name appear
25    on the bank statement with the DBA of the LLC?  It's really
```

1   a simple question.

2          MR. BURNS:  Well, it's different.  Well, your -- I

3   think that your question is a little bit confusing because

4   there -- it could be -- the connotation could be, you know,

5   multifaceted there.  You know, are -- you have the -- the

6   business is being operated as a limited liability company,

7   okay, so whether or not the bank account is and how the bank

8   account is styled is somewhat irrelevant.

9          MR. OCHS:  It may be irrelevant to you, Mr. Burns,

10  but it is not irrelevant to the United States Trustee or

11  creditors or parties in interest in this case.  It's not

12  irrelevant at all.  I mean, you're a lawyer.  You know that

13  this is not irrelevant.  Who did the redaction --

14         MR. BURNS:  So, Mr. Ochs, are you saying -- are

15  you saying that you -- when you open a bank account, you

16  have to have the government approved name on your bank

17  account?

18         MR. OCHS:  Are you saying that you don't?

19         MR. BURNS:  It looks like it's -- yes.  Well, for

20  the record, the account is being closed, but that's the name

21  of our business, TGP Communications, LLC.

22         MR. OCHS:  Do you know what -- do you know what

23  Social Security number or tax ID number was affiliated with

24  this bank account, sir?  And that's directed at Mr. Hoft.

25         MR. HOFT:  Are you talking about the EIN number?

```
 1              MR. OCHS:  Yes.

 2              MR. HOFT:  Yeah, I can get that for you.

 3              MR. OCHS:  All right.  When can you supply that?

 4              MR. HOFT:  In about 15 seconds.

 5              MR. OCHS:  Okay.  Send it to your attorney.

 6              MR. HOFT:  -- number is --

 7              MR. OCHS:  Hang on, stop.

 8              MR. HOFT:  (indiscernible).

 9              MR. OCHS:  Stop, stop, stop --

10              MR. HOFT:  -- 1526 --

11              MR. OCHS:  -- stop.  Stop.  I don't want you to

12     spread that on the record.  What I'm asking you to do is

13     supply that to your attorney who can supply it to me.  Do

14     you understand that?

15              MR. HOFT:  Okay.  Well, you asked me for the

16     number, sir.

17              MR. OCHS:  No, I asked you if you knew the number.

18              MR. HOFT:  Oh, okay.

19              MR. OCHS:  And Mr. Houston, you're going to supply

20     me with the unredacted bank statements?

21              MR. HOUSTON:  For the second time, yes.

22              MR. OCHS:  Sometimes it bears repeating things so

23     there's no confusion.  For the first time at the last 341

24     meeting, you said you would supply documents within 24 hours

25     and that didn't happen.  So, sometimes it does bear
```

1    repeating.

2              MR. HOUSTON:  I think Mr. Hoft said that to you.

3              MR. OCHS:  All right.  Mr. Hoft, looking again at

4    the same operating report, there are two checks that are

5    attached to this bank statement.  One is made payable to

6    Maria, I can't read her last name, something Mancuso or

7    something to that effect.  Who is that party?

8              MR. HOFT:  Maria Mancuso is an assistant of mine.

9              MR. OCHS:  Does she work for you or does she work

10   for TGP?

11             MR. HOFT:  She works for me and she works for TGP.

12             MR. OCHS:  Who pays her --

13             MR. HOFT:  -- two checks each month.

14             MR. OCHS:  So you cut a check from her -- to her

15   individually as well, from your own money?

16             MR. HOFT:  Some of the tasks that she performs is

17   for me personally and some of the tasks she performs are

18   related to the business, so I cut her two checks each month.

19             MR. OCHS:  What tasks does she perform for you

20   individually?

21             MR. HOFT:  She assists with taking -- doing --

22   delivering things, picking up packages.  That would, I

23   guess, be for the business.  She goes, does shopping

24   sometimes.  She does whatever I need.  I ask her around the

25   house to -- the tasks that I don't really have time for.

```
 1    She organizes different things around my home.

 2            MR. OCHS:  Okay.

 3            MR. HOFT:  And, yeah, she's just a helper.

 4            MR. OCHS:   There is a second check attached to

 5    that bank statement that appears to have your name on it.

 6    It says, if I'm understanding it, it says it -- it's a bit

 7    hard to read.  It begins with J-A, I believe, and ends in

 8    Hoft.  Is that your check?

 9            MR. HOFT:  Let me see.

10            MR. OCHS:  Just to assist you, it's at Page 12 of

11    19 on that document.

12            MR. HOFT:  Thank you.  Let me pull that up.  Okay.

13    $815.  So yeah, this was a -- I -- offhand, I'd have to --

14    I'd have to look and see what that payment was for.

15            MR. OCHS:  Is this --

16            MR. HOFT:  -- it's $815.

17            MR. OCHS:  Is this a TGP check?

18            MR. HOFT:  Oh, I know.  This -- yeah, yes.  Yes,

19    sir.  This is to the -- my account.  This is an automatic

20    payment each month.

21            MR. OCHS:  When you say to your accountant, do you

22    mean your accountant individually or the corporation's

23    accountant?

24            MR. HOFT:  This would be the corporation's

25    accountant.  She also works on my individual taxes, too.  I
```

 1   have her do business and personal taxes for myself.

 2              MR. OCHS:  Okay.  Have you retained an accountant

 3   in this bankruptcy case yet?

 4              MR. BURNS:  (indiscernible) application.

 5              MR. OCHS:  Wait --

 6              MR. BURNS:  -- already provided the application

 7   for it -- for her.

 8              MR. HOFT:  Thank you.

 9              MR. OCHS:  So, an account has not yet been

10   retained, correct?

11              MR. HOUSTON:  Correct.

12              MR. OCHS:  Are you planning on --

13              MR. HOUSTON:  I just spoke to -- Bart Houston

14   speaking.  I just spoke to her for the first time last week.

15              MR. OCHS:  Is the plan to retain this company AP

16   Accounting and Tax for the Debtor?

17              MR. HOUSTON:  Bart Houston speaking.  Yes.

18              MR. OCHS:  Okay.

19              MR. HOUSTON:  Because she will be doing some

20   financial work for the plan.

21              MR. OCHS:  How will you get past the conflict of

22   her representing Mr. Hoft individually as well as the

23   corporation?

24              MR. HOUSTON:  She does taxes for Mr. Hoft and she

25   won't have to do those during the period of time that we'll

```
1    be preparing the financials for the plan.  That's all I
2    really need her for.
3              MR. OCHS:  But do you think that that -- do you
4    think she's disinterested?
5              MR. HOUSTON:  I think that I would file an
6    application.  If someone wants to object to it, they can.  I
7    don't know any other way to get the financial information
8    for the plan.
9              MR. OCHS:  All right.  I think it's likely that
10   the United States Trustee is going to object to that
11   application, unless you can make a showing that she's
12   somehow disinterested, and based upon Mr. Hoft's most recent
13   testimony today, I think it's going to be hard to get past
14   that threshold.
15             Mr. Hoft, I'm now looking at Page 13 of 19 of the
16   of Document No. 51, and your personal name and -- appears at
17   the top of that bank statement.  Can you tell me why that
18   is?
19             MR. HOFT:  Okay, so this was a different account.
20   This is for the company store that we have.
21             MR. OCHS:  Okay, why -- if it's for a company
22   store, why is your individual name on the bank account?
23             MR. HOFT:  That was how we set it up, and I didn't
24   know that there were rules to put a government approved name
25   on a bank account.
```

```
 1              MR. OCHS:  When you say "we," who is --
 2              MR. HOFT:  This was -- I didn't know that -- did
 3     not know there was rules with our company when we set up a
 4     bank account that we're going to be regulated by the
 5     government as far as the name that we put up on the account.
 6     This is for selling T-shirts and whatever and it's a
 7     separate account, so we kept the transactions separate.  And
 8     so, that's what we did.  We set this account up, which is
 9     also being closed, and so, yeah, that's why it would have my
10     name on it.
11              MR. OCHS:  You said "we."  Who is involved in the
12     we?  Who's included, rather, in the we?
13              MR. HOFT:  That would be myself.
14              MR. OCHS:  Why did you use the word we then?
15              MR. HOFT:  Sir, I'm a twin.  I use the word we a
16     lot.  It's just something I've always done.  So, that would
17     be myself.  I'll be more conscious of that.
18              MR. OCHS:  All right.  Looking at page -- looking
19     at Page 15 of 19, we heard your attorney say that
20     transactions prior to the filing of the petition were the
21     ones that were redacted, but if you look at th3e middle of
22     that page, after the April 30th transaction, there is
23     redaction of two items on that.  What are those relating to?
24              MR. HOFT:  Well, I see some Shopify transactions.
25     Is that what you're talking about?
```

Page 29

```
 1              MR. OCHS:  I can't tell because I can't -- I can't

 2      see it because it's been redacted.  Is it your --

 3              MR. HOFT:  Okay.

 4              MR. OCHS:  -- testimony that you will produce to

 5      me the unredacted versions without the need of a Court

 6      order?

 7              MR. HOUSTON:  Mr. Ochs --

 8              MR. HOFT:  I don't have --

 9              MR. HOUSTON:  -- speaking and I will send you the

10      entirety of this.

11              MR. OCHS:  Okay.

12              MR. HOUSTON:  Unredacted.

13              MR. OCHS:  All right.  Looking now to Page 17 of

14      19, Revolut business monthly statement.  Again, it appears

15      that there's a redaction of a name before the TGP

16      Communications, LLC.  What is redacted there?

17              MR. HOFT:  That Revolut count has been closed.  I

18      believe that's the -- I think that's -- I'll have to find

19      the original.  It's -- I assume it's my name, but I'm going

20      to have to look that up.

21              MR. OCHS:  All right.  Mr. Houston, will you

22      produce the Revolut statements as well, unredacted?

23              MR. HOUSTON:  So we're clear on the record, this

24      report is page -- 19 pages.  I'm going to produce everything

25      in here that's been redacted.  It'll be unredacted to you.
```

Page 30

1           MR. OCHS:  Very well.  Thank you very much.  I
2   appreciate that.
3           MR. HOUSTON:  (indiscernible).
4           MR. OCHS:  I -- Mr. Hoft, has the Debtor opened up
5   post-petition Debtor in Possession accounts at this point in
6   time?
7           MR. HOFT:  Yes.
8           MR. OCHS:  Okay, and where are those bank
9   accounts, please?
10          MR. HOFT:  So, we have a bank account at City
11  National.
12          MR. OCHS:  Anywhere else?
13          MR. HOFT:  We just have the one set up currently.
14          MR. OCHS:  Okay.  And has the Debtor begun using
15  that account on a post-bankruptcy basis?
16          MR. HOFT:  Absolutely.
17          MR. OCHS:  Okay.  When we were here last time, we
18  talked about Charles Schwab accounts.  Do you have the
19  account statements for the Charles Schwab account?
20          MR. HOFT:  I can get those.
21          MR. OCHS:  Okay.
22          MR. HOFT:  I could get those within an hour.
23          MR. OCHS:  Okay.  Very good.  I'm asking you to
24  produce -- and Mr. Houston, you can tell me whether you will
25  do this for Mr. Furr.  If you need, I'll get a Court order.

```
1      I want the Charles Schwab account statements for the one-

2      year period from today backwards for one year.  Will you

3      produce those voluntarily?

4              MR. HOUSTON:  Bart Houston.  Yes.

5              MR. OCHS:  Okay.  And Mr. Hoft, I had asked for

6      the documents relating to payments made by the Debtor to Joe

7      Hoft, which I believe is your twin brother, correct?

8              MR. HOFT:  That's correct.

9              MR. OCHS:  I have not gotten those documents.

10     When may I expect to get those documents?

11             MR. HOFT:  Which payments were those?

12             MR. OCHS:  There were payments made that were

13     reflected on the bankruptcy petition that were made from the

14     Debtor to your brother Joe Hoft.

15             MR. HOFT:  I'll look at that and I can get you

16     that.

17             MR. OCHS:  Okay.  How long will it take to get

18     that, do you think?

19             MR. HOFT:  I'll have to look and see where -- what

20     that -- what that was.

21             MR. OCHS:  Okay.  Do you recall during --

22             MR. HOFT:  I think we can get that to you --

23             MR. OCHS:  Do you --

24             MR. HOFT:  -- sometime --

25             MR. OCHS:  Do you recall during --
```

```
 1              MR. HOFT:  -- the next day.

 2              MR. OCHS:  Do you recall during the last 341

 3    meeting that I had asked for the documents relative to a

 4    loan that was made by the corporation to you and then you

 5    then used it to purchase your home in Florida?  Do you

 6    recall that conversation?

 7              MR. HOFT:  Yes.

 8              MR. OCHS:  Okay.  I have not received those

 9    documents.  When will I receive those documents?

10    Specifically, I wanted the loan documents and the closing

11    documents on your home.

12              MR. HOFT:  Okay.  Yeah, I already turned over the

13    closing documents and there's no loan on the home.  So, it's

14    just -- I just returned -- I turned over the closing

15    documents, so we should be able to get those to you very

16    soon.

17              MR. OCHS:  Turned them over to whom, sir?

18              MR. HOFT:  I had sent those to Jon, Mr. Burns.

19              MR. OCHS:  Okay.  Has Mr. Burns turned them over

20    to Mr. Houston so that they can be turned over to the United

21    States Trustee?

22              MR. HOUSTON:  Bart Houston speaking.  I received

23    the closing statement.  Mr. Burns was researching the Joe

24    Hoft loan and wasn't able to find anything.  I've dealt with

25    Mr. Burns almost exclusively, so, you know, I don't think
```

```
 1   Mr. Hoft would really know what investigation we've been

 2   doing on that.

 3            MR. OCHS:  Right.  Well, I'd ask you to turn those

 4   documents over to me.  I do want, because the bankruptcy

 5   petition suggests that a loan was made by the Debtor to Mr.

 6   Hoft, okay, and --

 7            MR. HOUSTON:  Well, you need to say Joe or Jim.

 8            MR. OCHS:  Jim Hoft.  There's -- well, there's two

 9   loans.

10            MR. HOUSTON:  (indiscernible).

11            MR. OCHS:  I want the -- I'll make it easier.

12            MR. HOUSTON:  Understood.

13            MR. OCHS:  I want the loans relative to both of

14   the Misters Hoft.  Okay?  I want the documents relative to

15   both.  I -- the United States Trustee is entitled to them.

16   They are referenced in the bankruptcy petition and they are

17   important to the United States Trustee's investigation in

18   this case.  So, I'm asking for all of those loan documents.

19   Does that make it clear?

20            MR. HOUSTON:  Crystal.

21            MR. OCHS:  Okay.  And then also, the United States

22   Trustee had asked for the title to a Porsche automobile that

23   it was unclear, it was listed on the bankruptcy petition,

24   but it was unclear as to whose name the title is in.  Do you

25   have that title, Mr. Houston?
```

Page 34

```
 1              MR. HOUSTON:  I don't.

 2              MR. OCHS:  Do or don't?  I'm sorry?  You --

 3              MR. HOUSTON:  If you didn't hear me, I said I do

 4     not.

 5              MR. OCHS:  Okay.  Mr. Hoft, where is the title to

 6     the Porsche, please?

 7              MR. BURNS:  This is Jon -- this is Jon Burns.  Mr.

 8     Hoft turned it over to me and I thought I had -- I thought I

 9     had turned it over to Mr. Houston.  Apparently, maybe I did

10     not, but I will make sure that Mr. Houston has a copy of it

11     shortly.

12              MR. OCHS:  Okay, very good.  So, I would ask that

13     those documents be turned over to the United States Trustee

14     by Thursday, June 20th, at noon.  Okay?  It should hopefully

15     not be an easy thing.  I'll be happy to receive them

16     electronically.  All right, with that said, I'm going to

17     pass the microphone to creditors.  Mr. Brunage, would you

18     please proceed?

19              MR. BURBAGE:  Yes, good morning, Jim Burbage of --

20              MR. OCHS:  Burbage, sorry.

21              MR. BURBAGE:  -- Willkie, Farr & Gallagher.

22              MR. OCHS:  Sorry about that.  I apologize.

23              MR. BURBAGE:  Can you hear me?

24              MR. OCHS:  Yes.  I apologize for mispronouncing

25     your name.
```

```
                                                        Page 35
 1              MR. BURBAGE:  No worries.  So, we can stay talking

 2      about the loans that the Debtor had made, and this is a

 3      question for Mr. Hoft with respect to the loan receivable

 4      which is on Docket No. 34, Page 11 of 30.  It's referred to

 5      as loan receivable shareholder.  Do you recall when the

 6      Debtor provided this loan to you?

 7              MR. HOFT:  What document is that, sir?

 8              MR. BURBAGE:  This is Docket No. 34.

 9              MR. HOFT:  Okay.  I have to look that up.

10              MR. BURBAGE:  On Page 11 of 30, once you have the

11      document.

12              MR. HOFT:  Page 11.  Okay, I'm on Page 11.

13              MR. BURBAGE:  Okay.  And --

14              MR. HOFT:  -- the question?

15              MR. BURBAGE:  Do you see where it says loan

16      receivable shareholder and then it's a --

17              MR. HOFT:  Yeah.

18              MR. BURBAGE:  -- total face amount $799,860?  When

19      did the Debtor provide that loan to you?

20              MR. HOFT:  That would have been in 2021, I

21      believe.  August, October.

22              MR. BURBAGE:  Okay.  And what was the loan for?

23              MR. HOFT:  That was a loan to Main Street, I

24      believe, for the property in Florida.

25              MR. BURBAGE:  Okay.  And this is the property that
```

1    you currently live in?

2            MR. HOFT:  Correct.

3            MR. BURBAGE:  Okay.  And your testimony was a

4    little unclear, so I just want to make sure that I have it.

5    Was this loan reflected in a loan agreement?

6            MR. HOFT:  Well, yes, it was a loan, so.

7            MR. BURBAGE:  Right but that's not my question.

8    Was it memorialized in sort of a formal agreement between

9    you, Jim Hoft, the individual and the Debtor, TGP

10   Communications, LLC?

11           MR. HOFT:  Well, I don't think there was a formal

12   agreement, a formal document.

13           MR. BURBAGE:  Okay.  Was there any interest rate

14   on the loan?

15           MR. HOFT:  No.

16           MR. BURBAGE:  How frequently did you make payments

17   back to the Debtor on account of the loan?

18           MR. HOFT:  Well, I'm actually not sure about that.

19           MR. BURBAGE:  Okay, I can ask it a slightly

20   different way.  Have you made any payments on account of the

21   loan since it was provided?

22           MR. HOFT:  I don't know.

23           MR. BURBAGE:  Have you made any payments in the

24   past 12 months on it?

25           MR. HOFT:  No.  I don't know about that.

Page 37

```
 1              MR. BURBAGE:  Okay.  The outstanding loan balance
 2    is $799,860, a very specific amount.  Did that amount
 3    correspond to the purchase price of the condo?
 4              MR. HOFT:  The purchase price was a bit less than
 5    that.
 6              MR. BURBAGE:  Okay.  And so what would be the
 7    difference between what was borrowed and the purchase price?
 8              MR. HOFT:  There was several thousand between the
 9    purchase price and the amount of the loan.
10              MR. BURBAGE:  Okay.  So, I take it you don't
11    recall if you've made any payments on this loan.  Let me ask
12    you this.  Is there a maturity date on the loan?
13              MR. HOFT:  I can't say.  I don't believe so.
14              MR. BURBAGE:  Okay.  Let's move on to the next
15    notes receivable line item on that same document, which is
16    due from the Justice League.  Do you recall when the Debtor
17    provided this loan?
18              MR. HOFT:  So, this is due from the Justice
19    League, correct?  Is that what you're looking at?
20              MR. BURBAGE:  Yes.
21              MR. HOFT:  Okay.  Yeah, so this has been money
22    that we have invested into the Justice League.
23              MR. BURBAGE:  Okay, but these are notes
24    receivables, correct?  To say it differently, this is a loan
25    that the Debtor would have extended to the Justice League?
```

Page 38

```
1                MR. HOFT:  Yes.

2                MR. BURBAGE:  And when have those loans

3     historically been extended?

4                MR. HOFT:  I don't have that information.

5                MR. BURBAGE:  Would it have been within the past

6     year?

7                MR. HOFT:  I don't have that.  I don't have that

8     information.

9                MR. BURBAGE:  Okay.  Who would have that

10    information?

11               MR. HOFT:  I'll have to look it up.

12               MR. BURBAGE:  And what was this loan for, the loan

13    from TGP to the Justice League?

14               MR. HOFT:  It would be for expenses, attorney

15    expenses (indiscernible).

16               MR. BURBAGE:  Okay.  And can you just explain a

17    little bit what the Justice League does, to give some

18    context to that answer?

19               MR. HOFT:  Yeah, we set up the Justice League to

20    helped with our law (indiscernible) suits and to help with

21    legal matters, legal documents.  We also run the American

22    Gulag out of the Justice League, which is a separate

23    website.  And so, it's become quite expensive, as you know.

24    That's why we're here today and so that's why I set up the

25    Justice League originally.
```

Page 39

1          And it's also to promote the First Amendment.  We

2     have some cases, as you know, one that's going to be decided

3     in the Supreme Court any day, on free speech.  We're one of

4     the -- we're one of the top plaintiffs on that case.  And

5     so, it helps with our legal expenses.

6          MR. BURBAGE:  So, is the Justice League paying any

7     legal expenses for that Supreme Court case?

8          MR. HOFT:  No, but quite a bit of time.

9          MR. BURBAGE:  Okay.  Does the Justice League have

10    any business operations where it could pay back the Debtor

11    this amount of money?

12         MR. HOFT:  That's the plan.  That's the plan.

13         MR. BURBAGE:   Right, so you --

14         MR. HOFT:  We were able to -- we won one case, as

15    you know, in Arizona, a free speech case where they were --

16    the Maricopa County was preventing us from attending the

17    public gathering, public meetings with state officials or

18    Maricopa County officials and we had filed a claim and they

19    ended up paying us for damages.  And that was -- so that was

20    a case and that was some money that came back to help pay

21    for some of those expenses.

22         MR. BURBAGE:  Okay.  So is the extension of funds

23    by the Debtor to the Justice League, was that reflected in a

24    loan agreement?

25         MR. HOFT:  I know our accountant has that worked

Page 40

1    out, and so I think that that would be something she would

2    be able to answer.

3              MR. BURBAGE:  So, my question's slightly -- it's

4    not an accounting question.  It's more of, was this

5    agreement ever formally documented?

6              MR. HOFT:  I don't think there's a formal

7    agreement.

8              MR. BURBAGE:  Okay.  Was there any interest rate

9    on the loan?

10             MR. HOFT:  No, I don't believe so.

11             MR. BURBAGE:  Okay.  Are you aware of any payments

12   that the Justice League has made back to TGP Communications

13   on account of the loan?

14             MR. HOFT:  I'd have to look.

15             MR. BURBAGE:  Would that be a question that Jon

16   Burns would know the answer to?

17             MR. HOFT:  I think Jon Burns would know the answer

18   to that.

19             MR. BURBAGE:  Jon Burns, do you know the answer to

20   that question?

21             MR. BURNS:  I don't believe any payments -- well,

22   there may have been some payments that were made back on the

23   loan.  I'm not entirely sure.  There could have been a few,

24   but I'm not -- I don't -- as I sit here right now, I'm not -

25   - I can't say for sure.  I don't believe so.

Page 41

1          MR. BURBAGE:  Okay.  So, it sounds like there's

2     not a regular course of paying this loan back; is that fair?

3          MR. BURNS:  I mean, regular course?  I mean, I

4     would say that there's probably -- it probably has not been

5     paid back.

6          MR. BURBAGE:  Right, but is there a regular

7     schedule of payments to pay the loan back?

8          MR. BURNS:  A schedule of payments?  No.

9          MR. BURBAGE:  And does the loan have a maturity

10    date?

11         MR. BURNS:  No, not that I'm aware of.

12         MR. BURBAGE:  Okay.  And were -- would the parties

13    have been represented by separate counsel when this loan was

14    negotiated?

15         MR. BURNS:  No.

16         MR. BURBAGE:  Okay.  Moving to the loan receivable

17    about Joe Hoft, which is the third line item on the docket,

18    the document that I originally referenced, Docket 34.  Do

19    you recall when the Debtor provided this loan to Joe Hoft?

20         MR. HOFT:  I don't --

21         MR. BURNS:  Actually, if I could -- if I could

22    interject something real quick.  I just recalled something.

23    This is Jon Burns.  I just recalled something.  I believe

24    that the money that was recouped in the suit that we had

25    with -- that Justice League had with Maricopa County, I

Page 42

1   believe that those funds were ultimately remitted to TGP.

2   So, I think that there was a substantial payment made on the

3   loan.  I believe that that -- I believe that to be the case.

4   Sorry, I forgot about that.

5             MR. BURBAGE:  So, when would that payment have

6   been made?

7             MR. BURNS:  That would have been -- that would

8   have been sometime in the summer of 2023.

9             MR. BURBAGE:  Summer of 2023.  Okay.  But he would

10  -- I mean, as of the petition date, there was still an

11  outstanding loan to the Justice League for $150,000

12  according to Document No. 34.

13            MR. HOFT:  Yeah, that's right.

14            MR. BURBAGE:  Okay.

15            MR. HOFT:  Yeah.

16            MR. BURBAGE:  Okay.  Yeah, I'm just trying to

17  figure out what's owed to the Debtor as of the petition

18  date.

19            MR. HOFT:  Thank you.

20            MR. BURBAGE:  So, going back to the Joe Hoft loan,

21  when did the Debtor provide this loan to Joe Hoft?

22            MR. HOFT:  I'm going to have to look that up.  I

23  don't have that information in front of me.  I can get that

24  to you, to the Court.

25            MR. BURBAGE:  Yeah, if you could provide a copy of

Page 43

1    that document that would be -- that would be helpful.  Do

2    you recall what this loan was for?

3              MR. HOFT:  I don't have that information in front

4    of me.  I don't recall.

5              MR. BURBAGE:  Was the loan reflected in a loan

6    agreement?

7              MR. HOFT:  I don't have that information.  I don't

8    know if I had a formal document.  I'm going to have to

9    search for that.

10             MR. BURBAGE:  So, do you know if there was an

11   interest rate on the loan?

12             MR. HOFT:  He's my twin brother and so I don't --

13   I wouldn't put an interest rate on a loan to my brother.

14             MR. BURBAGE:  Right, but this is a loan that TGP

15   Communications is making, not you personally.

16             MR. HOFT:  Correct.

17             MR. BURBAGE:  Is that right?

18             MR. HOFT:  Yeah.

19             MR. BURBAGE:  Okay.  And do you know if there was

20   a maturity date on this loan?

21             MR. HOFT:  I don't have that in front of me, that

22   information.  I don't -- I'd have to look that up.

23             MR. BURBAGE:  Okay.  And when you say look it up,

24   what -- if there's no document that is reflecting this, what

25   would you sort of do to ascertain the answer to those

Page 44

1    questions?

2            MR. HOFT:  I'm going to have to look back through

3    emails and documents I saved and see what I have on this.

4            MR. BURBAGE:  Okay.  So, I want to stay on

5    Document No. 34 and actually go one page before Page 11, so

6    Page 10 of 30 which lists the mutual funds, which there's a

7    Robin Hood account and then there are three Charles Schwab

8    accounts.  Do you see those?

9            MR. HOFT:  Sure.

10           MR. BURBAGE:  So, we'll just go through them one

11   by one.  With the Robin Hood account, is there -- are there

12   any other beneficiaries besides the Debtor to the assets in

13   that account?

14           MR. HOFT:  No.  That would just be TGP.

15           MR. BURBAGE:  Okay.  And for the Charles Schwab

16   account, account number 4627 which is -- it says 401(k), are

17   there any beneficiaries besides TGP?

18           MR. HOFT:  I'll have to pull those documents up

19   and see.

20           MR. BURBAGE:  Who is the beneficiary of the 401(k)

21   account?  Is that for an employee --

22           MR. HOFT:  Well --

23           MR. BURBAGE:  -- TGP?

24           MR. HOFT:  I believe it's a personal 401(k).

25           MR. BURBAGE:  Is it your personal 401(k)?

Page 45

```
1              MR. HOFT:  I believe so.
2              MR. BURBAGE:  Okay.  And is that because you're an
3    employee of TGP?
4              MR. HOFT:  It's -- yes.  I set that up.  I started
5    that a number of years ago, I believe.
6              MR. BURBAGE:  Okay.  It just -- it was unclear
7    from the last 341 meeting, but how many employees does TGP
8    have?
9              MR. HOFT:  So, I'm currently the only employee.
10             MR. BURBAGE:  Okay.  Okay, got it.  Shifting back
11   to the Charles Schwab account, Charles Schwab account 82 --
12   ending in 8256, are you aware of any other beneficiaries
13   besides the Debtor for this account?
14             MR. HOFT:  No, that would be this -- that would be
15   TGP and myself, being the only employee.
16             MR. BURBAGE:  Okay.  And then Charles Schwab
17   account ending in 2360.  Are there any other beneficiaries
18   to that account besides TGP?
19             MR. HOFT:  No, that would have been myself.  I
20   believe I set these up back in 2016, '17, started these.
21   And I was certainly the only employee I didn't have too many
22   contractors working for me at the time.  So, that's when I
23   set these up.
24             MR. BURBAGE:  Okay.  And are there any limitations
25   on your ability to sell the stocks or mutual funds or
```

Page 46

1    whatever is in these accounts?

2              MR. HOFT:  I'm not sure.

3              MR. BURBAGE:  Would you expect there to be any?

4              MR. HOFT:  I'm not sure.

5              MR. BURBAGE:  Okay.  Have -- has the Debtor made

6    any contributions to these accounts within the past year?

7              MR. HOFT:  I believe I -- that Schwab still takes

8    money out of our account and so that goes into these

9    accounts every year.

10             MR. BURBAGE:  I'm sorry, I wasn't quite following

11   that.  So, is the answer yes, you think there has been

12   contributions that have been made in the past 12 months?

13             MR. HOFT:  Yes.

14             MR. BURBAGE:  Okay.  To the extent that there are

15   any documents governing the limitations on liquidating these

16   investments, can we receive a copy of those?

17             MR. HOFT:  I think that's fine.  I think we can

18   provide that.

19             MR. HOUSTON:  Hey, Jim, it's Bart Houston.

20             MR. BURBAGE:  Yeah.

21             MR. HOUSTON:  If you would just give me a short

22   email or a letter on what documents you want, I'll be glad

23   to do it absent a formal request.

24             MR. OCHS:  Please copy the United -- this is

25   Martin Ochs.  This is Martin Ochs.  Please copy the United

Page 47

1    States Trustee with those, with the request and the

2    documents.  Thank you.

3              MR. HOUSTON:  Will do.

4              MR. BURBAGE:  Yeah, will do.  So, staying on

5    Document No. 34, just a few questions about the 2021 Porsche

6    Cayenne, which is referenced on Page 6 of that document.  Do

7    you recall when the Debtor acquired the Porsche?

8              MR. HOFT:  It's been a few years ago.  I can look

9    that up.  I don't know the exact date.

10             MR. BURBAGE:  Okay.  Do you recall from where you

11   acquired the Porsche?

12             MR. HOFT:  That would have been a Porsche

13   dealership in St. Louis.

14             MR. BURBAGE:  Okay.  Ballpark, do you recall the

15   purchase price of the Porsche?

16             MR. HOFT:  I'd have -- I'll have to look that up.

17   I believe it was around maybe 70,000.

18             MR. BURBAGE:  Okay.  And what is the -- is there a

19   corporate purpose for the Porsche?

20             MR. HOFT:  It's the car that I've used when I'm in

21   St. Louis for business and --

22             MR. BURBAGE:  So it's a company car.  Okay, so

23   it's not in Florida?

24             MR. HOFT:  No.  I have a separate car in Florida.

25             MR. BURBAGE:  Okay.  And is the Porsche owned

```
1    outright?

2            MR. HOFT:  It was -- yeah, it was paid for in

3    cash.

4            MR. BURBAGE:  Okay.  So, there's no outstanding

5    lease payments that are due on the Porsche?

6            MR. HOFT:  No.

7            MR. BURBAGE:  Okay.  So, staying on Document 34,

8    could you go to Page 28 of that document?  And on Page 28,

9    I'm looking at -- there's a list that says certain payments

10   or transfers to creditors within 90 days before the filing

11   of the case.  Let me know when you see that.

12           MR. HOFT:  Okay.

13           MAN:  I'm not there.

14           MR. BURBAGE:  Are you there?

15           MR. HOFT:  Yes, I am.

16           MR. BURBAGE:  Okay.  So, the second line item, it

17   says (indiscernible) and then there's a transfer of a little

18   over $33,000.  Do you see that?

19           MR. HOFT:  Yes.

20           MR. BURBAGE:  Is this -- this is a payment to your

21   partner, correct.

22           MR. HOFT:  Correct.

23           MR. BURBAGE:  Okay.  And it says the payment was

24   for telephone/internet services.  Can you explain exactly

25   what services the -- was being provided to the Debtors?
```

```
1              MR. HOFT:  So, Jezreel runs the social media and
2      he has -- there's obviously Twitter, Facebook, True Social,
3      Telegram, Instagram, and a few others, Getter.  So he runs
4      those accounts.
5              MR. BURBAGE:  Okay.  And about how much of his
6      time was this in compensation for?
7              MR. HOFT:  It depends on the month, how much he
8      earns.
9              MR. BURBAGE:  Okay.  So, $33,000 would that be
10     about one month's worth of work?
11             MR. HOFT:  That's three months.
12             MR. BURBAGE:  Okay.  This would have been three
13     months.  And do you have any -- do you have any sense of
14     whether the amount that the Debtor is paying Jez each month
15     for these services, whether that is reflective of similar
16     services that the Debtor could acquire in the market?
17             MR. HOFT:  Oh, Jez is -- yeah, I -- definitely.
18             MR. BURBAGE:  Okay.  A few lines further down
19     there is there's a payment to Jim Hoft for a little over --
20             MR. HOFT:  Yes.
21             MR. BURBAGE:  -- $17,000.  Was this a payment in
22     connection with your regular salary?
23             MR. HOFT:  I believe that -- and I -- I believe
24     that is a monthly payment that that's -- so it would be a
25     monthly salary that goes to my personal account.
```

Page 50

1           MR. BURBAGE:  Okay.  This is --

2           MR. HOFT:  (indiscernible).

3           MR. BURBAGE:  -- like one of the -- one of the

4     months is missing because it's around $9,000.

5           MR. HOFT:  It looks like one of the months might

6     be missing, but that's how -- that's the, yeah, personal

7     amount that I make.

8           MR. BURBAGE:  Okay.  And then there is also a

9     $95,000 payment to the Justice League?

10          MR. HOFT:  Okay.

11          MR. BURBAGE:  Underneath that.

12          MR. HOFT:  Correct.

13          MR. BURBAGE:  Do you recall what this payment was

14    for?

15          MR. HOFT:  Well, this is money that goes to

16    Justice League for, as we explained, legal causes and other

17    tasks that they perform.

18          MR. BURBAGE:  Okay.  So, this is -- this is

19    different than the loan that's outstanding that the Justice

20    League owes TGP, though?

21          MR. HOFT:  I'm not sure about that.  I'd have to

22    look into that.

23          MR. BURBAGE:  Okay.  Would Jon Burns know the

24    answer to that?

25          MR. HOFT:  Yeah --

Page 51

```
 1              MR. BURNS:  This is Jon.  Yeah.  That money is not

 2      -- that' snot a loan.

 3              MR. BURBAGE:  Okay.  Is the way to think about

 4      that payment, it's basically legal services that Justice

 5      League would have charged TGP?

 6              MR. BURNS:  Yes.

 7              MR. BURBAGE:  Okay.

 8              MR. BURNS:  I mean -- well, I mean for the most

 9      part, yes.  I mean, that is a component to it.  As Mr. Hoft

10      mentioned a few minutes ago, there are other things that

11      Justice League does as well.

12              MR. BURBAGE:  Okay.  Got it.  So, I'd like to talk

13      a little bit about the Debtor's insurance policies, and

14      there are two that are referenced on Docket No. 13.  The

15      first is media liability insurance policy.  Are you familiar

16      with that policy?

17              MR. HOFT:  I believe that's the same policy we

18      have -- and Jon correct me -- that we're using on this, the

19      lawsuits with Ruby and Shaye and Coomer.  Is that correct,

20      Jon?  Isn't that the same policy?

21              MR. BURNS:  I believe so.  What document number

22      was this?  I'm sorry, I -- you cut out.

23              MR. BURBAGE:  This is Document No. 13.

24              MR. BURNS:  One moment.  One moment.  Okay, I'm

25      there.
```

                                                                    Page 52

1                    MR. BURBAGE:  Yeah, the reference to the media

2       liability insurance policy.

3                    MR. BURNS:  I'm sorry, what line was this?  What

4       bullet or, you know, what number?

5                    MR. BURBAGE:  Hold on one second.  I'm just

6       pulling up the document.

7                    MR. BURNS:  I think it's number 10; is that right?

8                    MR. BURBAGE:  Yeah, that's right, the list of all

9       the insurance policies.

10                   MR. BURNS:  Yes.  That, I believe that that's the

11      -- yes, that's got to be the one.

12                   MR. BURBAGE:  Okay.  And this is the insurance

13      policy that's covering the litigation costs of the lawsuits

14      initiated by Dr. Coomer and also Ruby and Shaye?

15                   MR. BURNS:  Ruby and Shaye and more recently Dr.

16      Coomer.  There was a question as to whether or not the

17      policy applied to Dr. Coomer's case, but it's -- but, so

18      relative -- so that -- so the coverage for Dr. Coomer's case

19      has been more recent, but yes, for -- certainly for the case

20      of Ms. Freeman and Ms. Moss.

21                   MR. BURBAGE:  Okay.  So, about how much of the $2

22      million policy has been spent, defending those two lawsuits?

23                   MR. BURNS:  So they -- I'm going to have to give

24      you a ballpark figure, because I don't have the precise

25      amount, but I --

1          MR. BURBAGE:  Okay.

2          MR. BURNS:  I believe it's approximately 1.2 or

3     1.3 million remaining.  I might be -- however, I apologize,

4     but I could be off by approximately $50,000 or $100,000.

5          MR. BURBAGE:  Okay.  Got it.  There's also a

6     reference to a captive insurance policy.  Can you explain

7     what that is?

8          MR. BURNS:  Yes, I mean, it's a captive -- it's a

9     captive insurance policy, so it's a self-insurance policy,

10    essentially.

11         MR. BURBAGE:  Okay.  That's not a policy that's

12    paying any of the expense costs for the two litigations we

13    were just talking about?

14         MR. BURNS:  That's correct.

15         MR. BURBAGE:  Okay.  Excuse me, I'm just looking

16    at my notes.  I'd like to go to a different document which

17    is Docket No. 17.  Actually, excuse me.  Before we just

18    leave the topic of the insurance policies, it sounds like

19    that insurance policy, the media professionals liability

20    policy, is covering the cost of Dr. Coomer's litigation.  I

21    just want to make sure that -- it sounds like there was a

22    dispute, but that dispute got resolved and that the

23    insurance policy is covering those costs; is that right?

24         MR. BURNS:  That is correct.

25         MR. BURBAGE:  Okay.  So, could you pull up Docket

1    No. 17?

2           MR. BURNS:  Yes, I'm there.

3           MR. BURBAGE:  Okay.  If you go to Page 3 of 6,

4    this is the balance sheet of TGP Communications as of March

5    31st.

6           MR. BURNS:  Yes, sir, I'm there.

7           MR. BURBAGE:  Towards the bottom of the page,

8    there is a number of line items about equity, and there is a

9    line that says owner's equity, and underneath that there are

10   four lines that says contributions, draws, estimated

11   (indiscernible) taxes, estimated MO taxes.  Do you see

12   those?

13          MR. BURNS:  Yes, I do.

14          MR. BURBAGE:  Can you explain what the $691,000

15   figure for draws, what that represents?

16          MR. BURNS:  I wish I could.  I'm not,

17   unfortunately, I'm not an accountant.  It -- I'm sure it was

18   explained to me at one point, but I can't -- I -- as I sit

19   here, I can't recall how that is structured.  So, I don't

20   have that -- I don't know how to answer the question because

21   I don't know.

22          MR. BURBAGE:  Okay.  Mr. Hoft, do you know the

23   answer to that question?

24          MR. HOFT:  No.  I would defer to our accountant.

25          MR. BURBAGE:  Okay.  Let me ask it this way.  Have

Page 55

1    you taken any equity withdrawals from TGP Communications?

2              MR. HOFT:  I don't believe so.

3              MR. BURNS:  That's -- and that's if you know the -

4    - if you know the answer to the question.

5              MR. HOFT:  Yeah, I -- okay.  I don't know the

6    answer to the question.  I don't believe so.

7              MR. BURBAGE:  Okay.  Has TGP ever paid any taxes

8    on your behalf as an individual?

9              MR. HOFT:  No.

10             MR. BURBAGE:  Okay.  So, do you know what those

11   two line items are referring to, the estimated federal taxes

12   and estimated MO taxes?

13             MR. HOFT:  What page is that again?

14             MR. BURBAGE:   It's on Page 3 of 6.

15             MR. HOFT:  Okay.  Let's see.  Okay, I'm on the

16   page.  I don't see a tax line here.  Where is that at?  Page

17   3 of 6?

18             MR. BURBAGE:  Yeah, page 3 of 6 towards the

19   bottom.  It says equity, and then underneath that ---

20             MR. HOFT:  Okay.

21             MR. BURBAGE:  Owner's equity contributions, then

22   draws --

23             MR. HOFT:  Okay.

24             MR. BURBAGE:  (indiscernible).  Are you aware of

25   the Debtor having made tax payments on account of you as the

Page 56

1    individual equity owner?

2              MR. HOFT:  I don't believe so.  Yeah, because we -

3    - yeah, I would say -- I would say I pay my own taxes

4    individually and then we, of course, we have to pay these

5    other taxes that I'm, you know, that I'm paying each year

6    for the business.

7              MR. BURBAGE:  Okay.  And are you aware of any

8    dividends that you've taken from the company?

9              MR. HOFT:  I'm not aware of that, but my

10   accountant would know.

11             MR. BURBAGE:  Okay, so you don't know what the --

12   what this figure, this $691,000 figure with respect to draws

13   is referring to?

14             MR. HOFT:  I'm -- that's not something, that I

15   know offhand.  I'd have to talk to Tammy, our accountant.

16             MR. BURBAGE:  Okay.  And -- okay, and just one

17   last set of questions.  In what state is TGP Communications,

18   LLC incorporated?

19             MR. HOFT:  It's incorporated in Missouri in 2013,

20   and then in Florida in the past year with.

21             MR. BURBAGE:  We've got the -- we notices in April

22   2024, there was -- the Debtor filed an application by the

23   foreign limited liability company for authorization to

24   transact business in Florida.  Is that the filing you're

25   referring to?

1          MR. HOFT:  The foreign registration form, I

2  believe?

3          MR. BURBAGE:  Yeah.

4          MR. HOFT:  That would have been something, yes,

5  that we filed.

6          MR. BURBAGE:  Okay.  And was that filed in April

7  of April of 2024?

8          MR. HOFT:  Yes.

9          MR. BURBAGE:  Okay.  And did the Debtor move to

10  Florida in April of 2024?

11          MR. HOFT:  I've been a resident of Florida for a

12  couple of years.

13          MR. BURBAGE:  Okay.  Is there a reason why the

14  Debtor didn't file this application to transact business in

15  Florida prior to April of 2024?

16          MR. HOFT:  I would say I -- it wasn't something

17  that came up on my radar immediately and -- but we -- I've

18  been a resident down there in Florida for a couple of years

19  now.

20          MR. BURBAGE:  Okay.  So, when did you ultimately

21  decide to file TGP Communications for bankruptcy?

22          MR. HOFT:  Within the past couple of months?

23          MR. BURBAGE:  Okay.  That had been something

24  you've been contemplating for several months?

25          MR. HOFT:  Yeah, certainly.

Page 58

```
1              MR. BURBAGE:  Okay.  And ultimately, what were the

2    factors that led you to the conclusion that TGP should file

3    for bankruptcy?

4              MR. HOFT:  I would say the lawsuits we're

5    currently facing and the expenses of the lawsuits.

6              MR. BURBAGE:  Are there any expenses to those

7    lawsuits that aren't being covered by the insurance policy?

8              MR. HOFT:  The insurance policies, as you know,

9    are dwindling down and so that was a serious reason that I

10   looked at the situation I was in and decided that bankruptcy

11   would be a good option.

12             MR. BURBAGE:  I guess, say more, how did you reach

13   the conclusion that after you spent, call it $700,000 of the

14   insurance policy, that now that was the time to file for

15   bankruptcy?

16             MR. HOFT:  Well, because we spent -- I believe

17   around 300,000 of it in the first couple of years, and now

18   we're spending an enormous amount each month as the activity

19   picks up.  And which -- it's chopping into the insurance

20   policy much, much quicker than it was before.  And certainly

21   we don't -- we see that increasing, and so we thought it was

22   a -- it was the best option for us would be to declare the

23   bankruptcy.

24             MR. BURBAGE:  Okay.  And putting aside the

25   lawsuits for a moment, is the company profitable based on
```

1     its operations?

2           MR. HOFT:  Well, we are spending so much on these

3     policies, the Coomer policies picking back up now because we

4     lost this appeal after a couple of years, so those -- that'

5     smore money that we're spending there.  Are we profitable?

6     I don't -- we've never been, you know, enormously

7     profitable.

8           MR. BURBAGE:  But -- hold on.  Is TGP

9     Communications paying money each month outside of the

10    insurance policy for these lawsuits?

11          MR. HOFT:  I -- well, I think Jon would be better

12    able to answer that.  I think there's some expenses Jon has

13    that I'm actually paying from TGP that we're not declaring.

14    Is that correct, Jon?

15          MR. BURNS:  No, that's not true.

16          MR. HOFT:  Okay.

17          MR. BURBAGE:  Okay, so just so I -- just so I've

18    got it clear.  Is it fair that -- is it fair to say that the

19    costs of the litigation are being covered by the insurance?

20    And by litigation, I'll be specific of both the Eric Coomer

21    litigation and litigation from Ruby and Shaye, the cost of

22    those litigations are being paid for by the $2 million

23    insurance policy?

24          MR. BURNS:  So, yes, that is the case presently.

25    That was not always the case.  And so, there have been some

Page 60

```
 1    -- there were some that, as I mentioned, the policy, there
 2    was some question as to whether or not the policy, you know,
 3    covered the Coomer matter.  And so, that -- so, the policy
 4    didn't always cover the Coomer matter.  It does show.
 5              MR. BURBAGE:  Okay.
 6              MR. BURNS:  All right.  Well, it to be -- I mean,
 7    it does now, subject to, you know, the bankruptcy and given
 8    that the, you know -- I guess technically it doesn't cover
 9    it right now because that's -- it's tied -- you know, the
10    bankruptcy (audio glitch) tied up.
11              MR. BURBAGE:  Okay.
12              MR. BURNS:  Pending approval of the bankruptcy --
13              MR. BURBAGE:  Right.  So, if these litigations
14    didn't exist, would there be any reason for TGP to file for
15    bankruptcy?
16              MR. HOFT:  Is that to Jon?
17              MR. BURNS:  No.  I mean, the reason for the
18    bankruptcy are the lawsuits.
19              MR. BURBAGE:  Okay.  So the Debtor, certainly
20    based on the monthly operating reports that we've seen and
21    the financial disclosures that have been made, it seems that
22    the creditors and the debts that the company is incurring in
23    the ordinary course of business, that the debtor is
24    generating enough money to pay those creditors; is that
25    right?
```

```
1              MR. BURNS:  So, I think the concern -- the concern

2       here is the rapidity of the -- or the burn rate, I guess, on

3       the different lawsuits, so --

4              MR. BURBAGE:  No, I appreciate that point.  I

5       guess my point is slightly different, which is just putting

6       aside the lawsuits, if you were just to look at the Debtor's

7       operations and the creditors that the Debtor has, are like

8       the writers and those folks --

9              MR. BURNS:  Correct.

10             MR. BURBAGE:  It seems like the Debtors have the

11      ability to pay those folks in the ordinary course of

12      business based on the revenue it makes.  Is that fair?

13             MR. BURNS:  Yes.

14             MR. BURBAGE:  Okay.  Let me just check my notes,

15      but I think that's everything I've got.  Hold on one second.

16             Okay, just two more clarifying questions.  Just

17      going back to actually where we started, which was the loan

18      that the Debtor made to you, Jim, in order to acquire the

19      condo.  You said that the purchase price from the condo was

20      actually a little bit less than the loan that was extended.

21      Was the difference, was that to cover the closing costs?

22             MR. HOFT:  Certainly, it did pay for the closing

23      cost, but there was some extra money, too, that we spent on

24      some necessities and purchases for the condominium.

25             MR. BURBAGE:  So, and then who did you require the
```

Page 62

```
 1    condo from?

 2            MR. HOFT:  I don't have that document in front of

 3    me.  We bought it from a -- it's -- I don't have that

 4    information in front of me.  I could -- I think you have a

 5    copy of that.  Bought and worked through a realtor down

 6    there.

 7            MR. BURBAGE:  Okay.  And do you know who the legal

 8    entity is that currently owns the condo?

 9            MR. HOFT:  I believe it's main -- is it Main

10    Street, Jon?

11            MR. BURNS:  Yes.

12            MR. BURBAGE:  And who is Main Street?

13            MR. BURNS:  It's an LLC.

14            MR. BURBAGE:  it's an LLC.  Is that wholly owned

15    by Jim?

16            MR. BURNS:  Yes.

17            MR. BURBAGE:  Okay.  What -- where is the LLC

18    incorporated?

19            MR. BURNS:  I'd have to double check on that.  It

20    may be -- it may be incorporated in Florida.  I don't recall

21    offhand.

22            MR. BURBAGE:  Okay.  And do you recall the full

23    name of the LLC?

24            MR. BURNS:  Yes.  Right, well, I think so.  I

25    believe it's 2021 Main Street, LLC.  I believe.
```

Page 63

```
1              MR. BURBAGE:  Okay.  Okay.  I think that is --
2       that's all the questions that we've got.  Thank you.
3              MR. OCHS:  Okay.  Thank you.  Okay.  If Dr.
4       Coomer's attorney wants to go ahead, please do so.
5              MR. CHAPPLE:  Thank you very much.  Good morning.
6       My name is Ryan Chapple.  I'm one of the attorneys for Dr.
7       Eric Coomer.  Mr. Hoft and Mr. Burns, can you all hear me
8       okay?
9              MR. BURNS:  Yes, sir.
10             MR. HOFT:  Yes.
11             MR. CHAPPLE:  Okay.  And first of all, just for
12      the record and for clarity's sake, after this 341 meeting I
13      will get with Mr. Burbage and Debtor' counsel -- I
14      apologize.  I don't have your name in my head right now, but
15      I'll join in the document request via email.  We will copy
16      the United States Trustee, but I just wanted everyone to
17      have a heads up that I would be part of that document
18      request.
19             And from my perspective, the documents will likely
20      focus on the three loans listed, the condo loan, the loan to
21      Mr. Hoft's brother, and the loan to Justice League.  And
22      then also focus on some of the insurance issues that Mr.
23      Burbage was just discussed.  So, --
24             MAN:  Got it.
25             MR. CHAPPLE:  With that, Mr. Hoft, if you can hear
```

Page 64

```
 1    me, were you the one who made the decision to -- for the

 2    Debtor to loan money to you, for the purchase of the

 3    condominium?

 4              MR. HOFT:  That would have been through advice of

 5    my attorneys and my accountants.

 6              MR. CHAPPLE:  Which attorneys were those?

 7              MR. HOFT:  That would have been Mr. Burns.

 8              MR. CHAPPLE:  Okay.  Was that loan, the initial

 9    loan that we've been discussing today, was that loan made to

10    you individually or was it made to this new entity that we

11    just discussed this 2021 Main Street, LLC?  Do you have any

12    idea?

13              MR. HOFT:  I don't.  I don't know that offhand.

14              MR. CHAPPLE:  And what was the business position

15    of the Debtor to make that loan to you for the purchase of

16    the condominium?

17              MR. HOFT:  Can you repeat that?

18              MR. CHAPPLE:  Why did you on behalf of the Debtor,

19    make the decision to loan the money to you either

20    individually or to this entity that you own and control,

21    2021 Main Street, LLC, to purchase the condominium in

22    Florida?

23              MR. HOFT:  Right.  well, I use it as a place of

24    business because I work out of my home.

25              MR. CHAPPLE:  Okay.  Is that it?
```

Page 65

1                MR. HOFT:  And the location was selected because

2      my twin brother lives in the area and Joe was a --

3                MR. CHAPPLE:  Okay.

4                MR. HOFT:  He was a contract employee at the time.

5                MR. CHAPPLE:  And you're currently the only

6      employee of the Debtor, correct?

7                MR. HOFT:  Correct.

8                MR. CHAPPLE:  I've got a few questions about the

9      insurance structure relating to the Debtor, and Mr. Burns,

10     you may have more information on these issues.  Was it your

11     testimony earlier that coverage didn't begin for the Coomer

12     litigation until more recently?  And if that was your

13     testimony, can you provide us with any sort of -- any sort

14     of date of when that started?

15                MR. BURNS:  Yes, that was my testimony, and the

16     date, it would have been sometime in between quarter one and

17     quarter two.  I want to say March or -- I would say

18     approximately March.  Maybe February.  I don't --

19                MR. CHAPPLE:  What year are we talking about?

20                MR. BURNS:  Sorry, sorry.  This year, 2024.

21                MR. CHAPPLE:  When did the Debtor tender to the --

22                MR. BURNS:  There was -- yeah, so there was a

23     question about that.  Initially -- there was a question

24     about that and originally, we didn't believe that there was

25     coverage, quite frankly, but after a further review which

Page 66

1    was conducted, it took a while, actually, but, you know, we

2    were -- we had pressed for a review back in -- towards the

3    end of 2023, but it took --

4              MR. CHAPPLE:  (indiscernible).  Excuse me. I'm

5    sorry to talk over you.  Were you done?

6              MR. BURNS:  Yeah, yeah.  That -- I'm done.

7              MR. CHAPPLE:  When you said you press -- we

8    pressed in 2023, help me understand who the we is, and who

9    you were pressing and what the issue --

10             MR. BURNS:  Sorry.  I guess the royal we.  Me, on

11   behalf of TGP, working with the insurance company.

12             MR. CHAPPLE:  So, I believe Dr. Coomer initially

13   filed suit in December of 2020?

14             MR. BURNS:  --- understand.

15             MR. CHAPPLE:  Was there communication between the

16   Debtor and the carrier -- well, strike that.  When did

17   communication between the Debtor and the carrier with regard

18   to the criminal litigation (indiscernible)?

19             MR. BURNS:  I don't recall.  I don't remember the

20   original.

21             MR. CHAPPLE:  Well, would it have been -- can you

22   narrow it down to a year it was initiate -- the litigation

23   was filed in December of 2020, so it's been going on for a

24   while.

25             MR. BURNS:  Correct.  I don't -- I wish I could be

Page 67

```
1    more specific.  I can't state -- I can't state it with any

2    amount of certainty.  I couldn't.  I don't want to mistake

3    something.

4              MR. CHAPPLE:  Okay.  Other than -- when I say the

5    Coomer litigation, we're clear on what I'm referring to,

6    correct, the litigation that -- initiated by my client, Dr.

7    Coomer?

8              MR. BURNS:  Yes, that's pending in Denver District

9    Court.

10             MR. CHAPPLE:  Correct, and then there's the

11   Freeman litigation, correct?

12             MR. BURNS:  Yes, sir.

13             MR. CHAPPLE:  Other than those two pieces of

14   litigation, the Freeman litigation and the Coomer

15   litigation, are you aware of any other claims or claimants

16   against the Debtor during the policy period of the coverage

17   that we're discussing today?

18             MR. BURNS:  No.

19             MR. CHAPPLE:  Other than the media professional

20   liability policy that's listed in Docket No. 13, which you

21   discussed with Mr. Burbage earlier on Page 2, Section 10,

22   are you aware of any other potentially applicable policies

23   on which the Debtor is a named insured, whether it's a

24   primary, an excess, or an umbrella policy?

25             MR. BURNS:  No, sir.
```

Page 68

```
1              MR. CHAPPLE:  On the policy that we're talking
2     about here, the media professional liability policy that's
3     listed as (indiscernible), is Mr. Hoft or Jim Hoft an
4     additional insured?
5              MR. BURNS:  Yes.
6              MR. CHAPPLE:  Is Justice League --
7              MR. BURNS:  Well -- well, I mean, yes, he is.  He
8     falls -- according to -- the short answer is I'm not
9     entirely sure.  I don't have the dec page in front of me,
10    but the insurance company certainly has covered him at least
11    in the Freeman case and in the Coomer case.  He has been --
12    he is covered under the policy.  And in the Freeman case,
13    Joe Hoft is covered as well.
14             MR. CHAPPLE:  Other than the Debtor, Joe Hoft, Jim
15    Hoft, are there any other either named insureds or
16    additional insureds under this policy?
17             MR. BURNS:  I mean, I believe that as it has been
18    explained to me by the insurance company, I believe that the
19    insurance, you know, inures to the benefit of the
20    contractors as well in terms of the coverage.  So, had there
21    been other -- if there were other contractors who had been
22    named in the suit in either of the suits, I believe that
23    they would have been covered as well.  That's my
24    understanding.
25             MR. CHAPPLE:  And when you say contractors, you're
```

Page 69

1    talking about the contract riders that have been discussed

2    in the various hearings in this case?

3              MR. BURNS:  Yes, sir.

4              MR. CHAPPLE:  Okay.  Circling back to the Justice

5    League, I know the amended schedules and statement that have

6    been discussed today, there's a loan listed in the amount of

7    $150,000.  And I know there were some payments made to the

8    Justice League in the 90 days prior to the bankruptcy.  Do

9    you know, is the $150,000 loan that has been discussed

10   today, was that a one-time payment?  Were those payments

11   made over a period of time?  Do you have any idea?

12             MR. BURNS:  I -- as I sit here, I do not.  I don't

13   recall that information.  It may have been, but I can't say

14   with certainty, so I don't want to misstate something.

15             MR. CHAPPLE:  And who created the Justice League?

16   Was it Mr. Hoft?  Was it you and Mr. Hoft?  Was it Mr. Hoft

17   and his brother and you?  Who created it?

18             MR. BURNS:  It was myself on behalf of Mr. Hoft.

19             MR. CHAPPLE:  Mr. Hoft's decision to create the

20   Justice League?

21             MR. BURNS:  I'm sorry, was your question whether

22   was Mr. Hoft's decision to create the Justice League?

23             MR. CHAPPLE:  That's correct.

24             MR. BURNS:  Yes, it was.

25             MR. CHAPPLE:  And does the Justice League have any

Page 70

1    employees?

2              MR. BURNS:  It does not.

3              MR. CHAPPLE:  And does it have a board or

4    managers?

5              MR. BURNS:  Mr. Hoft is the sole member manager.

6              MR. CHAPPLE:  Okay.  You do not hold a position

7    with the Justice League and are you not an employee?

8              MR. BURNS:  I am not an employee, but I am the

9    general counsel and executive vice president.

10             MR. CHAPPLE:  Of the Justice League?

11             MR. BURNS:  Yes, sir.

12             MR. CHAPPLE:  And do you hold the same position

13   with the Debtor?

14             MR. BURNS:  I do.

15             MR. CHAPPLE:  Do you hold any position with any

16   other company or entity affiliated with Mr. Hoft?

17             MR. BURNS:  Formally, no, although I do advise Mr.

18   Hoft on a number of matters.

19             MR. CHAPPLE:  In his personal capacity?

20             MR. BURNS:  Yes.

21             MR. CHAPPLE:  Okay.  That's all I have for right

22   now.  Thank you.

23             MR. OCHS:  Okay, thank you.  The Sub V Trustee had

24   to step off.  I have a few questions that I'm going to ask

25   and then we'll be able to wrap this meeting up.

```
1               So, I'd like to go back to the monthly operating

2      report.  At the top of the monthly operating report on Page

3      1, there are a series of questions.  Some are answered yes

4      and some are answered no, but in particular question number

5      one, "Did the Debtor -- did the business operate during the

6      entire reporting period?" and the box no is checked.  What -

7      - why does it say no that the Debtor did not operate during

8      the entire period?  Did the Debtor cease operating for a

9      period of time?

10              MR. BURNS:  Mr. Ochs, just a quick question.  I'm

11     sorry.  Could you direct me to the document number?

12              MR. OCHS:  Okay.  It is Document No. 51 on the

13     docket.  This is the one we spent a fair amount of time with

14     before because there's some confusion about the document

15     itself, but it's Document No. 51, Page 1, and then question

16     number one.  "Did the business operate during the entire

17     period?"

18              MR. HOUSTON:  This is Bart Houston.  To my

19     knowledge that has to be an error.

20              MR. OCHS:  Okay.

21              MR. BURNS:  Yeah, I would -- that's an error.  I

22     mean, the business has been operating.  It operates today

23     and it operated during this time period.

24              MR. OCHS:  Okay.  And then question number five,

25     "Have you deposited all of the receipts of your business
```

Page 72

```
1    into the Debtor in Possession (DIP) accounts?"  Again,

2    that's checked no.  Why is that?

3              MR. BURNS:  I believe that that's because as of

4    the date of the Court or the date of the filing, that was

5    the correct -- that was the truthful answer.  However, as

6    you know, as we sit here today, that is no longer the

7    correct answer because all of the bank accounts have been

8    closed and consolidated to the DIP account.

9              MR. OCHS:  But the answer remains that the --

10   there were funds that were -- DIP funds deposited in non-DIP

11   accounts; is that correct?

12             MR. BURNS:  I'm sorry, you cut out there for a

13   second.  I apologize.

14             MR. OCHS:  The answer remains that there was --

15   that there were DIP funds that were not deposited into the

16   DIP account; is that true or false?

17             MR. BURNS:  As of the filing of the report?  Yes,

18   I believe that that's the case, because they had not yet

19   been consolidated.  Some of the -- some of them had not been

20   consolidated yet.

21             MR. OCHS:  Do you know what accounts they were

22   deposited into?

23             MR. BURNS:  They were only deposited into the

24   Debtor in Possession account.

25             MR. OCHS:  All right.  Mr. Hoft, you made
```

Page 73

1    reference during this 341 meeting to say down there in

2    Florida.  Where are you sitting right this minute?  Where

3    are you?

4               MR. HOFT:  Who's that question for?

5               MR. OCHS:  Mr. Hoft.

6               MR. HOFT:  I'm currently sitting in Saint Louis.

7               MR. OCHS:  Okay.  When was the last time you were

8    in Florida?

9               MR. HOFT:  I spent the winter there and I came

10   back and then -- to Saint Louis, then I went to Florida, I

11   think for another month, then I came back, and then I went

12   down to Florida again for a few weeks for some events that

13   we had scheduled, and then I came back to Saint Louis.  So,

14   I've been here a little over a month right now.

15              MR. OCHS:  If the business is located in --

16              MR. HOFT:  But I'm returning because I have

17   another event next week, and I was going to come back last

18   week, but our event was canceled.  So, once I return to

19   Florida, then I'll be in Florida for quite -- you know,

20   quite some time.

21              MR. OCHS:  If the business is located in Florida,

22   why are you still spending time in Missouri?

23              MR. HOFT:  Sir, I spend most of my time in

24   Florida.

25              MR. OCHS:  That didn't answer my question.  Why

Page 74

```
 1    are you still spending time in Missouri?

 2              MR. HOFT:  Well, I also have a residence in

 3    Missouri, but I spend most of my time in Florida, sir.

 4              MR. OCHS:  Okay.  Tell me about your educational

 5    background.

 6              MR. HOFT:  I -- sure.  I went to a Catholic

 7    school, went to a Catholic college, took some courses after

 8    college.  So, I went to a Catholic college in Iowa.

 9              MR. OCHS:  Do you have a degree of any sort?

10              MR. HOFT:  Yes, I have a degree.

11              MR. OCHS:  What degree do you --

12              MR. HOFT:  Bachelor of science.

13              MR. OCHS:  Okay.  And that's from the University

14    of Iowa, you said?

15              MR. HOFT:  That would have been from Loras

16    College, L-O-R-A-S.  It's a Catholic college in Iowa.

17              MR. OCHS:  Okay.  And do you have any postgraduate

18    degrees?

19              MR. HOFT:  No.

20              MR. OCHS:  Okay.

21              MR. HOFT:  I've taken courses.  I don't have a

22    postgraduate degree.

23              MR. OCHS:  What is your plan or the plan for TGP

24    to repay or to deal with and dispose of the defamation

25    claims that have apparently prompted this bankruptcy case?
```

```
 1              MR. HOFT:  Can you be more specific with that
 2      question, sir?
 3              MR. OCHS:  No.  I just want to know what the
 4      overall --
 5              MR. HOFT:  Okay, could you repeat that question?
 6              MR. OCHS:  Sure.  I want to know what the Debtor's
 7      overall plan is for dealing with the, what are, what appear
 8      to be sizable claims and the claims actually force the
 9      Debtor into bankruptcy, it appears, so what is the Debtor's
10      plan --
11              MR. HOFT:  Sir, I don't believe I was guilty of
12      any charges.  I don't believe I was guilty.  I know that the
13      Courts, you know, don't always come out in your favor, but
14      so, do I have a play on repaying some $150 million to
15      someone that's not something I've spoken about with my
16      attorney Jon Burns at this point.
17              MR. OCHS:  So, you don't know.  You don't know how
18      you're going to know how you're going to emerge from
19      bankruptcy yet or -- withdrawn.  You don't know how TGP is
20      going to emerge from bankruptcy yet; is that correct?
21              MR. HOFT:  Sir, I'm currently, of course, in the
22      middle of this bankruptcy or at the beginning, and so I will
23      certainly take the advice of my attorneys and make a plan.
24      I -- do I have a concrete plan at this point?  I have to
25      speak with my attorneys.
```

1              MR. OCHS:  when do you know you'll have a concrete

2        plan?

3              MR. HOFT:  Again, I need to speak with my

4        attorneys.  I don't know the process.  It's the first time

5        I've done something like this.  So, I'm not sure.  I have to

6        get some advice and speak to, you know, some people I trust

7        and -- including my attorneys and set up a plan.

8              MR. OCHS:  So, is it safe to say that you filed

9        the bankruptcy case on behalf of TGP without any real plan

10       or goal for getting through the Subchapter V bankruptcy case

11       that was filed?

12             MR. HOFT:  Sir, we -- I thought we discussed that.

13             MR. OCHS:  I'm asking you a question now.  It

14       doesn't matter whether we discussed it.  Just answer the

15       question.  It's much easier that way.

16             MR. HOFT:  Well, for one, I'm going --

17             MR. HOUSTON:  Mr. Hoft -- Mr. Hoft.

18             MR. HOFT:  Yeah.

19             MR. HOUSTON:  Yeah, Mr. Hoft, if you're going to

20       use the advice you've gotten from me answering that

21       question, then I would caution you not to.  If you can

22       answer from a business standpoint, then you're free to

23       answer.

24             MR. HOFT:  Okay.  Yeah, I haven't spoken with Bart

25       about that, so I won't answer at this point.

1          MR. OCHS:  No, he said the exact opposite to you.

2     What is -- so what -- he does not want you to repeat, reveal

3     an attorney-client confidence.  Okay?  So, the question

4     becomes --

5          MR. HOFT:  Okay.

6          MR. OCHS:  -- what do you intend to do to get this

7     case out of bankruptcy?

8          MR. HOFT:  Again, I will talk to my attorney and

9     get their advice and set up a plan.  I can -- I'm sure we

10    could get you that plan in the next few days.

11         MR. OCHS:  You're about a month into the

12    bankruptcy case and you have no objective or goal for how

13    you're going to emerge from bankruptcy?

14         MR. HOFT:  Well, the objective, sir, I think we've

15    explained, and again, I'll talk to my attorneys and get you

16    a -- I'm sure we can -- we can get you some something in the

17    next few days.

18         MR. OCHS:  But as we sit here right now, you have

19    no real course or plan of action in the bankruptcy case?

20         MR. HOFT:  Well, sir --

21         MR. OCHS:  It's a very simple question.

22         MR. HOFT:  We filed this because of the

23    (indiscernible).

24         MR. HOUSTON:  Excuse me a second, Jim.  Mr. Ochs -

25    --

1            MR. HOFT:  Yeah.

2            MR. HOUSTON:  -- you're bullying this individual

3    and I told you multiple times and I will say again, most all

4    of my business and legal discussions have been with Mr.

5    Burns, as he has a better general overall picture --

6            MR. OCHS:  I --

7            MR. HOUSTON:  -- the Debtor's finances, so --

8            MR. OCHS:  He is the --

9            MR. HOUSTON:  I understand what your question is

10   and why you're asking, but you're really pushing too hard on

11   the wrong guy.  He just doesn't know.

12           MR. OCHS:  All right.  Let's try this way.  Mr.

13   Burns, what's the plan for getting this case out of

14   bankruptcy?

15           MR. BURNS:  Yeah, and I'm not going to answer that

16   question because that's going to go into attorney-client

17   privilege matters.

18           MR. OCHS:  Does the Debtor have a plan for getting

19   out of bankruptcy?

20           MR. HOUSTON:  (indiscernible) creditors and emerge

21   reorganized.

22           MR. OCHS:  How does the Debtor intend to repay its

23   creditors?

24           MR. HOUSTON:  With its disposable income going

25   forward.

1        MR. OCHS:  Is that you answering, Mr. Houston?

2        MR. HOUSTON:  It is.

3        MR. OCHS:  Well, no.  Do you want me to put you

4    under oath or do you want Mr. Burns to answer the question?

5    You're the one who directed me back to Mr. Burns.

6        MR. HOUSTON:  I understand that.  Now, I've had my

7    -- Mr. Ochs, we will be filing a plan within the time

8    restraints of the Bankruptcy Code.

9        MR. OCHS:  And I'm asking where --

10        MR. HOUSTON:  -- plan is to pay creditors with

11    disposable income before the requisite period.

12        MR. OCHS:  Creditors are entitled to understand

13    what the Debtor's objectives and goals are in this

14    bankruptcy case.  And the Debtor ought to know that having

15    filed the bankruptcy one month ago, that should be something

16    that should be readily at hand, either Mr. Hoft's hands or

17    Mr. Burns' hands.

18        MR. HOUSTON:  It's in a state of continual

19    discussion and analysis.

20        MR. OCHS:  In other words, the Debtor has -- Mr.

21    Burns, does the Debtor have some formulation of a plan at

22    hand right now?

23        MR. BURNS:  That's -- it's going -- we are putting

24    together a plan.  It's my understanding, the plan isn't due

25    until July.

Page 80

1           MR. OCHS:  Right.  Today's June 18th.

2           MR. BURNS:  Right.  We will put -- we are putting

3    together a plan and we will have a plan on deadline.

4           MR. OCHS:  Okay.  Don't be surprised if the United

5    States Trustee makes a motion to either convert, dismiss, or

6    appoint a Chapter 11 Trustee in this case.  There's a lot

7    that's cone on here.

8           MR. HOUSTON:  Is that a question?

9           MR. OCHS:  There's a lot that's gone on in here

10   that has not been addressed.  So, that that's something to

11   keep in mind.  The United States Trustee has no further

12   questions at this point in time.  Do any other creditors

13   have any other questions today?  Let the record reflect that

14   there are none.  Ms. Leali, did you return to the call?  Let

15   the record reflect that --

16           MS. LEALI:  I did, and -- I did return.  I don't

17   have any further questions.

18           MR. OCHS:  Okay.  It is now -- the United States

19   Trustee is going to conclude this meeting of creditors.  I

20   expect to get the documents that were asked for.  It is now

21   June 18th, 2024 at 11:08 a.m. and this meeting of Creditors

22   is concluded.  Thank you, everybody.

23           (Whereupon these proceedings were concluded at

24   11:08 a.m.)

25

Page 81

1                  C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7    *[signature: Sonya M. Ledanski Hyde]*

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  June 24, 2024

**[& - a.m.]**                                                             Page 1

| & | |
|---|---|
| **&** 3:8,15 4:2,8 4:9 7:3 34:21 | |

**1**

**1** 13:11,18,19 14:7,15 71:3 71:15
**1.2** 53:2
**1.3** 53:3
**10** 44:6 52:7 67:21
**100,000** 53:4
**10019** 4:11
**1064** 3:17
**11** 9:12 35:4,10 35:12,12 44:5 80:6
**11501** 81:23
**11:08** 80:21,24
**12** 25:10 36:24 46:12
**12151** 81:7
**13** 27:15 51:14 51:23 67:20
**15** 23:4 28:19
**150** 75:14
**150,000** 42:11 69:7,9
**1515** 1:14
**1526** 23:10
**17** 29:13 45:20 53:17 54:1
**17,000** 49:21
**18** 1:17
**18th** 5:5 9:6 80:1,21

**19** 13:11 14:15 25:11 27:15 28:19 29:14,24
**1st** 20:20

**2**

**2** 52:21 59:22 67:21
**201** 3:10
**2013** 56:19
**2016** 45:20
**2020** 66:13,23
**2021** 35:20 47:5 62:25 64:11,21
**2023** 42:8,9 66:3,8
**2024** 1:17 5:5 5:15 9:6 56:22 57:7,10,15 65:20 80:21 81:25
**20th** 9:7 34:14
**2200** 3:10
**2255** 3:3
**2360** 45:17
**24** 8:20 23:24 81:25
**24-13938** 1:3 5:10
**24th** 5:15
**2525** 2:17
**28** 48:8,8

**3**

**3** 54:3 55:14,17 55:18

**30** 35:4,10 44:6
**300** 2:17 81:22
**300,000** 58:17
**30303** 2:5
**30th** 28:22
**31st** 54:5
**33,000** 48:18 49:9
**330** 81:21
**33130** 4:4
**33134** 2:18
**33301** 2:11 3:11
**33401** 1:15
**33431** 3:4
**34** 35:4,8 41:18 42:12 44:5 47:5 48:7
**341** 1:20 5:9 8:11,17 18:9 18:24 23:23 32:2 45:7 63:12 73:1
**362** 2:4

**4**

**4/22** 19:21
**4/24** 19:20,21
**4/30** 19:11,20
**400** 4:3
**401** 44:16,20 44:24,25
**419a** 3:3
**4627** 44:16

**5**

**50,000** 53:4

**500** 2:10
**51** 9:11 10:1,3 12:18 14:3,15 16:24 27:16 71:12,15
**54** 12:14

**6**

**6** 47:6 54:3 55:14,17,18
**6/5/24** 14:17
**633** 2:10
**66** 4:3
**691,000** 54:14 56:12

**7**

**70,000** 47:17
**700,000** 58:13
**75** 2:4
**787** 4:10
**799,860** 35:18 37:2

**8**

**801** 1:14
**81201** 3:18
**815** 25:13,16
**82** 45:11
**8256** 45:12

**9**

**9,000** 50:4
**90** 48:10 69:8
**95,000** 50:9
**9:02** 1:18 5:6

**a**

**a.m.** 5:6 80:21 80:24

**ability** 8:25
45:25 61:11
**able** 10:6 32:15
32:24 39:14
40:2 59:12
70:25
**absent** 46:23
**absolutely**
30:16
**account** 11:17
22:7,8,15,17
22:20,24 25:19
26:9 27:19,22
27:25 28:4,5,7
28:8 30:10,15
30:19,19 31:1
36:17,20 40:13
44:7,11,13,16
44:16,21 45:11
45:11,13,17,18
46:8 49:25
55:25 72:8,16
72:24
**accountant**
25:21,22,23,25
26:2 39:25
54:17,24 56:10
56:15
**accountants**
64:5
**accounting**
26:16 40:4
**accounts** 30:5
30:9,18 44:8
46:1,6,9 49:4
72:1,7,11,21

**accurate** 81:4
**acquire** 49:16
61:18
**acquired** 47:7
47:11
**action** 77:19
**activity** 58:18
**actually** 36:18
41:21 44:5
53:17 59:13
61:17,20 66:1
75:8
**addition** 18:22
**additional** 68:4
68:16
**addressed**
80:10
**administer** 9:1
**administered**
9:2
**admit** 18:3
**advice** 64:4
75:23 76:6,20
77:9
**advise** 70:17
**affiliated** 22:23
70:16
**affirm** 12:9
**ago** 8:21 45:5
47:8 51:10
79:15
**agreement**
36:5,8,12
39:24 40:5,7
43:6
**ahead** 7:14
63:4

**alterable** 16:12
**altered** 17:25
**alternate** 15:22
**amended** 69:5
**amendment**
39:1
**american**
38:21
**amount** 19:3
35:18 37:2,2,9
39:11 49:14
50:7 52:25
58:18 67:2
69:6 71:13
**analysis** 79:19
**andrews** 2:10
**answer** 21:13
21:14 38:18
40:2,16,17,19
43:25 46:11
50:24 54:20,23
55:4,6 59:12
68:8 72:5,7,9
72:14 73:25
76:14,22,23,25
78:15 79:4
**answered** 71:3
71:4
**answering**
76:20 79:1
**anybody** 7:17
7:21 13:2
**ap** 26:15
**apologize**
34:22,24 53:3
63:14 72:13

**apparently**
34:9 74:25
**appeal** 59:4
**appear** 21:21
21:24 75:7
**appearance**
6:10,14 7:9,13
7:14,18,22
**appearances**
6:19
**appearing** 7:11
**appears** 13:17
18:1 20:24
25:5 27:16
29:14 75:9
**applicable**
67:22
**application**
26:4,6 27:6,11
56:22 57:14
**applied** 52:17
**appoint** 80:6
**appointed**
10:12
**appreciate**
30:2 61:4
**approval** 60:12
**approved**
22:16 27:24
**approximately**
53:2,4 65:18
**april** 5:15
20:20 28:22
56:21 57:6,7
57:10,15
**area** 65:2

**arguing** 17:5
  18:17
**arizona** 39:15
**arrangements**
  8:8
**arshaye** 4:2,9
**ascertain**
  43:25
**aside** 58:24
  61:6
**asked** 10:25
  11:8 23:15,17
  31:5 32:3
  33:22 80:20
**asking** 13:7
  21:17 23:12
  30:23 33:18
  76:13 78:10
  79:9
**assets** 44:12
**assigned** 5:11
**assist** 10:22
  12:22 25:10
**assistant** 24:8
**assists** 24:21
**assume** 20:13
  29:19
**atlanta** 2:5
**attached** 24:5
  25:4
**attending**
  39:16
**attorney** 5:4
  11:13 23:5,13
  28:19 38:14
  63:4 75:16
  77:3,8 78:16

**attorneys** 3:2,9
  3:16 4:2,9 63:6
  64:5,6 75:23
  75:25 76:4,7
  77:15
**audio** 15:2
  60:10
**august** 35:21
**authorization**
  56:23
**automatic**
  25:19
**automobile**
  33:22
**available** 8:20
  18:24
**avenue** 2:10
  4:10
**aware** 40:11
  41:11 45:12
  55:24 56:7,9
  67:15,22

**b**

**b** 1:23
**bachelor** 74:12
**back** 14:7
  36:17 39:10,20
  40:12,22 41:2
  41:5,7 42:20
  44:2 45:10,20
  59:3 61:17
  66:2 69:4 71:1
  73:10,11,13,17
  79:5
**background**
  5:7 74:5

**backwards**
  31:2
**balance** 37:1
  54:4
**ballpark** 47:14
  52:24
**bank** 11:17
  19:5,24 20:5,7
  20:8,19,20,23
  21:4,21,25
  22:7,7,15,16
  22:24 23:20
  24:5 25:5
  27:17,22,25
  28:4 30:8,10
  72:7
**bankruptcy**
  1:1,12 5:10,11
  9:17 11:19
  16:15,20 26:3
  30:15 31:13
  33:4,16,23
  57:21 58:3,10
  58:15,23 60:7
  60:10,12,15,18
  69:8 74:25
  75:9,19,20,22
  76:9,10 77:7
  77:12,13,19
  78:14,19 79:8
  79:14,15
**bar** 15:10,12
  15:13 16:21
  21:5
**barcode** 18:1
  21:2,6

**barcoded** 18:7
**bart** 2:13 5:17
  26:13,17 31:4
  32:22 46:19
  71:18 76:24
**based** 27:12
  58:25 60:20
  61:12
**basically** 51:4
**basis** 9:1 30:15
**beach** 1:2,15
**bear** 15:21
  16:2 23:25
**bears** 23:22
**beginning** 18:4
  75:22
**begins** 25:7
**begun** 30:14
**behalf** 5:17 7:3
  13:3 55:8
  64:18 66:11
  69:18 76:9
**belief** 5:25
  12:11
**believe** 9:22
  13:4 20:6 25:7
  29:18 31:7
  35:21,24 37:13
  40:10,21,25
  41:23 42:1,3,3
  44:24 45:1,5
  45:20 46:7
  47:17 49:23,23
  51:17,21 52:10
  53:2 55:2,6
  56:2 57:2
  58:16 62:9,25

62:25 65:24
66:12 68:17,18
68:22 72:3,18
75:11,12
**beneficiaries**
44:12,17 45:12
45:17
**beneficiary**
44:20
**benefit**  68:19
**best**  5:24 12:10
58:22
**better**  59:11
78:5
**bit**  22:3 25:6
37:4 38:17
39:8 51:13
61:20
**blank**  20:11
**blansky**  4:6 7:6
7:8,10,11
**blvd**  2:17 3:10
**board**  70:3
**boca**  3:4
**boom**  13:14
**borrowed**  37:7
**bottom**  54:7
55:19
**bought**  62:3,5
**bowen**  3:8
**box**  3:17 71:6
**brad**  6:24 7:15
**bradley**  3:20
**brother**  31:7
31:14 43:12,13
63:21 65:2
69:17

**brunage**  34:17
**building**  1:13
**bullet**  52:4
**bullying**  78:2
**burbage**  4:13
6:23 7:2,2,7
34:19,19,20,21
34:23 35:1,8
35:10,13,15,18
35:22,25 36:3
36:7,13,16,19
36:23 37:1,6
37:10,14,20,23
38:2,5,9,12,16
39:6,9,13,22
40:3,8,11,15
40:19 41:1,6,9
41:12,16 42:5
42:9,14,16,20
42:25 43:5,10
43:14,17,19,23
44:4,10,15,20
44:23,25 45:2
45:6,10,16,24
46:3,5,10,14
46:20 47:4,10
47:14,18,22,25
48:4,7,14,16
48:20,23 49:5
49:9,12,18,21
50:1,3,8,11,13
50:18,23 51:3
51:7,12,23
52:1,5,8,12,21
53:1,5,11,15
53:25 54:3,7
54:14,22,25

55:7,10,14,18
55:21,24 56:7
56:11,16,21
57:3,6,9,13,20
57:23 58:1,6
58:12,24 59:8
59:17 60:5,11
60:13,19 61:4
61:10,14,25
62:7,12,14,17
62:22 63:1,13
63:23 67:21
**burn**  61:2
**burns**  4:18 6:8
6:9,11,11
10:12 11:13,25
12:5,6,7,12,19
12:21,24 13:1
13:4,14 14:1,9
14:14,17 19:7
19:11,14,19
20:1,3,21
21:20,23 22:2
22:9,14,19
26:4,6 32:18
32:19,23,25
34:7,7 40:16
40:17,19,21
41:3,8,11,15
41:21,23 42:7
50:23 51:1,6,8
51:21,24 52:3
52:7,10,15,23
53:2,8,14,24
54:2,6,13,16
55:3 59:15,24
60:6,12,17

61:1,9,13
62:11,13,16,19
62:24 63:7,9
64:7 65:9,15
65:20,22 66:6
66:10,14,19,25
67:8,12,18,25
68:5,7,17 69:3
69:12,18,21,24
70:2,5,8,11,14
70:17,20 71:10
71:21 72:3,12
72:17,23 75:16
78:5,13,15
79:4,5,17,21
79:23 80:2
**business**  9:12
22:6,21 24:18
24:23 26:1
29:14 39:10
47:21 56:6,24
57:14 60:23
61:12 64:14,24
71:5,16,22,25
73:15,21 76:22
78:4

| c |
|---|

**c**  2:1 3:6 5:1
81:1,1
**cain**  3:15
**call**  7:18 58:13
80:14
**canceled**  73:18
**capacity**  70:19
**captive**  53:6,8
53:9

**car** 47:20,22
  47:24
**carrier** 66:16
  66:17
**case** 1:3 5:9,10
  5:11,14 8:6 9:1
  9:2,17 15:3
  22:11 26:3
  33:18 39:4,7
  39:14,15,20
  42:3 48:11
  52:17,18,19
  59:24,25 68:11
  68:11,12 69:2
  72:18 74:25
  76:9,10 77:7
  77:12,19 78:13
  79:14 80:6
**cases** 39:2
**cash** 48:3
**catholic** 74:6,7
  74:8,16
**causes** 50:16
**caution** 76:21
**cayenne** 47:6
**cease** 71:8
**certain** 48:9
**certainly** 11:17
  17:18 45:21
  52:19 57:25
  58:20 60:19
  61:22 68:10
  75:23
**certainty** 67:2
  69:14
**certified** 81:3

**change** 15:8
**changed** 16:6
**chapple** 3:13
  6:20,20 63:5,6
  63:11,25 64:6
  64:8,14,18,25
  65:3,5,8,19,21
  66:4,7,12,15
  66:21 67:4,10
  67:13,19 68:1
  68:6,14,25
  69:4,15,19,23
  69:25 70:3,6
  70:10,12,15,19
  70:21
**chapter** 9:12
  80:6
**charge** 16:17
**charged** 51:5
**charges** 75:12
**charles** 30:18
  30:19 31:1
  44:7,15 45:11
  45:11,16
**check** 24:14
  25:4,8,17
  61:14 62:19
**checked** 71:6
  72:2
**checks** 24:4,13
  24:18
**choosing** 18:11
**chopping**
  58:19
**christ** 20:16,19
**circling** 69:4

**city** 30:10
**claim** 39:18
**claimants**
  67:15
**claims** 67:15
  74:25 75:8,8
**clarifying**
  61:16
**clarity's** 63:12
**clear** 14:20
  16:13 29:23
  33:19 59:18
  67:5
**clearly** 8:2
**client** 10:10
  67:6 77:3
  78:16
**closed** 16:1
  22:20 28:9
  29:17 72:8
**closing** 32:10
  32:13,14,23
  61:21,22
**closure** 8:6
**code** 79:8
**coding** 15:10
  15:12,13 16:22
**cohen** 3:1
**college** 74:7,8,8
  74:16,16
**come** 73:17
  75:13
**communicati...**
  66:15,17
**communicati...**
  1:7 5:10 20:9
  20:12,14,25

21:7,11,11,18
  21:23 22:21
  29:16 36:10
  40:12 43:15
  54:4 55:1
  56:17 57:21
  59:9
**company** 22:6
  26:15 27:20,21
  28:3 47:22
  56:8,23 58:25
  60:22 66:11
  68:10,18 70:16
**compensation**
  49:6
**compiled** 13:15
**compiling** 8:16
**complete** 17:24
**completed**
  16:10 17:2
**completely**
  19:5,6
**component**
  51:9
**concern** 61:1,1
**conclude** 80:19
**concluded**
  80:22,23
**conclusion**
  58:2,13
**concrete** 75:24
  76:1
**condo** 37:3
  61:19,19 62:1
  62:8 63:20
**condominium**
  61:24 64:3,16

64:21
**conducted**
66:1
**cone** 80:7
**confidence**
77:3
**conflict** 26:21
**confusing** 22:3
**confusion**
23:23 71:14
**connection**
11:3 49:22
**connotation**
22:4
**conscious**
28:17
**consolidated**
72:8,19,20
**contact** 12:1
**contemplating**
57:24
**context** 38:18
**continual**
79:18
**continued** 5:9
**contract** 65:4
69:1
**contractors**
45:22 68:20,21
68:25
**contributions**
46:6,12 54:10
55:21
**control** 64:20
**conversation**
32:6

**convert** 80:5
**coomer** 6:21
7:16 51:19
52:14,16 59:3
59:20 60:3,4
63:7 65:11
66:12 67:5,7
67:14 68:11
**coomer's** 52:17
52:18 53:20
63:4
**coomers** 3:9,16
**copy** 8:7 34:10
42:25 46:16,24
46:25 62:5
63:15
**coral** 2:18
**corporate**
47:19
**corporation**
26:23 32:4
**corporation's**
25:22,24
**correct** 5:24
6:3 7:6,7 12:10
14:3 26:10,11
31:7,8 36:2
37:19,24 43:16
48:21,22 50:12
51:18,19 53:14
53:24 59:14
61:9 65:6,7
66:25 67:6,10
67:11 69:23
72:5,7,11
75:20

**correspond**
37:3
**cost** 53:20
59:21 61:23
**costs** 52:13
53:12,23 59:19
61:21
**counsel** 5:15
7:15 13:4
41:13 63:13
70:9
**count** 29:17
**country** 81:21
**county** 39:16
39:18 41:25
**couple** 57:12
57:18,22 58:17
59:4
**course** 41:2,3
56:4 60:23
61:11 75:21
77:19
**courses** 74:7
74:21
**court** 1:1,12
11:19 16:15,20
29:5 30:25
39:3,7 42:24
67:9 72:4
**courtlink**
15:21 16:15,16
**courts** 75:13
**cover** 60:4,8
61:21
**coverage** 52:18
65:11,25 67:16
68:20

**covered** 58:7
59:19 60:3
68:10,12,13,23
**covering** 52:13
53:20,23
**crazy** 16:23
**create** 69:19,22
**created** 69:15
69:17
**creditors** 1:20
17:4 18:15
22:11 34:17
48:10 60:22,24
61:7 78:20,23
79:10,12 80:12
80:19,21
**criminal** 66:18
**crystal** 33:20
**currently** 5:6
30:13 36:1
45:9 58:5 62:8
65:5 73:6
75:21
**cut** 24:14,18
51:22 72:12

**d**

**d** 5:1
**damages** 39:19
**data** 15:8
17:25
**date** 19:19
37:12 41:10
42:10,18 43:20
47:9 65:14,16
72:4,4 81:25
**dates** 19:14

**david** 4:6 7:5
7:10
**day** 32:1 39:3
**days** 48:10
69:8 77:10,17
**dba** 20:9,11,14
20:25 21:7,12
21:19,25
**de** 2:17
**deadline** 80:3
**deal** 74:24
**dealership**
47:13
**dealing** 75:7
**dealt** 32:24
**debtor** 1:9 5:14
5:18,20 6:6,12
13:3 18:25
26:16 30:4,5
30:14 31:6,14
33:5 35:2,6,19
36:9,17 37:16
37:25 39:10,23
41:19 42:17,21
44:12 45:13
46:5 47:7
49:14,16 55:25
56:22 57:9,14
60:19,23 61:7
61:18 63:13
64:2,15,18
65:6,9,21
66:16,17 67:16
67:23 68:14
70:13 71:5,7,8
72:1,24 75:9
78:18,22 79:14

79:20,21
**debtor's** 5:15
51:13 61:6
75:6,9 78:7
79:13
**debtors** 48:25
61:10
**debts** 60:22
**dec** 68:9
**december**
66:13,23
**decide** 57:21
**decided** 39:2
58:10
**decision** 64:1
64:19 69:19,22
**declare** 58:22
**declaring**
59:13
**defamation**
74:24
**defending**
52:22
**defer** 54:24
**definitely**
49:17
**degree** 74:9,10
74:11,22
**degrees** 74:18
**delays** 9:3
**delivering**
24:22
**denver** 67:8
**depends** 49:7
**deposited**
71:25 72:10,15
72:22,23

**difference** 37:7
61:21
**different** 14:24
22:2 25:1
27:19 36:20
50:19 53:16
61:3,5
**differently**
37:24
**dip** 72:1,8,10
72:10,15,16
**direct** 71:11
**directed** 22:24
79:5
**disclosures**
60:21
**discussed**
63:23 64:11
67:21 69:1,6,9
76:12,14
**discussing** 64:9
67:17
**discussion**
79:19
**discussions**
78:4
**disinterested**
27:4,12
**dismiss** 80:5
**disposable**
78:24 79:11
**dispose** 74:24
**dispute** 53:22
53:22
**district** 1:2
67:8

**dividends** 56:8
**doc** 14:15 15:4
**docket** 9:11,11
9:25 10:1
13:10,21,22
14:19,20 15:6
16:1,11,20,24
16:24 18:3,4,5
35:4,8 41:17
41:18 51:14
53:17,25 67:20
71:13
**document** 9:10
9:13 10:3,16
10:19 11:4,7
11:18,23 12:13
12:23 13:16,20
14:2,3,6,8,8,13
14:18,21,21,25
15:9,13,25
16:2,6,10,14
16:19,21 17:13
17:25 18:2,5
25:11 27:16
35:7,11 36:12
37:15 41:18
42:12 43:1,8
43:24 44:5
47:5,6 48:7,8
51:21,23 52:6
53:16 62:2
63:15,17 71:11
71:12,14,15
**documented**
40:5
**documents**
8:13,14 9:3,5,7

9:16,18,20,23
10:7 11:16
23:24 31:6,9
31:10 32:3,9,9
32:10,11,13,15
33:4,14,18
34:13 38:21
44:3,18 46:15
46:22 47:2
63:19 80:20
**doing** 24:21
26:19 33:2
**double** 62:19
**dr** 3:9,16 6:21
7:16 52:14,15
52:17,18 53:20
63:3,6 66:12
67:6
**draws** 54:10,15
55:22 56:12
**drive** 1:14 2:4
**due** 37:16,18
48:5 79:24
**dunn** 4:1
**dwindling** 58:9

**e**

**e** 1:23,23 2:1,1
3:13 5:1,1 81:1
**earlier** 65:11
67:21
**earns** 49:8
**easier** 33:11
76:15
**east** 3:10
**easy** 34:15
**ecf** 16:1,5,14

ecf.flsb.usco...
16:20
**editable** 15:18
17:13
**educational**
74:4
**effect** 24:7
**ein** 22:25
**either** 64:19
68:15,22 79:16
80:5
**electronic**
13:25 15:17
**electronically**
7:24 34:16
**email** 8:9 10:13
46:22 63:15
**emails** 44:3
**emerge** 75:18
75:20 77:13
78:20
**employee**
44:21 45:3,9
45:15,21 65:4
65:6 70:7,8
**employees** 45:7
70:1
**ended** 39:19
**ends** 25:7
**enormous**
58:18
**enormously**
59:6
**entire** 71:6,8
71:16
**entirely** 19:10
19:13 40:23

68:9
**entirety** 14:7
29:10
**entitled** 33:15
79:12
**entity** 62:8
64:10,20 70:16
**entries** 19:17
**equity** 54:8,9
55:1,19,21
56:1
**eric** 3:9,16 6:21
7:16 59:20
63:7
**error** 71:19,21
**essentially**
8:21 53:10
**estimated**
54:10,11 55:11
55:12
**event** 73:17,18
**events** 73:12
**everybody**
15:2 80:22
**exact** 47:9 77:1
**exactly** 21:16
48:24
**examine** 18:25
**excess** 67:24
**exclusively**
32:25
**excuse** 53:15
53:17 66:4
77:24
**executive** 70:9
**exist** 60:14

**expect** 8:23
31:10 46:3
80:20
**expense** 53:12
**expenses** 38:14
38:15 39:5,7
39:21 58:5,6
59:12
**expensive**
38:23
**explain** 38:16
48:24 53:6
54:14
**explained**
50:16 54:18
68:18 77:15
**extended** 37:25
38:3 61:20
**extension**
39:22
**extent** 46:14
**extra** 61:23

**f**

**f** 1:23 81:1
**face** 35:18
**facebook** 49:2
**facing** 58:5
**factors** 58:2
**fair** 41:2 59:18
59:18 61:12
71:13
**falls** 68:8
**false** 72:16
**familiar** 9:12
10:15,17,18
12:13,21 15:13
20:7 51:15

**far** 28:5
**farr** 4:8 7:3
    34:21
**fashion** 9:3
**favor** 75:13
**february** 65:18
**federal** 55:11
**fifty** 12:14,16
    12:18
**figure** 42:17
    52:24 54:15
    56:12,12
**file** 27:5 57:14
    57:21 58:2,14
    60:14
**filed** 5:14 9:10
    9:17,21,23
    11:18,23 13:9
    14:17 39:18
    56:22 57:5,6
    66:13,23 76:8
    76:11 77:22
    79:15
**filing** 28:20
    48:10 56:24
    72:4,17 79:7
**fill** 11:9
**fillable** 14:22
    15:25
**finances** 78:7
**financial** 26:20
    27:7 60:21
**financials** 27:1
**find** 10:6 17:18
    29:18 32:24
**fine** 46:17

**firm** 5:23
**first** 11:24 13:8
    13:10 17:2,7
    23:23 26:14
    39:1 51:15
    58:17 63:11
    76:4
**five** 71:24
**fl** 1:15 2:11,18
    3:4,11 4:4
**flagler** 1:13,14
    4:3
**flattens** 17:24
**florida** 1:2 5:5
    8:9 32:5 35:24
    47:23,24 56:20
    56:24 57:10,11
    57:15,18 62:20
    64:22 73:2,8
    73:10,12,19,19
    73:21,24 74:3
**focus** 63:20,22
**folks** 61:8,11
**following**
    46:10
**force** 75:8
**foregoing** 81:3
**foreign** 56:23
    57:1
**forgot** 42:4
**form** 17:24
    57:1
**formal** 36:8,11
    36:12 40:6
    43:8 46:23
**formally** 40:5
    70:17

**formulation**
    79:21
**fort** 3:11
**forth** 14:7
**forward** 5:2
    78:25
**four** 54:10
**frankly** 65:25
**free** 39:3,15
    76:22
**freeman** 4:2,9
    7:3,11 52:20
    67:11,14 68:11
    68:12
**frequently**
    16:16 36:16
**front** 9:14 10:1
    13:23 42:23
    43:3,21 62:2,4
    68:9
**ft** 2:11
**full** 62:22
**funds** 16:18
    39:22 42:1
    44:6 45:25
    72:10,10,15
**furr** 3:1,6 7:19
    7:19 16:3,3,5,5
    17:7,9 30:25
**further** 49:18
    65:25 80:11,17

**g**

**g** 5:1
**ga** 2:5
**gables** 2:18
**gallagher** 4:8
    7:3 34:21

**gathering**
    39:17
**gathers** 12:2
**general** 70:9
    78:5
**generating**
    60:24
**getter** 49:3
**getting** 9:3,20
    9:23 17:4
    76:10 78:13,18
**give** 5:24 12:9
    14:19 38:17
    46:21 52:23
**given** 60:7
**glad** 20:1 46:22
**glades** 3:3
**glitch** 15:2
    60:10
**go** 7:2,14 17:4
    44:5,10 48:8
    53:16 54:3
    63:4 71:1
    78:16
**goal** 76:10
    77:12
**goals** 79:13
**goes** 24:23 46:8
    49:25 50:15
**going** 14:20
    16:1,1 23:19
    27:10,13 28:4
    29:19,24 34:16
    39:2 42:20,22
    43:8 44:2
    52:23 61:17
    66:23 70:24

| | | | |
|---|---|---|---|
| 73:17 75:18,18 | **head** 8:3 63:14 | 28:13,15,24 | 57:1,4,8,11,16 |
| 75:20 76:16,19 | **heads** 63:17 | 29:3,8,17 30:4 | 57:22,25 58:4 |
| 77:13 78:15,16 | **hear** 20:17 | 30:7,10,13,16 | 58:8,16 59:2 |
| 78:24 79:23 | 34:3,23 63:7 | 30:20,22 31:5 | 59:11,16 60:16 |
| 80:19 | 63:25 | 31:7,8,11,14 | 61:22 62:2,9 |
| **good** 5:3 6:20 | **heard** 28:19 | 31:15,19,22,24 | 63:7,10,25 |
| 6:23,24 7:10 | **hearings** 69:2 | 32:1,7,12,18 | 64:4,7,13,17 |
| 16:17 30:23 | **help** 38:20 | 32:24 33:1,6,8 | 64:23 65:1,4,7 |
| 34:12,19 58:11 | 39:20 66:8 | 33:14 34:5,8 | 68:3,3,13,14 |
| 63:5 | **helped** 11:9 | 35:3,7,9,12,14 | 68:15 69:16,16 |
| **gotten** 31:9 | 38:20 | 35:17,20,23 | 69:16,18 70:5 |
| 76:20 | **helper** 25:3 | 36:2,6,9,11,15 | 70:16,18 72:25 |
| **governing** | **helpful** 43:1 | 36:18,22,25 | 73:4,5,6,9,16 |
| 46:15 | **helps** 39:5 | 37:4,8,13,18 | 73:23 74:2,6 |
| **government** | **hey** 46:19 | 37:21 38:1,4,7 | 74:10,12,15,19 |
| 16:17 22:16 | **hi** 6:15 | 38:11,14,19 | 74:21 75:1,5 |
| 27:24 28:5 | **historically** | 39:8,12,14,25 | 75:11,21 76:3 |
| **government's** | 38:3 | 40:6,10,14,17 | 76:12,16,17,17 |
| 16:18 | **hoft** 3:2 4:17 | 41:17,19,20 | 76:18,19,24 |
| **grade** 17:15 | 5:19,21,21,22 | 42:13,15,19,20 | 77:5,8,14,20 |
| **guess** 24:23 | 6:1,4 7:19 8:19 | 42:21,22 43:3 | 77:22 78:1 |
| 58:12 60:8 | 9:9,14,18,22 | 43:7,12,16,18 | **hoft's** 27:12 |
| 61:2,5 66:10 | 10:3,5,6,7,13 | 43:21 44:2,9 | 63:21 69:19,22 |
| **guilty** 75:11,12 | 10:17,20,23,25 | 44:14,18,22,24 | 79:16 |
| **gulag** 38:22 | 11:5,8,11,13 | 45:1,4,9,14,19 | **hold** 52:5 59:8 |
| **guy** 78:11 | 11:16,21 12:2 | 46:2,4,7,13,17 | 61:15 70:6,12 |
| **h** | 20:6,13,17 | 47:8,12,16,20 | 70:15 |
| | 21:1,4,8,13,14 | 47:24 48:2,6 | **home** 25:1 32:5 |
| **h** 4:13 | 21:15 22:24,25 | 48:12,15,19,22 | 32:11,13 64:24 |
| **half** 17:3 18:16 | 23:2,4,6,8,10 | 49:1,7,11,17 | **hood** 44:7,11 |
| **hand** 5:22 8:3 | 23:15,18 24:2 | 49:19,20,23 | **hopefully** |
| 12:8 79:16,22 | 24:3,8,11,13 | 50:2,5,10,12 | 34:14 |
| **hands** 79:16,17 | 24:16,21 25:3 | 50:15,21,25 | **hour** 17:3 |
| **hang** 23:7 | 25:8,9,12,16 | 51:9,17 54:22 | 18:16 30:22 |
| **happen** 23:25 | 25:18,24 26:8 | 54:24 55:2,5,9 | **hours** 8:20 |
| **happy** 34:15 | 26:22,24 27:15 | 55:13,15,20,23 | 23:24 |
| **hard** 25:7 | 27:19,23 28:2 | 56:2,9,14,19 | |
| 27:13 78:10 | | | |

**house** 24:25
**houston** 2:9,13
 5:17,17 6:5,8
 8:11,15,23 9:8
 10:9,11 11:22
 11:24 12:16
 13:5,7,12,18
 13:23 14:20,24
 15:2,6,11,15
 15:20 17:1,11
 17:15,18,20
 18:8,12,15,20
 23:19,21 24:2
 26:11,13,13,17
 26:17,19,24
 27:5 29:7,9,12
 29:21,23 30:3
 30:24 31:4,4
 32:20,22,22
 33:7,10,12,20
 33:25 34:1,3,9
 34:10 46:19,19
 46:21 47:3
 71:18,18 76:17
 76:19 77:24
 78:2,7,9,20,24
 79:1,2,6,10,18
 80:8
**how's** 18:19
**hyde** 81:3,8

**i**

**idea** 64:12
 69:11
**immediately**
 57:17
**impeding** 8:25
 9:4

**important** 8:2
 33:17
**included** 28:12
**including** 76:7
**income** 78:24
 79:11
**incomplete**
 14:21
**incorporated**
 56:18,19 62:18
 62:20
**increasing**
 58:21
**incurring**
 60:22
**indiscernible**
 10:12 15:7,11
 15:20 18:20
 19:15 21:16
 23:8 26:4 30:3
 33:10 38:15,20
 48:17 50:2
 54:11 55:24
 66:4,18 68:3
 77:23 78:20
**individual**
 25:25 27:22
 36:9 55:8 56:1
 78:2
**individually**
 7:20 24:15,20
 25:22 26:22
 56:4 64:10,20
**information**
 5:25 12:2,11
 13:14 27:7
 38:4,8,10

 42:23 43:3,7
 43:22 62:4
 65:10 69:13
**initial** 64:8
**initially** 65:23
 66:12
**initiate** 66:22
**initiated** 52:14
 67:6
**instagram** 49:3
**insurance**
 51:13,15 52:2
 52:9,12 53:6,9
 53:9,18,19,23
 58:7,8,14,19
 59:10,19,23
 63:22 65:9
 66:11 68:10,18
 68:19
**insured** 67:23
 68:4
**insureds** 68:15
 68:16
**intend** 77:6
 78:22
**interest** 22:11
 36:13 40:8
 43:11,13
**interferes** 5:7
**interject** 41:22
**internet** 48:24
**inures** 68:19
**invested** 37:22
**investigation**
 33:1,17
**investments**
 46:16

**involved** 28:11
**iowa** 74:8,14
 74:16
**irrelevant** 22:8
 22:9,10,12,13
**issue** 66:9
**issues** 63:22
 65:10
**it'll** 29:25
**item** 37:15
 41:17 48:16
**items** 28:23
 54:8 55:11

**j**

**j** 25:7
**james** 4:13
 5:19,21
**january** 9:5
**jesus** 20:16,18
**jez** 49:14,17
**jezreel** 49:1
**jim** 3:2 4:17
 7:2,19 33:7,8
 34:19 36:9
 46:19 49:19
 61:18 62:15
 68:3,14 77:24
**joe** 31:6,14
 32:23 33:7
 41:17,19 42:20
 42:21 65:2
 68:13,14
**join** 63:15
**joined** 7:5
**jon** 6:11 11:11
 11:12,13 21:13
 32:18 34:7,7

40:15,17,19
41:23 50:23
51:1,18,20
59:11,12,14
60:16 62:10
75:16
**jonathan**  4:18
6:8
**judge**  5:11
**july**  79:25
**june**  1:17 5:5
9:6,7 34:14
80:1,21 81:25
**justice**  37:16
37:18,22,25
38:13,17,19,22
38:25 39:6,9
39:23 40:12
41:25 42:11
50:9,16,19
51:4,11 63:21
68:6 69:4,8,15
69:20,22,25
70:7,10

**k**

**k**  44:16,20,24
44:25
**keep**  80:11
**keeping**  8:3
**kept**  8:5 28:7
**kloewer**  3:20
6:24,24 7:15
7:15
**knew**  23:17
**know**  8:15,18
8:21 9:22 10:4
11:20,21,22

12:3 13:2
15:24 16:7
17:14 19:9,12
20:18 22:4,5
22:12,22,22
25:18 27:7,24
28:2,3 32:25
33:1 36:22,25
38:23 39:2,15
39:25 40:16,17
40:19 43:8,10
43:19 47:9
48:11 50:23
52:4 54:20,21
54:22 55:3,4,5
55:10 56:5,10
56:11,15 58:8
59:6 60:2,7,8,9
62:7 64:13
66:1 68:19
69:5,7,9 72:6
72:21 73:19
75:3,6,12,13
75:17,17,18,19
76:1,4,6 78:11
79:14
**knowledge**
5:24 12:10
71:19

**l**

**l**  74:16
**las**  3:10
**lauderdale**
2:11 3:11
**law**  4:1 38:20
**lawsuits**  51:19
52:13,22 58:4

58:5,7,25
59:10 60:18
61:3,6
**lawyer**  22:12
**league**  37:16
37:19,22,25
38:13,17,19,22
38:25 39:6,9
39:23 40:12
41:25 42:11
50:9,16,20
51:5,11 63:21
68:6 69:5,8,15
69:20,22,25
70:7,10
**leali**  2:15,20
6:15,15 15:16
17:6,10,12
80:14,16
**lease**  48:5
**leave**  53:18
**led**  58:2
**ledanski**  81:3,8
**legal**  38:21,21
39:5,7 50:16
51:4 62:7 78:4
81:20
**leon**  2:17
**lesser**  16:16
**letter**  46:22
**level**  11:2
**lexis**  16:15
**liability**  22:6
51:15 52:2
53:19 56:23
67:20 68:2

**likely**  27:9
63:19
**likewise**  16:11
**limitations**
45:24 46:15
**limited**  22:6
56:23
**linda**  2:15,20
6:15
**line**  6:7 7:21
20:24 37:15
41:17 48:16
52:3 54:8,9
55:11,16
**lines**  49:18
54:10
**link**  16:16
**liquidating**
46:15
**list**  8:16 48:9
52:8
**listed**  33:23
63:20 67:20
68:3 69:6
**lists**  44:6
**litigation**  52:13
53:20 59:19,20
59:21,21 65:12
66:18,22 67:5
67:6,11,14,14
67:15
**litigations**
53:12 59:22
60:13
**little**  22:3 36:4
38:17 48:17
49:19 51:13

61:20 73:14
**live** 36:1
**lives** 65:2
**llc** 1:7 5:10
  20:9,14 21:7
  21:11,11,16,19
  21:20,23,25
  22:21 29:16
  36:10 56:18
  62:13,14,17,23
  62:25 64:11,21
**llp** 3:8 4:8
**loan** 32:4,10,13
  32:24 33:5,18
  35:3,5,6,15,19
  35:22,23 36:5
  36:5,6,14,17
  36:21 37:1,9
  37:11,12,17,24
  38:12,12 39:24
  40:9,13,23
  41:2,7,9,13,16
  41:19 42:3,11
  42:20,21 43:2
  43:5,5,11,13
  43:14,20 50:19
  51:2 61:17,20
  63:20,20,21
  64:2,8,9,9,15
  64:19 69:6,9
**loans** 33:9,13
  35:2 38:2
  63:20
**located** 73:15
  73:21
**location** 65:1

**long** 31:17
**longer** 8:18
  72:6
**look** 9:15,24,25
  13:22,22 25:14
  28:21 29:20
  31:15,19 35:9
  38:11 40:14
  42:22 43:22,23
  44:2 47:8,16
  50:22 61:6
**looked** 16:13
  58:10
**looking** 10:7
  13:9,19 14:5,6
  14:9,14,21,23
  14:24 15:8,15
  15:16 16:11,22
  18:2 19:14
  24:3 27:15
  28:18,18 29:13
  37:19 48:9
  53:15
**looks** 10:17,20
  18:16 22:19
  50:5
**loras** 74:15
**lost** 59:4
**lot** 10:25 28:16
  80:6,9
**louis** 47:13,21
  73:6,10,13

**m**

**made** 8:8,15
  24:5 31:6,12
  31:13 32:4
  33:5 35:2

36:20,23 37:11
  40:12,22 42:2
  42:6 46:5,12
  55:25 60:21
  61:18 64:1,9
  64:10 69:7,11
  72:25
**main** 35:23
  62:9,9,12,25
  64:11,21
**maintained**
  16:14,15
**make** 9:10 14:1
  27:11 33:11,19
  34:10 36:4,16
  50:7 53:21
  64:15,19 75:23
**makes** 10:18
  61:12 80:5
**making** 8:1
  43:15
**mam** 1:3
**man** 20:16
  48:13 63:24
**manager** 70:5
**managers** 70:4
**mancuso** 24:6
  24:8
**marathon** 17:5
**march** 54:4
  65:17,18
**maria** 24:6,8
**maricopa**
  39:16,18 41:25
**marie** 2:20
**market** 49:16

**martin** 1:24
  2:7 5:3 46:25
  46:25
**marty** 15:16
  17:12
**matter** 1:5
  19:17 60:3,4
  76:14
**matters** 12:1
  38:21 70:18
  78:17
**maturity** 37:12
  41:9 43:20
**mean** 11:24
  14:5 15:19
  16:23 17:1
  19:21 22:12
  25:22 41:3,3
  42:10 51:8,8,9
  53:8 60:6,17
  68:7,17 71:22
**means** 15:25
  17:16
**media** 49:1
  51:15 52:1
  53:19 67:19
  68:2
**meeting** 1:20
  5:9 7:23 8:5,11
  12:14 18:9,24
  23:24 32:3
  45:7 63:12
  70:25 73:1
  80:19,21
**meetings** 39:17
**member** 70:5

**memorialized**
  36:8
**mentioned**
  51:10 60:1
**miami**   4:4 5:5
  8:9
**microphone**
  5:7,12,13 8:2
  34:17
**middle**   28:21
  75:22
**million**   52:22
  53:3 59:22
  75:14
**mind**   8:3 80:11
**mine**   15:3,5,7
  24:8
**mineola**   81:23
**minute**   73:2
**minutes**   51:10
**mispronounc...**
  34:24
**missing**   14:6
  50:4,6
**missouri**   56:19
  73:22 74:1,3
**misstate**   69:14
**mistake**   67:2
**mistaken**   19:1
**misters**   33:14
**mo**   54:11 55:12
**moment**   14:19
  51:24,24 58:25
**money**   24:15
  37:21 39:11,20
  41:24 46:8
  50:15 51:1

59:5,9 60:24
  61:23 64:2,19
**month**   24:13
  24:18 25:20
  49:7,14 58:18
  59:9 73:11,14
  77:11 79:15
**month's**   49:10
**monthly**   9:11
  9:25 18:23,23
  29:14 49:24,25
  60:20 71:1,2
**months**   36:24
  46:12 49:11,13
  50:4,5 57:22
  57:24
**mor**   17:23
**mora**   5:11
**morning**   5:3
  6:20,23,24
  7:10 34:19
  63:5
**moss**   4:2,9 7:4
  7:11 52:20
**motion**   80:5
**move**   18:22
  19:1 37:14
  57:9
**moving**   41:16
**multifaceted**
  22:5
**multiple**   78:3
**mute**   5:6,13
**mutual**   44:6
  45:25

**n**

**n**   2:1 5:1 81:1
**name**   5:3 7:25
  13:25 14:10
  20:13,24 21:1
  21:9,21,24
  22:16,20 24:6
  25:5 27:16,22
  27:24 28:5,10
  29:15,19 33:24
  34:25 62:23
  63:6,14
**named**   67:23
  68:15,22
**names**   6:19
**narrow**   66:22
**national**   30:11
**necessities**
  61:24
**need**   24:24
  27:2 29:5
  30:25 33:7
  76:3
**negotiated**
  41:14
**never**   16:7
  59:6
**new**   4:11 64:10
**nods**   8:3
**noise**   5:7
**non**   72:10
**noon**   9:7 34:14
**north**   1:14
**note**   6:9,14,18
  7:8,13,14,22
  7:25

**noted**   7:18,22
**notes**   37:15,23
  53:16 61:14
**notices**   56:21
**number**   8:12
  15:3,4 22:23
  22:23,25 23:6
  23:16,17 44:16
  45:5 51:21
  52:4,7 54:8
  70:18 71:4,11
  71:16,24
**ny**   4:11 81:23

**o**

**o**   1:23 5:1
  74:16 81:1
**oath**   6:3 79:4
**object**   27:6,10
**objective**   77:12
  77:14
**objectives**
  79:13
**obligations**   6:2
**obtain**   8:7
**obviously**   15:9
  49:2
**occurred**   19:21
**ochs**   1:24 2:7
  5:2,3,19,22 6:2
  6:5,9,13,17,22
  7:1,5,8,10,12
  7:17,21 8:18
  8:25 9:9,16,19
  9:24 10:4,6,9
  10:15,18,22,24
  11:2,6,10,12
  11:14,18,22

| | | | |
|---|---|---|---|
| 12:5,8,13,18 | 72:14,21,25 | 32:8,12,19 | 71:20,24 73:7 |
| 12:20,22,25 | 73:5,7,15,21 | 33:6,14,21 | 74:4,13,17,20 |
| 13:2,5,9,16,18 | 73:25 74:4,9 | 34:5,12,14 | 75:5 76:24 |
| 13:19 14:1,4 | 74:11,13,17,20 | 35:9,12,13,22 | 77:3,5 80:4,18 |
| 14:12,16,18 | 74:23 75:3,6 | 35:25 36:3,13 | **olas** 3:10 |
| 15:1,5,7,12,19 | 75:17 76:1,8 | 36:19 37:1,6 | **old** 81:21 |
| 15:21 16:4,9 | 76:13 77:1,6 | 37:10,14,21,23 | **once** 35:10 |
| 17:1,17,19,22 | 77:11,18,21,24 | 38:9,16 39:9 | 73:18 |
| 18:14,18,22 | 78:6,8,12,18 | 39:22 40:8,11 | **ones** 28:21 |
| 19:9,12,16,23 | 78:22 79:1,3,7 | 41:1,12,16 | **open** 5:12 |
| 20:2,4,14,18 | 79:9,12,20 | 42:9,14,16 | 14:22 22:15 |
| 20:21,23 21:3 | 80:1,4,9,18 | 43:19,23 44:4 | **opened** 30:4 |
| 21:5,10,14,18 | **october** 35:21 | 44:15 45:2,6 | **operate** 71:5,7 |
| 21:20,21,24 | **offhand** 25:13 | 45:10,10,16,24 | 71:16 |
| 22:9,14,18,22 | 56:15 62:21 | 46:5,14 47:10 | **operated** 22:6 |
| 23:1,3,5,7,9,11 | 64:13 | 47:14,18,22,25 | 71:23 |
| 23:17,19,22 | **office** 2:3 5:4 | 48:4,7,12,16 | **operates** 71:22 |
| 24:3,9,12,14 | 8:9 17:21 | 48:23 49:5,9 | **operating** 9:11 |
| 24:19 25:2,4 | **official** 18:3,4 | 49:12,18 50:1 | 9:25 18:23,23 |
| 25:10,15,17,21 | 18:5 | 50:8,10,18,23 | 19:1,2,4,4,5 |
| 26:2,5,9,12,15 | **officials** 39:17 | 51:3,7,12,24 | 21:10,18 24:4 |
| 26:18,21 27:3 | 39:18 | 52:12,21 53:1 | 60:20 71:1,2,8 |
| 27:9,21 28:1 | **oh** 23:18 25:18 | 53:5,11,15,25 | 71:22 |
| 28:11,14,18 | 49:17 | 54:3,22,25 | **operations** |
| 29:1,4,7,11,13 | **okay** 5:19 6:9 | 55:5,7,10,15 | 39:10 59:1 |
| 29:21 30:1,4,8 | 6:17 7:2,17,21 | 55:15,20,23 | 61:7 |
| 30:12,14,17,21 | 8:18,25 9:19 | 56:7,11,16,16 | **opportunity** |
| 30:23 31:5,9 | 10:3,4,5,14,15 | 57:6,9,13,20 | 18:25 |
| 31:12,17,21,23 | 12:8 13:5 20:2 | 57:23 58:1,24 | **opposite** 77:1 |
| 31:25 32:2,8 | 20:9,23 21:8 | 59:16,17 60:5 | **option** 58:11 |
| 32:17,19 33:3 | 21:15 22:7 | 60:11,19 61:14 | 58:22 |
| 33:8,11,13,21 | 23:5,15,18 | 61:16 62:7,17 | **order** 29:6 |
| 34:2,5,12,20 | 25:2,12 26:2 | 62:22 63:1,1,3 | 30:25 61:18 |
| 34:22,24 46:24 | 26:18 27:19,21 | 63:3,8,11 64:8 | **ordinary** 60:23 |
| 46:25,25 63:3 | 29:3,11 30:8 | 64:25 65:3 | 61:11 |
| 70:23 71:10,12 | 30:14,17,21,23 | 67:4 69:4 70:6 | **organizes** 25:1 |
| 71:20,24 72:9 | 31:5,17,21 | 70:21,23 71:12 | |

original  13:12
  13:24 14:11
  29:19 66:20
originally
  38:25 41:18
  65:24
ought  79:14
outright  48:1
outside  59:9
outstanding
  37:1 42:11
  48:4 50:19
overall  75:4,7
  78:5
owed  42:17
owes  50:20
own  24:15 56:3
  64:20
owned  47:25
  62:14
owner  56:1
owner's  54:9
  55:21
owns  62:8

p

p  1:24 2:1,1,7
  5:1
p.a.  2:15 4:1
p.o.  3:17
pacer  15:22
packages  24:22
page  13:8,10
  13:11,18,19
  14:7,15 17:8
  25:10 27:15
  28:18,19,22
  29:13,24 35:4

35:10,12,12
  44:5,5,6 47:6
  48:8,8 54:3,7
  55:13,14,16,16
  55:18 67:21
  68:9 71:2,15
pages  29:24
paid  41:5 48:2
  55:7 59:22
palm  1:2,15
papers  5:12
paralegal  8:15
  17:21
pardon  12:18
  12:18
part  51:9 63:17
participate
  11:6
participation
  11:2
particular  71:4
parties  6:18
  22:11 41:12
partner  48:21
party  7:12 8:10
  13:13,24 14:10
  14:11 24:7
pass  34:17
past  26:21
  27:13 36:24
  38:5 46:6,12
  56:20 57:22
pay  17:15
  39:10,20 41:7
  56:3,4 60:24
  61:11,22 79:10

payable  24:5
paying  39:6,19
  41:2 49:14
  53:12 56:5
  59:9,13
payment  25:14
  25:20 42:2,5
  48:20,23 49:19
  49:21,24 50:9
  50:13 51:4
  69:10
payments  31:6
  31:11,12 36:16
  36:20,23 37:11
  40:11,21,22
  41:7,8 48:5,9
  55:25 69:7,10
pays  24:12
pdf  14:22
  15:25 18:19
pending  60:12
  67:8
people  76:6
perform  24:19
  50:17
performs
  24:16,17
period  8:6
  26:25 31:2
  67:16 69:11
  71:6,8,9,17,23
  79:11
person  6:7
  11:15
personal  26:1
  27:16 44:24,25
  49:25 50:6

70:19
personally
  21:12 24:17
  43:15
perspective
  63:19
petition  19:8
  19:19 28:20
  30:5 31:13
  33:5,16,23
  42:10,17
phone  6:18
  12:3
picked  8:3
picking  24:22
  59:3
picks  58:19
picture  78:5
piece  17:23
pieces  67:13
place  64:23
plaintiffs  39:4
plan  26:15,20
  27:1,8 39:12
  39:12 74:23,23
  75:7,10,23,24
  76:2,7,9 77:9
  77:10,19 78:13
  78:18 79:7,10
  79:21,24,24
  80:3,3
planning  26:12
play  75:14
please  5:6,13
  5:23 6:9,14,18
  7:1,8,22,25
  11:5 12:8 30:9

34:6,18 46:24
46:25 63:4
**pllc** 2:9 3:15
**point** 5:2 8:22
12:1 30:5
54:18 61:4,5
75:16,24 76:25
80:12
**pointing** 13:5
**policies** 51:13
52:9 53:18
58:8 59:3,3
67:22
**policy** 51:15,16
51:17,20 52:2
52:13,17,22
53:6,9,9,11,19
53:20,23 58:7
58:14,20 59:10
59:23 60:1,2,3
67:16,20,24
68:1,2,12,16
**ponce** 2:17
**porsche** 33:22
34:6 47:5,7,11
47:12,15,19,25
48:5
**position** 64:14
70:6,12,15
**possession**
6:12 30:5 72:1
72:24
**post** 19:8,19
30:5,15
**postgraduate**
74:17,22

**potentially**
67:22
**precise** 52:24
**preparation**
10:22 11:3,7
12:22
**preparing** 27:1
**prepetition**
19:7,17
**present** 4:15
5:15,20
**presently**
59:24
**president** 70:9
**press** 66:7
**pressed** 66:2,8
**pressing** 66:9
**presumably**
15:2
**pretty** 10:11
**preventing**
39:16
**price** 37:3,4,7
37:9 47:15
61:19
**primary** 67:24
**prior** 28:20
57:15 69:8
**privilege** 78:17
**probably** 41:4
41:4
**problem** 18:7
**proceed** 7:25
34:18
**proceedings**
80:23 81:4

**process** 9:4
76:4
**produce** 19:24
29:4,22,24
30:24 31:3
**produced** 8:13
**production**
8:14
**professional**
67:19 68:2
**professionals**
53:19
**profitable**
58:25 59:5,7
**promote** 39:1
**prompted**
74:25
**proper** 8:10
**properly** 16:10
**property** 35:24
35:25
**provide** 11:3
35:19 42:21,25
46:18 65:13
**provided** 9:16
9:18 26:6 35:6
36:21 37:17
41:19 48:25
**providing**
11:17
**public** 39:17
39:17
**pull** 13:21 16:2
25:12 44:18
53:25
**pulling** 52:6

**purchase** 32:5
37:3,4,7,9
47:15 61:19
64:2,15,21
**purchases**
61:24
**purpose** 47:19
**purposely**
17:20
**pushing** 78:10
**put** 27:24 28:5
43:13 79:3
80:2
**putting** 58:24
61:5 79:23
80:2

| q |
|---|

**quarter** 65:16
65:17
**question** 11:5
20:4,5,17 22:1
22:3 35:3,14
36:7 40:4,15
40:20 52:16
54:20,23 55:4
55:6 60:2
65:23,23 69:21
71:4,10,15,24
73:4,25 75:2,5
76:13,15,21
77:3,21 78:9
78:16 79:4
80:8
**question's** 40:3
**questioning**
17:3,5

**[questions - representative]** Page 18

| | | | |
|---|---|---|---|
| **questions** | **realtor** 62:5 | **recouped** | **regulated** 28:4 |
| 10:25 11:8 | **reason** 11:21 | 41:24 | **related** 24:18 |
| 44:1 47:5 | 17:13 57:13 | **redact** 19:16 | **relating** 28:23 |
| 56:17 61:16 | 58:9 60:14,17 | **redacted** 19:5 | 31:6 65:9 |
| 63:2 65:8 | **recall** 31:21,25 | 19:6,13 20:8 | **relative** 32:3 |
| 70:24 71:3 | 32:2,6 35:5 | 20:10 21:6 | 33:13,14 52:18 |
| 80:12,13,17 | 37:11,16 41:19 | 28:21 29:2,16 | **relevant** 19:21 |
| **quick** 9:1 | 43:2,4 47:7,10 | 29:25 | **reload** 14:16 |
| 41:22 71:10 | 47:14 50:13 | **redaction** 19:3 | 14:18 |
| **quicker** 9:3 | 54:19 62:20,22 | 19:18 20:24 | **remaining** 53:3 |
| 58:20 | 66:19 69:13 | 21:5 22:13 | **remains** 14:22 |
| **quite** 38:23 | **recalled** 41:22 | 28:23 29:15 | 15:24 72:9,14 |
| 39:8 46:10 | 41:23 | **reference** 9:10 | **remember** |
| 65:25 73:19,20 | **receipts** 71:25 | 52:1 53:6 73:1 | 66:19 |
| **r** | **receivable** 35:3 | **referenced** | **remitted** 42:1 |
| | 35:5,16 37:15 | 33:16 41:18 | **reorganized** |
| **r** 1:23 2:1 5:1 | 41:16 | 47:6 51:14 | 78:21 |
| 74:16 81:1 | **receivables** | **referencing** | **repay** 74:24 |
| **radar** 57:17 | 37:24 | 12:14 | 78:22 |
| **raise** 5:22 12:8 | **receive** 32:9 | **referred** 35:4 | **repaying** 75:14 |
| **rapidity** 61:2 | 34:15 46:16 | **referring** 15:14 | **repeat** 64:17 |
| **rate** 36:13 40:8 | **received** 32:8 | 55:11 56:13,25 | 75:5 77:2 |
| 43:11,13 61:2 | 32:22 | 67:5 | **repeating** |
| **rather** 14:19 | **recent** 27:12 | **reflect** 80:13 | 23:22 24:1 |
| 28:12 | 52:19 | 80:15 | **rephrase** 11:5 |
| **raton** 3:4 | **recently** 52:15 | **reflected** 31:13 | **report** 8:16 |
| **reach** 58:12 | 65:12 | 36:5 39:23 | 9:11,25 13:15 |
| **read** 24:6 25:7 | **record** 7:23 | 43:5 | 18:23,24 19:1 |
| **readily** 79:16 | 20:19 22:20 | **reflecting** | 19:2,4,4,6,8,20 |
| **ready** 8:24 | 23:12 29:23 | 43:24 | 19:22 24:4 |
| 17:4 | 63:12 80:13,15 | **reflective** | 29:24 71:2,2 |
| **real** 41:22 76:9 | 81:4 | 49:15 | 72:17 |
| 77:19 | **recorded** 7:23 | **regard** 66:17 | **reporting** 71:6 |
| **really** 18:13 | **recording** 5:3 | **registration** | **reports** 60:20 |
| 21:25 24:25 | 5:8 7:24 8:4,5 | 57:1 | **represent** 6:21 |
| 27:2 33:1 | 8:7,8,10 | **regular** 41:2,3 | **representative** |
| 78:10 | | 41:6 49:22 | 5:20 6:6,11 |

**represented**
    41:13
**representing**
    26:22
**represents**
    54:15
**request**  46:23
    47:1 63:15,18
**requested**  8:12
    8:19
**require**  61:25
**requisite**  79:11
**researching**
    32:23
**residence**  74:2
**resident**  57:11
    57:18
**resolved**  53:22
**respect**  35:3
    56:12
**responsible**
    13:13,24 14:10
    14:11
**restraints**  79:8
**retain**  26:15
**retained**  26:2
    26:10
**return**  73:18
    80:14,16
**returned**  32:14
**returning**
    73:16
**reveal**  77:2
**revenue**  61:12
**review**  65:25
    66:2

**reviewed**  13:14
**revolut**  29:14
    29:17,22
**riders**  69:1
**right**  5:22 6:5
    6:13 7:1,12,22
    9:9 10:8,13,18
    11:18 12:5,8
    13:2,19 14:14
    15:1 16:4,24
    18:3,14,20
    23:3 24:3 27:9
    28:18 29:13,21
    33:3 34:16
    36:7 39:13
    40:24 41:6
    42:13 43:14,17
    52:7,8 53:23
    60:6,9,13,25
    62:24 63:14
    64:23 70:21
    72:25 73:2,14
    77:18 78:12
    79:22 80:1,2
**road**  3:3 81:21
**robert**  3:6 7:19
    16:3,5
**robin**  44:7,11
**roderman**  2:9
**role**  11:7
**royal**  66:10
**ruby**  4:2,9 7:3
    51:19 52:14,15
    59:21
**rules**  27:24
    28:3

**run**  38:21
**runs**  49:1,3
**rush**  18:9
**ryan**  3:13 6:20
    63:6

**s**

**s**  2:1,10 5:1
    74:16
**safe**  76:8
**saint**  73:6,10
    73:13
**sake**  63:12
**salary**  49:22,25
**salida**  3:18
**saved**  44:3
**saying**  13:10
    14:5 20:18
    21:2 22:14,15
    22:18
**says**  13:24
    14:10,11 20:8
    20:9 21:6,8
    25:6,6 35:15
    44:16 48:9,17
    48:23 54:9,10
    55:19
**schedule**  41:7
    41:8
**scheduled**
    73:13
**schedules**  69:5
**school**  74:7
**schwab**  30:18
    30:19 31:1
    44:7,15 45:11
    45:11,16 46:7

**science**  74:12
**scrolling**  14:6
**sealed**  16:21
    18:6
**seals**  17:25
**search**  43:9
**seat**  18:10,11
**second**  23:21
    25:4 48:16
    52:5 61:15
    72:13 77:24
**seconds**  23:4
**section**  67:21
**security**  22:23
**see**  7:24 14:4,7
    14:8,12,19
    15:17 17:6,7
    21:1,8 25:9,14
    28:24 29:2
    31:19 35:15
    44:3,8,19
    48:11,18 54:11
    55:15,16 58:21
**seems**  17:4
    60:21 61:10
**seen**  10:20 16:7
    60:20
**sees**  18:17
**selected**  65:1
**self**  53:9
**sell**  45:25
**selling**  28:6
**send**  8:10 10:9
    18:18,19 20:1
    20:21 23:5
    29:9

**sense** 49:13
**sent** 10:11
  32:18
**separate** 28:7,7
  38:22 41:13
  47:24
**series** 71:3
**serious** 58:9
**services** 48:24
  48:25 49:15,16
  51:4
**set** 27:23 28:3
  28:8 30:13
  38:19,24 45:4
  45:20,23 56:17
  76:7 77:9
**seventh** 4:10
**several** 37:8
  57:24
**shareholder**
  35:5,16
**shaye** 7:3
  51:19 52:14,15
  59:21
**sheet** 54:4
**shifting** 45:10
**shirts** 28:6
**shopify** 28:24
**shopping**
  24:23
**short** 46:21
  68:8
**shortly** 34:11
**show** 13:6,16
  60:4
**showing** 15:23
  15:24 27:11

**shuffling** 5:12
**shutts** 3:8
**sign** 12:25
**signature**
  13:12,17,17,20
  13:24,25 14:4
  14:8,11 15:17
  15:23 17:7,7
  81:7
**signatures**
  17:6 18:17
**signed** 12:4
  13:3,4,6,6,10
  16:11,22,24
  18:6
**similar** 49:15
**simple** 22:1
  77:21
**sir** 7:14 9:22
  10:16 11:1
  22:24 23:16
  25:19 28:15
  32:17 35:7
  54:6 63:9
  67:12,25 69:3
  70:11 73:23
  74:3 75:2,11
  75:21 76:12
  77:14,20
**sit** 40:24 54:18
  69:12 72:6
  77:18
**sitting** 73:2,6
**situation** 58:10
**sizable** 75:8
**skarnulis** 3:15

**slightly** 36:19
  40:3 61:5
**small** 9:12
**smore** 59:5
**snot** 51:2
**social** 22:23
  49:1,2
**software** 17:24
**sole** 70:5
**solutions** 81:20
**somebody** 8:7
  18:18 20:18
**somewhat** 22:8
**sonya** 81:3,8
**soon** 32:16
**sorry** 5:15 9:5
  34:2,20,22
  42:4 46:10
  51:22 52:3
  65:20,20 66:5
  66:10 69:21
  71:11 72:12
**sort** 36:8 43:25
  65:13,13 74:9
**sounds** 41:1
  53:18,21
**southern** 1:2
**speak** 7:25 8:2
  75:25 76:3,6
**speaking** 5:6
  26:14,17 29:9
  32:22
**specific** 37:2
  59:20 67:1
  75:1
**specifically**
  32:10

**speech** 39:3,15
**spend** 73:23
  74:3
**spending** 58:18
  59:2,5 73:22
  74:1
**spent** 52:22
  58:13,16 61:23
  71:13 73:9
**spoke** 26:13,14
**spoken** 75:15
  76:24
**spread** 23:12
**st** 47:13,21
**stamp** 15:3
**standpoint**
  76:22
**started** 45:4,20
  61:17 65:14
**state** 39:17
  56:17 67:1,1
  79:18
**statement** 12:9
  20:8,19,20,23
  21:4,22,25
  24:5 25:5
  27:17 29:14
  32:23 69:5
**statements**
  5:23 8:1 19:5
  19:24 20:6,7
  23:20 29:22
  30:19 31:1
**states** 1:1,12
  5:4 8:12 19:24
  22:10 27:10
  32:21 33:15,17

33:21 34:13
47:1 63:16
80:5,11,18
**status** 8:14,17
**stay** 35:1 44:4
**staying** 47:4
48:7
**step** 70:24
**stepped** 7:13
**steward** 16:17
**stocks** 45:25
**stop** 23:7,9,9,9
23:11,11
**store** 27:20,22
**strange** 15:18
**street** 4:3
35:23 62:10,12
62:25 64:11,21
**strike** 66:16
**structure** 65:9
**structured**
54:19
**styled** 22:8
**sub** 6:13 70:23
**subchapter**
6:16 9:2 76:10
**subject** 19:18
60:7
**substantial**
42:2
**suggesting**
12:4
**suggests** 33:5
**suit** 41:24
66:13 68:22
**suite** 1:14 2:4
2:10,17 3:10

4:3 81:22
**suits** 38:20
68:22
**summer** 42:8,9
**supply** 23:3,13
23:13,19,24
**supreme** 39:3
39:7
**sure** 10:11,23
14:1 21:15,16
34:10 36:4,18
40:23,25 44:9
46:2,4 50:21
53:21 54:17
68:9 74:6 75:6
76:5 77:9,16
**surprised** 80:4
**swear** 5:23
12:9

**t**

**t** 28:6 81:1,1
**take** 8:19 31:17
37:10 75:23
**taken** 55:1
56:8 74:21
**takes** 46:7
**talk** 51:12
56:15 66:5
77:8,15
**talked** 30:18
**talking** 12:16
14:2,2 22:25
28:25 35:1
53:13 65:19
68:1 69:1
**tammy** 56:15

**tasks** 24:16,17
24:19,25 50:17
**tax** 22:23 26:16
55:16,25
**taxes** 25:25
26:1,24 54:11
54:11 55:7,11
55:12 56:3,5
**technically**
60:8
**ted** 2:4
**telegram** 49:3
**telephone**
48:24
**tell** 11:24 27:17
29:1 30:24
74:4
**tender** 65:21
**terms** 68:20
**testified** 20:6
**testify** 12:6
**testimony**
27:13 29:4
36:3 65:11,13
65:15
**tgp** 1:7 5:9
20:9,11,14,25
21:7,10,11,18
22:21 24:10,11
25:17 29:15
36:9 38:13
40:12 42:1
43:14 44:14,17
44:23 45:3,7
45:15,18 50:20
51:5 54:4 55:1
55:7 56:17

57:21 58:2
59:8,13 60:14
66:11 74:23
75:19 76:9
**th3e** 28:21
**thank** 5:8,13
6:22 7:5,17 9:9
25:12 26:8
30:1 42:19
47:2 63:2,3,5
70:22,23 80:22
**thing** 34:15
**things** 8:19
23:22 24:22
25:1 51:10
**think** 9:19,20
17:12 18:25
19:1,7,9,12,14
22:3 24:2 27:3
27:4,5,9,13
29:18 31:18,22
32:25 36:11
40:1,6,17 42:2
46:11,17,17
51:3 52:7
59:11,12 61:1
61:15 62:4,24
63:1 73:11
77:14
**third** 41:17
**thought** 34:8,8
58:21 76:12
**thousand** 37:8
**three** 44:7
49:11,12 63:20
**threshold**
27:14

**thursday** 9:7
34:14
**tied** 60:9,10
**time** 6:17 7:1
17:2 23:21,23
24:25 26:14,25
30:6,17 39:8
45:22 49:6
58:14 65:4
69:10,11 71:9
71:13,23 73:7
73:20,22,23
74:1,3 76:4
79:7 80:12
**times** 78:3
**title** 33:22,24
33:25 34:5
**today** 5:5,16
5:20 9:5 12:6
27:13 31:2
38:24 64:9
67:17 69:6,10
71:22 72:6
80:13
**today's** 80:1
**together** 79:24
80:3
**told** 11:25 78:3
**tomorrow** 8:24
**took** 66:1,3
74:7
**top** 20:7,8 21:2
27:17 39:4
71:2
**topic** 53:18
**total** 35:18

**towards** 54:7
55:18 66:2
**transact** 56:24
57:14
**transaction**
19:20 28:22
**transactions**
19:8 28:7,20
28:24
**transcript** 8:8
81:4
**transfer** 48:17
**transfers** 48:10
**tremendous**
19:3
**trial** 5:4
**true** 5:24 12:10
49:2 59:15
72:16 81:4
**trust** 76:6
**trustee** 1:25
2:3,16 6:13,16
8:12 19:25
22:10 27:10
32:21 33:15,22
34:13 47:1
63:16 70:23
80:5,6,11,19
**trustee's** 5:4
33:17
**truthful** 72:5
**try** 16:17 19:23
78:12
**trying** 7:13
16:23 42:16
**tuesday** 5:5 9:5
9:6

**turn** 33:3
**turned** 18:15
32:12,14,17,19
32:20 34:8,9
34:13
**turner** 2:4
**turning** 17:3
**twin** 28:15
31:7 43:12
65:2
**twitter** 49:2
**two** 8:6,21
16:13 24:4,13
24:18 28:23
33:8 51:14
52:22 53:12
55:11 61:16
65:17 67:13
**typically** 9:2

**u**

**u.s.** 2:3 11:17
20:5
**ultimately** 42:1
57:20 58:1
**umbrella** 67:24
**un** 15:23
**uncalled** 18:12
18:13
**unclear** 33:23
33:24 36:4
45:6
**uncomfortable**
18:10
**under** 6:3 9:12
14:9 17:19
20:24 21:1,3,5
21:5 68:12,16

79:4
**underneath**
50:11 54:9
55:19
**understand**
6:2,6 8:23
17:16 18:8
23:14 66:8,14
78:9 79:6,12
**understanding**
25:6 68:24
79:24
**understood** 9:8
33:12
**unfinished**
11:19,20,23
**unfortunately**
54:17
**united** 1:1,12
5:4 8:12 19:24
22:10 27:10
32:20 33:15,17
33:21 34:13
46:24,25 63:16
80:4,11,18
**university**
74:13
**unredacted**
19:24 23:20
29:5,12,22,25
**unsigned** 11:19
11:20,23 15:24
**urge** 13:21
**use** 16:16
28:14,15 64:23
76:20

**used** 32:5
47:20
**using** 30:14
51:18

**v**

**v** 6:13,16 9:2
70:23 76:10
**various** 69:2
**veritext** 81:20
**versions** 16:13
29:5
**vice** 70:9
**voluntarily**
31:3

**w**

**wait** 26:5
**wandrea'** 4:2,9
**want** 9:10 10:9
14:1 21:13,14
23:11 31:1
33:4,11,13,14
36:4 44:4
46:22 53:21
65:17 67:2
69:14 75:3,6
77:2 79:3,4
**wanted** 32:10
63:16
**wants** 27:6
63:4
**waterview**
1:13
**waves** 8:3
**way** 17:15
19:23 27:7
36:20 51:3

54:25 76:15
78:12
**we've** 33:1
56:21 59:6
60:20 63:2
64:9 77:14
**website** 15:22
16:14 38:23
**week** 26:14
73:17,18
**weeks** 8:21
73:12
**went** 13:13
73:10,11 74:6
74:7,8
**west** 1:2,15 4:3
**wholly** 62:14
**willkie** 4:8 7:3
34:21
**winter** 73:9
**wish** 54:16
66:25
**withdrawals**
55:1
**withdrawn**
75:19
**won** 39:14
**word** 28:14,15
**words** 79:20
**work** 24:9,9
26:20 49:10
64:24
**worked** 39:25
62:5
**working** 45:22
66:11

**works** 24:11,11
25:25
**worries** 35:1
**worth** 49:10
**wrap** 70:25
**writers** 61:8
**wrong** 17:22
17:23 78:11

**x**

**x** 1:4,10

**y**

**yea** 17:10
**yeah** 15:19
16:9 23:2 25:3
25:13,18 28:9
32:12 35:17
37:21 38:19
42:13,15,16,25
43:18 46:20
47:4 48:2
49:17 50:6,25
51:1 52:1,8
55:5,18 56:2,3
57:3,25 65:22
66:6,6 71:21
76:18,19,24
78:1,15
**year** 31:2,2
38:6 46:6,9
56:5,20 65:19
65:20 66:22
**years** 8:6 45:5
47:8 57:12,18
58:17 59:4
**york** 4:11