# Exhibit 21

DATE FILED: December 22, 2020 2:05 PM
FILING ID: C3AD4DD04446A
CASE NUMBER: 2020CV34319

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., SIDNEY POWELL, SIDNEY POWELL, P.C., RUDOLPH GIULIANI, JOSEPH OLTMANN, FEC UNITED, SHUFFLING MADNESS MEDIA, INC. dba CONSERVATIVE DAILY, JAMES HOFT, TGP COMMUNICATIONS LLC dba THE GATEWAY PUNDIT, MICHELLE MALKIN, ERIC METAXAS, CHANEL RION, HERRING NETWORKS, INC. dba ONE AMERICA NEWS NETWORK, and NEWSMAX MEDIA, INC.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff**<br>Charles J. Cain (Attorney No. 51020)<br>Steve Skarnulis*<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011　　Telephone<br>512-477-5011　　Facsimile<br>Email:　　ccain@cstrial.com<br>Email:　　skarnulis@cstrial.com<br><br>*Application for *pro hac vice* forthcoming | Case Number:_____<br><br>Division Number:_____<br><br>Courtroom:_____ |
| **PLAINTIFF'S ORIGINAL COMPLAINT** | |

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, brings this action against Defendants Donald J. Trump for President, Inc., Sidney Powell, Sidney Powell, P.C., Rudolph Giuliani, Joseph Oltmann, FEC United, Shuffling Madness Media, Inc. dba Conservative Daily, James Hoft, TGP Communications LLC dba The Gateway Pundit, Michelle Malkin, Eric Metaxas, Chanel Rion, Herring Networks, Inc. dba One America News Network, and Newsmax Media, Inc. (collectively, Defendants herein) in response to relentless defamation and ongoing threats.

## I.    INTRODUCTION

1.    Spreading false conspiracy theories about American election workers can have devastating consequences.  This is such a case.  Specifically, this case is based on Defendants' false and baseless assertions that Dr. Coomer, an employee of Dominion Voting Systems, Inc. (Dominion), sits at the center of a national conspiracy to fraudulently elect the President of the United States.  Defendants, by their actions, have elevated Dr. Coomer into the national spotlight, invaded his privacy, threatened his security, and fundamentally defamed his reputation across this country.

2.    On November 3, 2020, the presidential election was held across the United States.  Votes were counted throughout the week, and on Saturday, November 7, 2020, the Associated Press formally called the election for former Vice President Joe Biden.  President-Elect Biden decisively won the election with a total of 306 electoral votes, winning the popular vote by more than seven million votes.  State election officials have verified and certified the election results.  Electors have cast their ballots.

3.     As the vote count proceeded and it became apparent that President Trump was likely to lose the election, the President, his campaign, his agents, and many of his supporters began alleging widespread voter fraud and perpetuating baseless conspiracies about why President Trump lost.

4.     Defendants were integral to this effort.  To support their unsubstantiated allegations, they manufactured and spread a false narrative that Dominion—a business that had partnered with more than 1,300 jurisdictions in the United States to provide various election support services—conspired to rig its equipment and the election in favor of President-Elect Biden.[1]  Defendants made Dr. Coomer, the Director of Product Strategy and Security for Dominion, the face of their false claims.

5.     Defendants relied heavily upon false allegations made by Joseph Oltmann, a politically-motivated individual, business owner, and podcast host, to support their conspiracy theory.

6.     Oltmann has founded a nonprofit and media business for the alleged purpose of building a political movement to preserve freedoms he perceived as threatened in the United States.  This allegedly included efforts to uncover and reveal Antifa activists conspiring against Oltmann.  Oltmann claimed to have infiltrated a conference call with such Antifa activists.  Oltmann claimed on this call he purportedly heard someone identified as "Eric from Dominion," and that this "Eric" stated he would ensure the election went to President-Elect Biden.  Oltmann provided no explanation for how he

---

[1] Apparently, this conspiracy only affected the presidential votes, as Democrats in the same election lost ground in down-ballot races.  *See* Trip Gabriel, *How Democrats Suffered Crushing Down-Ballot Losses Across America*, N.Y. TIMES, Nov. 28, 2020, https://www.nytimes.com/2020/11/28/us/politics/democrats-republicans-state-legislatures.html.

learned of this purported call or gained access to it.  Oltmann acknowledged he has no recording of it and indicated he had no knowledge of the participants he referenced within it.  Rather, Oltmann's dubious claims are premised on one unverified speaker referring to another.  With no legitimate attempt to confirm the identity of these alleged speakers, Oltmann attributed their alleged statements to Dr. Coomer.  With no additional evidence, Oltmann then used these statements to falsely assert that Dr. Coomer subverted the results of the election.  Defendants seized on and perpetuated these false allegations to further their own interests.

7.      To be clear, Dr. Coomer has no knowledge of an alleged "Antifa Conference Call;" Dr. Coomer did not participate in such an alleged call; Dr. Coomer did not make the comments Defendants falsely attribute to him; and Dr. Coomer did not take actions to subvert the presidential election as Defendants falsely allege.

8.      Despite the inherent unreliability of these claims, Defendants widely disseminated this false narrative.  As intended, Defendants' fabrication quickly spread throughout various media sources.    Within days, the hashtags #EricCoomer, #ExposeEricCoomer, and #ArrestEricCoomer were trending on social media.    The President began publishing numerous false statements to his millions of followers alleging Dominion interfered with the election; the President's son and campaign surrogate, Eric Trump, tweeted a photo of Dr. Coomer alongside this false claim; and the President's Campaign lawyers identified Dr. Coomer in a nationally televised press conference where they described him as a "vicious, vicious man" who "is close to Antifa" and falsely claimed that Dr. Coomer "specifically says that they're going to fix this

election" and that he "had the election rigged for Mr. Biden." With such attention, Defendants have escalated denigrations of Dr. Coomer, furthered dissemination of these false statements, and encouraged threats and violence against Dr. Coomer.

9.    Defendants knowingly circulated and amplified a baseless conspiracy theory to challenge the integrity of the presidential election. While this theory has been thoroughly rejected, its immediate and life-threatening effects remain very real. The deluge of misinformation has caused immense injury to Dr. Coomer's reputation, professional standing, safety, and privacy. Once an esteemed private election technology expert, Dr. Coomer has been vilified and subjected to an onslaught of offensive messages and harassment. In response to multiple credible death threats, Dr. Coomer has been forced to leave his home in fear for his safety. Without concern for the truth or the consequences of their reckless conduct, Defendants branded Dr. Coomer a traitor to the United States, a terrorist, and a criminal of the highest order.

## II.    PARTIES

10.    Plaintiff Eric Coomer, Ph.D. is an individual and resident of Colorado who may be contacted c/o Cain & Skarnulis PLLC, P. O. Box 1064, Salida, Colorado 81201. Dr. Coomer is the Director of Product Strategy and Security for Dominion.

11.    Defendant Donald J. Trump for President Inc. (the Trump Campaign or the President's Campaign)[2] is a corporation organized and existing under the laws of Virginia,

---

[2] As of this filing, Rudolph Giuliani is a representative of the Trump Campaign. His actions relevant to this case were as a representative of the Trump Campaign and within the scope and furtherance of his work for the Trump Campaign. He had actual or apparent authority as an agent of the Trump Campaign. The Trump Campaign is vicariously liable for Giuliani's tortious conduct described herein. Sidney Powell was a representative of the Trump Campaign. For a period of time relevant to this case, Powell's actions were as

and may be served through its registered agent for service CT Corporation System at 4701 Cox Road, Suite 284, Glen Allen, Virginia 23060-6808.

12.    Defendant Sidney Powell (Powell) is an individual and resident of Texas. Powell is a practicing attorney that has brought several lawsuits seeking to overturn the results of the election.  On November 14, 2020, President Trump identified Powell as part of the legal team representing his campaign and its efforts to overturn the results of the election.  On November 22, 2020, the campaign subsequently removed Powell from its legal team.  Powell may be served at 3831 Turtle Creek Boulevard, Unit 5B, Dallas, Texas 75219.

13.    Defendant Sidney Powell, P.C. (Powell, P.C.)[3] is a professional corporation organized and existing under the laws of Texas, and may be served with process through its registered agent Sidney Powell at 3831 Turtle Creek Boulevard, Unit 5B, Dallas, Texas 75219.

14.    Defendant Rudolph Giuliani (Giuliani) is an individual and resident of New York.  Giuliani is a practicing attorney that serves as President Trump's personal counsel, as well as counsel for President Trump's campaign, Donald J. Trump for President Inc.  Giuliani may be served with process at 445 Park Avenue, Floor 18, New York, New York 10022.

---

a representative of the Trump Campaign and within the scope and furtherance of her work for the Trump Campaign.  She had actual or apparent authority as an agent of the Trump Campaign during that period of time.  The Trump Campaign is vicariously liable for Powell's tortious conduct during the period of time described herein.

[3] Powell is a representative of Powell, P.C.  Her actions relevant to this case were as a representative of Powell, P.C. and within the scope and furtherance of her work for Powell, P.C.  She had actual or apparent authority as an agent of Powell, P.C.  Powell, P.C. is vicariously liable for Powell's tortious conduct described herein.

15.    Defendant Joseph Oltmann (Oltmann) is an individual and resident of Colorado.  Oltmann is an activist; a supporter of President Trump; an owner of Shuffling Madness Media, Inc. dba Conservative Daily; a co-host of the Conservative Daily podcast; and founder of the nonprofit FEC United.  Oltmann may be served with process at 8245 Keith Court, Castle Rock, Colorado 80108.

16.    Defendant FEC United[4] is a nonprofit corporation organized and existing under the laws of Colorado with its principal place of business located in Denver, Colorado, and may be served with process through its registered agent Pacific Registered Agents, Inc. at 44 Cook Street, Suite 100, Denver, Colorado 80206.

17.    Defendant Shuffling Madness Media, Inc. dba Conservative Daily (Conservative Daily)[5] is a corporation organized and existing under the laws of Delaware with its principal place of business located in Colorado, and may be served with process through its registered agent Joe Oltmann at 10750 S. Pine Drive, Parker, Colorado 80138.

18.    Defendant James Hoft (Hoft) is an individual and resident of Missouri. Hoft is the owner of TGP Communications LLC and author and editor of the political website and blog, The Gateway Pundit.  Hoft may be served with process at 12 Godwin Lane, St. Louis, Missouri 63124.

---

[4] Oltmann is a representative of FEC United.  His actions relevant to this case were as a representative of FEC United and within the scope and furtherance of his work for FEC United.  He had actual or apparent authority as an agent of FEC United.  FEC United is vicariously liable for Oltmann's tortious conduct described herein.

[5] Oltmann is also a representative of Conservative Daily.  His actions relevant to this case were as a representative of Conservative Daily and within the scope and furtherance of his work for Conservative Daily.  He had actual or apparent authority as an agent of Conservative Daily.  Conservative Daily is vicariously liable for Oltmann's tortious conduct described herein.

19.     Defendant TGP Communications LLC dba The Gateway Pundit (Gateway Pundit)[6] is a limited liability company organized and existing under the laws of Missouri, and may be served with process through its registered agent Gregory J. Hickel at 12300 Old Tesson Road, Suite 400-G, St. Louis, Missouri 63128.

20.     Defendant Michelle Malkin (Malkin) is an individual and resident of Colorado.  Malkin is a political blogger, commentator, and author.  Malkin may be served with process at 171 Larkspur Lane, Avon, Colorado 81620.

21.     Defendant Eric Metaxas (Metaxas) is an individual and resident of New York.  Metaxas is an author, speaker, and host of The Eric Metaxas Radio Show.  Metaxas may be served with process at 35 East 84th Street, Apt. 5A, New York, New York 10028.

22.     Defendant Chanel Rion (Rion) is an individual and resident of New York.  Rion is the Chief White House Correspondent for One America News Network (OANN).  Rion may be served with process at 622 Acorn Hill Road, Olivesbridge, New York 12461.

23.     Defendant Herring Networks, Inc.,[7] is a corporation organized and existing under the laws of California, which owns and operates One America News Network (OANN).  OANN may be served through its agent for service Seth B. Bobroff at 6256 Greenwich Drive, Suite 500, San Diego, California 92117.

---

[6] Hoft is a representative of Gateway Pundit.  His actions relevant to this case were as a representative of Gateway Pundit and within the scope and furtherance of his work for Gateway Pundit.  He had actual or apparent authority as an agent of Gateway Pundit.  Gateway Pundit is vicariously liable for Hoft's tortious conduct described herein.

[7] Rion is a representative of Herring Networks, Inc. (referred to herein as OANN).  Rion's actions relevant to this case were as a representative of OANN and within the scope and furtherance of her work for OANN.  She had actual or apparent authority as an agent of OANN.  OANN is vicariously liable for Rion's tortious conduct described herein.

24.     Defendant Newsmax Media, Inc. (Newsmax) is a corporation organized and existing under the laws of Delaware, with its principal place of business located in Florida. Newsmax may be served through its registered agent Cogency Global Inc. at 115 North Calhoun Street, Suite 4, Tallahassee, Florida 32301.

### III.    JURISDICTION AND VENUE

25.     This Court has subject matter jurisdiction pursuant to Article VI, section 9 of the Colorado Constitution and C.R.S. section 13-1-124.

26.     This Court may exercise personal jurisdiction over the Trump Campaign as it committed tortious actions against a resident of the state of Colorado giving rise to this cause of action.  The Trump Campaign had the knowledge and intent that: the effects of its actions would be felt in the state of Colorado; the injury would occur in Colorado; and that its defamatory messages would be directed at Colorado.  *See Keeton v. Hustler Magazine, Inc.,* 465 U.S. 770, 776-81 (1984).  The Trump Campaign derived its defamatory statements from Coloradan sources.[8]  The subject of those statements concerned a Colorado resident and that resident's work and employment for a business based in Colorado, making Colorado an integral focal point for its defamatory statements.[9] *See Calder v. Jones*, 465 U.S. 783, 788-89 (1984); *see also Keeton,* 465 U.S. at 780 (recognizing a plaintiff's residence may be relevant to the jurisdictional inquiry as it "may be the focus of the activities of the defendant out of which the suit arises.").  The

---

[8] The Trump Campaign knowingly relied on Oltmann as its source for its false statements; specifically identified Oltmann as a Denver, Colorado businessman within its statements; and derived those statements from information Oltmann allegedly gained while in Colorado.  *See infra* ¶¶ 59–65, 68.

[9] The Trump Campaign knowingly relied on Dr. Coomer, a Colorado resident, and Dominion, a business based in Colorado, and alleged actions and events taken in Colorado as the subject of its false statements. *See infra* ¶¶ 50–65, 68.

Trump Campaign purposefully utilized national broadcasts and media platforms with regular circulation in Colorado and to Coloradan audiences to make its statements.[10] *See Keeton,* 465 U.S. at 776-81 (finding "libel is generally held to occur wherever the offending material is circulated" and a defendant continuously and deliberately exploiting a market "must reasonably anticipate being haled into court there in a libel action").

27.    This Court may exercise personal jurisdiction over Powell as she committed tortious actions against a resident of the state of Colorado giving rise to this cause of action.  Powell had the knowledge and intent that: the effects of her actions would be felt in the state of Colorado; the injury would occur in Colorado; and that her defamatory messages would be directed at Colorado.  *See Keeton,* 465 U.S. at 776-81.  Powell derived her defamatory statements from Coloradan sources.[11]  The subject of those statements concerned a Colorado resident and that resident's work and employment for a business based in Colorado, making Colorado an integral focal point for her defamatory statements.[12]  *See Calder*, 465 U.S. at 788-89; *see also Keeton,* 465 U.S. at 780.  Powell purposefully utilized national broadcasts and media platforms with regular circulation in

---

[10] The Trump Campaign knowingly published its statements using national platforms and broadcasts that purposefully direct their statements into the state of Colorado and to Coloradan audiences.  The Trump Campaign intended to reach every citizen in the United States and purposefully sought this national audience, which included Colorado and Coloradans.  *See infra* ¶¶ 59–65, 68.

[11] Powell knowingly relied on Oltmann as her source for her false statements; specifically identified Oltmann as a Denver, Colorado businessman within her statements; and derived those statements from information Oltmann allegedly gained while in Colorado.  *See infra* ¶¶ 61–68.

[12] Powell knowingly relied on Dr. Coomer, a Colorado resident, and Dominion, a business based in Colorado, and alleged actions and events taken in Colorado as the subject of her false statements.  *See infra* ¶¶ 61–68.

Colorado and to Coloradan audiences to make her statements.[13]  *See Keeton,* 465 U.S. at 776-81.

28.    This Court may exercise personal jurisdiction over Powell, P.C. as it committed tortious actions against a resident of the state of Colorado giving rise to this cause of action.  Powell, P.C. had the knowledge and intent that: the effects of its actions would be felt in the state of Colorado; the injury would occur in Colorado; and that its defamatory messages would be directed at Colorado.  *See Keeton,* 465 U.S. at 776-81.  Powell, P.C. derived its defamatory statements from Coloradan sources.[14]  The subject of those statements concerned a Colorado resident and that resident's work and employment for a business based in Colorado, making Colorado an integral focal point for its defamatory statements.[15]  *See Calder*, 465 U.S. at 788-89; *see also Keeton,* 465 U.S. at 780.  Powell, P.C. purposefully utilized national broadcasts and media platforms with regular circulation in Colorado and to Coloradan audiences to make its statements.[16]  *See Keeton,* 465 U.S. at 776-81.

---

[13] Powell knowingly published her statements using national platforms and broadcasts that purposefully direct their broadcasts into the state of Colorado and to Coloradan audiences.  Powell intended to reach every citizen in the United States, purposefully sought this national audience, which included Colorado and Coloradans.  *See infra* ¶¶ 61–68.

[14] Powell P.C. knowingly relied on Oltmann as its source for its false statements; specifically identified Oltmann as a Denver, Colorado businessman within its statements; and derived those statements from information Oltmann allegedly gained while in Colorado.  *See infra* ¶¶ 61–68.

[15] Powell P.C. knowingly relied on Dr. Coomer, a Colorado resident, and Dominion, a business based in Colorado, and alleged actions and events taken in Colorado as the subject of its false statements.  *See infra* ¶¶ 61–68.

[16] Powell P.C. knowingly published its statements using national platforms and broadcasts that purposefully direct their broadcasts into the state of Colorado and to Coloradan audiences.  Powell P.C. intended to reach every citizen in the United States and purposefully sought this national audience, which included Colorado and Coloradans.  *See infra* ¶¶ 61–68.

29.     This Court may exercise personal jurisdiction over Giuliani as he committed tortious actions against a resident of the state of Colorado giving rise to this cause of action.  Giuliani had the knowledge and intent that: the effects of his actions would be felt in the state of Colorado; the injury would occur in Colorado; and that his defamatory messages would be directed at Colorado.  *See Keeton,* 465 U.S. at 776-81.  Giuliani derived his defamatory statements from Coloradan sources.[17]  The subject of those statements concerned a Colorado resident and that resident's work and employment for a business based in Colorado, making Colorado an integral focal point for his defamatory statements.[18]  *See Calder*, 465 U.S. at 788-89; *see also Keeton,* 465 U.S. at 780.  Giuliani purposefully utilized national broadcasts and media platforms with regular circulation in Colorado and to Coloradan audiences to make his statements.[19]  *See Keeton,* 465 U.S. at 776-81.

30.     This Court may exercise personal jurisdiction over Oltmann as he is a resident and domiciliary of Colorado and he committed tortious actions giving rise to this cause of action within Colorado.

---

[17] Giuliani knowingly relied on Oltmann, a Colorado businessman, as his source for his false statements and derived those statements from information Oltmann allegedly gained while in Colorado.  *See infra* ¶¶ 61-62, 68.

[18] Giuliani knowingly relied on Dr. Coomer, a Colorado resident, and Dominion, a business based in Colorado, and alleged actions and events taken in Colorado as the subject of his false statements.  *See infra* ¶¶ 61–62, 68.

[19] Giuliani knowingly published his statements using national platforms and broadcasts that purposefully direct their statements into the state of Colorado and to Coloradan audiences.  Giuliani intended to reach every citizen in the United States and purposefully sought this national audience, which included Colorado and Coloradans.  *See infra* ¶¶ 61–62, 68.

31.    This Court may exercise personal jurisdiction over FEC United as it is formed within and existing under the laws of Colorado and it committed tortious actions giving rise to this cause of action within Colorado.

32.    This Court may exercise personal jurisdiction over Conservative Daily as it has its principal place of business within Colorado and it committed tortious actions giving rise to this cause of action within Colorado.

33.    This Court may exercise personal jurisdiction over Hoft as he committed tortious actions against a resident of the state of Colorado giving rise to this cause of action.  Hoft had the knowledge and intent that: the effects of his actions would be felt in the state of Colorado; the injury would occur in Colorado; and that his defamatory messages would be directed at Colorado.  *See Keeton,* 465 U.S. at 776-81.  Hoft derived his defamatory statements from Coloradan sources.[20]  The subject of those statements concerned a Colorado resident and that resident's work and employment within a business based in Colorado, making Colorado an integral focal point for his defamatory statements.[21]  *See Calder*, 465 U.S. at 788-89; *see also Keeton,* 465 U.S. at 780.  Further, Hoft has purposefully sought a national audience and regularly directs his publications to Colorado and Coloradan audiences for circulation.[22]  *See Keeton,* 465 U.S. at 776-81.

---

[20] Hoft knowingly relied on Oltmann as his source for his false statements, specifically identified Oltmann as a Denver, Colorado businessman within his statements, and derived those statements from information Oltmann allegedly gained while in Colorado.  *See infra* ¶¶ 55, 58, 68.

[21] Hoft knowingly relied on Dr. Coomer, a Colorado resident, and Dominion, a business based in Colorado, and alleged actions and events taken in Colorado as the subject of his false statements.  *See infra* ¶¶ 55, 58, 68.

[22] Hoft, as founder, editor, and author of Gateway Pundit, regularly directs publications to a national audience, specifically including and exploiting Colorado and Coloradan markets, with articles naming Colorado, identifying events in Colorado, and referencing Coloradans.  *See infra* ¶¶ 55, 58, 68, n.25.

34.     This Court may exercise personal jurisdiction over Gateway Pundit as it committed tortious actions against a resident of the state of Colorado giving rise to this cause of action.  Gateway Pundit had the knowledge and intent that: the effects of its actions would be felt in the state of Colorado; the injury would occur in Colorado; and that its defamatory messages would be directed at Colorado.  *See Keeton,* 465 U.S. at 776-81.  Gateway Pundit derived its defamatory statements from Coloradan sources.[23] The subject of those statements concerned a Colorado resident and that resident's work and employment for a business based in Colorado, making Colorado an integral focal point for its defamatory statements.[24]  *See Calder*, 465 U.S. at 788-89; *see also Keeton,* 465 U.S. at 780.  Further, Gateway Pundit has purposefully sought a national audience and regularly directs its publications to Colorado and Coloradan audiences for circulation.[25]  *See Keeton,* 465 U.S. at 776-81.

---

[23] Gateway Pundit knowingly relied on Oltmann as its source for false statements it published, specifically identified Oltmann as a Denver, Colorado businessman within its statements, and derived those statements from information Oltmann allegedly gained while in Colorado.  *See infra* ¶¶ 55, 58, 68.

[24] Gateway Pundit knowingly relied on Dr. Coomer, a Colorado resident, and Dominion, a business based in Colorado, and alleged actions and events taken in Colorado as the subject of its false statements. *See infra* ¶¶ 55, 58, 68

[25] Gateway Pundit regularly directs publications to a national audience, specifically including and exploiting Colorado and Coloradan markets, with articles naming Colorado, identifying events in Colorado, and referencing Coloradans.  *See e.g.*, Cristina Laila, *BREAKING! SHOCK VIDEO: Colorado Democrat Executive Says "2020 is a Political Revolution"; "Guillotines Motherf\*cker, Killing Random Nazis in the Street"*, THE GATEWAY PUNDIT, October 13, 2020; Joe Hoft, *WEIRD: Early Reports Claimed Killer of Trump Supporter in Denver Is a Security Guard But He's Not Registered In Colorado's Security Guard Database*, THE GATEWAY PUNDIT, October 11, 2020; Cristina Laila, *Democrat Colorado Secretary of State Mails Postcards to Illegals and Dead People Urging Them to Vote*, THE GATEWAY PUNDIT, September 27, 2020; Jim Hoft, *Let's Make Her Famous! Violent, Foul-Mouthed Leftist Caught on Video Ripping Down Trump Sign in Castle Rock, Colorado*, THE GATEWAY PUNDIT, September 22, 2020; Cristina Laila, *Colorado Woman Repeatedly Punches 12-Year-Old Boy in the Back of the Head Over Trump Yard Sign*, THE GATEWAY PUNDIT, September 2, 2020.

35.    This Court may exercise personal jurisdiction over Malkin as she is a resident and domiciliary of Colorado and she committed tortious actions giving rise to this cause of action within Colorado.

36.    This Court may exercise personal jurisdiction over Metaxas as he committed tortious actions against a resident of the state of Colorado giving rise to this cause of action.  As the host of a nationally syndicated radio show and podcast, Metaxas had the knowledge and intent that: the effects of his actions would be felt in the state of Colorado; the injury would occur in Colorado; and that his defamatory messages would be directed at Colorado.  *See Keeton*, 465 U.S. at 776-81.  Metaxas also derived his defamatory statements from Coloradan sources.[26]  The subject of those statements concerned a Colorado resident and that resident's work and employment within a business based in Colorado, making Colorado an integral focal point for his defamatory statements.[27] *See Calder*, 465 U.S. at 788-89; *see also Keeton*, 465 U.S. at 780.  Further, Metaxas has purposefully sought a national audience and regularly directs his publications to Colorado and Coloradan audiences for circulation.[28] *See Keeton*, 465 U.S. at 776-81.

---

[26] Metaxas knowingly relied on Oltmann as his source for his false statements, specifically identified Oltmann as a Denver, Colorado businessman within his statements, and derived those statements from information Oltmann allegedly gained while in Colorado.  *See infra* ¶¶ 57, 68.

[27] Metaxas knowingly relied on Dr. Coomer, a Colorado resident, and Dominion, a business based in Colorado, and alleged actions and events taken in Colorado as the subject of his false statements.  *See infra* ¶¶ 57, 68.

[28] Metaxas, as the host of a nationally syndicated radio show and podcast, regularly directs publications to a national audience, specifically including and exploiting Colorado and Coloradan markets.  *See infra* ¶¶ 57, 68.

37.    This Court may exercise personal jurisdiction over Rion as she committed tortious actions against a resident of the state of Colorado giving rise to this cause of action.  As a correspondent for a national news network that specifically broadcasts to Colorado and Coloradan audiences, Rion had the knowledge and intent that: the effects of her actions would be felt in the state of Colorado; the injury would occur in Colorado; and that her defamatory messages would be directed at Colorado.  *See Keeton,* 465 U.S. at 776-81.  Rion also derived her defamatory statements from Coloradan sources.[29]  The subject of those statements concerned a Colorado resident and that resident's work and employment for a business based in Colorado, making Colorado an integral focal point for her defamatory statements.[30]  *See Calder*, 465 U.S. at 788-89; *see also Keeton,* 465 U.S. at 780.  Through OANN, Rion has purposefully sought a national audience and regularly directs her reporting to Colorado and Coloradan audiences for circulation.[31] *See Keeton,* 465 U.S. at 776-81.

38.    This Court may exercise personal jurisdiction over OANN as it committed tortious actions against a resident of the state of Colorado giving rise to this cause of action.  As a national news network that specifically broadcasts to Colorado and Coloradan audiences, OANN had the knowledge and intent that: the effects of its actions would be felt in the state of Colorado; the injury would occur in Colorado; and that its

---

[29] Rion knowingly relied on Oltmann as her source for her false statements, specifically identified Oltmann as a Denver, Colorado businessman within her statements, and derived those statements from information Oltmann allegedly gained while in Colorado.  *See infra* ¶¶ 59, 68.

[30] Rion knowingly relied on Dr. Coomer, a Colorado resident, and Dominion, a business based in Colorado, and alleged actions and events taken in Colorado as the subject of her false statements.  *See infra* ¶ 59, 68.

[31] Rion, as a correspondent for OANN, regularly directs publications to a national audience, specifically including and exploiting Colorado and Coloradan markets.  *See infra* ¶¶ 59, 68, n.34.

defamatory messages would be directed at Colorado.  *See Keeton,* 465 U.S. at 776-81. OANN also derived its defamatory statements from Coloradan sources.[32]  The subject of those statements concerned a Colorado resident and that resident's work and employment for a business based in Colorado, making Colorado an integral focal point for its defamatory statements.[33]  *See Calder*, 465 U.S. at 788-89; *see also Keeton,* 465 U.S. at 780.  OANN has purposefully sought a national audience and regularly directs its reporting to Colorado and Coloradan audiences for circulation.[34]  *See Keeton,* 465 U.S. at 776-81.

39.    This Court may exercise personal jurisdiction over Newsmax as it committed tortious actions against a resident of the state of Colorado giving rise to this cause of action.  As a national news network that specifically broadcasts to Colorado and Coloradan audiences, Newsmax had the knowledge and intent that: the effects of its actions would be felt in the state of Colorado; the injury would occur in Colorado; and that its defamatory messages would be directed at Colorado.  *See Keeton,* 465 U.S. at

---

[32] OANN knowingly relied on Oltmann as its source for false statements it published, specifically identified Oltmann as a Denver, Colorado businessman within its statements, and derived those statements from information Oltmann allegedly gained while in Colorado.  *See infra* ¶¶ 59, 68.

[33] OANN knowingly relied on Dr. Coomer, a Colorado resident, and Dominion, a business based in Colorado, and alleged actions and events taken in Colorado as the subject of its false statements.  *See infra* ¶¶ 59, 68.

[34] On its website, OANN identifies: (1) national cable providers, including AT&T U-verse, CenturyLink PRISM, DirecTV, GCI, and Verizon FiOS; (2) local providers in all 50 states; and (3) for Colorado, OANN specifically states "You can find OAN in Colorado on one of the many national cable providers above.  Need another option?  Stream OAN and many other TV channels LIVE on KlowdTV without a contract, offering flexibility and affordability.   Sign up for a free-trial!"  *See OANN, Where to Watch, https://www.oann.com/wheretowatch/* (last visited Dec. 22, 2020).

776-81.  Newsmax further derived its defamatory statements from Coloradan sources.[35] The subject of those statements concerned a Colorado resident and that resident's work and employment for a business based in Colorado, making Colorado an integral focal point for its defamatory statements.[36]  *See Calder*, 465 U.S. at 788-89; *see also Keeton*, 465 U.S. at 780.  Newsmax has purposefully sought a national audience and regularly directs its reporting to Colorado and Coloradan audiences for circulation.[37]  *See Keeton*, 465 U.S. at 776-81.

40.    Venue is proper in this Court pursuant to Colorado Rule of Civil Procedure 98 because a substantial part of the events and omissions giving rise to the claims occurred in Denver County, Colorado and Defendant FEC United's principal place of business is in Denver County, Colorado.

## IV.    FACTS

41.    Plaintiff Dr. Eric Coomer is the Director of Product Strategy and Security for Dominion.

---

[35] Newsmax knowingly relied on Oltmann, a Colorado based businessman, as the source of the false statements that it published and derived those statements from information Oltmann allegedly gained while in Colorado.  *See infra* ¶¶ 63, 68.

[36] Newsmax knowingly relied on Dr. Coomer, a Colorado resident, and Dominion, a business based in Colorado, and alleged actions and events taken in Colorado as the subject of its false statements.  *See infra* ¶¶ 63, 68.

[37] Newsmax purposefully directs its broadcasts into the state of Colorado and to Coloradan audiences.  On its website, Newsmax identifies broadcast areas for Coloradan zip codes and identifies national cable providers and channels specifically for Colorado.  For example, in the zip code of this Court, Newsmax identifies "Newsmax TV is available in your local area in the following services" including: CenturyLink HD Ch. 1209 (SD Ch. 209); DIRECTV HD Ch. 349; DISH Network HD Ch. 216; fuboTV; Sling TV; and Xfinity/Comcast HD Ch. 1115.  *See* Newsmax TV, *You Can Watch Newsmax TV!*", https://www.newsmaxtv.com/findus (last visited Dec. 22, 2020).

42.     Dominion is based in Denver, Colorado, and provides election support services across the United States, including from initial project implementation through election set-up, ballot layout, multiple language audio, machine set-up and system testing.

43.     Dominion provided election related services to at least thirty different states during the 2020 presidential election.

**A.**     ***The 2020 presidential election was a free and fair election.***

44.     The 2020 presidential election results have been verified by numerous independent entities, including government officials and agencies.  State elections officials tasked with verifying the election and vote counts have certified the election results across all 50 states and the District of Columbia.[38]  Electors have met and formerly cast their ballots with President-Elect Joe Biden securing 306 electoral votes and winning the popular vote by more than seven million votes.[39]

45.     The Cybersecurity & Infrastructure Security Agency (CISA), a standalone United States federal agency under the Department of Homeland Security, has issued a Joint Statement from the Elections Infrastructure Government Coordinating Council and the Elections Infrastructure Sector Coordinating Executive Committees stating:

> The November 3rd election was the most secure in American history.  Right now, across the country, election officials are reviewing and double checking the entire election process prior to finalizing the result.

---

[38] *See* Maggie Astor, et al., *Biden Secures Enough Electors to Be President*, N.Y. TIMES, Dec. 9, 2020, https://www.nytimes.com/interactive/2020/11/20/us/politics/2020-election-certification-tracker.html ("Election results have now been certified in all 50 states and Washington, D.C.").

[39] *See* Nick Corasaniti, et. al., *Electoral College Vote Officially Affirms Biden's Victory*, N.Y. TIMES, Dec. 14, 2020, https://www.nytimes.com/2020/12/14/us/politics/biden-electoral-college.html.

When states have close elections, many will recount ballots.  All of the states with close results in the 2020 presidential race have paper records of each vote, allowing the ability to go back and count each ballot if necessary.  This is an added benefit for security and resilience.  This process allows for the identification and correction of any mistakes or errors.  **There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised.**

Other security measures like pre-election testing, state certification of voting equipment, and the U.S. Election Assistance Commission's (EAC) certification of voting equipment help to build additional confidence in the voting systems used in 2020.

While we know there are many unfounded claims and opportunities for misinformation about the process of our elections, we can assure you we have the utmost confidence in the security and integrity of our elections, and you should too.  When you have questions, turn to elections officials as trusted voices as they administer elections."[40]

46.    Former Director of CISA, Chris Krebs, after his dismissal by President Trump, acknowledged that states had transitioned to auditable voting systems with paper-based ballots that could be recounted, independent of any allegedly hacked software or hardware.[41]  Krebs explained that these paper ballots, when paired with state post-election checks, ensured the accuracy of the voting counts.  Such post-election checks were utilized with recounts in Georgia and Wisconsin, which affirmed the election results.[42]

---

[40] CISA, *Joint Statement from Elections Infrastructure Gov't Coordinating Council & the Election Infrastructure Sector Coordinative Exec. Comms.*, Nov. 12, 2020, https://www.cisa.gov/news/2020/11/12/joint-statement-elections-infrastructure-government-coordinating-council-election (emphasis in original).

[41] Chris Krebs, *Trump fired me for saying this, but I'll say it again: The Election wasn't rigged*, WASH. POST, Dec. 1, 2020, https://www.washingtonpost.com/opinions/christopher-krebs-trump-election-wasnt-hacked/2020/12/01/88da94a0-340f-11eb-8d38-6aea1adb3839_story.html.

[42] Scott Bauer, *Wisconsin certifies Joe Biden as winner following recount*, AP, Nov. 30, 2020, https://apnews.com/article/election-2020-joe-biden-donald-trump-wisconsin-lawsuits-2e9cf60550f519537d31b6b71aa32c3c; Kate Brumback, *Georgia again certifies election results showing*

47.     The U.S. Attorney General William Barr confirmed "to date, we have not seen fraud on a scale that could have effected a different outcome in the election."[43]

48.     Over 50 separate lawsuits brought by President Trump's campaign and its supporters across the country attempting to challenge the legitimacy of the election results have failed.[44]  With these, courts have rejected baseless allegations of widespread voter fraud raised to overcome the election results.[45]  Notably in one case, Judge Brann in the United States District Court for the Middle District of Pennsylvania rendered an opinion stating:

> One might expect that when seeking [to disenfranchise almost seven million voters], a plaintiff would come formidably armed with compelling legal arguments and factual proof of rampant corruption, such that this Court would have no option but to regrettably grant the proposed injunctive relief despite the impact it would have on such a large group of citizens.
>
> That has not happened.  Instead, this Court has been presented with strained legal arguments without merit and speculative accusations, unpled in the operative complaint and unsupported by evidence.

*Donald J. Trump for President, Inc., et al. v. Boockvar, et al.*, No. 4:20-cv-02078-MWB, at Dkt. No. 202, p.2 (M.D. PA. Nov. 21, 2020).  In review of this opinion, Judge

---

*Biden won*, AP, Dec. 7, 2020, https://apnews.com/article/election-2020-joe-biden-donald-trump-georgia-elections-4eeea3b24f10de886bcdeab6c26b680a.

[43] Michael Balsamo, *Disputing Trump, Barr says no widespread election fraud*, AP, Dec. 1, 2020, https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d.
As of this filing, U.S. Attorney General Barr has tendered his resignation.

[44] Rosalind S. Helderman, et al., *'The last wall': How dozens of judges across the political spectrum rejected Trump's efforts to overturn the election*, WASH. POST, Dec. 12, 2020, https://www.washingtonpost.com/politics/judges-trump-election-lawsuits/2020/12/12/e3a57224-3a72-11eb-98c4-25dc9f4987e8_story.html.

[45] *See e.g., Bowyer, et al., v. Ducey, et al.*, No. 2:20-cv-02321-DJH (D. Ariz.) at Dkt. No. 84, p.28 (concluding "[n]ot only have Plaintiffs failed to provide the Court with factual support for their extraordinary claims, but they have wholly failed to establish that they have standing for the Court to consider them.  Allegations that find favor in the public sphere of gossip and innuendo cannot be a substitute for earnest pleadings and procedure in federal court.").

Bibas, writing the Third Circuit's unanimous opinion on November 27, 2020, summarized the Court's ruling as follows:

> Free, fair elections are the lifeblood of our democracy. Charges of unfairness are serious. But calling an election unfair does not make it so. Charges require specific allegations and then proof. We have neither here.

*Donald J. Trump for President, Inc., et. al. v. Sec'y Commonwealth of Pennsylvania, et. al.*, No. 20-3371, * 2 (3rd Cir. Nov. 27, 2020).

## B.    *Oltmann fabricated a conspiracy.*

49.    Joseph Oltmann is a political activist and supporter of President Trump with ambitions of creating a political movement.[46]  Oltmann formed a nonprofit organization, FEC United, allegedly to restore and secure constitutional protections he perceived as under attack, which includes a paramilitary civilian defense group.[47]  FEC United has hosted rallies for armed civilians to gather, as well as political events on behalf of the Colorado Republican Party and the Trump Campaign.[48]  By way of example, FEC

---

[46] *See* Joseph Oltmann (@Joeoltmann), PARLER (Dec. 2, 2020) (In response to lawsuits brought by President Trump, "[w]e do this without the weak ass Republican traitors."); (Dec. 4, 2020) ("It's time we turn out the corrupt government and weaponized media and tech companies. This is our country . . . #reckoning #ericcoomerisatraitor #dominionvotingsystems); (Dec. 6, 2020) ("I will love my neighbors after I beat their ass and stop this evil indoctrination and cancer on our community . . . I punched one of these asshats in the face and defended our country"); (Dec. 7, 2020) ("I am angry we are where we are and we allowed the loony left to even get their claws of deceit and despair into the fiber of our country. I am disappointed we let the evil left remove God from our schools and communities without a bigger fight . . . Pray for our country. Pray for our President. Pray for our leaders that they can have courage. Pray for the warriors of our nation that will stand up for you. God bless you all. We will not surrender and we will never retreat."); (Dec. 10, 2020) ("Pray for our country and that our Supreme Court has the courage to reject the evil we face."); (Dec. 12, 2020) ("Now we got to war as the people . . . the deep state runs deep. Evil at work . . .").

[47] *See* FEC United, *Defend the American Way of Life,* https://fecunited.com (last visited Dec. 22, 2020); United American Defense Fund, *Defend and Protect What Is Ours,* https://fecunited.com/uadf/ (last visited Dec. 22, 2020).

[48] *See* Erik Maulbetsch, *Conservative Group Behind the Deadly "Patriot Muster" Rally Working Closely With Colorado GOP,* COLO. TIMES RECORDER, Oct. 12, 2020, https://coloradotimesrecorder.com/2020/10/conservative-group-behind-deadly-patriot-muster-rally-working-closely-with-colorado-gop/31445/.

United reportedly solicited its members to sign up for the "Army for Trump" poll watcher program before the election, claiming that "Democrats have been actively stacking the poll-watching positions with their own people, and this will only contribute to the fraud . . . Join Our Election Day Team!"[49]  Upon information and belief, Oltmann also owns a business, Shuffling Madness Media, Inc., which operates under the name Conservative Daily.  Oltmann serves as a co-host of the Conservative Daily Podcast under the name Joe Otto with videos also posted on Conservative Daily's YouTube channel.

50.    After the results of the election were called for President-Elect Joe Biden, Oltmann co-hosted a Conservative Daily Podcast.[50]  On that podcast, he alleged to have learned almost two months earlier of a conspiracy to elect the president of the United States.  Oltmann claimed he gained this information after infiltrating Antifa.  Despite his interest in the election and prolific podcasting schedule, Oltmann apparently took no action at that time to report this alleged threat to democracy.[51]  Waiting until November 9, 2020, Oltmann began this podcast, saying:

> Let's not sugar coat this, we're going to expose someone inside of Dominion Voting Systems specifically related to Antifa and related to someone that is so far left and is controlling the elections, and his fingerprints are in every state.  So I want you guys to understand that what we're about to show you, you have to share . . . The conversation will be about a man named Eric Coomer.  C-O-O-M-E-R.

---

[49] *See id.*

[50] Joseph Oltmann, et al., *Ep. 196—Dominion Voting Systems*, CONSERVATIVE DAILY PODCAST (Nov. 9, 2020).

[51] The Conservative Daily Podcast posted fifty podcasts from September 1, 2020 to November 9, 2020. *See id.*; *see also* Joseph Oltmann, et al., *Ep. 146—Someone Stole My Trump Sign (And I'm Pissed)*, CONSERVATIVE DAILY PODCAST (Sept. 1, 2020).

Oltmann then posted a photo of Dr. Coomer's face.  Oltmann explained he had allegedly "infiltrated an Antifa conference call" sometime in late September with unknown and unverified participants.  Oltmann claimed while on this purported call one of these unknown participants was referred to as "Eric" and another allegedly explained "Eric is the Dominion guy."  Oltmann claimed when another unknown participant asked, "What are we gonna do if f-ing Trump wins?" the unknown "Eric" responded, which Oltmann paraphrased as, "Don't worry about the election, Trump is not gonna win.  I made f-ing sure of that.  Hahahaha."  Afterwards, Oltmann's alleged efforts to identify the unknown speakers of this purported call were limited to googling "Eric," "Dominion," and "Denver, Colorado."[52]  With this, Oltmann claimed he identified Dr. Coomer and Dominion Voting Systems, Inc.[53]  At no point has Oltmann contacted Dr. Coomer to confirm his involvement in this purported call.

51.    Only after President Trump had lost the presidential election did Oltmann allegedly remember Dr. Coomer and take steps to target him.  Oltmann had conceived a storyline about the election—that its results were fraudulent—and consciously set out to establish that Dr. Coomer perpetuated this fraud.[54]  This included accessing Dr. Coomer's

---

[52] In a subsequent interview, Oltmann explained, "So it was really simple.  This is what I did, right.  I put in 'Eric,' into google search, 'Eric,' 'Dominion,' 'Denver, Colorado.' Not very clever, right?"  *See* Michelle Malkin, *#MalkinLive: U.S. Elections*, YOUTUBE (Nov. 13, 2020).

[53] Oltmann provides no explanation for how he understood "Dominion" to mean "Dominion Voting Systems, Inc." and not any of the number of other Dominion-named businesses and locations in Colorado, including, but not limited to: Old Dominion Freight Line; Dominion Life Church; Dominion Realty Group; Dominion Water & Sanitation District; either of the two Dominion Towers constituting Dominion Plaza; Dominion Mortgage; and Dominion Carpet Cleaning Inc.

[54] Oltmann has a history of advancing varying allegations of voter fraud to support his political beliefs and his preferred candidates as well as to promote himself and his businesses interests.  *See e.g.*, Erik Maulbetsch, *Conservative Group Behind the Deadly "Patriot Muster Rally Working Closely With Colorado GOP*, COLO. TIMES RECORDER, Oct. 12, 2020 (FEC United alleging election fraud); Joseph Oltmann, et al.,

private Facebook profile.  Finding no credible evidence of Dr. Coomer's involvement in the purported "Antifa Conference Call," Oltmann, instead, used posts on Dr. Coomer's Facebook profile that were critical of President Trump to allege he was the anonymous "Eric."  Having no credible evidence of voter fraud, Oltmann used Dr. Coomer's position and employment with Dominion to allege Dr. Coomer was a key figure in a high-level conspiracy to rig the election against President Trump.  These statements are baseless and unequivocally false.  Dr. Coomer has no knowledge of this alleged "Antifa Conference Call;" Dr. Coomer did not participate in such an alleged call; Dr. Coomer did not make the comments Oltmann alleged were made; and Dr. Coomer did not take steps to subvert the results of the presidential election.

52.    In reality, Dr. Coomer, like many, had a private Facebook page that he shared with approximately 300 friends.  He shared political views and was critical of President Trump.  He shared satire, that Oltmann intentionally disregarded and held out as true.  None of it was public.  It is unclear how Oltmann came into possession of it.

53.    More importantly, Dr. Coomer's professional life was separate from his personal political opinion.  Dr. Coomer did not participate in political groups and did not donate to campaigns.  Dr. Coomer worked with elections officials—Republican, Democratic, and independent—across the country to make sure the process was safe,

---

*Ep. 151–Voter Fraud is Real*, CONSERVATIVE DAILY PODCAST, (Sept. 9, 2020) (separate allegations of election fraud); *Ep. 126–GOP Caving to Pelosi's Cheat-By-Mail Demands,* CONSERVATIVE DAILY PODCAST (Aug. 5, 2020) (separate allegations of election fraud).  Oltmann utilized these false allegations for personal gain. On November 5, 2020, the Conservative Daily podcast informed its viewers it was the "#119 most popular political podcast in America," on November 6, 2020 it informed them it was then the "#108 most popular political podcast," on November 9, 2020 it was "#66," on November 10, 2020 it was "#62," November 14, 2020 it was "#53," on November 19, 2020 it was "#28," on December 2, 2020 it was "#8."

secure, and fair.  The ability to have a political opinion in this country is a protected right.
It remains a protected right, even if critical of a sitting president.  That criticism does not
denote conspiracy or fraud.

### C.    *Defendants spread the conspiracy.*

54.     Oltmann began spreading his baseless allegations.[55]  Defendants seized on
Oltmann's statements to promote a conspiracy of election fraud.  At the same time
Defendants began to use Oltmann as a source for their reporting, Twitter suspended his
account.  This suspension was related to Oltmann's attempts to spread false allegations
and threats about Dr. Coomer.[56]

55.     On November 13, 2020, Gateway Pundit published an article by James
"Jim" Hoft to its website with the headline: "Dominion Voting Systems Officer of Strategy
and SECURITY Eric Coomer Admitted in 2016 Vendors and Election Officials Have
Access to Manipulate the Vote."[57]  In this article, Hoft and Gateway Pundit developed
Oltmann's story by adding photo and video, additional context, and links to ostensibly
related content.  They rely on Oltmann as a source of information to report on Dr. Coomer
and Dominion, asserting:

> Joe Oltmann did a deep dive on Dr. Eric Coomer who is responsible for the
> strategy and Security of Dominion Voting Systems.  Oltmann posted a
> Facebook post by Coomer from June. Dr. Coomer retweeted the "Antifa"
> manifesto letter to President Trump.  Needless to say Dr. Coomer is NOT a
> Trump supporter!

---

[55] On December 6, 2020 alone, Oltmann claimed he had "been busy doing 15 interviews in the last 2 days."
*See* Joseph Oltmann (@Joeoltmann), PARLER (Dec. 6, 2020).

[56] Oltmann explained after sharing an alleged photograph of Dr. Coomer's house, "I have been kicked off of
Twitter for exposing Eric Coomer." *See* Joseph Oltmann (@Joeoltmann), PARLER (Dec. 6, 2020).

[57] Jim Hoft, THE GATEWAY PUNDIT, Nov. 13, 2020.

56.    Also on November 13, 2020, Michelle Malkin[58] hosted an interview with Oltmann, who was identified as a representative of FEC United, on her personal YouTube channel, #MalkinLive, which has approximately 100,000 subscribers.[59]    During the MalkinLive interview, Oltmann again falsely alleged that Dr. Coomer was an anonymous Antifa activist on a purported call Oltmann claimed to have infiltrated well before the election.[60]    Yet only after the election did Oltmann allegedly determine from this call that Dr. Coomer subverted the presidential election to elect Joe Biden.[61]    Malkin published these false statements despite their inherent improbability, the unreliability of her source, and the lack of credible evidence in support of these allegations.    Malkin had no credible evidence that an "Antifa conference call" actually happened; that Dr. Coomer was present on the call; that the comments attributed to Dr. Coomer were actually spoken; and that the alleged election fraud actually occurred.    Malkin took no actions or efforts to corroborate or verify the baseless allegations before publishing them and disregarded reliable sources establishing the contrary.    At one point in the interview, Oltmann rhetorically directed his commentary to Dr. Coomer, and said:

[58] Notably, Malkin joined Newsmax in May 2020 as a political contributor and host of a Newsmax television show, Michelle Malkin Sovereign Nation.  *See* Bill Hoffmann, *Acclaimed Journalist Michelle Malkin Joins Newsmax TV*, May 21, 2020; *see also* Newsmax TV, Hosts, https://www.newsmaxtv.com/host-bios (last visited Dec. 22, 2020).

[59] Michelle Malkin, *#MalkinLive: U.S. Elections*, YOUTUBE (Nov. 13, 2020).  In this interview, Malkin identified Oltmann as Colorado businessman and founder of FEC United.  Oltmann explained why he formed FEC United, spoke on behalf of FEC United during the interview, and promoted FEC United with a large banner across the screen reading, "For more info: FECUnited.com."

[60] Oltmann admitted in this interview his efforts to infiltrate Antifa stemmed from his belief they were conspiring against him, saying "So these journalists started attacking me. . . I wanted to know why . . . So I set out to uncover Antifa within the journalist community."  *See id.*

[61] Oltmann explained to Malkin that his investigation of this purported call was premised on a google search and premised on unknown and unverified speakers, stating "somebody named Eric came on . . . someone says who's Eric . . . and someone answers."  *See id.*

> You're either the one who is responsible for it, which is what it looks like, or you have other people that need to take the fall with you, and that might lessen the opportunity for you to get the death penalty, because frankly, I think the treason is punishable by death.

Following this interview, Malkin began publishing additional false statements in tweets, promoting her interview of Oltmann and the allegations of fraud to her followers.[62]  Like Oltmann, Malkin conceived a story that the results of the election were fraudulent and consciously set out to establish that Dr. Coomer perpetuated this fraud.[63]

57.    Similarly, Eric Metaxas hosted an interview with Oltmann, who was again identified as a representative of FEC United, on his radio talk show and podcast on November 24, 2020.[64]  This interview was also published on Metaxas's YouTube channel, The Eric Metaxas Radio Show, which has approximately 185,000 subscribers.[65]  During

---

[62] Michelle Malkin (@michellemalkin), TWITTER (Nov. 13, 2020, 12:43 PM) ("Joe Oltmann (now banned on Twitter) exposes pro-Antifa, cop hatred-inciting rants of #EricCoomer, VP of strategy/security of Dominion Voting Systems.  'What if I told you he is a major shareholder' in Dominion & 'owns patents associated with other voting systems?'  #MalkinLive."); (Nov. 13, 2020, 12:46 PM) ("Full interview with #joeoltmann on #ericcoomer #dominion here ==>"); (Nov. 13, 2020, 2:31 PM), ("What are they trying to hide? #DominionVotingSystems."); (Nov. 15, 2020, 12:09 PM) ("ICYMI – Dominion, Antifa & #EricCoomer exposed by Joe Oltmann on #MalkinLive last week.  Joe was suspended by Twitter but you can find him on @parler."); (Nov. 16, 2020, 12:29 PM) ("ICYMI: #ExposeDominion #WhoIsEricCoomer #JoeOltmann Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath -- His Internet Profile is Being Deleted and Erased (AUDIO)."); (Nov. 16, 2020, 12:29 PM) (commenting with the hashtags "#ExposeDominion" and "#WhoIsEricCoomer."); (Nov. 19, 2020, 12:19 PM) ("In case you missed it: My interview with #JoeOltmann from six days ago exposing #EricCoomer #Antifa #ExposeDominion.").

[63] Malkin also has a history of advancing varying allegations of voter fraud to support her political beliefs and her preferred candidates as well as to promote herself and her businesses interests.  *See e.g.*, Michelle Malkin, *Who's Funding Shady Ballot Harvesting Schemes,* RASMUSSEN REPORTS, Sept. 30, 2020 (separate allegations of voter fraud); *Out of the Shadows . . . and Into the Voting Booth*, RASMUSSEN REPORTS, Dec. 18, 2019 (separate allegations of voter fraud).  Malkin is also an admitted supporter of President Trump.  *See, e.g.*, Michelle Malkin, *No Time for Phony Healing*, RASMUSSEN REPORTS, Nov. 11, 2020 ("We, the 71 million Americans who voted to reelect Donald J. Trump, do not surrender.").

[64] Eric Metaxas, Joe Oltmann, THE ERIC METAXAS SHOW PODCAST (Nov. 24, 2020).

[65] The Eric Metaxas Radio Show, *Joe Oltmann Discusses How A Security Genius at Dominion Voting Promised Antifa Members a Trump Loss*, YOUTUBE (Nov. 24, 2020).  In this interview, Oltmann was identified as a Colorado businessman and founder of FEC United.  Oltmann explained why he formed FEC United and spoke on behalf of FEC United during the interview.

the Metaxas interview, Oltmann again falsely alleged that Dr. Coomer was an anonymous Antifa activist on a purported call Oltmann claimed to have infiltrated well before the election.[66] And again allegedly determined from this call that Dr. Coomer subverted the presidential election.[67] Metaxas also published these false statements despite their inherent improbability, the unreliability of his source, and the lack of credible evidence in support of these allegations. Metaxas also had no credible evidence that an "Antifa conference call" actually happened; that Dr. Coomer was present on the call; that the comments attributed to Dr. Coomer were actually spoken; and that the alleged election fraud actually occurred. Metaxas also took no actions or efforts to corroborate or verify the baseless allegations before publishing them and disregarded reliable sources establishing the contrary. Following this interview, Metaxas, like Malkin, published additional false statements in tweets, promoting his interview of Oltmann and the allegations of fraud to his followers.[68] Like Oltmann, Metaxas conceived of a story that

---

[66] Oltmann admitted in this interview his efforts to infiltrate Antifa stemmed from his belief that Antifa journalists were conspiring against both him and FEC United following his efforts to reopen small businesses in Colorado last September.

[67] Oltmann explained to Metaxas that his investigation of this purported call was premised on a google search and premised on unknown and unverified speakers in the purported call, stating "This guy named Eric started talking, and then somebody asked who Eric was. And they said, 'Eric's a Dominion guy.'" Despite this, Metaxas took no actions or efforts to corroborate or verify the baseless allegations before publishing them.

[68] Eric Metaxas (@ericmetaxas), TWITTER (Nov. 24, 2020, 5:26 PM) ("Today Joe Oltmann explained how after infiltrating Antifa he bumped into someone working w/them named Eric Koomer [sic] – who was the head of Security and Safety at #Dominion – and who PROMISED the Antifa folks that 'effing' Trump WOULD NOT WIN! Please RT.").

the results of the election were fraudulent and consciously set out to establish that Dr. Coomer perpetuated this fraud.[69]

58.    On November 14, 2020, Gateway Pundit began publishing successive articles written by Hoft based and built upon Oltmann's false allegations. Gateway Pundit and Hoft asserted, "Oltmann said that as the conversation continued, someone asked, 'What are we gonna do if F*cking Trump wins?' Oltmann paraphrased how Eric (the Dominion guy) responded, 'Don't worry about the election, Trump's not gonna win. I made f*cking sure of that!'"[70] Gateway Pundit repeatedly identified Oltmann, a "Denver business owner" and "founder of FEC (Faith Education Commerce) United," as the source of its articles about Dr. Coomer and Dominion, stating:

> The Gateway Pundit's Jim Hoft interviewed Denver business owner Joe Oltmann on Sunday. Oltmann, the founder of FEC (Faith Education Commerce) United, revealed how he infiltrated Antifa and how during a conversation with Antifa members, he discovered "Eric from Dominion" was allegedly part of a chat during the week of September 27, 2020.

Similarly, Gateway Pundit and Hoft took no efforts to verify or corroborate these false allegations. Gateway Pundit and Hoft equally had no credible evidence of any "Antifa conference call;" that Dr. Coomer was part of this purported call; or that Dr. Coomer

---

[69] Metaxas has advanced varying allegations of voter fraud to support specific political beliefs and specific political candidates as well as to promote his businesses interests. *See e.g.*, The Eric Metaxas Radio Show, *Attorney Jenna Ellis—On Democrats Changing Election Laws for the 2020 Election*, YOUTUBE (May 11, 2020); Eric Metaxas (@ericmetaxas), TWITTER (Nov. 7, 2020, 4:35 PM) (in response to President Trump's allegations of voter fraud due to allegations related to observers and mail-in-ballots, "If an election bears signs of fraud—so that the will of the people was thwarted—it is not an official election. STAY TUNED. And pray. This is absolutely not over, despite what some seem to think. The American people will not roll over.").

[70] *See* Jim Hoft, *Report: Anti-Trump Dominion Voting Systems Security Chief Was Participating in Antifa Calls, Posted Antifa Manifesto Letter to Trump Online*, THE GATEWAY PUNDIT, Nov. 14, 2020; *Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath – His Internet Profile Is Being Deleted and Erased (AUDIO)*, THE GATEWAY PUNDIT, Nov. 16, 2020 ("Oltmann told The Gateway Pundit he believes Eric Coomer is mentally ill and a sociopath.").

committed election fraud.  Gateway Pundit and Hoft also took no actions or efforts to corroborate or verify the baseless allegations before publishing them and disregarded reliable sources establishing the contrary.  Oltmann has admitted there is no recording of this call.[71]  Gateway Pundit and Hoft knowingly and recklessly published these false statements despite their inherent improbability, the unreliability of the source, and the lack of credible evidence.  Gateway Pundit and Hoft made these false statements to support their preconceived conspiracy that the election was fraudulent.[72]

59.    On November 17, 2020, OANN Chief White House Correspondent Chanel Rion published false statements regarding Dr. Coomer, tweeting "Dominion Director of Strategy and Security, #EricCoomer: 'Trump won't win. I made F***ing sure of that.'"[73] As a representative of OANN and national broadcast reporter, Rion has a Twitter following of roughly 588,000 people with followers across the United States, including those in Colorado.  Rion's November 17 tweet referencing Dr. Coomer garnered more than 40,000 likes.  OANN and Rion went on to broadcast false allegations of the statements and actions Oltmann attributed to Dr. Coomer of election fraud, including a

---

[71] *See* Joseph Oltmann, et al., *Ep. 196–Dominion Voting Machines*, CONSERVATIVE DAILY PODCAST (Nov. 9, 2020) (In response to the statement "but we don't have a recording," Oltmann stated "[i]t doesn't matter if I don't have it recorded.").

[72] Gateway Pundit and Hoft have a history of advancing varying allegations of voter fraud to support specific political beliefs and specific political candidates as well as to promote their businesses interests.  *See* Joe Hoft, *ROGER STONE EXCLUSIVE: How the Democrats Plan to Steal the 2020 Election*, THE GATEWAY PUNDIT, October 31, 2020; Joe Hoft, *2020 Election Prediction: Despite Massive Headwinds and Democrat Attempts to Steal Election, President Trump Will Win in Larger Landslide than 2016*, THE GATEWAY PUNDIT, October 23, 2020; Cassandra Fairbanks, *4Chan Users Claim To Have Found Way To Easily Change People's Voter Registration and Cancel Ballots Online in Washington and Oregon*, THE GATEWAY PUNDIT, October 18, 2020; Joe Hoft, *ELECTION FRAUD: Pennsylvania Rejects 334,000 Duplicate Ballots Already; Kentucky Reports Bins of Ballots Discarded*, THE GATEWAY PUNDIT, October 17, 2020.

[73] Chanel Rion OAN (@ChanelRion), TWITTER (Nov. 17, 2020, 8:35 AM).

three-part report focusing on Dominion and Dr. Coomer, which President Trump retweeted to his followers.[74]  Given OANN and Rion's coverage of President Trump and the Trump Campaign, the President has increasingly promoted their reporting.[75] President Trump has a national audience of over 88,000,000 followers on Twitter, including a substantial number of Colorado residents.  Similarly, OANN and Rion took no efforts to verify or corroborate these false allegations before publishing them and disregarded reliable sources establishing the contrary.  They had no credible evidence of any "Antifa conference call;" that Dr. Coomer was part of this purported call; or that Dr. Coomer committed election fraud.  Instead, like other Defendants, OANN and Rion knowingly and recklessly published false statements about Dr. Coomer to support a preconceived conspiracy that the election was fraudulent.[76]

---

[74] *See* Chanel Rion, *Dominion-izing the Vote*, Nov. 21, 2020, YOUTUBE (saying "In Coomer's case, he was in a position of power to actually act on his rage against Trump and Trump voters.  What does he mean when he says 'Trump won't win.  I made f-ing sure of that.'  Nothing?"); *Top Dominion Exec: Trump Is Not Going to Win.  I Made F\*\*ing Sure of That*, Nov. 29, 2020, YOUTUBE (publishing Oltmann saying "Eric Coomer was this, you know, he's not just Antifa, he was responsible for putting his finger on the scales of our election" and adding "If Coomer is investigated and found to have indeed tampered with a presidential election, such an action could be tried for treason.  Unfortunately, the question is, will the FBI step up to investigate?"); *see also* Donald J. Trump (@realDonaldTrump), TWITTER (Nov. 18, 2020, 11:41 PM), (Nov. 21, 2020, 10:30 PM), (Nov. 21, 2020, 10:31 PM), and (Nov. 21, 2020, 10:32 PM).

[75] Margaret Sullivan, *When Fox News disappoints, Trump has a backup: the conspiracy theory-peddling OANN*, WASH. POST, June 10, 2020, https://www.washingtonpost.com/lifestyle/media/when-fox-news-disappoints-trump-has-a-backup-the-conspiracy-peddling-oann/2020/06/10/c2a6ec8e-ab1f-11ea-9063-e69bd6520940_story.html; Jason Wilson, *OANN: what is the alternative far-right media outlet Trump is pushing?*, GUARDIAN, Nov. 16, 2020, https://www.theguardian.com/us-news/2020/nov/16/oann-what-is-tv-network-trump-is-pushing.

[76] OANN has a history of advancing varying allegations of voter fraud to support specific political beliefs and specific political candidates as well as to promote their businesses interests.  *See* OANN Newsroom, *Several States Investigating Accounts of Mail-In Voter Fraud*, OANN, Sept. 27, 2020; OANN Newsroom, *President Trump Slams Mail-In Voting As A 'Scam,' Says It Will Be 'A Disaster,'* OANN, Sep. 19, 2020; OANN Newsroom, *AG Barr: Mail-In Ballots Enable Fraud, Voter Coercion*, OANN, Sept. 3, 2020.

60.    On November 17, 2020, Eric Trump, a representative and surrogate of President Trump's campaign, tweeted the following:[77]



With his relationship to the President and the Trump Campaign, Eric Trump has a Twitter following of roughly 4.5 million people, including a significant number of Colorado

---

[77] Eric Trump (@EricTrump), TWITTER (Nov. 17, 2020, 2:49 PM).

residents.[78]  Eric Trump's November 17 tweet falsely attributed the quote "Don't worry about the election, Trump's not gonna win.  I made f\*cking sure of that!" to Dr. Coomer and linked a Gateway Pundit article identifying "Denver Business Owner" Oltmann as its source for allegations against Dr. Coomer and Dominion.  This false statement garnered more than 38,000 likes.  While Eric Trump's published tweet was intended to reach a national audience to cast doubt on the integrity of an election for the benefit of the Trump Campaign, it directly identified and targeted Colorado and Coloradan audiences.  As intended, followers in Colorado received Eric Trump's message and responded.[79]  Despite the lack of evidence, unreliability of the source, and improbability of the allegations, Eric Trump, as a representative of the Trump Campaign, promoted a preconceived conspiracy of election fraud in support of the Trump campaign.[80]  Similarly,

---

[78] Eric Trump has campaigned on behalf of the Trump Campaign in Colorado and specifically in relation to FEC United.  *See* Erik Maulbetsch, *FEC United Founder Threatens Journalists at GOP Campaign Event*, COLO. TIMES RECORDER, Oct. 16, 2020, https://coloradotimesrecorder.com/2020/10/fec-united-founder-threatens-journalists-at-gop-candidate-event/31689/ (reporting a political event held by FEC United and Oltmann in Colorado featured video message from Eric Trump before the presidential election).

[79] *See e.g.*, Liesl Bryan (@LieslBryan), TWITTER (Nov. 17, 2020, 3:43 PM) ("We need a revote in Colorado then!"); Optimistforever – blacklisted by commies (@99Cornelia6), TWITTER (Nov. 17, 2020, 2:53 PM) ("Maybe Colorado is blue for the same reason!!"); Bink's MamaBear (@Binks_MamaBear), TWITTER (Nov. 17, 2020, 3:09 PM) ("Yet, no one is investigating Colorado's results. Why?!?! @JenaGriswold insisted our elections were perfect.  I'm certain if they were audited Gardner & House would've won.  There's an active campaign to recall polis.  @pnjaban @SidneyPowell1 @RonColeman @LLinWood."); D W Jenkins(@DWJenkins1), TWITTER (Nov. 17, 2020, 2:51 PM) ("Denver and all the front range need to be scrutinized").

[80] Eric Trump and the Trump Campaign have a history of advancing varying allegations of voter fraud to support and promote their political advancement.  *See* Donald J. Trump (@realDonaldTrump), TWITTER (Jun. 22, 2020, 6:10 AM) (separate allegations of fraud); *see also* Tiffany Hsu, *Conservative News Sites Fuel Voter Fraud Misinformation*, N.Y. TIMES, Oct. 25, 2020, https://www.nytimes.com/2020/10/25/business/media/voter-fraud-misinformation.html; Pat Beall et. al., *We analyzed a conservative foundation's catalog of absentee ballot fraud: It's not a 2020 election threat*, USA TODAY, Oct. 20, 2020, https://www.usatoday.com/in-depth/news/investigations/2020/10/20/trumps-absentee-ballot-fraud-claims-not-supported-evidence/5969447002/; Arielle Mitropoulos, *Trump's ballot fraud allegations embellished and not widespread: Experts*, ABC, Oct. 20, 2020, https://abcnews.go.com/Politics/trumps-ballot-fraud-allegations-embellished-widespread-experts/story?id=73701060.

Eric Trump took no actions or efforts to corroborate or verify the baseless allegations before publishing them and disregarded reliable sources establishing the contrary.

61. Furthering the false allegations, on November 19, 2020, the Trump Campaign provided an update on its legal challenges to the election from the Republican National Committee in Washington D.C.[81] Among those who spoke at the press conference were personal attorneys for President Trump, as well as the Trump Campaign, including (at that time) Sidney Powell, Rudolph Giuliani, and Jenna Ellis.[82] During the press conference, Powell falsely stated:

> Speaking of Smartmatic's leadership, one of the Smartmatic patent holders, Eric Coomer I believe his name is, is on the web as being recorded in a conversation with Antifa members, saying that he had the election rigged for Mr. Biden, nothing to worry about here, and he was going to, they were going to f— Trump. His social media is filled with hatred for the President, and for the United States of America as a whole, as are the social media accounts of many other Smartmatic people.

Giuliani furthered these unfounded attacks on Dr. Coomer, stating:

> By the way, the Coomer character, who is close to Antifa, took off all of his social media, haha, but we kept it. We've got it. The man is a vicious, vicious man. He wrote horrible things about the president. He is completely – he is completely biased. He is completely warped. And, he specifically says, that they are going to fix this election. I don't know what you need to wake up, to do your job, and inform the American people, whether you like it or not, of the things they need to know.
>
> This is real. It is not made up. It is not - there is nobody here that engages in fantasies. I've tried a hundred cases. I've prosecuted some of the most

---

[81] This event was broadcast on C-SPAN. It has also been substantially reported across various media outlets, including CNN, Fox, The New York Times as well as Defendants OANN and Newsmax. President Trump also tweeted this news conference. *See* Donald J. Trump (@realDonaldTrump), TWITTER (Nov. 19, 2020, 6:59 AM) ("Important News Conference today by lawyers on a very clear and viable path to victory. Pieces are very nicely falling into place. RNC at 12:00 P.M.")

[82] *See* Donald J. Trump (@realDonaldTrump), TWITTER (Nov. 14, 2020, 9:11 PM) ("Rudy, Giuliani, Joseph diGenova, Victoria Toensing, Sidney Powell, and Jenna Ellis, a truly great team, added to our wonderful lawyers and representatives!").

dangerous criminals in the world.  I know crimes.  I can smell them.  You don't have to smell this one.  I can prove it to you eighteen different ways.  I can prove to you that he won Pennsylvania by 300,000 votes.  I can prove to you that he won Michigan by probably 50,000 votes.

When I went to bed on election night, he was ahead in all of those states, every single one of those states.  How is it they all turned around?  Every single one of them turned around.  Or is it more consistent that there was a plan to turn them around?  And since there are witnesses who say there was a plan to turn them around, and it kind of begs credulity to say that it all happened in every single state, my goodness this is how you win cases in a courtroom."

These statements are false.  Dr. Coomer is not part of Smartmatic, which is a competitor of Dominion.  He never had a conversation with anyone claiming to be Antifa, he never uttered words suggesting he would rig the election, and he never took actions to rig the election.  As noted above, Dr. Coomer's social media was private and, of course, under the First Amendment to the Constitution, he is entitled to his political opinion.

62.    The Trump Campaign and its representatives knowingly and recklessly made these statements despite the lack of credible evidence, the unreliability of their sources, and the improbability of the allegations.  They similarly took no actions or efforts to corroborate or verify the baseless allegations before publishing them and disregarded reliable sources establishing the contrary.  They continued to promote a preconceived conspiracy of election fraud in support of their political ends.[83]  In response to inquiries from members of the press in attendance at the news conference, Jenna Ellis, baldly informed them, "Your question is fundamentally flawed when you're asking, 'Where is the

---

[83] Notably, the legal challenges raised by the Trump Campaign after the election failed to allege or support the false allegations raised to the public.  *See* Alanna Durkin Richer, et. al., *EXPLAINER: A look at Trump's long-shot legal challenges,* AP, Nov. 18, 2020, https://apnews.com/article/donald-trump-legal-challenges-explained-075b2ef6f75e9dd3026d54fc38b81920.

evidence?'" Following the press conference, various news publications ran headlines questioning the reliability of the Trump Campaign's allegations.[84]   Despite concerns raised by news outlets, a significant portion of the public trusts President Trump, his campaign, and his campaign representatives and took these false allegations against Dr. Coomer seriously.[85]

63.    On November 20, 2020, Defendant Newsmax interviewed Powell on "The Howie Carr Show" and identified her as an attorney for the President's Campaign.  In this interview, Carr asked Powell to confirm that there was alleged evidence of widespread voter fraud, that votes cast had been changed through voting machines, that millions of votes had been removed from President Trump and given to President-Elect Joe Biden, and that Dr. Coomer through Dominion was part of this conspiracy to subvert the presidential election.  Carr then asked Powell whether Dr. Coomer actually stated "Don't worry about President Trump, I already made sure that he's going to lose the election."  Powell falsely attributed these statements to Dr. Coomer, stating "Yes, it's true.  We have an affidavit to that effect and I think we have a copy of the call."[86]  She further alleged

---

[84] *See e.g.*, Jane C. Timm, *Rudy Giuliani baselessly alleges 'centralized' voter fraud at free-wheeling news conference*, NBC, Nov. 19, 2020, https://www.nbcnews.com/politics/donald-trump/rudy-giuliani-baselessly-alleges-centralized-voter-fraud-free-wheeling-news-n1248273; Tara Subramaniam, et al., *Fact checking Giuliani and the Trump legal team's wild, fact-free press conference,* CNN, Nov. 20, 2020, https://www.cnn.com/2020/11/19/politics/giuliani-trump-legal-team-press-briefing-fact-check/index.html; Andrew Solender, *More Republicans Break with Trump On Election After Giuliani Press Conference*, FORBES, Nov. 20, 2020, https://www.forbes.com/sites/andrewsolender/2020/11/20/more-republicans-break-with-trump-on-election-after-giuliani-press-conference/?sh=6d9007cb6013.

[85] *See* Anthony Salvanto et. al., *CBS News Poll: Most feel election is "settled" but Trump voters disagree*, CBS, Dec. 13, 2020.; *see also infra* § IV(D).

[86] Howie Carr, *The Howie Carr Show*, NEWSMAX, Nov. 20, 2020.  The affidavit Powell referenced was made by Oltmann.  *See e.g.*, *Bowyer, et al., v. Ducey, et al.*, No. 2:20-cv-02321-DJH (D. Ariz.) at Dkt. No. 1, ¶¶ 94-101.  Oltmann, in an interview on the Peter Boyles Show on November 17, 2020 also confirmed he had been "in constant contact with the Trump lawyers."

Dr. Coomer had disappeared, and Dominion had closed its offices in Denver and Toronto. Powell had no "copy of the call" or recording.[87]  Dr. Coomer had not "disappeared." And Dominion had not closed its offices.  These allegations were capable of verification.  Yet, neither Newsmax nor Powell made any legitimate effort to verify them before publishing. They had no credible evidence or reliable source.  They again disregarded reliable sources establishing the contrary.  Like other Defendants, Newsmax and Powell knowingly and recklessly published false statements about Dr. Coomer to support a preconceived conspiracy that the election was fraudulent.[88]

64.    On this same day, Powell appeared in another interview with Maria Bartiromo and again alleged she had a tape of Dr. Coomer saying he was going to rig the election for Biden.[89]  Again, she had no tape.  However, Powell apparently did not have time to appear on Fox News that same day with Tucker Carlson.  That evening, Carlson published an opinion piece wherein he stated, "We asked the Trump campaign attorney

---

[87] Oltmann has admitted he has no recording of the alleged "Antifa Conference Call" he infiltrated. *See* Joseph Oltmann, et al., *Ep. 196–Dominion Voting Machines,* Conservative Daily Podcast (Nov. 9, 2020).

[88] Newsmax has a history of advancing varying allegations of voter fraud to support specific political beliefs and specific political candidates as well as to promote their businesses interests.  *See* John Gizzi, *Pennsylvania Conservatives Echo Trump on Possible Voter Fraud,* Newsmax, Sept. 28, 2020 (separate allegations of voter fraud); Michael Dorstewitz, *On Elections Trump Is Right: Protect Integrity, Beware of Fraud,* Newsmax, Sep. 30, 2020 (separate allegations of voter fraud).  Powell also has a history of advancing unsupported theories and allegations of fraud to support specific political beliefs and specific political candidates as well as to promote her businesses interests.  *See, e.g.,* Lou Dobbs, *Sidney Powell: Trump has to fight for election integrity,* Fox, Nov. 6, 2020 (alleging that an Obama-era supercomputer known as THE HAMMER had flipped thousands of votes from Trump to Biden); Sidney Powell, *Licensed to Lie* (2nd ed. 2018) (alleging deep state corruption in the Justice Department); Jeremy W. Peters, et al., *What We Know About Sidney Powell, the Lawyer Behind Wild Voting Conspiracy Theories*, Dec. 8, 2020, https://www.nytimes.com/article/who-is-sidney-powell.html.

[89] *See* Maria Bartiromo, *Mornings with Maria*, Fox, Nov. 20, 2020 (Powell falsely stating "We've got Eric Coomer admitting on tape that he rigged the election for Biden and hated Trump . . . We have pictures of him in other countries helping people rig elections.  So he's got a long history of accomplishing the result that they want accomplished, and I'm sure that it's for money.").

for proof of her bombshell claims.  She gave us nothing."[90]  Carlson went on to explain that:

> [W]e invited Sidney Powell on the show.  We would have given her the whole hour.  We would have given her the entire week, actually, and listened quietly the whole time at rapt attention.
>
> But she never sent us any evidence, despite a lot of polite requests.  When we kept pressing, she got angry and told us to stop contacting her.  When we checked with others around the Trump campaign, people in positions of authority, they also told us Powell had never given them evidence to prove anything she claimed at the press conference.

65.     On November 22, 2020, the Trump Campaign purportedly removed Powell from its legal team.  "Sidney Powell is practicing law on her own," Trump's personal and campaign lawyers said in the statement.[91]  "She is not a member of the Trump Legal Team.  She is also not a lawyer for the President in his personal capacity."  That did not stop Powell's false statements against Dr. Coomer.

66.     After being removed from the Trump Campaign's legal team, Powell formed her own "Defending the Republic" legal defense fund, a 501(c)(4) nonprofit located in Dallas.  On information and belief, she has raised millions of dollars to fund her own attacks on the election.

67.     Powell filed highly publicized lawsuits in Arizona, Georgia, Wisconsin, and Michigan, in which Dr. Coomer is a central figure.  Powell promised the press she would "release the Kraken" with extensive evidence, but the lawsuits that followed were filled with conspiracy theories, speculation, and typographical errors.  Without evidence, she

---

[90] Tucker Carlson, *Tucker Carlson: Time for Sidney Powell to show us her evidence*, FOX, Nov. 19, 2020.

[91] *See* Kyle Cheney, *Trump Campaign cuts Sidney Powell from president's legal team*, POLITICO, Nov. 22, 2020, https://www.politico.com/news/2020/11/22/trump-campaign-sidney-powell-legal-439357.

alleged a massive criminal conspiracy under Dr. Coomer's direction and accused Dr. Coomer of anti-American and criminal conduct:

- In the United States District Court for the Northern District of Georgia, Powell quotes Oltmann's interview with Michelle Malkin and recounts Oltmann's story about "Eric from Dominion" saying he fixed the election on an Antifa call.[92]  Judge Timothy Batten dismissed the suit less than two weeks after it was filed.[93]

- In the United States District Court for the Eastern District of Michigan, Powell again references the Malkin interview with Oltmann.[94]  In a scathing order, Judge Linda V. Parker dismissed the case, noting "Plaintiffs are far from likely to succeed in this matter."[95]

- In the United States District Court of Arizona, Powell alleged Colorado resident Joe Oltmann disclosed that as a reporter he infiltrated ANTIFA, a domestic terrorist organization where he recorded Eric Coomer representing, "Don't worry about the election. Trump is not going to win . . ."[96] Judge Diane J. Humetewa dismissed this matter, stating "Allegations that find favor in the public sphere of gossip and innuendo cannot be a substitute for earnest pleadings and procedure in federal court."[97]

- In the United States District Court for the Eastern District of Wisconsin, Powell again relies on Oltmann to falsely allege that Dr. Coomer was present at an Antifa meeting, made allegations to subvert the election, and suggests he did in fact subvert the election.[98] Judge Pamela Pepper dismissed this matter, stating "Federal judges do not appoint the president in this country.  One

---

[92] *Pearson v. Kemp, et al.*, No. 1:20-cv-04809-TCB (N.D. Ga.) at Dkt. No. 1, ¶ 120.

[93] *Id.* at Dkt. No. 74.

[94] *King, et al., v. Whitmer, et al.*, No. 2:20-cv-13134-LVP-RSW (E. Mich.) at Dkt. No. 1, ¶ 153.

[95] *Id.* at Dkt. No. 62, p. 35 (the Court goes on to say "In fact, this lawsuit seems to be less about achieving the relief Plaintiffs seek—as much of that relief is beyond the power of this Court—and more about the impact of their allegations on People's faith in the democratic process and their trust in our government.").

[96] *Bowyer, et al., v. Ducey, et al.*, No. 2:20-cv-02321-DJH (D. Ariz.) at Dkt. No. 1, ¶ 100.

[97] *Id.* at Dkt. No. 84, p. 28–29.

[98] *Feehan, et al., v. Wis. Elections Comm'n, et al.*, No. 2:20-cv-01771-PP (E.D. Wisc.) at Dkt. No. 1, ¶¶ 99-100.

wonders why plaintiffs came to federal court and asked a federal judge to do so."[99]

68.    All of the Defendants relied on false statements made by one another to advance a narrative that had no basis in fact.  Together, Defendants conceived of a story that the results of the election were fraudulent and consciously set out to establish that Dr. Coomer perpetuated this fraud so as to further their own ends.  To do this, Defendants disregarded credible evidence and relied on inherently unreliable sources all to form their inherently improbable accusations.  Defendants' conduct has resulted in direct harm to Dr. Coomer through their encouragement of violence and threats.

**D.    *The harm Defendants caused Dr. Coomer.***

69.    Social media exploded with threats and attacks as the lies spread.  For example, on November 21, 2020, anonymous Reddit user "Pher001" posted an article to the subreddit /r/donaldtrump titled "Eric Coomer needs to be arrested before he tries to run/fly away."  The post contained the following image:

---

[99] *Id.* at Dkt. No. 83, p. 2, 45.



Some of the responses among the hundreds written to this one post include:

"Fking maggot";

"Most wanted, live, to testify.  Report if you know his were abouts. Report any sight-seeing of him.  But I think he is going to hide in Venezuela!";

"If this man disenfranchised people of their votes he deserves worse than life in prison";

"He disenfranchised millions of people's voting rights.  Wars are fought over that. He deserves everything he gets";

"His fucken face makes me so fucken mad.  FUCK HIM!! TRUMP WON!";

"A good mug for USA's Top 10 Terrorist list.  Wanted DEAD or ALIVE";

"This man will be dead within 2 weeks."

70.     Given the flood of negative publicity, including death threats, Dominion was

forced to alter its website and attempted to correct the numerous falsehoods Defendants

and others had spread about it and its employees.[100]  Dominion posted on its website that "Dominion is not shuttering its offices.  Employees have been encouraged to work remotely and protect their social media profiles due to persistent harassment and threats against their personal safety.  Dominion employees are being forced to retreat from their lives due to personal safety concerns, not only for our employees themselves, but also for their extended families."[101]

71.    Dr. Coomer is the Dominion employee who has taken the brunt of these attacks.[102]  He was forced to flee his home in response to the credible threats he has been receiving and continues to receive.[103]  He has had to sever ties with friends and family members in order to stay in seclusion.[104]

---

[100] Dominion Voting Systems, *Election 2020: Disinformation is Dangerous and Threatens Democracy*, https://www.dominionvoting.com ("Get the Facts About Dominion and Its Voting Systems") (last visited Dec. 22, 2020); John Poulos, *Fake Claims About Dominion Voting System Do Real Damage*, WSJ, Nov. 30, 2020, https://www.wsj.com/articles/fake-claims-about-dominion-voting-systems-do-real-damage-11606755399.

[101] *See* Dominion Voting Systems, *Setting the Record Straight: Facts & Rumors*, https://www.dominionvoting.com (previous webpage on Nov. 30, 2020).

[102] Oltmann has published statements across media platforms referring to Dr. Coomer as mentally ill, an unhinged sociopath, a creep, a fraud, a cheat, a scumbag, a lynchman, a terrorist, a traitor, evil, and even suggesting it is unsafe to receive medical treatment for fear of Antifa activists and Dr. Coomer compromising his care.

[103] Oltmann has threatened Dr. Coomer.  *See* Joseph Oltmann (@Joeoltmann), PARLER (Dec. 6, 2020) ("Blow this shit up.  Share, put his name everywhere.  No rest for this shitbag.  Eric Coomer, Eric Coomer, Eric Coomer . . . Eric we are watching you . . .").

[104] Oltmann has allegedly revealed personally identifying information about Dr. Coomer.  *See* Joseph Oltmann, et al., *Ep. 217–Shameful Dems Attacking Election Witnesses*, CONSERVATIVE DAILY PODCAST (Dec. 3, 2020), (Oltmann stating "I want everybody to put out on their social media account, 'Where is Eric Coomer?' I found him.  Just want you to know I found him . . . I have pictures of him coming out of hiding . . . I know he drives a truck.  I know his truck is parked at his house.").  These actions are especially dangerous given Oltmann's involvement with an armed paramilitary civilian group with ties to FEC United.  *See* United American Defense Fund, *Defend and Protect What Is Ours*, https://fecunited.com/uadf/ (last visited Dec. 22, 2020).

72.    Calls for Dr. Coomer's capture and arrest have spread rapidly across the internet and on social media.  For example,



73.    Threats grew more intense and specific.  For example, on November 25, 2020, Twitter user @AngLindva stated the following:



74.    Dr. Coomer began to receive threatening text messages from unknown out-of-state numbers sent directly to his cell phone in Colorado.  Some of these messages included:

"[W]e are already watching you.  Come clean and you will live."

"What is the penalty for TREASON?"

"FUCK ANTIFA, FUCK ANTIFA, FUCK ANTIFA, FUCK ANTIFA, FUCK ANTIFA, FUCK ANTIFA.  Does that chant sound familiar. PB have you and there is nowhere you can run."

"RUN."

75.    Oltmann's efforts to incite violence against Dr. Coomer are still escalating with Oltmann recently posting:

They certify this election and we go to war . . . Now it's time we fight.  And when I mean fight I don't mean yelling it's not fair.  I mean we fight these communist, marxist lying shitbags.  That means Eric Coomer never has peace and we smash each and every voting machine in every state that uses them.  We will not be silenced by a bunch of BLM and Antifa communist asshats.  It's time we take back our America by any and all means necessary . . .

. . . Eric Coomer, you are a traitor.  We are coming for you and your shitbag company.  We are coming for Antifa and we are coming for your politician friends.  Share this . . . share Eric's name . . . If they certify the electors today after this audit, we have an obligation to forcibly remove them all.  This is not a drill, our country is not their evil playground.  God is at the wheel, but we are the warriors that must do the work of men to repel evil.  These people are evil, and they are liars, cheats and thieves out to take what they did not earn or deserve.  Where will you stand?[105]

76.    The onslaught of threats Dr. Coomer has experienced and the necessary measures he has been forced to take to protect himself are the direct result of Defendants' defamatory conduct.  Dr. Coomer has and will continue to experience serious and severe emotional and physical distress as a result.  The harm Defendants have caused to Dr. Coomer's reputation, privacy, safety, and earnings, and other pecuniary loss is immense.

---

[105] Joseph Oltmann (@Joeoltmann), PARLER (Dec. 14, 2020).

45

## V.   CAUSES OF ACTION

### A.   *Defamation Against All Defendants*

77.    Plaintiff fully incorporates the foregoing paragraphs, as well as the Introduction of this Complaint.

78.    Dr. Coomer is neither a public official nor a public figure.  He is a private individual that Defendants, by their own conduct and for their own ends, targeted and elevated into the public sphere.  Defendants intentionally caused the publication of false and unprivileged oral and written statements about Dr. Coomer.  Their false statements have been seen, read, or heard by millions of individuals across the United States, across Colorado, and specifically within Denver County, Colorado.

79.    The defamatory meaning of Defendants' false statements is apparent from the face of their publication, refer to Dr. Coomer, and are understood to be about him.  These statements are defamatory per se as they inherently injure Dr. Coomer's reputation; impute a crime; and disparage his business practices.  On their face, they falsely assert Dr. Coomer has perpetrated a conspiracy that undermined the integrity of the election; disenfranchised millions of voters; and fraudulently elected the president of the United States.  Defendants falsely allege Dr. Coomer accomplished this through fraudulent business practices as an employee of Dominion.  Defendants falsely allege Dr. Coomer is a traitor.  Defendants' false statements have subjected Dr. Coomer to scorn, outrage, and threats from his community.  Their false statements have harmed Dr. Coomer's reputation by lowering him in the estimation of at least a substantial and respectable minority of the community.

80.    Defendants published their false statements negligently.    Defendants published these statements with actual malice.  Defendants knew or had reason to know that these statements were false and published their statements with knowledge or reckless disregard of their falsity.  Defendants failed to contact and question obvious available sources for corroboration; disregarded reliable sources refuting their claims; had no credible bases for the false allegations made; fabricated specific allegations; treated speculation and innuendo as evidence; and published their allegations in a manner calculated to create a false inference.   Their allegations were inherently improbable, derived from unreliable sources, and unsupported by evidence.  Defendants preconceived a conspiracy and then set out to establish that conspiracy to further their own ends.

81.    As a direct and proximate result of Defendants' conduct, Dr. Coomer has suffered significant actual and special damages including, without limitation, harm to his reputation, emotional distress, stress, anxiety, lost earnings, and other pecuniary loss.

**B.    *Intentional Infliction of Emotional Distress Against All Defendants***

82.    Plaintiff fully incorporates the foregoing paragraphs, as well as the Introduction of this Complaint.

83.    Defendants engaged in extreme and outrageous conduct.  Their conduct was calculated to cause Dr. Coomer severe emotional distress.  Defendants falsely alleged Dr. Coomer perpetrated a criminal conspiracy against every American citizen to overturn the results of the presidential election.  They branded Dr. Coomer a traitor and made him a pariah.  They encouraged the dissemination of these false claims.  They exploited public

fear and directed vitriol and threats against Dr. Coomer.  Oltmann has directly made terroristic threats against Dr. Coomer, calling on people to harm Dr. Coomer and placing Dr. Coomer in fear of imminent injury and death.  Defendants have knowingly elevated Oltmann's statements and adopted his false allegations and threats.  These actions have had their intended effect.  Dr. Coomer has had an onslaught of harassment and credible death threats issued against him; he is at risk in his home or in going to work; his presence puts his family, friends, colleagues, and his community in danger.  All aspects of his life have been altered in response to Defendants' conduct, including things as basic as where to live, how to go out in public, and when to see family and friends.  The results of Defendants' ongoing conduct are foreseeable and obscene.  This conduct is so outrageous in character and extreme in degree as to go beyond all possible bounds of decency.  It should be regarded as atrocious and determined intolerable in a civilized community.

84.    As a direct and proximate result of Defendants' conduct, Dr. Coomer has suffered significant actual and special damages including, without limitation, emotional distress, overwhelming stress and anxiety, lost earnings, and other pecuniary loss.

### C.    Civil Conspiracy Against All Defendants

85.    Plaintiff fully incorporates the foregoing paragraphs, as well as the Introduction of this Complaint.

86.    Defendants engaged in a conspiracy to defame and inflict emotional distress upon Plaintiff.

87.    Defendants' collective objective was to promote the reelection bid of President Trump for their own financial and political gain.  To do that, Defendants agreed,

both expressly and implicitly, to create a false narrative that in the event President Trump lost his reelection bid it could have only occurred because of fraudulent election activities. Defendants began spreading this false narrative before the election began.

88.    After the election, Defendants fed their narrative by falsely accusing Plaintiff of both having the ability and intent to rig the presidential election and actually subverting the election results so as to disenfranchise millions of voters.  Defendants fabricated their false narrative by using Plaintiff's alleged (and false) affiliation with "Antifa," speculation as to his access to election hardware and software, and his personal political beliefs.  In order to further their objective, Defendants agreed, by their words and conduct, to publish and republish defamatory statements about Plaintiff and threats towards Plaintiff.

89.    As a result of Defendants' coordinated conduct, Plaintiff has become the target of death threats and harassment and suffered significant actual and special damages proximately caused by their conduct, including, without limitation, emotional distress, overwhelming stress and anxiety, lost earnings, and other pecuniary loss.

**D.    *Preliminary and Permanent Injunction***

90.    Plaintiff fully incorporates the foregoing paragraphs, as well as the Introduction of this Complaint.

91.    Defendant Oltmann's escalating violent threats directed at Dr. Coomer demonstrate the need for the Court to enjoin such conduct.  The Court should order that Oltmann, FEC United, Conservative Daily, and their officers, agents, servants, employees, and attorneys be enjoined from threatening or encouraging acts of violence, intimidation,

or coercion against Dr. Coomer, including but not limited to encouraging others to confront, threaten, or endanger Dr. Coomer's physical safety, and further order these Defendants to remove any publication of threats, intimidation, personal information, or coercion made against Dr. Coomer. Such an order is essential to avoid impending danger and preserve the status quo at the time the controversy arose. Plaintiff is prepared to post the necessary bond.

92.     From the facts in this Complaint, Plaintiff has demonstrated the existence of a wrongful act, a clear likelihood of success on the merits, the existence of imminent, irreparable harm for which no adequate remedy at law exists, and that the damage to Plaintiff if the injunction does not issue will exceed the damage to Defendants Oltmann, FEC United, and Conservative Daily if the injunction does issue.

93.     Plaintiff further seeks permanent injunctive relief to remove all Defendants' defamatory statements upon final adjudication of the claims at issue.

## VI.    DEMAND FOR RETRACTION

94.     Plaintiff demands Defendants immediately and publicly retract all defamatory statements regarding Plaintiff and threats Defendants made to Plaintiff.

## VII.    RIGHT TO AMEND

95.     Plaintiff reserves the right to amend his pleadings in accordance with the Colorado Rules of Civil Procedure. Plaintiff anticipates amending his pleadings as more information becomes available, including the full scope of defamatory statements Defendants have made.

## VIII.  Jury Demand

96.    Pursuant to Colorado Rule of Civil Procedure 38, Plaintiff requests a jury to decide all issues of fact.

### Prayer for Relief

For these reasons, Plaintiff respectfully requests that Defendants be cited to appear and answer, and that the Court enter judgment against Defendants, including, but not limited to:

- Preliminary and permanent injunctive relief enjoining Defendants Oltmann, FEC United, Conservative Daily, and their officers, agents, servants, employees, and attorneys from threatening or encouraging acts of violence, intimidation, or coercion against Dr. Coomer and further ordering these Defendants to remove any publication of threats, intimidation, or coercion made against Dr. Coomer;

- Permanent injunctive relief requiring Defendants and their officers, agents, servants, employees, and attorneys to remove any and all defamatory publications made about Dr. Coomer;

- Actual and special damages against Defendants in an amount to be proven at trial;

- Leave to amend this Complaint and allege exemplary damages in an amount to be proven at trial after the exchange of initial disclosures pursuant to Colorado Rules of Civil Procedure and Plaintiff establishes prima facie proof of triable issues pursuant to C.R.S. § 13-21-102.

- Attorney's fees and costs;

- Prejudgment and post-judgment interest; and

- Such other and further relief, both general and special, to which Plaintiff may be justly entitled to receive.

Respectfully submitted this 22nd day of December 2020.[106]

Respectfully submitted,

_____/s/ Charles J. Cain_____
Charles J. Cain, #51020
Steve Skarnulis*
*Application for *pro hac vice* forthcoming

---

[106] Spacing pursuant to C.R.C.P. 10(d)(3)(II) due to the complexity and technical nature of this matter.