# Exhibit 24

| | |
|---|---|
| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: May 31, 2024<br>CASE NUMBER: 2024SC317 |
| Certiorari to the Court of Appeals, 2022CA843<br>District Court, Denver County, 2020CV34319 | |
| **Petitioners:**<br><br>Michelle Malkin and Eric Metaxas,<br><br>v.<br><br>**Respondent:**<br><br>Eric Coomer, Ph.D. | Supreme Court Case No:<br>2024SC317 |
| ORDER OF COURT | |

Upon consideration of Respondent's Motion for extension of time to file Opposition brief to Petitions for Writ of Certiorari and/or Cross-Petition for Writ of Certiorari filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that said Motion shall be, and the same hereby is, GRANTED TO AND INCLUDING JULY 11, 2024.

BY THE COURT, MAY 31, 2024.