# Exhibit 25

# STATE OF MISSOURI
## CERTIFICATE OF TITLE

01751AB472    ORIGINAL    TITLE NUMBER: UTA33994

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | BODY STYLE |
|---|---|---|---|
| WP1AA2AY4MDA01232 | 2021 | PORS | STAW |

| HP | PREVIOUS STATE | MILEAGE AT TIME OF TRANSFER | TAX | PURCHASE DATE | DATE ISSUED |
|---|---|---|---|---|---|
| 33 | | 10452* | PAID | 08/07/2021 | 10/01/2021 |

**OWNER**
TGP COMMUNICATONS LLC
5105 LINDELL BLVD
SAINT LOUIS    MO 63108

**MAIL TO** 0001-000

TGP COMMUNICATONS LLC
5105 LINDELL BLVD
SAINT LOUIS MO  63108-1221

**VEHICLE SUBJECT TO FOLLOWING LIEN(S)**

**Lien release** - To release any lien shown on the face of this title, the lienholder must complete a **notarized** Lien Release (DOR-4809) to be attached to this title before the purchaser applies for a Certificate of Title.

FIRST LIEN    LIEN DATE

SECOND LIEN    LIEN DATE

Any person who knowingly and intentionally submits a separate document releasing a lien of another without authority to do so shall be guilty of a class C felony. (301.640 RSMo)

**BUYER ON REVERSE SIDE MUST TITLE IN 30 DAYS TO AVOID PENALTY**

MILEAGE STATEMENT

*ACTUAL MILEAGE.
ANNUAL ODOMETER UPDATES MAY BE AVAILABLE FROM THE DEPARTMENT OF REVENUE.
EFFECTIVE 1/1/06 YOU MUST SUBMIT A NOTICE OF SALE TO THE DEPARTMENT OF REVENUE WITHIN 30 DAYS OF SELLING THIS VEHICLE.

*Ken Zellers*

31183865

DIRECTOR OF REVENUE    DOR-387 (04/2017)

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

---

MUST BE COMPLETED AT TIME OF SALE    **NOTICE OF SALE OR TRANSFER**    SEE INSTRUCTIONS ON REVERSE

| PURCHASER NAME - LAST, FIRST (REQUIRED) (PRINTED) | PURCHASER SIGNATURE (REQUIRED) |
|---|---|
| ADDRESS (REQUIRED) | DRIVER LICENSE NUMBER OF PURCHASER / DATE OF BIRTH OF PURCHASER |
| CITY (REQUIRED) | SALE DATE (REQUIRED) |
| STATE (REQ.) | ZIP CODE (REQUIRED) | COUNTY | NET PRICE (REQUIRED) $ |

| KOV | YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER | TITLE NUMBER |
|---|---|---|---|---|
| P | 2021 | PORS | WP1AA2AY4MDA01232 | UTA33994 |

| SELLER NAME AND SIGNATURE (REQUIRED) | DEALER NUMBER |
|---|---|

SELLER MUST SUBMIT TO DEPARTMENT OF REVENUE. SEE REVERSE SIDE.    DOR-5049A (08/2015)