

**ORDERED in the Southern District of Florida on June 24, 2024.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TGP COMMUNICATIONS, LLC | Case No. 24-13938-MAM |
|     Debtor. | |
| _____/ | |

**ORDER DEFERRING RULING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS; DIRECTING THE DEBTOR TO FILE SWORN DECLARATIONS; AND SETTING CONTINUED HEARING**

This matter came before the Court on June 4, 2024 at 1:30 PM upon the Debtor's Motion for Entry of an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors [ECF No. 26] (the "**Motion**"). In opposition to the relief sought in the Motion, the United States Trustee filed its Objection to the Motion [ECF No. 35], as joined by Dr. Eric Coomer [ECF No. 45] and Ruby Freeman and Wandrea' ArShaye Moss [ECF No. 46] (collectively, the "**Written Objections**"). The Court has considered the Motion and the Written Objections, heard

arguments of counsel as reflected in the record and finds good cause to consider additional evidence to be submitted by the Debtor as well as any further opposition from creditors. Accordingly, it is

**ORDERED**, the Debtor shall submit sworn declarations of any number of the Contract Writers as evidentiary support of the relief requested in the Motion. The declarations shall be filed and served on or before June 18, 2024; it is further

**ORDERED**, any party in interest may file objections to the Motion and the declarations, but must do so by June 25, 2024; it is further

**ORDERED**, the Court shall conduct a further hearing on the Motion and any timely filed objection on **June 27, 2024 at 1:00 PM** at The Flagler Waterview Building, 1515 North Flagler Drive, Room 801, Courtroom "A" West Palm Beach, Florida. All participating attorneys, parties, and other representatives must attend the hearing in person. Counsel for the United States Trustee may appear via Zoom.

**###**

**Submitted by:**
Bart A. Houston, Esq.
Houston Roderman, PLLC
633 South Andrews Ave
Suite 500
Fort Lauderdale, FL 33301
bhouston@houstonroderman.com


**Copy furnished to:**
Bart A. Houston, Esq. (Attorney Houston shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Debtor
U.S. Trustee
Twenty Largest Creditors
All appearances