**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TGP COMMUNICATIONS, LLC, | : | CASE NO. 24-13938 (MAM) |
| | : | |
| DEBTOR. | : | |

_____

**AGREED EX-PARTE MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS**

MARY IDA TOWNSON, the United States Trustee for Region 21, with the agreement of Debtor's counsel, hereby requests that the Court continue the June 27, 2024, hearing on the Debtor's *Motion for an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors* (ECF No. 26) and extend the deadlines related to the June 27, 2024, hearing date.

In support, the United States Trustee states:

1.      On May 21, 2024, the Debtor filed its *Motion for an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors* (the "Motion to Suppress") (ECF No. 26).

2.      On May 30, 2024, the United States Trustee filed her opposition to the Motion to Suppress  (ECF No. 35).

3.      An initial hearing was held on June 4, 2024, during which the Court heard arguments on the Motion to Suppress.

4.      On June 24, 2024, the Court entered an order scheduling a further hearing on the Motion to Suppress for June 27, 2024, at 1:00 p.m. (the "June 24th Order").

5.      The June 24th Order required the Debtor to serve and file written declarations from the contract writers on or before June 18, 2024 (ECF No 77).

6.      The June 24th Order also required parties to file objections to the declarations on or before June 25, 2024.

7.      On June 20, 2024, the Debtor filed a Notice of Filing of Redated Declarations (the "Declarations") (ECF No. 72) which contained approximately twenty-three redacted declarations from the contract writers.

8.      The Court has scheduled an evidentiary hearing regarding the *Motion of Ruby Freeman and Wandrea' ArShaye Moss for an Order Dismissing the Debtor's Chapter 11 Case Under Sections 1112(b) and 305(a) of the Bankruptcy Code or, in the Alternative, Modifying the Automatic Stay to Continue Prepetition Litigation* (ECF No. 39), for June 27, 2024, 1:00 p.m. (the "Motion to Dismiss").

9.      The Motion to Dismiss is a dispositive motion , the outcome of which may render the Debtor's Motion to Suppress moot.

10.      Accordingly, the United States Trustee requests that the Court continue the hearing on the Motion to Suppress to a date that is two weeks after the Court issues a ruling on the Motion to Dismiss.  The United States Trustee further requests that the Court extend the deadline for the United States Trustee to file objections to the Declarations to a date that is one week prior to the continued hearing on the Motion to Suppress.

11.      The undersigned has conferred with counsel for the Debtor and can represent that the Debtor has no objection to the relief requested herein.

WHEREFORE, the United States Trustee respectfully requests that the Court enter an order continuing the June 27, 2024, hearing on the Debtor's Motion to Suppress to a date that is two weeks after the Court issues a ruling on the Motion to Dismiss, and extend the deadline for the United States Trustee to file objections to the Declarations to a date that is one week prior to the continued hearing on the Motion.

Dated:  June 25, 2024

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By:              /s/
Martin P. Ochs*
Georgia Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov

* I hereby certify that I am admitted to the Bars of the States of Georgia and New York and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to attorneys representing the United States government.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **AGREED EX-PARTE MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and via U.S. Mail to the following:

Bart Houston:  bhouston@houstonroderman.com
Robert Furr:   ltitus@furrcohen.com
Linda Leali:   trustee@lealilaw.com


        * I hereby certify that I am admitted to the Bars of the States of Georgia and New York and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to attorneys representing the United States government.

        This the 25th day of June, 2024.


                        /s/
                        _____
                        MARTIN P. OCHS
                        Trial Attorney