UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Chapter 11
TGP COMMUNICATIONS, LLC  Case No. 24-13938-MAM
    Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Order Deferring Ruling On Debtor's Motion For Entry Of An Order Authorizing The Debtor To Suppress Personally Identifiable Information For Certain Individual Creditors; Directing The Debtor To File Sworn Declarations; And Setting Continued Hearing* [Doc 77] was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on June 26, 2024.

**Dated: June 26, 2024**

    Respectfully submitted,

By: /s/ Bart A. Houston
Bart A. Houston
Florida Bar No. 623636
**HOUSTON RODERMAN**
*Counsel for Debtor*
633 S. Andrews Ave. Suite 500
Ft. Lauderdale, Florida 33301
Telephone: (954) 900-2615
Facsimile: (954) 839-9068
Primary Email: bhouston@houstonroderman.com
Secondary Email: dschena@houstonroderman.com