UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TGP COMMUNICATIONS, LLC,                           Case No. 24-13938-MAM
                                                   Chapter 11

       Debtor.

_____/

## SUPPLEMENT TO EXHIBIT REGISTER[1]

Exhibits submitted on behalf of: Ruby Freeman and Wandrea' ArShaye Moss (Movants) and Dr. Eric Coomer (Joining Party)

Matter set for hearing/trial: *Motion of Ruby Freeman and Wandrea' ArShaye Moss for an Order Dismissing the Debtor's Chapter 11 Case Under Sections 1112(b) and 305(a) of the Bankruptcy Code or, in the Alternative, Modifying the Automatic Stay to Continue Prepetition Litigation* (ECF No. 39).

Date of hearing/trial: June 27, 2024

By: */s/ David A. Blansky*            By: */s/ Vincent F. Alexander*

    David A. Blansky                   Vincent F. Alexander
    Florida Bar No. 1033002           Florida Bar No. 68114
    Michael P. Dunn                   SHUTTS & BOWEN LLP
    Florida Bar No. 100705            201 East Las Olas Blvd., Suite 2200
    DUNN LAW, P.A.                  Fort Lauderdale, Florida 33301
    66 West Flager Street, Suite 400    Telephone: 954-524-5505
    Miami, FL 33130                 Facsimile: 954-524-5506
    Telephone: (786) 433-3866        valexander@shutts.com
    Facsimile: (786) 260-0269         *Attorneys for Joining Party*
    dblansky@dunnlawpa.com        *Dr. Eric Coomer*
    michael.dunn@dunnlawpa.com
    *Attorneys for Movants Ruby Freeman and*
    *Wandrea' ArShaye Moss*

---

[1] Exhibit 26 is added.

| Exhibit Number | Description | Admitted | Refused | Not Offered Into Evidence |
|---|---|---|---|---|
| 1. | Missouri Litigation: Second Amended Petition (Case No. 2122-CC09815-01) | | | |
| 2. | Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida | | | |
| 3. | Missouri Litigation: Opinion, Memorandum and Order Remanding Case | | | |
| 4. | Missouri Litigation: Order on Defendants' Protective Order | | | |
| 5. | Missouri Litigation: Order and Judgment Dismissing Defendants' Counterclaim and Striking Defendants' anti-SLAPP Motion | | | |
| 6. | Missouri Litigation: Order – Petition for Writ of Prohibition | | | |
| 7. | Missouri Litigation: Order Granting Motion to Dismiss | | | |
| 8. | Missouri Litigation: Order Appointing Special Master | | | |
| 9. | Missouri Litigation: Court Order Adopting Third Report and Recommendation of the Special Master in its Entirety | | | |
| 10. | Voluntary Petition for Non-Individuals Filing for Bankruptcy [ECF No. 1] | | | |
| 11. | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders [ECF No. 2] | | | |
| 12. | Chapter 11 Case Management Summary [ECF No. 13] | | | |
| 13. | Notice of Filing Documents for Small Business as Required by 11 USC § 1116(1) [ECF No. 17] | | | |
| 14. | Debtor's Pre-Status Conference Report Pursuant to 11 U.S.C. § 1188(c) [ECF No. 27] | | | |
| 15. | Summary of Assets and Liability for Non-Individuals and Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy [ECF No. 30] | | | |

| | | | | |
|---|---|---|---|---|
| 16. | Amended Summary of Assets and Liability for Non-Individuals and Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy [ECF No. 34] | | | |
| 17. | Amended Monthly Operating Report for Small Business Under Chapter 11 [ECF No. 51] | | | |
| 18. | Additional Certification of Information Contained Within Schedules and Statement of Financial Affairs [ECF No. 52] | | | |
| 19. | 341 Meeting of Creditors Transcript [June 6, 2024] | | | |
| 20. | 341 Meeting of Creditors Transcript [June 18, 2024] | | | |
| 21. | Colorado Litigation: Plaintiff's Original Complaint (Case No. 2020-cv-034319) | | | |
| 22. | Colorado Litigation: Plaintiff's First Amended Complaint | | | |
| 23. | Colorado Litigation: Court of Appeals' Anti-SLAPP Opinion | | | |
| 24. | Colorado Litigation: Order of Court Granting Motion for Extension of Time to File Opposition Brief to Petitions for Writ of Certiorari | | | |
| 25. | Title of 2021 Porsche Cayenne | | | |
| 26. | TGP Suggestion of Bankruptcy Filed in Colorado Supreme Court [June 24, 2024] | | | |