## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
## www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| TGP COMMUNICATIONS, LLC, | § | Case No. 24-13938 (MAM) |
| | § | |
| Debtor. | § | |

### NOTICE OF FILING

Dr. Eric Coomer ("Coomer") hereby files a copy of *Respondent's Emergency Motion to Sever* which was submitted in Case No. 2024SC000317 in the Colorado Supreme Court, styled as *Donald J. Trump for President, Inc., et al. v. Eric Coomer, Ph.D.*, a copy of which is attached as Exhibit "A".

Dated: July 1, 2024

/s/ *Vincent F. Alexander*
Vincent F. Alexander
valexander@shutts.com
Florida Bar No. 68114
**SHUTTS & BOWEN LLP**
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, Florida 33301
954-524-5505
954-524-5506—Facsimile

and

/s/ *Ryan E. Chapple*
Charles J. Cain – admitted *Pro Hac Vice*
ccain@cstrial.com
Ryan E. Chapple – admitted *Pro Hac Vice*
rchapple@cstrial.com
Bradley A. Kloewer – admitted *Pro Hac Vice*
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEYS FOR DR. ERIC COOMER**

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or *pro se* parties who are authorized to receive electronically Notice of Electronic Filing in this bankruptcy case.

                                      */s/ Vincent F. Alexander*
                                      Vincent F. Alexander