# EXHIBIT A

| | |
|---|---|
| COLORADO SUPREME COURT<br>Ralph L. Carr Colorado Judicial Center<br>2 East 14th Avenue<br>Denver, Colorado 80203 | DATE FILED: June 28, 2024 3:25 PM<br>FILING ID: 365EF1DF86EF4<br>CASE NUMBER: 2024SC317 |
| On appeal from the Colorado Court of Appeals<br>Case No. 2022 CA 0843<br><br>District Court, Denver County, State of Colorado<br>2020CV34319 | |
| **Petitioners**<br>    Donald J. Trump for President, Inc.,<br>    Sidney Powell, Sidney Powell, P.C.,<br>    Joseph Oltmann, FEC United,<br>    Shuffling Madness Media, Inc. dba<br>    Conservative Daily, James Hoft,<br>    TGP Communications, LLC dba<br>    The Gateway Pundit, and Michelle Malkin<br><br>vs.<br><br>**Respondent**<br>    Eric Coomer, Ph.D. | ▲ COURT USE ONLY ▲<br><br>Case No. 2024 SC 000317 |
| **Attorneys for Respondent**<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Zachary H. Bowman, No. 21PHV6676<br>zbowman@cstrial.com<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011 /512-477-5011 (Fax)<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>Andrew E. Ho, No. 40381<br>andrew@rklawpc.com<br>**RECHTKORNFELD PC**<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202 | |
| **ERIC COOMER, Ph.D.'S EMERGENCY MOTION TO SEVER** | |

Eric Coomer, Ph.D. (Dr. Coomer), through the undersigned counsel, files this Emergency Motion to Sever all issues on appeal relating to Petitioner TGP Communications, LLC dba The Gateway Pundit (TGP). In support, Dr. Coomer respectfully states as follows:

1. This Motion is necessary because of TGP's misleading Suggestion of Bankruptcy filed in this Court on June 24, 2024. *See* **Exhibit 1.** Despite two attempts to confer with TGP's counsel[1] to correct the filing, TGP has refused to do so. Dr. Coomer is currently required to file responsive briefing and any cross-appeal on or before July 11, 2024, hence the emergency nature of this filing.

2. The Suggestion of Bankruptcy is, at best, misleading because it suggests to this Court that "*the captioned matter* is stayed pursuant to 11 U.S.C. § 362" (emphasis added), that it is an "ancillary proceeding" connected to the case against the other Petitioners before this Court, and that "each" of the other cases against the other Petitioners have, therefore, been stayed.

---

[1] The Suggestion of Bankruptcy was signed by TGP's bankruptcy counsel, Bart A. Houston and Alexander G. Lewitt, both of whom are members of the Florida Bar. A search conducted through the Office of Attorney Regulation Counsel on the Supreme Court's website indicates that neither Mr. Houston nor Mr. Lewitt are licensed to practice law in Colorado. They have further not sought admission *pro hac vice.*

3.    In truth, the filing of a bankruptcy petition operates to stay litigation involving pre-petition claims against a *debtor*.   *See* 11 U.S.C. § 362(a)(1) (automatically staying any "action or proceeding against the debtor that was or could have been commenced" before the filing of the petition).   Thus, the automatic stay under 11 U.S.C. § 362(a) is only intended to protect a debtor in a bankruptcy proceeding and does not extend to co-debtors, co-tortfeasors, or other non-debtors. *See, e.g.*, *Reliant Energy, Servs., Inc. v. Enron Can. Corp*., 349 F.3d 816, 825 (5th Cir. 2003) ("By its terms the automatic stay applies only to the debtor, not to co-debtors under Chapter 7 or Chapter 11 of the Bankruptcy Code nor to co-tortfeasors"); *McCartney v. Integra Nat'l Bank N.*, 106 F.3d 506, 509-10 (3rd Cir. 1997) ("[i]t is universally acknowledged that an automatic stay of proceedings accorded by § 362 may not be invoked by entities such as sureties, guarantors, co-obligors, or others with a similar legal or factual nexus to the . . . debtor."); *Fortier v. Dona Anna Plaza Partners*, 747 F.2d 1324, 1329-30 (10th Cir. 1984) (courts have "uniformly rejected" extension of the automatic stay to "solvent co-defendants of the debtor"); *Teachers Ins. & Annuity Ass'n of Am. v. Butler*, 803 F.2d 61, 65 (2d Cir. 1986) ("It is well-established that stays pursuant to § 362(a) are limited to debtors and do not encompass non-bankrupt co-defendants").

4.     While Dr. Coomer's claims against TGP are subject to the automatic stay due to TGP's filing for protection under the Bankruptcy Code, that does not extend to the remaining Petitioners.  Rather, extension of the automatic stay to non-debtors is rare and limited to instances where it is necessary to preserve the bankruptcy estate.  *See Reliant Energy, Servs., Inc.*, 349 F.3d at 825; *McCartney*, 106 F.3d at 510.  That exception is not applicable here.  *See Fortier*, 747 F.2d at 1330 ("It would make no sense to extend the automatic stay protections to solvent co-defendants.  They don't need it, and at the same time it would work a hardship on plaintiffs, by giving an unwarranted immunity from suit to solvent co-defendants.").

5.     Further, the Suggestion of Bankruptcy erroneously states that it does not constitute a "general appearance for the Debtor or the assertion of affirmative relief in this case by undersigned counsel."  What TGP fails to note is that it has already made a general appearance and sought affirmative relief from this Court through two post-petition pleadings filed following its bankruptcy filing.  First, on May 10, 2024, almost three weeks after its bankruptcy filing, TGP joined other Petitioners in requesting a one-month extension of time to file Petitions for Writ of Certiorari.  This Court granted TGP and the other Petitioners this relief and extended the deadline to file to June 24, 2024.  Second, on June 24, 2024, TGP again joined

other Petitioners in filing a Joint Petition for Writ of Certiorari. The next day, TGP filed the Suggestion of Bankruptcy in this case.

6.      TGP is weaponizing the bankruptcy stay. It seeks to use it as both a sword and a shield. And it is doing so through attorneys who are not properly admitted before this Court. Currently, in Florida, the Honorable United States Bankruptcy Judge Mindy A. Mora has taken under advisement a motion to dismiss filed by former election workers, Ruby Freeman and Wandrea' ArShaye Moss, and Dr. Coomer, seeking dismissal of the TGP bankruptcy under 1112(b) and 305(a) of the Bankruptcy Code. *See In re: TGP Communications, LLC,* Case No. 24-13938-MAM, United States Bankruptcy Court, Southern District of Florida, West Palm Beach Division. Judge Mora is set to rule on the motion on or before August 2, 2024.[2]

7.      In the meantime, out of an abundance of caution, Dr. Coomer requests this Court enter an order of severance of the issues on appeal relating to TGP only. In the alternative, the Court should solely apply the automatic stay to TGP and allow the rest of the appeal to proceed. *See Ace Tile Co., Inc. v. Casson Const. Co., Inc.,* 715 P.2d 344, 346 (Colo. App. 1986) (staying the appeal with respect to the party

---

[2] A Notice of Filing along with a copy of this motion is being filed in the TGP bankruptcy case contemporaneously with this filing.

protected by the automatic stay and allowing judgment to be rendered as to unprotected parties).

8.    This is exactly what the Court of Appeals did in this matter when Rudy Giuliani filed bankruptcy during the pendency of this appeal.  First, on January 4, 2024, counsel for Mr. Giuliani filed an appropriate Notice of Bankruptcy Filing indicating "this matter is stayed automatically as to Rudolph Giuliani" only.  *See* **Exhibit 2.**  Second, on January 19, 2024, the Court of Appeals ordered "that all further proceedings are STAYED as to appellant Rudoph Giuliani <u>only</u>, pending further orders of the Bankruptcy Court."  *See* **Exhibit 3** (emphasis in the original).

9.    None of the remaining parties to this appeal will be prejudiced by the relief requested herein.

WHEREFORE, Eric Coomer, Ph.D. respectfully requests this Court grant his Emergency Motion for Severance and sever all issues on appeal relating to Petitioner TGP Communications, LLC.  In the alternative, Eric. Coomer, Ph.D requests that the Court order that the automatic stay shall solely apply to Petitioner TGP Communications, LLC.  Eric Coomer, Ph.D. requests such other and further relief to which he may be justly entitled to receive.

Respectfully submitted this 27th day of June 2024.

                          */s/ Charles J. Cain*
                    Charles J. Cain, No. 51020
                    Bradley A. Kloewer, No. 50565
                    Zachary H. Bowman, No. 21PHV6676
                    **COUNSEL FOR ERIC COOMER, Ph.D.**

## CERTIFICATE OF CONFERRAL

On June 26 and 27, 2024, the undersigned sent a conferral email requesting that TGP's bankruptcy counsel clarify and amend their Suggestion of Bankruptcy. *See* **Exhibit 4**.  No response has been received.

                          */s/ Charles J. Cain*
                    Charles J. Cain, No. 51020

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Emergency Motion to Sever has been served on all parties receiving notice through ICCES on this 27th day of June 2024.

                          */s/ Charles J. Cain*
                    Charles J. Cain, No. 51020

COLORADO SUPREME COURT
Ralph L. Carr Colorado Judicial Center
2 East 14th Avenue
Denver, Colorado 80203

On appeal from the Colorado Court of Appeals
Case No. 2022 CA 0843

District Court, Denver County, State of Colorado
2020CV34319

**Petitioners**
      Donald J. Trump for President, Inc.,
      Sidney Powell, Sidney Powell, P.C.,
      Joseph Oltmann, FEC United,
      Shuffling Madness Media, Inc. dba
      Conservative Daily, James Hoft,
      TGP Communications, LLC dba
      The Gateway Pundit, and Michelle Malkin

vs.

**Respondent**
      Eric Coomer, Ph.D.

DATE FILED: June 28, 2024 3:25 PM
FILING ID: 365EF1DF86EF4
CASE NUMBER: 2024SC317

▲ COURT USE ONLY ▲

Case No. 2024 SC 000317

**EXHIBIT 1**

COLORADO SUPREME COURT
Ralph L. Carr Colorado Judicial Center
2 E. 14th Avenue
Denver, Colorado 80203

_____

On appeal from the Colorado Court of Appeals
Case No. 2022 CA 0843

Denver District Court
Case No. 2020 CV 034319

_____

Petitioner(s):  DONALD J. TRUMP FOR
PRESIDENT, INC.; SIDNEY POWELL; SIDNEY
POWELL, P.C.; JOSEPH OLTMANN; FEC
UNITED; SHUFFLING MADNESS MEDIA, INC.,
D/B/A CONSERVATIVE DAILY; JAMES HOFT;
TGP COMMUNICATIONS, LLC, D/B/A THE
GATEWAY PUNDIT; MICHELLE MALKIN;
AND ERIC METAXAS

v.

Respondent(s): ERIC COOMER, Ph.D.

_____

**Attorneys for Defendant-Appellants James Hoft
and TGP Communications, LLC:**
Law Offices of Randy B. Corporon
Randy B. Corporon, Reg. No. 29861
S. Parker Road, Suite 555
Aurora, Colorado 80014
Telephone: 303-749-0062
E-Mail: rbc@corporonlaw.com

Jonathon Burns, #21PHV6433
Burns Law Firm
P.O. Box 191250
St. Louis, MO 63119
Telephone: 314-329-5040
Email: TBLF@pm.me

▲ COURT USE ONLY ▲

Case Number:  2024SC317

1

---

## SUGGESTION OF BANKRUPTCY

---

**TGP COMMUNICATIONS, LLC**, (the "**Debtor**") hereby files this suggestion of bankruptcy to inform the Court and all parties that the captioned matter is stayed pursuant to 11 U.S.C. § 362, by virtue of the pendency of proceedings styled as *In re TGP COMMUNICATIONS, LLC*, Case No. 24-13938-MAM, which was filed on the 24 of April, 2024, in the United States Bankruptcy Court for the Southern District of Florida. Although this action was filed by the Debtor, it is an ancillary proceeding connected to the case of Donald J. Trump for President, Inc.; Sidney Powell, P.C.; Joseph Oltmann; FEC United; Shuffling Madness Media, Inc., D/B/A Conservative Daily; James Hoft; TGP Communications, LLC, D/B/A The Gateway Pundit; Michelle Malkin; and Eric Metaxas v. Eric Coomer, Case No. 2024SC317, pending in the Colorado Supreme Court, and Eric Coomer v. Donald J. Trump for President, Inc., et al, Case No. 2020 CV 034319, pending in Denver District Court, State of Colorado, each of which have been stayed under the Bankruptcy Code.

This Suggestion of Bankruptcy does not constitute a general appearance for the Debtor or the assertion of affirmative relief in this case by undersigned counsel.

2

**Dated:  June 24, 2024**

<div align="right">

**HOUSTON RODERMAN PLLC**
*Counsel for Debtor*
633 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 900-2615
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com

By:    /s/ Bart A. Houston _____
**Bart A. Houston, Fla. Bar No. 623636**
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com
**Alexander G. Lewitt, Fla. Bar No. 1048121**
Primary Email: alewitt@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com


/s/ Randy B. Corporon _____
Randy B. Corporon, Esq.
Law Office of Randy B. Corporon, P.C.
2821 S. Parker Road, Suite 555
Aurora, Colorado 80014
Telephone: 303-749-0062
E-Mail: rbc@corporonlaw.com


Jonathon Burns, #21PHV6433
Burns Law Firm
P.O. Box 191250
St. Louis, MO 63119
Telephone: 314-329-5040
Email: TBLF@pm.me
*(Attorneys for Appellants Hoft and TGP*
*Communications LLC dba The Gateway Pundit)*

</div>

3

## CERTIFICATE OF SERVICE

I hereby certi fy that on thi s 24th day of June, 2024, a true and correct copy of the above and foregoi ng was served upon the followi ng vi a Colorado Courts E-Fi li ng:

Barry K. Arri ngton, Esq.
Arri ngton Law Fi rm
3801 E. Flori da Avenue, Sui te 830
Denver, Colorado 80210
*(Attorneys for Petitioners Sidney Powell and Sidney Powell, P.C.)*

John R. Mann, Esq.
Margaret L. Boehmer, Esq.
Thomas B. Qui nn, Esq.
Gordon & Rees LLP
555 Seventeenth Street, Sui te 3400
Denver, Colorado 80202
*(Attorneys for Petitioner Metaxas)*

Frankli n D. Patterson, No. 12058
Patterson Ri ppli nger, P.C.
5613 DTC Parkway, Sui te 400
Greenwood Vi llage, Colorado 80111
Telephone:  303/741-4539
Facsi mi le:  303/741-5043
E-mai l:
        fpatterson@prpclegal.com
(*Attorneys for Petitioner Malkin*)

CAMPBELL KILLIN BRITTAN & RAY, LLC
John S. Zakhem
Andrew C. Ni ckel

Charles J. Cai n, Esq.
Bradley A. Kloewer, Esq.
Zachary H. Bowman, Esq.
Cai n & Skarnuli s PLLC
P.O. Box 1064
Sali da, Colorado 81201
*(Attorneys for Respondent)*

Thomas M. Rogers, III, Esq.
Mark G. Grueski n, Esq.
Andrew E. Ho, Esq.
Recht Kornfeld, P.C.
1600 Stout Street, Sui te 1400
Denver, Colorado 80202
*(Attorneys for Respondent)*

4

270 Sai nt Paul Street, Ste. 200
Denver, CO 80206
303-322-3400
*Attorney for Petitioner Donald J. Trump*
*For President, Inc*

KENNEDYS CMK LLP
Marc S. Casari no
222 Delaware Avenue, Ste. 710
Wi lmi ngton, DE 19801
302-308-6647
*Attorneys for Petitioners Sidney Powell*
*and Sidney Powell, P.C.*


HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.
Jamey W. Jami son
Di no G. Moncecchi
Mark A. Sares
10333 E. Dry Creek Road, Ste. 300
Englewood, Colorado 80112
(720) 875-9140
*Attorney for Petitioners Oltmann, FEC*
*United, and Shuffling Madness Media, Inc.*
*dba Conservative Daily*

*s/ Randy B. Corporon, Esq.*
Randy B. Corporon

| | |
|---|---|
| COLORADO SUPREME COURT<br>Ralph L. Carr Colorado Judicial Center<br>2 East 14th Avenue<br>Denver, Colorado 80203 | DATE FILED: June 28, 2024 3:25 PM<br>FILING ID: 365EF1DF86EF4<br>CASE NUMBER: 2024SC317 |
| On appeal from the Colorado Court of Appeals<br>Case No. 2022 CA 0843<br><br>District Court, Denver County, State of Colorado<br>2020CV34319 | ▲ COURT USE ONLY ▲<br><br>Case No. 2024 SC 000317 |
| **Petitioners**<br>     Donald J. Trump for President, Inc.,<br>     Sidney Powell, Sidney Powell, P.C.,<br>     Joseph Oltmann, FEC United,<br>     Shuffling Madness Media, Inc. dba<br>     Conservative Daily, James Hoft,<br>     TGP Communications, LLC dba<br>     The Gateway Pundit, and Michelle Malkin<br><br>vs.<br><br>**Respondent**<br>     Eric Coomer, Ph.D. | |
| **EXHIBIT 2** | |

| | |
|---|---|
| **COURT OF APPEALS, STATE OF COLORADO**<br>2 East 14th Avenue, Third Floor<br>Denver, Colorado 80203 | |
| District Court, City and County of Denver, Colorado<br>The Hon. Marie Avery Moses<br>Case Number: 2020CV34319 | **▲COURT USE ONLY▲** |
| **ERIC COOMER, Ph.D.**<br>Plaintiff/Appellee,<br><br>**v.**<br><br>**RUDOLPH GIULIANI**,<br>Defendant/Appellant. | Court of Appeals Case No.:<br>2022CA843 |
| *Attorneys for Appellant:*<br>Geoffrey N. Blue (32684), gblue@gesslerblue.com<br>Scott E. Gessler (28944), sgessler@gesslerblue.com<br>Gessler Blue LLC<br>7350 E Progress Pl., Suite 100<br>Greenwood Village, CO 80111<br>Tel: (720) 839-6637 | |
| **NOTICE OF BANKRUPTCY FILING** | |

Be advised that Defendant Rudolph Giuliani has filed a Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the Southern District of New York (Manhattan) in Case No. 23-12055-shl on December 21, 2023. *See* Exhibit A, Voluntary Petition for Individuals Filing Bankruptcy. Accordingly, this matter is stayed automatically as to Rudolph Giuliani pursuant to 11 USC § 362.

Dated: January 4, 2024.

GESSLER BLUE LLC

_____s/ *Geoffrey N. Blue*_____
Geoffrey N. Blue

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing, was timely served by the Colorado Courts E-Filing System on this 4th day of January 2024, to all counsel of record.


By: _____*s/ Joanna Bila*_____
Joanna Bila, Paralegal

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Rudolph**<br>First name<br><br>**W.**<br>Middle name<br><br>**Giuliani**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Rudolph William Giuliani** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-4285** | **EXHIBIT A** |

Debtor 1    **Rudolph W. Giuliani**                                                          Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |

**5. Where you live**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| | **If Debtor 2 lives at a different address:** |
| **45 East 66th Street** <br> **Apartment 10W** <br> **New York, NY 10065** <br> Number, Street, City, State & ZIP Code | _____ <br> Number, Street, City, State & ZIP Code |
| **New York** <br> County | _____ <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| | |
|---|---|
| *Check one:* <br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Rudolph W. Giuliani**                                    Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Rudolph W. Giuliani** | Case number *(if known)* | |
|---|---|---|---|

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.** Go to Part 4.

☐ **Yes.** Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**
For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ **No.** I am not filing under Chapter 11.

■ **No.** I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.** I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.** I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.** What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____

Number, Street, City, State & Zip Code

---

| Debtor 1 | **Rudolph W. Giuliani** | Case number *(if known)* |
|---|---|---|

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | Rudolph W. Giuliani | | Case number *(if known)* |
|---|---|---|---|

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

■ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**Lawsuits**

---

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Rudolph W. Giuliani | |
|---|---|
| Rudolph W. Giuliani | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Executed on   **December 21, 2023** | Executed on |
|---|---|
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Rudolph W. Giuliani** | Case number *(if known)* |
|---|---|---|

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

| **/s/ Heath S. Berger** | Date | **December 21, 2023** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Heath S. Berger**
Printed name

**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Firm name

**6901 Jericho Turnpike**
**Suite 230**
**Syosset, NY 11791**
Number, Street, City, State & ZIP Code

| Contact phone | **516-747-1136** | Email address | **hberger@bfslawfirm.com/gfischoff@bfslawfirm.com** |
|---|---|---|---|

**hb-7802 NY**
Bar number & State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rudolph W. Giuliani** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Rudolph W. Giuliani** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **IRS** | Last 4 digits of account number _____ | $202,887.00 | $202,887.00 | $0.00 |

Priority Creditor's Name
**Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   2022

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Income taxes**

Debtor 1  **Rudolph W. Giuliani**

Case number (if known) _____

---

**2.2** | **IRS**
Priority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number ____ ____ | $521,345.00 | $521,345.00 | $0.00

When was the debt incurred? **2021**

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
Income taxes

---

**2.3** | **NYS Department of Taxation & Finance**
Priority Creditor's Name
**Bankruptcy Unit-TCD**
**Bldg 8 Room 455**
**Albany, NY 12227**
Number Street City State Zip Code

Last 4 digits of account number ____ ____ | $61,340.00 | $61,340.00 | $0.00

When was the debt incurred? **2022**

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
Income taxes

---

**2.4** | **NYS Department of Taxation & Finance**
Priority Creditor's Name
**Bankruptcy Unit-TCD**
**Bldg 8 Room 455**
**Albany, NY 12227**
Number Street City State Zip Code

Last 4 digits of account number ____ ____ | $204,346.00 | $204,346.00 | $0.00

When was the debt incurred? **2021**

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
Income taxes

---

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
■ Yes.

Debtor 1 **Rudolph W. Giuliani**  Case number (if known) _____

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**  **BST & Co. CPAs, LLC**  
Nonpriority Creditor's Name  
**250 Park Avenue, 7th Floor**  
**New York, NY 10177**  
Number Street City State Zip Code  

Last 4 digits of account number _____  $10,000.00  

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply  
■ Contingent  
■ Unliquidated  
■ Disputed  

Who incurred the debt? Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
■ Other. Specify **Lawsuit**  

Is the claim subject to offset?  
■ No  
☐ Yes  

**4.2**  **Daniel Gill**  
Nonpriority Creditor's Name  
**c/o Law Office of Ronald L. Kuby**  
**119 West 23rd STreet, Suite 900**  
**New York, NY 10011**  
Number Street City State Zip Code  

Last 4 digits of account number _____  $2,000,000.00  

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply  
■ Contingent  
■ Unliquidated  
■ Disputed  

Who incurred the debt? Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
■ Other. Specify **Lawsuit**  

Is the claim subject to offset?  
■ No  
☐ Yes  

**4.3**  **Davidoff Hutcher & Citron LLP**  
Nonpriority Creditor's Name  
**605 Third Avenue**  
**New York, NY 10158**  
Number Street City State Zip Code  

Last 4 digits of account number _____  $1,360,000.00  

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply  
■ Contingent  
■ Unliquidated  
■ Disputed  

Who incurred the debt? Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
■ Check if this claim is for a community debt  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
■ Other. Specify **Lawsuit**  

Is the claim subject to offset?  
■ No  
☐ Yes

| Debtor 1 | **Rudolph W. Giuliani** | | Case number (if known) | |

---

| 4.4 | **Eric Coomer, Ph.D.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Cain & Skarnulis, PLLC**
**P.O. Box 1064**
**Salida, CO 81201**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Lawsuit**

---

| 4.5 | **Law Offices of Aidala, Bertuna & Kamins** | Last 4 digits of account number _____ | **$387,859.98** |

Nonpriority Creditor's Name

**546 Fifth Avenue, 6th Floor**
**New York, NY 10036**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Outstanding legal fees**

---

| 4.6 | **Momentum Telecom, Inc.** | Last 4 digits of account number _____ | **$30,000.00** |

Nonpriority Creditor's Name

**c/o Abramson Brooks LLP**
**1051 Port Washington Boulevard, #322**
**Port Washington, NY 11050**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Lawsuit**

---

| Debtor 1 | Rudolph W. Giuliani | Case number (if known) | |

---

**4.7** Noelle Dunphy
Nonpriority Creditor's Name

c/o Abrams Fensterman, LLP
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawsuit**

---

**4.8** Robert Hunter Biden
Nonpriority Creditor's Name

c/o Winston and Strawn, LLP
1901 L Street NW
Washington, DC 20036
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawsuit**

---

**4.9** Ruby Freeman & Wandrea Moss
Nonpriority Creditor's Name

c/o Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$148,000,000.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawsuit**

---

Debtor 1    **Rudolph W. Giuliani**                                                                Case number (if known) _____

| 4.10 | **Smartmatic USA Corp.** | | Last 4 digits of account number _____ | | **Unknown** |
|---|---|

**Smartmatic USA Corp.**
Nonpriority Creditor's Name
**c/o Kishner Miller Himes P.C.**
**40 Fulton Street, 12th Floor**
**New York, NY 10038-1850**
Number Street City State Zip Code

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Lawsuit** _____

---

**US Dominion, Inc.**
Nonpriority Creditor's Name
**c/o Susman Godfrey LLP**
**1000 Louisiana Street, Suite 5100**
**Houston, TX 77002**
Number Street City State Zip Code

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Lawsuit** _____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Tabner, Ryan K Keniry, LLP**
**18 Corporate Woods Boulevard, Suite 8**
**Albany, NY 12211**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):        ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 989,918.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |

| Debtor 1 | **Rudolph W. Giuliani** | | Case number (if known) | |
|---|---|---|---|---|

| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 989,918.00 |
|---|---|---|---|---|

| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **Total Claim** |
|---|---|---|---|---|
| | | | | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 151,787,859.98 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 151,787,859.98 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Rudolph W. Giuliani** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br><br>Number  Street<br><br>City    State    ZIP Code | |
| **2.2** Name<br><br>Number  Street<br><br>City    State    ZIP Code | |
| **2.3** Name<br><br>Number  Street<br><br>City    State    ZIP Code | |
| **2.4** Name<br><br>Number  Street<br><br>City    State    ZIP Code | |
| **2.5** Name<br><br>Number  Street<br><br>City    State    ZIP Code | |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Rudolph W. Giuliani** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Giuliani Partners LLC**<br>**45 East 66th Street**<br>**Apartment 10W**<br>**New York, NY 10065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.6**___<br>☐ Schedule G _____<br>**Momentum Telecom, Inc.** |

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

<div style="background:black; color:white">**Read These Important Warnings**</div>

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

<div style="border: 1px solid; padding: 10px;">

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**United States Bankruptcy Court**
**Southern District of New York**

In re    __Rudolph W. Giuliani__                                   Case No. _____

                                         Debtor(s)           Chapter     __11__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   __December 21, 2023__           __/s/ Rudolph W. Giuliani__

                                          **Rudolph W. Giuliani**

                                          Signature of Debtor

BST & CO. CPAS, LLC
250 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10177


DANIEL GILL
C/O LAW OFFICE OF RONALD L. KUBY
119 WEST 23RD STREET, SUITE 900
NEW YORK, NY 10011


DAVIDOFF HUTCHER & CITRON LLP
605 THIRD AVENUE
NEW YORK, NY 10158


ERIC COOMER, PH.D.
C/O CAIN & SKARNULIS, PLLC
P.O. BOX 1064
SALIDA, CO 81201


GIULIANI PARTNERS LLC
45 EAST 66TH STREET
APARTMENT 10W
NEW YORK, NY 10065


IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346


IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346


LAW OFFICES OF AIDALA, BERTUNA & KAMINS
546 FIFTH AVENUE, 6TH FLOOR
NEW YORK, NY 10036


MOMENTUM TELECOM, INC.
C/O ABRAMSON BROOKS LLP
1051 PORT WASHINGTON BOULEVARD, #322
PORT WASHINGTON, NY 11050


NOELLE DUNPHY
C/O ABRAMS FENSTERMAN, LLP
1 METROTECH CENTER, SUITE 1701
BROOKLYN, NY 11201

NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY UNIT-TCD
BLDG 8 ROOM 455
ALBANY, NY 12227


NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY UNIT-TCD
BLDG 8 ROOM 455
ALBANY, NY 12227


ROBERT HUNTER BIDEN
C/O WINSTON AND STRAWN, LLP
1901 L STREET NW
WASHINGTON, DC 20036


RUBY FREEMAN & WANDREA MOSS
C/O WILLKIE FARR & GALLAGHER LLP
1875 K STREET NW
WASHINGTON, DC 20006


SMARTMATIC USA CORP.
C/O KISHNER MILLER HIMES P.C.
40 FULTON STREET, 12TH FLOOR
NEW YORK, NY 10038-1850


TABNER, RYAN K KENIRY, LLP
18 CORPORATE WOODS BOULEVARD, SUITE 8
ALBANY, NY 12211


US DOMINION, INC.
C/O SUSMAN GODFREY LLP
1000 LOUISIANA STREET, SUITE 5100
HOUSTON, TX 77002

COLORADO SUPREME COURT
Ralph L. Carr Colorado Judicial Center
2 East 14th Avenue
Denver, Colorado 80203

DATE FILED: June 28, 2024 3:25 PM
FILING ID: 365EF1DF86EF4
CASE NUMBER: 2024SC317

On appeal from the Colorado Court of Appeals
Case No. 2022 CA 0843

District Court, Denver County, State of Colorado
2020CV34319

▲ COURT USE ONLY ▲

Case No. 2024 SC 000317

**Petitioners**
     Donald J. Trump for President, Inc.,
     Sidney Powell, Sidney Powell, P.C.,
     Joseph Oltmann, FEC United,
     Shuffling Madness Media, Inc. dba
     Conservative Daily, James Hoft,
     TGP Communications, LLC dba
     The Gateway Pundit, and Michelle Malkin

vs.

**Respondent**
     Eric Coomer, Ph.D.

**EXHIBIT 3**

| | |
|---|---|
| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: January 19, 2024<br>CASE NUMBER: 2022CA843 |
| Denver District Court<br>2020CV34319 | |
| **Plaintiff-Appellee:**<br><br>Eric Coomer, Ph.D.,<br><br>**v.**<br><br>**Defendants-Appellants:**<br><br>Donald J. Trump for President, Inc.; Sidney Powell; Sidney Powell PC; Rudolph Giuliani; Joseph Oltmann; FEC United; Shuffling Madness Media Inc d/b/a Conservative Daily; James Hoft; TGP Communications LLC d/b/a the Gateway Pundit; Michelle Malkin; Eric Metaxas; and Defending the Republic Inc. | Court of Appeals Case Number:<br>2022CA843<br>& 2022CA879 |
| ORDER for bankruptcy stay as to Rudolph Giuliani, ONLY | |

To:  All Parties

The Court, having considered the Notice of Bankruptcy Filing filed by Appellant Rudolph Giuliani, invoking the automatic stay set forth in 11 U.S.C. § 362(a), and having received no response, ORDERS that all further proceedings are STAYED as to appellant Rudolph Giuliani <u>only</u>, pending further orders of the Bankruptcy Court.  The appeal shall proceed as to all other appellants.  Therefore, the Appellee's Motion to Sever is DENIED AS MOOT.

The Court FURTHER ORDERS that appellant Rudolph Giuliani shall notify the Court in writing of the status of the bankruptcy proceedings within 84 days of this date and every 84 days thereafter until the stay is discharged.

BY THE COURT
Navarro, J.
Kuhn, J.
Schock, J.

| COLORADO SUPREME COURT<br>Ralph L. Carr Colorado Judicial Center<br>2 East 14th Avenue<br>Denver, Colorado 80203 | DATE FILED: June 28, 2024 3:25 PM<br>FILING ID: 365EF1DF86EF4<br>CASE NUMBER: 2024SC317 |
| --- | --- |
| On appeal from the Colorado Court of Appeals<br>Case No. 2022 CA 0843<br><br>District Court, Denver County, State of Colorado<br>2020CV34319 | ▲ COURT USE ONLY ▲<br><br>Case No. 2024 SC 000317 |
| **Petitioners**<br>      Donald J. Trump for President, Inc.,<br>      Sidney Powell, Sidney Powell, P.C.,<br>      Joseph Oltmann, FEC United,<br>      Shuffling Madness Media, Inc. dba<br>      Conservative Daily, James Hoft,<br>      TGP Communications, LLC dba<br>      The Gateway Pundit, and Michelle Malkin<br><br>vs.<br><br>**Respondent**<br>      Eric Coomer, Ph.D. | |
| **EXHIBIT 4** | |

**From:** Charlie Cain <ccain@cstrial.com>
**Date:** Thursday, June 27, 2024 at 2:52 PM
**To:** Bart Houston <bhouston@houstonroderman.com>
**Cc:** Ryan Chapple <rchapple@cstrial.com>, Brad Kloewer <bkloewer@cstrial.com>,
Vincent F. Alexander <VAlexander@shutts.com>
**Subject:** Re: TGP Suggestion of Bankruptcy in CO SC

Bart, I'm adding Vincent as I know you discussed the matter with him and the Court today.

I need TGP to file an amended suggestion of bankruptcy immediately with the Colorado Supreme Court to make it clear that yesterday's filing was intended to suggest the matter is stayed only as to the debtor, TGP. Otherwise, we will need to engage in motion practice with the Court as we are under deadline to respond to the various petitions and file a cross-petition.

Please respond.

Charlie

**From:** Charlie Cain <ccain@cstrial.com>
**Date:** Wednesday, June 26, 2024 at 12:46 PM
**To:** Bart Houston <bhouston@houstonroderman.com>
**Cc:** Ryan Chapple <rchapple@cstrial.com>, Brad Kloewer <bkloewer@cstrial.com>
**Subject:** TGP Suggestion of Bankruptcy in CO SC

Bart,

I just reviewed the referenced pleading. It wasn't clear to me whether you were suggesting the entire matter is stayed (you say, "the captioned matter is stayed...") or stayed just as to TGP. Can you please clarify your position for me?

Thanks,

Charlie

***********
Charles J. Cain
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011-Fax
719-530-3011 (Salida Office)
ccain@cstrial.com

IMPORTANT NOTICE: The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.