

**ORDERED in the Southern District of Florida on July 3, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TGP COMMUNICATIONS, LLC, | : | CASE NO. 24-13938 (MAM) |
| | : | |
| DEBTOR. | : | |

_____

**AGREED ORDER GRANTING UNITED STATES TRUSTEE'S EX-PARTE AGREED MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS**

This cause came on before the Court on the *Agreed Ex-Parte Motion to Continue Hearing On Debtor's Motion For An Order Authorizing The Debtor To Suppress Personally Identifiable Information For Certain Individual Creditors* (the "Motion to Continue", ECF #78) filed by United States Trustee. Upon agreement of the Debtor and the United States Trustee, the Court having considered the Motion to Continue and being fully advised in the premises, good cause having been shown and proper notice given, it is

ORDERED AND ADJUDGED as follows:

1. The Motion to Continue is hereby GRANTED.

2. The hearing on the Debtor's Motion For An Order Authorizing The Debtor To Suppress Personally Identifiable Information For Certain Individual Creditors for Status Conference After Remand is continued to **August 2, 2024,** at **9:30 a.m., Courtroom A, Eighth Floor, Flagler Waterview Building, 1515 N Flagler Drive, West Palm Beach, FL 33410** Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

3.     The deadline for the United States Trustee to file objections to the declarations filed by the Debtor is hereby extended to July 26, 2024.

###

Submitted by:

Martin P. Ochs*
Georgia Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov

*Martin P. Ochs, Esq., is hereby directed to serve copies of this Order on all parties served with the Motion and file a certificate of service.*