United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 24-13938-MAM |
| TGP Communications, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 03, 2024 | Form ID: pdf004 | Total Noticed: 80 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TGP Communications, LLC, 1820 NE Jensen Beach Blvd, Unit 1120, Jensen Beach, FL 34957-7212 |
| sp | + | Bradley A Kloewer, P.O. Box 1064, Salida, CO 81201-1064 |
| sp | + | Charlie J. Cain, 303 Colorado St., Suite 2850, Austin, TX 78701-0137 |
| cr | + | Dr. Eric Coomer, c/o Vincent F. Alexander, 201 East Las Olas Blvd., Suite 2200, Fort Lauderdale, FL 33301-4445 |
| intp | + | Jim Hoft, c/o Furr and Cohen, P.A., 2255 Glades Road., Ste 419A, Boca Raton, FL 33431-7379 |
| sp | + | Michael J Gottlieb, 1875 K Street NW, Washington, DC 20006-1238 |
| sp | + | Rachel C Strickland, 787 Seventh Avenue, New York, NY 10019-6018 |
| cr | + | Ruby Freeman, c/o David A. Blansky, Esq., Dunn Law, P.A., 66 W. Flagler St., Suite 400, Miami, FL 33130-1877 |
| sp | + | Ryan E. Chapple, 303 Colorado St, Suite 2850, Austin, TX 78701-0137 |
| cr | + | Wandrea' Arshaye Shaye Moss, c/o David A. Blansky, Esq., Dunn Law, P.A., 66 W. Flagler St., Suite 400, Miami, FL 33130-1877 |
| 97344233 | + | Christopher Douglass, 199 Clarkson Road, Ballwin, MO 63011-2243 |
| 97459724 | + | Dr. Eric Commer, c/o Charles Cain, Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| 97344234 | + | Eric Coomer, c/o CAIN & SKARNULIS PLLC, P. O. Box 1064, Salida, CO 81201-1064 |
| 97344235 | + | Eric Coomer, c/o RECHTKORNFELD PC, 1600 Stout Street, Suite 1400, Denver, CO 80202-3110 |
| 97405906 | + | James Hoft, 8750 South Ocean Drive, Unit 534, Jensen Beach, FL 34957-2125 |
| 97344237 | + | James Kirk, 947 CENTURY OAKS DR, Manchester, MO 63021-6921 |
| 97344238 | + | Jane Doe - A, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344239 | + | Jane Doe - B, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344240 | + | Jane Doe - C, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344241 | + | Jane Doe - D, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344242 | + | Jane Doe - E, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344243 | + | Jane Doe - F, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344244 | + | Jane Doe - H, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344245 | + | Jane Doe - I, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344246 | + | Jane Doe - J, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344247 | + | Jane Doe - K, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344248 | + | Jez Morano, 8750 South Ocean Drive, Unit 534, Jensen Beach, FL 34957-2125 |
| 97344249 | + | John Doe - A, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344250 | + | John Doe - AA, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344251 | + | John Doe - B, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344252 | + | John Doe - BB, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344253 | + | John Doe - C, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344254 | + | John Doe - CC, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344255 | + | John Doe - D, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344256 | + | John Doe - E, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344257 | + | John Doe - F, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344258 | + | John Doe - FF, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344259 | + | John Doe - G, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344260 | + | John Doe - GG, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344261 | + | John Doe - H, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344262 | + | John Doe - I, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344263 | + | John Doe - J, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344264 | + | John Doe - M, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344265 | + | John Doe - N, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344266 | + | John Doe - O, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: pdf004 | Total Noticed: 80 |

| | | |
|---|---|---|
| 97344267 | + | John Doe - Q, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344268 | + | John Doe - R, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344269 | + | John Doe - S, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344270 | + | John Doe - T, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344271 | + | John Doe - U, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344272 | + | John Doe - V, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344273 | + | John Doe - W, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344274 | + | John Doe - Y, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344275 | + | John Doe - Z, c/o Jonathan Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344276 | + | Jonathon Burns, POB 191250, Saint Louis, MO 63119-7250 |
| 97344277 | + | Kellie Poen, 344 Fallon Pkwy, Saint Peters, MO 63376-7704 |
| 97344286 | + | Ruby Freeman, c/o Aanchal Chugh, Esq., 1440 New York Avenue, N.W., Washington, DC 20005-2111 |
| 97344280 | + | Ruby Freeman, c/o Von A. DuBose, Esq., 75 14th Street, NE, Suite 2110, Atlanta, GA 30309-3644 |
| 97344282 | + | Ruby Freeman, c/o UNITED TO PROTECT DEMOCRACY, 2020 Pennsylvania Ave. NW, Suite 163, Washington, DC 20006-1811 |
| 97344281 | + | Ruby Freeman, c/o UNITED TO PROTECT DEMOCRACY, 15 Main St., Suite 312, Watertown, MA 02472-4403 |
| 97344279 | + | Ruby Freeman, c/o YALE LAW SCHOOL, 127 Wall Street, P.O. Box 208215, New Haven, CT 06520-8215 |
| 97461793 | + | Ruby Freeman, c/o Rachel C. Strickland and James H. Bu, 787 Seventh Avenue, New York, NY 10019-6018 |
| 97344284 | + | Ruby Freeman, c/o Charles Smith, Esq. and Michael Morr, 155 N. Wacker Drive, Chicago, IL 60606-1787 |
| 97344283 | + | Ruby Freeman, c/o UNITED TO PROTECT DEMOCRACY, 82 Nassau Street, #601, New York, NY 10038-3703 |
| 97344287 | + | Ruby Freeman, c/o Eliza Simons, Esq., One Manhattan West, New York, NY 10001-0193 |
| 97344285 | + | Ruby Freeman, c/o Mary E. Grinman, Esq., 500 Boylston Street, Boston, MA 02116-3740 |
| 97344288 | + | Tammie Gassawsy, 19274 Babler Forest Rd, Chesterfield, MO 63005-6021 |
| 97344289 | + | Ted Slater, 2820 N PINAL AVE, STE 12 PMB 209, CASA GRANDE, AZ 85122-7927 |
| 97461812 | + | Wandrea ArShaye Moss, c/o Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6018 |
| 97344298 | + | Wandrea Moss, c/o Aanchal Chugh, Esq., 1440 New York Avenue, N.W., Washington, DC 20005-2111 |
| 97344294 | + | Wandrea Moss, c/o Von A. DuBose, Esq., 75 14th Street, NE, Suite 2110, Atlanta, GA 30309-3644 |
| 97344297 | + | Wandrea Moss, c/o UNITED TO PROTECT DEMOCRACY, 2020 Pennsylvania Ave. NW, Suite 163, Washington, DC 20006-1811 |
| 97344292 | + | Wandrea Moss, c/o UNITED TO PROTECT DEMOCRACY, 15 Main St., Suite 312, Watertown, MA 02472-4403 |
| 97344293 | + | Wandrea Moss, c/o YALE LAW SCHOOL, 127 Wall Street, P.O. Box 208215, New Haven, CT 06520-8215 |
| 97344296 | + | Wandrea Moss, c/o Charles Smith, Esq. and Michael Morr, 155 N. Wacker Drive, Chicago, IL 60606-1787 |
| 97344299 | + | Wandrea Moss, c/o UNITED TO PROTECT DEMOCRACY, 82 Nassau Street, #601, New York, NY 10038-3703 |
| 97344300 | + | Wandrea Moss, c/o Eliza Simons, Esq., One Manhattan West, New York, NY 10001-0193 |
| 97344295 | + | Wandrea Moss, c/o Mary E. Grinman, Esq., 500 Boylston Street, Boston, MA 02116-3740 |

TOTAL: 78

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 97384523 | Email/Text: OGCBankruptcy@floridarevenue.com | Jul 03 2024 23:15:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee, Florida 32314-6668 |
| 97344236 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 03 2024 23:43:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Aaron E. Nathan |
| sp | | Brittany Williams |
| sp | | James H. Burbage |
| sp | | Meryl Governski |
| sp | | Rachel Goodman |
| sp | *+ | Ruby Freeman, c/o David A. Blansky, Esq., Dunn Law, P.A., 66 W. Flagler St., Suite 400, Miami, FL 33130-1877 |
| 97344290 | *+ | TGP COMMUNICATIONS LLC, 1820 NE Jensen Beach Blvd, Unit 1120, Jensen Beach, FL 34957-7212 |
| 97344278 | ##+ | Ruby Freeman, c/o Dowd Bennett LLP, 7733 Forsyth Blvd, Suite 1900, Saint Louis, MO 63105-1803 |
| 97344291 | ##+ | Wandrea Moss, c/o Dowd Bennett LLP, 7733 Forsyth Blvd, Suite 1900, Saint Louis, MO 63105-1803 |

TOTAL: 5 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 03, 2024 | Form ID: pdf004 | Total Noticed: 80 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bart A Houston | on behalf of Debtor TGP Communications LLC bhouston@houstonroderman.com, dschena@houstonroderman.com |
| David Blansky | on behalf of Creditor Ruby Freeman dblansky@dunnlawpa.com rbasnueva@dunnlawpa.com |
| David Blansky | on behalf of Creditor Wandrea' Arshaye "Shaye" Moss dblansky@dunnlawpa.com rbasnueva@dunnlawpa.com |
| Linda Marie Leali | trustee@lealilaw.com F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net |
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert C Furr, Esq | on behalf of Interested Party Jim Hoft ltitus@furrcohen.com atty_furrcohen@bluestylus.com;staff1@furrcohen.com;yfernandez@furrcohen.com |
| Vincent F Alexander | on behalf of Creditor Dr. Eric Coomer valexander@shutts.com SLall@shutts.com,JGoodwin@shutts.com |

TOTAL: 8



**ORDERED in the Southern District of Florida on July 3, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TGP COMMUNICATIONS, LLC, | : | CASE NO. 24-13938 (MAM) |
| | : | |
| DEBTOR. | : | |
| _____ | | |

**AGREED ORDER GRANTING UNITED STATES TRUSTEE'S EX-PARTE AGREED MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS**

This cause came on before the Court on the *Agreed Ex-Parte Motion to Continue Hearing On Debtor's Motion For An Order Authorizing The Debtor To Suppress Personally Identifiable Information For Certain Individual Creditors* (the "Motion to Continue", ECF #78) filed by United States Trustee.  Upon agreement of the Debtor and the United States Trustee, the Court having considered the Motion to Continue and being fully advised in the premises, good cause having been shown and proper notice given, it is

ORDERED AND ADJUDGED as follows:

1. The Motion to Continue is hereby GRANTED.

2. The hearing on the Debtor's Motion For An Order Authorizing The Debtor To Suppress Personally Identifiable Information For Certain Individual Creditors for Status Conference After Remand is continued to **August 2, 2024,** at **9:30 a.m., Courtroom A, Eighth Floor, Flagler Waterview Building, 1515 N Flagler Drive, West Palm Beach, FL 33410** Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

 All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

3. The deadline for the United States Trustee to file objections to the declarations filed by the Debtor is hereby extended to July 26, 2024.

###

Submitted by:

Martin P. Ochs*
Georgia Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov

*Martin P. Ochs, Esq., is hereby directed to serve copies of this Order on all parties served with the Motion and file a certificate of service.*