# EXHIBIT A

| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: July 8, 2024<br>CASE NUMBER: 2024SC317 |
|---|---|
| Certiorari to the Court of Appeals, 2022CA843<br>District Court, Denver County, 2020CV34319 | |
| **Petitioners:**<br><br>Michelle Malkin; Eric Metaxas; Donald J. Trump for President, Inc.; Joseph Oltmann; FEC United; Shuffling Madness Media, Inc. d/b/a Conservative Daily; James Hoft; and TGP Communications LLC, d/b/a The Gateway Pundit;<br><br>v.<br><br>**Respondent:**<br><br>Eric Coomer, Ph.D. | Supreme Court Case No: 2024SC317 |
| ORDER OF COURT | |

The Court, having considered the "Suggestion of Bankruptcy" filed by Petitioner, TGP Communications, LLC, and Respondent, Dr. Coomer's "Emergency Motion to Sever," and having received no response to the Emergency Motion to Sever, ORDERS the following:

The Emergency Motion to Sever is DENIED. All further proceedings in the above-captioned matter are STAYED as to TGP Communications, LLC <u>only</u> pursuant to the automatic stay provisions in 11 U.S.C. § 362(a) pending further orders of the bankruptcy court. The above-captioned matter will proceed as to all other parties.

The Court FUTHER ORDERS that petitioner, TGP Communications LLC, must notify the Court in writing of the status of the bankruptcy proceedings on or before August 8, 2024, and every month thereafter until the stay is discharged.

BY THE COURT, JULY 8, 2024.