## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Chapter 11

TGP Communications, LLC                                              Case No.: 24-13938-MAM

           Debtor.
_____/

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that Linda Leali, Esq. will be unavailable on July 31-August 13, 2024. It is respectfully requested that no hearing be scheduled during this time; that no motions, discovery requests or other pleadings be filed which require a timely response during this time; and that all pending matters remain in status quo during this period.

Respectfully submitted this 12th day of July, 2024.

           LINDA LEALI, P.A.
           2525 Ponce De Leon Blvd., Suite 300
           Coral Gables, FL 33134
           Telephone:    (305) 341-0671

           By:    /s/ Linda Leali
                  LINDA LEALI
                  lleali@lealilaw.com
                  Florida Bar No. 186686
                  *Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 12, 2024 the CM/ECF system, which sent notification and was electronically served upon all parties in interest participating in the CM/ECF system.

           By:    */s/ Linda Leali*
                  LINDA LEALI