**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TGP Communications, LLC, | Case No. 24-13938 (MAM) |
| Debtor. | |

**AGREED *EX PARTE* MOTION OF THE DEBTOR,**
**RUBY FREEMAN, WANDREA' ARSHAYE MOSS, AND DR. ERIC**
**COOMER FOR AN ORDER APPROVING THE EXTENSION OF THE**
**DEADLINE FOR CREDITORS TO CHALLENGE DISCHARGEABILITY OF DEBTS[1]**

The debtor in the above-captioned case (the "Debtor"), Ruby Freeman and Wandrea' ArShaye "Shaye" Moss (together, the "Freeman Plaintiffs"), and Dr. Eric Coomer ("Dr. Coomer" and with the Debtor and Freeman Plaintiffs, the "Parties"), submit this motion (this "Motion"), pursuant to section 523(c) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 4007(c) and 9006(b)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 9013-1(C)(6) for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order") extending the deadline for all creditors to file complaints objecting to the dischargeability of their respective debts under Bankruptcy Code section 523(c) (the "Dischargeability Challenge Deadline") by sixty (60) days, through and including September 27, 2024 (the "Extended Dischargeability Challenge Deadline"), without prejudice to the Parties' rights to agree to further extensions and to the right of any party in interest

---

[1] The Debtor has agreed to the requested extension but does not concede that 11 U.S.C. § 523 applies to the Debtor in this Subchapter V case. The Debtor reserves all rights in connection with this legal position.

to file a motion seeking approval of further extensions. In further support of this Motion, the Parties respectfully represent as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. § 1409.

## BACKGROUND

2. On April 24, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code.

3. On May 30, 2024, the U.S. Trustee commenced the Debtor's meeting of creditors pursuant to Bankruptcy Code section 341.

4. The original deadline for creditors of the Debtor to file a complaint objecting to the dischargeability of debts under Bankruptcy Code section 523(c) is July 29, 2024.

## RELIEF REQUESTED

5. The Freeman Plaintiffs and Dr. Coomer seek an extension of time to file a complaint objecting to the dischargeability of debts under Bankruptcy Code section 523(c) for a period of 60 days, through and including September 27, 2024.

6. Consent for the relief requested herein was obtained from the Debtor.

7. This Motion is filed in good faith and not for dilatory purposes.

8. Attached as **Exhibit A** is a form of order granting the relief requested herein.

*[Remainder of Page Left Intentionally Blank]*

-3-

**WHEREFORE**, the Parties respectfully request that this Court enter an order (1) granting the Motion; (2) extending the deadline to file a complaint objecting to the dischargeability of debts under Bankruptcy Code section 523(c) through and including September 27, 2024; and (3) granting such other and further relief as this Court may deem just and proper.

Respectfully submitted this 22nd day of July, 2024.

By: */s/ David A. Blansky*

    David A. Blansky
    Florida Bar No. 1033002
    DUNN LAW, P.A.
    66 West Flager Street, Suite 400
    Miami, FL 33130
    Telephone: (786) 433-3866
    Facsimile: (786) 260-0269
    dblansky@dunnlawpa.com

*Counsel for Ruby Freeman
and Wandrea' ArShaye Moss*

By: */s/ Vincent F. Alexander*

    Vincent F. Alexander
    Florida Bar No. 68114
    SHUTTS & BOWEN LLP
    201 East Las Olas Blvd., Suite 2200
    Fort Lauderdale, Florida 33301
    Telephone: 954-524-5505
    Facsimile: 954-524-5506
    valexander@shutts.com

*Counsel for Dr. Eric Coomer*

By: */s/ Bart A. Houston*

    Bart A. Houston
    Florida Bar No. 623636
    HOUSTON RODERMAN
    633 S. Andrews Ave Suite 500
    Ft. Lauderdale, FL 33301
    Telephone: (954) 900-2615
    Facsimile: (954) 839-9068
    bhouston@thehoustonfirm.com

*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2024, a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) upon counsel for Debtor and registered users in this case.

By: */s/ David A. Blansky*
David A. Blansky
Florida Bar No. 1033002

**EXHIBIT A**

Case 24-13938-MAM    Doc 92    Filed 07/22/24    Page 5 of 7

*PROPOSED ORDER*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TGP Communications, LLC, | Case No. 24-13938 (MAM) |
| Debtor. | |

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION OF THE DEBTOR, RUBY FREEMAN, WANDREA' ARSHAYE MOSS, AND DR. ERIC COOMER FOR AN ORDER APPROVING THE EXTENSION OF THE DEADLINE FOR <u>CREDITORS TO CHALLENGE DISCHARGEABILITY OF DEBTS</u>**

THIS MATTER came before the Court upon the *Agreed Ex Parte Motion of the Debtor, Ruby Freeman, Wandrea' ArShaye Moss, and Dr. Eric Coomer For An Order Approving the Extension of the Deadline for Creditors to Challenge Dischargeability of Debts* (the "<u>Motion</u>")

[Docket No. ___], filed pursuant to Local Rule 9013-1(C)(6), and the Court, having considered the record and reviewed the Motion, and acknowledging the agreement between the parties hereto to the relief requested therein, and for good cause shown, does hereby

**ORDER and ADJUDGE** that:

1. The relief requested in the Motion is granted as set forth herein.

2. Pursuant to Bankruptcy Rule 4007(c), cause exists to extend the deadline by which creditors must file complaints objecting to the dischargeability of their respective debts under Bankruptcy Code section 523(c) by sixty (60) days, through and including September 27, 2024 (the "Extended Dischargeability Challenge Deadline").

3. Nothing herein shall prevent any party in interest from seeking to further extend the Extended Dischargeability Challenge Deadline by the filing of a motion for such relief or otherwise.

#     #     #

**Submitted by:**

David A. Blansky, Esq.
Florida Bar No. 1033002
DUNN LAW, P.A.
*Counsel for Ruby Freeman and Wandrea' ArShaye Moss*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
dblansky@dunnlawpa.com

Copy furnished to Attorney David A. Blansky, who shall serve a copy of the Order upon all interested parties and file a certificate of service thereon.