**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TGP COMMUNICATIONS, LLC, | : | CASE NO. 24-13938 (MAM) |
| | : | |
| DEBTOR. | : | |

## SECOND AGREED EX-PARTE MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS

MARY IDA TOWNSON, the United States Trustee for Region 21, with the agreement of Debtor's counsel, hereby requests that the Court continue the August 2, 2024, hearing on the Debtor's *Motion for an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors* (ECF No. 26) and extend the deadlines related to the August 2, 2024, hearing date.

In support, the United States Trustee states:

1. On May 21, 2024, the Debtor filed its *Motion for an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors* (the "Motion to Suppress") (ECF No. 26).

2. An initial hearing was held on June 4, 2024, during which the Court heard arguments on the Motion to Suppress.

3. On June 24, 2024, the Court entered an order scheduling a further hearing on the Motion to Suppress for June 27, 2024, at 1:00 p.m. (the "June 24th Order").

4. On June 25, 2024, the United States Trustee filed an Agreed Ex-Parte Motion to Continue the Hearing on the Motion to Suppress (the "First Motion to Continue") (ECF No. 78).

5. On July 3, 2024 (the "July 3rd Order), the Court entered an Agreed Order Granting the First Motion to Continue (ECF No. 85).

6. The July 3rd Order continued the hearing on the Motion to Suppress to August 2, 2024, and extended the United States Trustee's deadline to file objections to the declarations to July 26, 2024 (ECF No. 85).

7. On June 27, 2024, the Court conducted an evidentiary hearing regarding the *Motion of Ruby Freeman and Wandrea' ArShaye Moss for an Order Dismissing the Debtor's Chapter 11 Case Under Sections 1112(b) and 305(a) of the Bankruptcy Code or, in the Alternative, Modifying the Automatic Stay to Continue Prepetition Litigation* (the "Motion to Dismiss").

8. The Motion to Dismiss is a dispositive motion, the outcome of which may render the Debtor's Motion to Suppress moot.

9. The Court has not yet entered its decision on the Motion to Dismiss.

10. The United States Trustee requests that the Court further continue the hearing on the Motion to Suppress to a date that is two weeks after the Court issues a ruling on the Motion to Dismiss. The United States Trustee also requests that the Court further extend the deadline for the United States Trustee to file objections to the Declarations to a date that is one week prior to the continued hearing on the Motion to Suppress.

11. The undersigned has conferred with counsel for the Debtor and can represent that the Debtor has no objection to the relief requested herein.

WHEREFORE, the United States Trustee respectfully requests that the Court enter an order continuing the August 2, 2024, hearing on the Debtor's Motion to Suppress to a date that is two

weeks after the Court issues a ruling on the Motion to Dismiss, and extend the deadline for the United States Trustee to file objections to the Declarations to a date that is one week prior to the continued hearing on the Motion to Suppress.

Dated: July 24, 2024

                      MARY IDA TOWNSON
                      UNITED STATES TRUSTEE
                      REGION 21

                      By: /s/
                      Martin P. Ochs*
                      Georgia Bar No. 091608
                      United States Department of Justice
                      Office of the United States Trustee
                      362 Richard Russell Building
                      75 Ted Turner Drive SW
                      Atlanta, Georgia 30303
                      (404) 331-4509
                      martin.p.ochs@usdoj.gov

    * I hereby certify that I am admitted to the Bars of the States of Georgia and New York and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to attorneys representing the United States government.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **SECOND AGREED EX-PARTE MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO SUPPRESS PERSONALLY IDENTIFIABLE INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and via U.S. Mail to the following:

**Vincent F Alexander**  valexander@shutts.com, SLall@shutts.com,JGoodwin@shutts.com
**David Blansky**  dblansky@dunnlawpa.com, rbasnueva@dunnlawpa.com
**Robert C Furr**  ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;staff1@furrcohen.com;yfernandez@furrcohen.com
**Bart A Houston**  bhouston@houstonroderman.com, dschena@houstonroderman.com
**Linda Marie Leali**  trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

\* I hereby certify that I am admitted to the Bars of the States of Georgia and New York and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to attorneys representing the United States government.

This the 24th day of July, 2024.

_____/s/_____
MARTIN P. OCHS
Trial Attorney