UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>TGP Communications, LLC | CASE NO: 24-13938-MAM<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 95 |

On 7/29/2024, I did cause a copy of the following documents, described below,

Memorandum Opinion and Order Granting Motion to Dismiss Chapter 11 Case Under Sections 1112(b) and 305(a) of the Bankruptcy Code and Cancelling Hearing ECF Docket Reference No. 95

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2024

/s/ David A. Blansky
David A. Blansky  1033002

Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL  33130
786 433 3866
rbasnueva@dunnlawpa.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| IN RE: | CASE NO: 24-13938-MAM |
|---|---|
| TGP Communications, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 95 |

On 7/29/2024, a copy of the following documents, described below,

Memorandum Opinion and Order Granting Motion to Dismiss Chapter 11 Case Under Sections 1112(b) and 305(a) of the Bankruptcy Code and Cancelling Hearing ECF Docket Reference No. 95

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David A. Blansky
Dunn Law, P.A.
66 West Flagler Street, Suite 400
Miami, FL  33130

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MARTIN OCHS
OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD RUSSELL BUILDING
75 TED TURNER DRIVE SW
ATLANTA, GA 30303

RE: CASE NO. 2024SC317
(MALKIN, ET AL. V. COOMER)
COLORADO SUPREME COURT
2 EAST 14TH AVENUE
DENVER, CO 80203

MARK HAMILTON, GENERAL COUNSEL
FLORIDA DEPARTMENT OF REVENUE
P. O. BOX 6668
TALLAHASSEE, FL 32314-6668

RE: CASE NO. 2122-CC09815 (
FREEMAN, ET AL. V. HOFT, ET AL.)
MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT COURT
(CITY OF ST. LOUIS)
10 NORTH TUCKER BLVD.
ST. LOUIS, MO 63101

RE: CASE NO. 4:21CV1424 HEA
(FREEMAN, ET AL. V. HOFT, ET AL.)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI, EASTERN
DIVISION
111 SOUTH 10TH STREET
ST. LOUIS, MO 63102

CHRISTOPHER DOUGLASS
199 CLARKSON ROAD
BALLWIN, MO 63011-2243

TGP COMMUNICATIONS
1820 NE JENSEN BEACH BLVD, UNIT 1120
JENSEN BEACH, FL 34957-7212

ERIC COOMER
C/O RECHTKORNFELD PC
1600 STOUT STREET, SUITE 1400
DENVER, CO 80202-3110

ERIC COOMER
C/O CAIN & SKARNULIS PLLC
PO BOX 1064
SALIDA, CO 81201-1064

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

FLORIDA DEPARTMENT OF REVENUE,
BANKRUPTCY UNIT PO BOX 6668
TALLAHASSEE, FL 32314-6668

JAMES KIRK
947 CENTURY OAKS DRIVE
MANCHESTER, MO 63021-6921

JAMES HOFT
8750 SOUTH OCEAN DRIVE, UNIT 534
JENSEN BEACH, FL 34967-2125

JEZ MORANO
8750 SOUTH OCEAN DRIVE, UNIT 534
JENSEN BEACH, FL 34957-2125

JANE DOES A-K
C/O JONATHAN BURNS
PO BOX 191250
SAINT LOUIS, MO 63119-7250

JONATHAN BURNS
PO BOX 191250
SAINT LOUIS, MO 63119-7250

JOHN DOES A-GG
C/O JONATHAN BURNS
PO BOX 191250
SAINT LOUIS, MO 63119-7250

TAMMIE GASSAWSY
19274 BABLER FOREST ROAD
CHESTERFIELD, MO 63005-6021

KELLIE POEN
344 FALLON PKWY
SAINT PETERS, MO 63376-7704

BART A. HOUSTON
633 S. ANDREWS AVENUE
SUITE 500
FT. LAUDERDALE, FL 33301-2858

TED SLATER
2820 N PINAL AVENUE
SUITE 12 PMB 209
CASA GRANDE, AZ 85122-7927

LINDA MARIE LEALI
2525 PONCE DE LEON BLVD., SUITE 300
CORAL GABLES, FL 33134-6044

JIM HOFT
C/O FURR AND COHEN, P.A.
2255 GLADES ROAD, SUITE 419A
BOCA RATON, FL 33431-7379