CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** TGP Communications, LLC

**Case Number:** 24–13938–MAM
**Chapter:** 11
**County of Residence or Place of Business:** West Palm Beach
**U.S. District Court Case Number:**

## TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on August 8, 2024
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☐ Contested   ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** TGP Communications, LLC

**Attorney:** Bart A Houston, Esq.
633 S. Andrews Ave. #500
Ft. Lauderdale, FL 33301

**Attorney:**

**Appellee/Respondent:** Ruby Freeman; Wandrea' Arshaye "Shaye" Moss; Dr. Eric Coomer

**Attorney:** David Blansky, Esq. for Appellees Ruby Freeman and Wandrea Moss
66 West Flagler St. #400
Miami, FL 33130

**Attorney:** Vincent F Alexander, Esq. for Appellee Dr. Eric Coomer
201 East Las Olas Blvd. #2200
Fort Lauderdale, FL 33301

**Title and Date of Order Appealed**, if applicable: Memorandum Opinion And Order Granting Motion to Dismiss Chapter 11 Case Under Sections 1112(b) And 305(a) of The Bankruptcy Code And Cancelling Hearing (DE#95, 7/25/2024)

**Entered on Docket Date:** 7/25/2024     **Docket Number:** 95

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 8/9/24

**CLERK OF COURT**
By: Lorraine Adam

Deputy Clerk  (561) 514–4100