United States Bankruptcy Court
Southern District of Florida

In re:                                                                          Case No. 24-13938-MAM

TGP Communications, LLC                                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 09, 2024 | Form ID: CGFA1 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TGP Communications, LLC, 1820 NE Jensen Beach Blvd, Unit 1120, Jensen Beach, FL 34957-7212 |
| cr | + | Dr. Eric Coomer, c/o Vincent F. Alexander, 201 East Las Olas Blvd., Suite 2200, Fort Lauderdale, FL 33301-4445 |
| cr | + | Ruby Freeman, c/o David A. Blansky, Esq., Dunn Law, P.A., 66 W. Flagler St., Suite 400, Miami, FL 33130-1877 |
| cr | + | Wandrea' Arshaye Shaye Moss, c/o David A. Blansky, Esq., Dunn Law, P.A., 66 W. Flagler St., Suite 400, Miami, FL 33130-1877 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | *+ | Ruby Freeman, c/o David A. Blansky, Esq., Dunn Law, P.A., 66 W. Flagler St., Suite 400, Miami, FL 33130-1877 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bart A Houston | |
| | on behalf of Debtor TGP Communications  LLC bhouston@houstonroderman.com, dschena@houstonroderman.com |
| David Blansky | |
| | on behalf of Creditor Ruby Freeman dblansky@dunnlawpa.com  rbasnueva@dunnlawpa.com |
| David Blansky | |
| | on behalf of Creditor Wandrea' Arshaye "Shaye" Moss dblansky@dunnlawpa.com  rbasnueva@dunnlawpa.com |

District/off: 113C-9                          User: admin                          Page 2 of 2
Date Rcvd: Aug 09, 2024                       Form ID: CGFA1                        Total Noticed: 4

Linda Marie Leali
                         trustee@lealilaw.com  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

Linda Marie Leali
                         on behalf of Trustee Linda Marie Leali trustee@lealilaw.com
                         F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

Martin P Ochs
                         on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov

Office of the US Trustee
                         USTPRegion21.MM.ECF@usdoj.gov

Robert C Furr, Esq
                         on behalf of Interested Party Jim Hoft ltitus@furrcohen.com
                         atty_furrcohen@bluestylus.com;staff1@furrcohen.com;yfernandez@furrcohen.com

Vincent F Alexander
                         on behalf of Creditor Dr. Eric Coomer valexander@shutts.com  SLall@shutts.com,JGoodwin@shutts.com


TOTAL: 9

CGFA1 (10/12/2018)

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 24–13938–MAM**
**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

TGP Communications, LLC
aka The Gateway Pundit
1820 NE Jensen Beach Blvd
Unit 1120
Jensen Beach, FL 34957

EIN: 46–4161586

# Clerk's Certificate of Mailing of Notice of Appeal

To:

Office of the U.S. Trustee, Room 1204 Claude Pepper Federal Bldg 51 SW 1st Ave Miami FL 33130

TGP Communications, LLC, Appellant
1820 NE Jensen Beach Blvd
Unit 1120
Jensen Beach, FL 34957

Bart A Houston, Esq. for Appellant
633 S. Andrews Avenue
Suite 500
Ft. Lauderdale, FL 33301

Ruby Freeman, Appellee
c/o David A. Blansky, Esq.
Dunn Law, P.A.
66 W. Flagler St. #400
Miami, FL 33130

Wandrea' Arshaye "Shaye" Moss, Appellee
c/o David A. Blansky, Esq.
66 W. Flagler St. #400
Miami, FL 33130

David Blansky, Esq. for Appellees Ruby Freeman and Wandrea
Arshaye Shaye Moss
66 West Flagler St. #400
Miami, FL 33130

Dr. Eric Coomer

c/o Vincent F. Alexander
201 East Las Olas Blvd. #2200
Fort Lauderdale, FL 33301

Vincent F Alexander, Esq. for Appellee Dr. Eric Coomer
201 East Las Olas Blvd. #2200
Fort Lauderdale, FL 33301


     I hereby certify, that pursuant to Bankruptcy Rule 8003, a copy of the attached Notice of Appeal filed on 8/8/2024 was mailed on **8/12/24** to the above named parties.


**Dated:**<u>8/9/24</u>

                             **CLERK OF COURT**
                             By:<u> Lorraine Adam</u>
                             Deputy Clerk (561) 514–4100


*Enclosures:*  *Clerk's Instructions for Appeals*
                  *Transcript Request Form*
                  *Copy of Appeal*


*Page 1 of 4*

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov
### CLERK'S INSTRUCTIONS FOR APPEALS

1. All notices of appeal filed in the Bankruptcy Court under Federal Rule of Bankruptcy Procedure 8003 and 8004 shall be transmitted promptly to the Clerk of the District Court for docketing and the opening of a new civil case [See U.S. District Court Local Rule 87.4]. Within 14 days after filing the notice of appeal or entry of an order disposing of the last timely motion of a type specified in Bankruptcy Rule 8002(b) (whichever is later), or entry of an order by the District Court granting leave to appeal, the appellant shall file with the clerk of the bankruptcy court a designation of the items to be included in the record on appeal and a statement of issues to be presented (Bankruptcy Rule 8009). **Failure to timely file this designation and statement of issues may result in dismissal of the appeal pursuant to this court's Local Rule 8009–1(A) and Local Rule 87.4(c), United States District Court, Southern District of Florida.** The designation shall include the title and docket number of each paper designated.

2. Within 14 days after the service of the designation and the statement of issues the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal, and if the appellee has filed a cross appeal, the appellee as cross appellant shall file and serve a statement of issues to be presented on the cross appeal, and a designation of additional items to be included in the record. The appellee's designation shall include the title and docket number of each additional item designated.

3. If any transcripts of untranscribed proceedings are designated by a party, that party shall immediately, upon the filing of the designation, order the transcript(s) from the court reporter and make satisfactory arrangements for payment of its costs. <u>All transcript orders must be made on the local form "Transcript Request Form" enclosed for this purpose, and a copy filed with the clerk at the time of filing the designation (Bankruptcy Rule 8009)</u>. On receipt of a request for a transcript, the reporter shall complete the Reporter's Acknowledgment and file a copy with the clerk (Bankruptcy Rule 8010). [See also "Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction."]

4. When the record is complete for purposes of the appeal, the bankruptcy clerk will electronically transmit the record to the clerk of the district court. Once the record has been transmitted to the district court, any subsequently filed document relating to the appeal must be filed in the district court.

5. Motions For Leave To Appeal (Bankruptcy Rule 8004). The clerk will electronically transmit the motion, notice of appeal and any answer to the clerk of the district court as soon as all parties have filed answers or the time for filing an answer has expired. The designation and statement of the issues <u>should not be filed</u> with the clerk of the bankruptcy court as required under Bankruptcy Rule 8009, until entry of an order by the district court granting leave to appeal (Local Rule 8004–1).

*Page 2 of 4*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

# **Transcript Request Form**

Submit this form to the transcription company by email, fax or postal mail: Attn: _____

Transcriber: _____

Email: _____ Telephone: _____ Fax: _____

Case Number: _____ Adversary Number: _____ Judge: _____

Date of Hearing or Trial: _____ Time of Hearing or Trial: _____

Debtor(s) Name: _____

☐ The transcript being requested is included as a designated item for a pending appeal [Docket Entry # _____]. **(If this box is checked, the requestor must also file this form with the clerk pursuant to Bankruptcy Rule 8009. The transcriber is responsible for notifying the clerk by electronic docket entry in the case the date the request was received and the date on which the transcriber expects to have the transcript completed (See Bankruptcy Rule 8010).**

Select Delivery Method:

| Check Box Below | | Original [cost per page] | First Copy to Each Party [cost per page] | Each Additional Copy to the Same Party [cost per page] |
|---|---|---|---|---|
| | Ordinary Transcript A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $3.65 | $0.90 | $0.60 |
| | 14–Day Transcript A transcript to be delivered within fourteen (14) calendar days after receipt of an order. | $4.25 | $0.90 | $0.60 |
| | 7–Day Transcript A transcript to be delivered within seven (7) calendar days after receipt of an order. | $4.85 | $0.90 | $0.60 |
| | 3–Day Transcript A transcript to be delivered within three (3) calendar days after receipt of an order. | $5.45 | $1.05 | $0.75 |
| | Daily Transcript A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. | $6.05 | $1.20 | $0.90 |
| | Hourly Transcript A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours. | $7.25 | $1.20 | $0.90 |

*Page 3 of 4*

By submitting this request, it is understood that:

- A separate order must be placed for each transcript being requested.
- All transcript requests must be submitted directly to the transcriber. Do not contact the clerk's office regarding the status of a request.
- It is the responsibility of the requestor to verify that the transcript has not already been filed with the court.
- It is the responsibility of parties to request redaction. See Local Bankruptcy Rule 5005−1(A)(2)(b), Local Form "Notice of Intent to Request Redaction of Transcript" (LF−61) and "Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction" (CG−11).

Print Your Name: _____

Mailing Address: _____

Email Address: _____ Telephone No.: _____

*Page 4 of 4*