**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                  Chapter 11

TGP Communications, LLC,                                    Case No.: 24-13938-MAM

        Debtor.

_____/

**SUMMARY OF FINAL FEE APPLICATION OF SUBCHAPTER V TRUSTEE**

1. Name of Applicant: Linda Leali, P.A.

2. Role of Applicant: Subchapter V Trustee

3. Name of Certifying Professional: Linda M. Leali, Esq.

4. Date case filed: April 24, 2024

5. Date of Retention Order: n/a

    **IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:**

6. Period for this Application: n/a

7. Amount of Compensation Sought: n/a

8. Amount of Expense Reimbursement Sought: n/a

    **IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:**

9. Total Amount of Compensation Sought during case: $9,810.00

10. Total Amount of Expense Reimbursement Sought during case: $0

11. Amount of Original Retainer (s) Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: n/a

12. Current Balance of Retainer(s) remaining: n/a

13. Last monthly operating report filed (Month/Year & ECF No.): May 2024; ECF No. 91

14. If case is Chapter 11, current funds in the Chapter 11 estate: Unknown

15. If case is Chapter 7, current funds held by Chapter 7 trustee: n/a

**Fee Application**

Linda Leali, Subchapter V Trustee, applies for compensation for fees for services rendered and costs incurred in this Chapter 11 proceeding.  This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016 and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1).  The exhibits attached to this application, pursuant to the Guidelines, are:

>**Exhibit "1"** – Fee Application Summary Chart **NOT APPLICABLE**
>
>**Exhibits "2-A" and "2-B"-** Summary of Professional and Paraprofessional Time.
>
>**Exhibit "3**" - Summary of Requested Expenses. **NOT APPLICABLE**
>
>**Exhibit "4"** - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application.  The requested fees are itemized to the tenth of an hour.

The applicant believes that the requested fee of $9,810.00 for 21.8 hours worked is reasonable considering the nature, extent, and value of such services, taking into account all relevant factors, including:

This case commenced as a voluntary petition pursuant to Subchapter V of Chapter 11 of the United States Bankruptcy Code, and Linda M. Leali was appointed as the Subchapter V Trustee on April 25, 2024 (the "Trustee").  Upon appointment, the Trustee agreed to compensation for services a discounted hourly rate of $450, in addition to seeking reimbursement for any actual and necessary expenses.

After appointment, the Trustee reviewed the docket filings; attended various hearings; reviewed pertinent pleadings and Debtor provided documentation; prepared for and attended a 341 meeting; corresponded with the Office of the U.S. Trustee, Debtor's counsel and the attorneys for Debtor's creditors; and worked with the Debtor and Creditors to come up with various settlement

proposals.  The Trustee has spent significant time working with the debtor regarding gaining clarity on the state of the Debtor's financial affairs with the goal that the creditors and debtor may reach a consensual resolution in the case.  Attached hereto is a detailed statement of services, time expended, and expenses incurred during the time period of being appointed through the confirmation hearing.

The Trustee has not received any interim compensation in this case.  The Trustee confirms that she has no agreement to share compensation in this case.

The time spent on such services was reasonable considering the nature of the case. The time and labor that are required in this case are necessary for the success of this case. The rate charged for such services is reasonable and in line with industry norms.  The hourly fee that is being charged by the Trustee is reasonable and compares favorably to the customary fee charged by other attorneys in the local community practicing as Subchapter V Trustees before the Bankruptcy Court.  The rates are at or below market for attorneys of similar skills and experience.

The services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of the case. The services rendered by the Trustee were necessary for the successful completion of this case. The professional and efficient services rendered by the Trustee's professionals contributed to this case's successful result.  The services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

Linda Leali, Esq. has extensive experience and expertise with bankruptcy reorganizations. She has been involved in some of the largest bankruptcy cases in U.S. history.  In 2018, Ms. Leali was also appointed to the council of the Business Law Section of the American Bar Association.

Prior to that time, she served as the Chair and Co-chair, respectively, of the Consumer Bankruptcy Committee and Avoidance Power Sub-committee of the American Bar Association.

The compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11. The amount requested by Trustee is reasonable in comparison to awards in cases of a similar nature and complexity. The rates charged by the Trustee are commensurate with the rates charged by similarly skilled practitioners.

The Trustee seeks an award of fees in the amount of $9,810.00 and costs in the amount of $0 and for such other and further relief as this Court deems just and proper.

Respectfully submitted this 22nd day of August, 2024.

LINDA LEALI, P.A.
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
Telephone:    (305) 341-0671

By:    /s/ Linda Leali
       LINDA LEALI
       lleali@lealilaw.com
       Florida Bar No. 186686
       *Subchapter V Trustee*

## CERTIFICATION

1.      I am responsible (the "Applicant") n this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines")

2.      I have read the application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: None.

I HEREBY CERTIFY that the foregoing is true and correct.

DATED: August 22, 2024.

LINDA LEALI, P.A.
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
Telephone:    (305) 341-0671

By:    */s/ Linda Leali*
       LINDA LEALI
       lleali@lealilaw.com
       Florida Bar No. 186686
       *Subchapter V Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on August 22, 2024, a true and correct copy of foregoing was electronically filed with the Court using the CM/ECF system, which sent notification and was electronically served upon all parties in interest participating in the CM/ECF system.

By: _____*/s/ Linda Leali*_____
      LINDA LEALI
      Florida Bar No. 186686

# NOT APPLICABLE

## FEE APPLICATION SUMMARY CHART

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Ordered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | |

**EXHIBIT "1"**

**<u>Summary of Professional Time</u>**
**<u>Total per Individual for this Period Only</u>**

**(EXHIBIT "2-A")**

| Name | Partner, Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate* | Fee |
|------|----------------------------------------|---------------|-------------|----------------------|-----|
| Linda Leali, Esq. | Subchapter V Trustee | 1999 | 21.8 | $450.00 | $9,810.00 |

Total fees:                                                                                      $ 9,810.00

**EXHIBIT "2"**

## <u>Summary of Professional Time by</u>
## <u>Activity Code Category for this Time Period Only</u>

### (EXHIBIT "2-B")

**Activity Code: <u>Case Administration</u>:**

| <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| Linda Leali | $450.00 | 21.0 | $9,450.00 |
| | | Activity Subtotal: | $ 9,450.00 |

**Activity Code: <u>Fee Application</u>:**

| <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| Linda Leali | $450.00 | .8 | $360.00 |
| | | Activity Subtotal: | $ 360.00 |

<u>Not Applicable</u>

<u>Summary of Requested Reimbursement Of Expenses</u>
<u>for this Time Period Only</u>

1.    Filing Fees                                              $_____

2.    Process Service Fees                                     $_____

3.    Witness Fees                                             $_____

4.    Court Reporter Fees and Transcripts                      $_____

5.    Lien and Title Searches                                  $_____

6.    Photocopies

       (a) In-house copies ($_____ at 15¢/page)              $_____

       (b) Outside copies ($_____)                          $_____

7.    Postage                                                  $_____

8.    Overnight Delivery Charges                               $_____

9.    Outside Courier/Messenger Services                       $_____

10.   Long Distance Telephone Charges                          $_____

11.   Long Distance Fax Transmissions

       (copies at $1/page)                                     $_____

12.   Computerized Research                                    $_____

13.   Out-of-Southern-District-of-Florida Travel               $_____

       (a) Transportation      ($_____)

       (b) Lodging             ($_____)

       (c) Meals               ($_____)

14.     Other Permissible Expenses (must specify and justify)          $_____

          (a)                    ($_____)

          (b)                    ($_____)


Total Expense Reimbursement Requested                    $_____


**EXHIBIT "3"**

**EXHIBIT "4"**

| Date | Description | Time | Rate | Total |
|------|-------------|------|------|-------|
| 4/25/2024 | Review case filing and outreach to Debtor's counsel. | 0.5 | $450.00 | $225.00 |
| 5/1/2024 | Follow up with Debtor's counsel regarding matter; review retention application filed in court and case management summary. | 1.0 | $450.00 | $450.00 |
| 5/6/2024 | Analyze court documents in preparation for IDI; attend IDI. | 1.0 | $450.00 | $450.00 |
| 5/9/2024 | Analyze IDI documents; participate in IDI; follow up call with M. Ochs. | 2.0 | $450.00 | $900.00 |
| 5/10/2024 | Call with counsel to Plaintiffs in defamation case regarding chapter 11 case and process. | 0.5 | $450.00 | $225.00 |
| 5/10/2024 | Review and confer on response. | 1.0 | $450.00 | $450.00 |
| 5/20/2024 | Review IDI materials provided by debtor's counsel; review petition regarding place of business; follow up with Debtor's counsel regarding schedule extension request. | 0.3 | $450.00 | $135.00 |
| 6/3/2024 | Review motion to dismiss; review joinder & objection to keeping information confidential; conference call with counsel to Georgia creditors. | 1.5 | $450.00 | $675.00 |
| 6/4/2024 | Prepare for and attend hearing; review background information on writers; call from counsel to Coomer. | 3.5 | $450.00 | $1,575.00 |
| 6/5/2024 | Review email and respond regarding insurance. | 0.2 | $450.00 | $90.00 |
| 6/6/2024 | Attend continued 341 meeting. | 1.5 | $450.00 | $675.00 |
| 6/7/2024 | Follow up with Debtor's counsel regarding MOR and redacted bank statements; review MOR. | 0.4 | $450.00 | $180.00 |
| 6/18/2024 | Prepare for and attend meeting of creditors | 2.5 | $450.00 | $1,125.00 |
| 6/20/2024 | Review response to motion to dismiss and agreed scheduling order. | 0.4 | $450.00 | $180.00 |
| 6/27/2024 | Prepare for and attend hearing on motion to dismiss; follow up call with B. Houston regarding next steps and potential settlement options. | 4.3 | $450.00 | $1,935.00 |
| 7/2/2024 | Correspondence to Debtor and principal's counsel regarding settlement offer extensions. | 0.1 | $450.00 | $45.00 |
| 7/25/2024 | Review dismissal opinion. | 0.3 | $450.00 | $135.00 |
| 8/20/2024 | Draft Fee Application | 0.8 | $450.00 | $360.00 |
|  | **Total** | **21.8** |  | **$9,810.00** |