**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                      **Chapter 11**
**TGP COMMUNICATIONS, LLC**                               **Case No.  24-13938-MAM**
    Debtor.
_____/

**CERTIFICATE OF**
**SERVICE OF NOTICE OF HEARING**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Hearing on Expedited Motion Pursuant to Fed. R. Bankr. P. 8007 for Entry of an Order Staying the Memorandum Opinion and Order Granting Motion to Dismiss Chapter 11 Case Under Sections 1112(B) and 305(A) of the Bankruptcy Code [ECF No. 95] and/or Continuing Automatic Stay Pending Conclusion of Appeal* [Doc 111] was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on August 29, 2024.

**Dated: August 29, 2024**

                              Respectfully submitted,

By:   /s/ Bart A. Houston_____
       Bart A. Houston
       Florida Bar No. 623636
       **HOUSTON RODERMAN**
       *Counsel for Debtor*
       633 S. Andrews Ave. Suite 500
       Ft. Lauderdale, Florida 33301
       Telephone: (954) 900-2615
       Facsimile: (954) 839-9068
       Primary Email: bhouston@houstonroderman.com
       Secondary Email: dschena@houstonroderman.com