

**ORDERED in the Southern District of Florida on September 25, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 24-13938-MAM |
| TGP Communications, LLC, | Chapter 11 |
| Debtor. | |
| _____/ | |

**ORDER APPROVING APPLICATION
FOR COMPENSATION OF LINDA LEALI, AS SUBCHAPTER V TRUSTEE**

THIS MATTER came before the Court on September 24, 2024 at 1:30 p.m., upon the *Final Fee Application of Subchapter V Trustee* (the "Application") (ECF No. 105). The Application seeks the following amount for the time period covered: fees of $9,810 and costs of $0, for which no previous awards have been made.

The Court has examined the Application and has considered the arguments of the

Applicant and other counsel appearing at the hearing. In allowing the compensation, the Court has considered the factors set forth in 11 U.S.C. § 330(a)(3) and *Johnson v. Georgia Hwy. Express*, 488 F. 2d 714 (5th Cir. 1974). The Court finds that the compensation sought in the application appears to be for actual, necessary services rendered by the applicant. For the reasons stated on the record, it is ORDERED that:

1. The Application is APPROVED.

2. Linda Leali is awarded final compensation of $9,810, for services rendered to the estate from 4/25/2024 to 8/20/2024.

3. The Court is authorizing the payment of compensation equal to 100% of the amount sought for fees.

4. The Court shall retain jurisdiction to enforce the terms of this Order.

###

Copies furnished to: Linda Leali, Esq. who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.