**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                                          Chapter 11

TGP Communications, LLC,                                                   Case No.: 24-13938-MAM

                Debtor.
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the *Order Approving Application for Compensation of Linda Leali, as Subchapter V Trustee* [ECF 116] was furnished upon the following parties via CM/ECF Filing System on the 26th day September 2024.

Vincent F Alexander on behalf of Creditor Dr. Eric Coomer
valexander@shutts.com, SLall@shutts.com,JGoodwin@shutts.com

David Blansky on behalf of Creditor Ruby Freeman
dblansky@dunnlawpa.com, rbasnueva@dunnlawpa.com;cbautista@dunnlawpa.com

David Blansky on behalf of Creditor Wandrea' Arshaye "Shaye" Moss
dblansky@dunnlawpa.com, rbasnueva@dunnlawpa.com;cbautista@dunnlawpa.com

Robert C Furr, Esq on behalf of Interested Party Jim Hoft
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;staff1@furrcohen.com;yfernandez@furrcohen.com

Bart A Houston on behalf of Debtor TGP Communications, LLC
bhouston@houstonroderman.com, dschena@houstonroderman.com

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee

martin.p.ochs@usdoj.gov

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

Respectfully submitted this 30th day of September 2024.

                LINDA LEALI, P.A.
                2525 Ponce De Leon Blvd., Suite 300
                Coral Gables, FL 33134
                Telephone:     (305) 341-0671

                By:     /s/ Linda Leali
                        LINDA LEALI
                        lleali@lealilaw.com
                        Florida Bar No. 186686
                        *Subchapter V Trustee*