**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                                    Chapter 11

TGP Communications, LLC,                                          Case No.: 24-13938-MAM

        Debtor.
_____/

### Chapter 11 Subchapter V Trustee's Report of No Distribution

    I, Linda Leali, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on September 26, 2024, the Court ordered compensation of $9,810.00 be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

    Respectfully submitted March 31, 2025.

                                  LINDA LEALI, P.A.
                                  2525 Ponce De Leon Blvd., Suite 300
                                  Coral Gables, FL 33134
                                  Telephone:    (305) 341-0671

                              By:    */s/ Linda Leali*
                                    LINDA LEALI
                                    lleali@lealilaw.com
                                    Florida Bar No. 186686
                                    *Subchapter V Trustee*