UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80967-CIV-SINGHAL

In re:

TGP COMMUNICATIONS, LLC,                    Case No. 24-13938-MAM

     Debtor.

_____/

TGP COMMUNICATIONS, LLC,

     Appellant,

v.

RUBY FREEMAN *et al.*,

     Appellees.

_____/

## **ORDER**

**THIS CAUSE** is before the Court upon the Expedited Motion to Withdraw as Counsel (DE [52]) ("Motion") and Notice of Withdrawal of Appeal (DE [51]) ("Notice").

In the Motion, Appellant asks that this Court grant its counsel, Marc J. Randazza, leave to withdraw from this case and grant Appellant thirty days to find new counsel. (DE [52]). Counsel further indicates in the Motion that he and his client have known since February 20, 2025, that counsel would be taking no further action on Appellant's behalf. But now, more than six weeks later, Appellant and counsel inform the Court of this for the first time and label the Motion to Withdraw as "Expedited". This Court was careful to give Appellant every benefit of the doubt in its Order at (DE [50]) denying Appellee's Motion to Dismiss Appeal (DE [31]). There, this Court stated:

1

Second, Appellee's allegations of Appellant's bad faith also fail. Appellee has not alleged sufficient facts in their Motion for this Court to find that Appellant's failure to prosecute was done in bad faith, and unless Appellee wishes to accuse Appellant's former counsel, Attorney Houston, of lying about his troubles, which he does not appear to do, this Court does not find that Appellant's delay in filing its brief was made in bad faith. What is surprising however, is that Appellant's brief still isn't filed.

(DE [50]).

Now, in the Notice (DE [51]) and Motion (DE [52]), Appellant states that it no longer wishes to pursue this appeal against Appellees. *See Tidwell v. JPMC Specialty Mortg. LLC*, 727 F. App'x 406 (9th Cir. 2018) ("[U]pon filing of the notice of voluntary dismissal, the district court was required to dismiss the appeal."). Perhaps this current strategy is the latest effort to avoid sanctions. But whatever the reasons, being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Appellant's Expedited Motion to Withdraw as Counsel (DE [52]) is **GRANTED IN PART AND DENIED IN PART.**

    a. Attorney Marc J. Randazza may withdraw from the case.

    **b.** Appellant's request for thirty days to find new counsel is denied.

2. The Notice of Withdrawal of Appeal (DE [51]) is **GRANTED**.

    a. The Appeal is dismissed pursuant to the provisions of Fed. R. Bankr. P. 8023.

    b. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 7th day of

April 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF