**CGFD33** (10/01/16)



ORDERED in the Southern District of Florida on July 21, 2025

**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24–13938–MAM

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

TGP Communications, LLC
aka The Gateway Pundit

1820 NE Jensen Beach Blvd
Unit 1120
Jensen Beach, FL 34957

EIN: 46–4161586

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Linda Marie Leali, having filed a final report, is discharged and this case is closed.

# # #